AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Leon Feinerman et al.,

**SUMMONS IN A CIVIL CASE**

V.

ROY A. BERNARDI, in his official capacity as Acting Secretary and Head of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

CASE

Case: 1:08-cv-00759
Assigned To : Walton, Reggie B.
Assign. Date : 5/1/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Jeffery Taylor
United States Attorney for the District of Columbia
Civil Division
4th Floor
501 3rd Street, NW
Washington DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Mona Lyons<br>Law Office of Mona Lyons<br>1666 Connecticut Avenue, NW<br>Suite 500<br>Washington DC 20009 | Lee Reno<br>Reno & Cavanaugh, PLLC<br>1250 Eye Street, NW<br>Suite 900<br>Washington DC 20005 |

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY - 1 2008

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[(1)] | DATE 5/2/08 |
|---|---|
| NAME OF SERVER (PRINT) Sarah Molseed | TITLE Attorney |

_Check one box below to indicate appropriate method of service_

☒ Served personally upon the defendant. Place where served: US Attorney for the District of Columbia Civil Division, 4th floor, 501 3rd St. NW Washington DC. Gary Nails, docket clerk accepted.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/2/08            _Sarah Molseed_
                Date            Signature of Server

                1250 Eye St, NW, Suite 900 Washington DC 20005
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.