UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Leon J. Feinerman, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-0759 (RBW) |
| | ) ECF |
| Roy A. Bernardi, | ) |
| Acting Secretary, | ) |
| United States Department Of Housing | ) |
| and Urban Development | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney, Megan M. Weis, as counsel of record for Defendant in the above-captioned case.

                                        ___/s/_____
                                        MEGAN M. WEIS
                                        Special Assistant United States Attorney
                                        555 4th St., N.W.
                                        Washington, D.C. 20530
                                        (202) 514-5134

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Notice of Appearance was served by the court's Electronic Case Filing System (ECF) on plaintiff's attorneys, Lee Phillip Reno and Mona Lyons on this 6th day of May, 2008.

              ___/s/_____
              MEGAN M. WEIS
              Special Assistant United States Attorney