UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Leon J. Feinerman, et al., | ) |
| | ) |
|         Plaintiffs, | ) |
|   v. | ) Civil Action No. 08-0759 (RBW) |
| | ) ECF |
| Roy A. Bernardi, | ) |
| Acting Secretary, | ) |
| United States Department Of Housing | ) |
| and Urban Development | ) |
| | ) |
|         Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Assistant United States Attorney, Heather Graham-Oliver, as counsel of record for Defendant in the above-captioned case.

                                        ___/s/_____
                                        HEATHER GRAHAM-OLIVER
                                        Assistant United States Attorney
                                        555 4th St., N.W.
                                        Washington, D.C. 20530
                                        (202) 305-1334

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Appearance was served by the court's Electronic Case Filing System (ECF) on plaintiff's attorneys, Lee Phillip Reno and Mona Lyons on this 6th day of May, 2008.

                                                       ___/s/_____
                                                       HEATHER GRAHAM-OLIVER
                                                       Assistant United States Attorney