AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Leon Feinerman et al.,

SUMMONS IN A CIVIL CASE

V.

ROY A. BERNARDI, in his official capacity as Acting Secretary and Head of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

CASI

Case: 1:08-cv-00759
Assigned To : Walton, Reggie B.
Assign. Date : 5/1/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Michael Mukasey
Attorney General of the United States
Department of Justice
Room B-103
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mona Lyons
Law Office of Mona Lyons
1666 Connecticut Avenue, NW
Suite 500
Washington DC 20009

Lee Reno
Reno & Cavanaugh, PLLC
1250 Eye Street, NW
Suite 900
Washington DC 20005

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

MAY - 1 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/7/08 |

| NAME OF SERVER *(PRINT)* Sarah Molseed | TITLE Attorney |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by certified mail, copy of return receipt attached

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/7/08
             Date

*Signature of Server*

*Address of Server* 1250 Eye St. NW, Suite 900
Washington DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael Mukasey
    Attorney General of US
    Department of Justice
    Room B-103
    950 Pennsylvania Ave, NW
    Washington DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   MAY 05 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7008 0500 0000 7409 4710

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540