AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Leon Feinerman et al.,

**SUMMONS IN A CIVIL CASE**

V.

ROY A. BERNARDI, in his official capacity as Acting Secretary and Head of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

CAS

Case: 1:08-cv-00759
Assigned To : Walton, Reggie B.
Assign. Date : 5/1/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Roy Bernardi
Acting Secretary
Department of Housing and Urban Development
451 Seventh Street, SW
Washington DC  20410

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mona Lyons
Law Office of Mona Lyons
1666 Connecticut Avenue, NW
Suite 500
Washington DC  20009

Lee Reno
Reno & Cavanaugh, PLLC
1250 Eye Street, NW
Suite 900
Washington DC  20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAY - 1 2008

CLERK                              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/7/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sarah Molseed | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served by certified mail, copy of return receipt attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/7/08
         Date

Signature of Server

Address of Server: 1250 Eye Street, NW, Ste 900
Washington DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X M. Murgolo  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): M. Murgolo   C. Date of Delivery: 5-5-08 |
| 1. Article Addressed to:<br><br>Roy Bernardi<br>Acting Secretary<br>Dept. of Housing + Urban Dvlmt<br>451 Seventh Street, SW<br>Washington DC 20410 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 0500 0000 7409 4703 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540