# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

LEON J. FEINERMAN *et al*.      )
                                    )

          Plaintiffs,      )
                                    )

v.                                )      Civil Action No. 08-759 (RBW)
                                    )      ECF

ROY A. BERNARDI, in his official capacity as   )
Acting Secretary and Head of the UNITED   )
STATES DEPARTMENT OF HOUSING AND   )
URBAN DEVELOPMENT              )
                                    )

          Defendant.      )

_____)

## NOTICE OF FILING EXHIBITS 1 - 29
## TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR A
## PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED RULING

Now comes the Defendant, by and through his attorneys, and hereby notifies the Court of the filing of *Exhibits* 1 - 29, attached hereto, which were not attached to the Defendant's opposition to Plaintiffs' Application for a Preliminary Injunction and Request for Expedited Ruling.[1]  A chronological listing of the Exhibits is as follows:

      Exhibit 1 - Annual Contributions Contract dated May 22, 1997;

      Exhibit 2 – Minutes from Harrisburg Housing Authority ("HHA") Board Meeting

         May 10, 2001;

      Exhibit 3 - Minutes from HHA Board Meeting September 11, 2003;

      Exhibit 4 - Minutes from HHA Board Meeting April 8, 2004;

      Exhibit 5 – OIG Audit of HHA dated September 27, 2007 (with appendixes);

---

[1] Defendant's opposition to Plaintiffs' Application for a Preliminary Injunction and Request for Expedited Ruling was filed on May 16, 2008.

Exhibit 6 – Declaration of Amy Genevie;

Exhibit 7 – July 20, 2007 Notice of Proposed Debarment to Mr. Feinerman;

Exhibit 8 - July 20, 2007 Notice of Proposed Debarment to Mr. Harris;

Exhibit 9 - July 20, 2007 Notice of Proposed Debarment to Ms. Buxton;

Exhibit 10 – Omitted;

Exhibit 11 – Omitted;

Exhibit 12 – Annual Statement/Performance and Evaluation Reports 2000-2004;

Exhibit 13 – List of payments made by Carl Payne January 16, 1998 – May 31, 2001;

Exhibit 14 – Copies of checks payable from the HHA General Fund to GHCCU;

Exhibit 15 – List of payments made from the HHA General Fund to individuals and copies of checks dated January 23, 2001 – July 8, 2004;

Exhibit 16 – List of payments made from the HHA General Fund and copies of checks dated November 8, 2000 - June 21, 2001;

Exhibit 17 - List of payments made from the HHA General Fund and copies of checks dated August 1, 2004 – June 1, 2006;

Exhibit 18 - Copies of checks payable from the HHA General to Carl Payne dated January 16, 1998 – May 31, 2001;

Exhibit 19 - Summary of Payroll Payment for Carl Payne;

Exhibit 20 - HHA 5-year Plan for Fiscal Years 2001-2004;

Exhibit 21 - HHA 5-year Plan for Fiscal Years 2002-2006;

Exhibit 22 - HHA 5-year Plan for Fiscal Years 2003- 2007;

Exhibit 23 - HHA 5-year Plan for Fiscal Years 2004-2008;

Exhibit 24 - HHA Streamlined Five-Year Plan for Fiscal Years 2005-2009;

Exhibit 25 - Minutes from HHA Board Meeting September 9, 2004;

Exhibit 26 - Check payable from the HHA General Fund to GHCCU dated June 30, 2004

in the amount of $25,000;

Exhibit 27 - Check payable from the HHA General Fund to GHCCU dated April 7, 2005

in the amount of $55,000;

Exhibit 28 - Minutes from HHA Board Meeting August 12, 2004;

Exhibit 29 - Minutes from HHA Board Meeting December 16, 2004.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

  /s/
MEGAN M. WEIS
Special Assistant U.S. Attorney
United States Attorney's Office
Civil Division
555 4th Street, NW
Washington, D.C. 20530
(202) 514-5134



U.S. Department of Housing and Urban Development

Pennsylvania State Office
The Wanamaker Building
100 Penn Square East
Philadelphia, Pennsylvania 19107-3380

MAY 2 2 1997

Mr. Dorsey Howard, Jr.
Executive Director
Harrisburg Housing Authority
P.O. Box 3461
Harrisburg, PA  17105-3461

Dear Mr. Howard:

      Enclosed is the Harrisburg Housing Authority's fully executed
Consolidated Annual Contributions Contract, No. P183, Form HUD-
53012A & B with Attachments.  Please retain your copy for future
reference and use.

      If you have any questions, please do not hesitate to contact
Glenn D. Gross, Program Analyst, at (215) 656-0574 ext. 3307.  Our
TTY number is (215) 656-3452.

                              Very sincerely yours,

                              Malinda Roberts
                              Director
                              Office of Public Housing

Enclosure
cc:
3APHA Gross
3APH Roberts

WP50: HARRISBU.ACC    GROSS: 05/21/97

3APHA
Gross

*Visit our web page at http://www.hud.gov/local/phi/phihome.html*



# *HARRISBURG HOUSING AUTHORITY*

*POST OFFICE BOX 3461*
*HARRISBURG, PENNSYLVANIA 17105-3461*

*LEON J. FEINERMAN*
*CHAIRMAN*

*PHONE: (717) 232-6781*

*DORSEY HOWARD, JR.*
*EXECUTIVE DIRECTOR*

*RICHARD H. UTLEY*
*VICE CHAIRMAN*

*FAX: (717) 233-8355*
*TDD: (717) 233-8359*

December 19, 1996

Malinda Roberts, Director
Office of Public Housing
U.S. Dept. of Housing & Urban Development
Pennsylvania State Office
The Wanamaker Building
100 Penn Square East
Philadelphia, Pennsylvania 19107-3380

Dear Ms. Roberts:

    Enclosed is an original and one copy of the Harrisburg Housing Authority's Consolidated Annual Contributions Contract No. P183.

    If you have any questions, please do not hesitate to contact my office.

                    Very truly yours,

                    Dorsey Howard, Jr.
                    Executive Director

DHJr/pam
Enclosures

U.S. Department of Housing
and Urban Development

# Terms and Conditions

Constituting Part A of a

Consolidated Annual Contributions Contract

Between Housing Authority and

the United States of America

**Forms HUD-53010 and
HUD-53011 are obsolete**

**Form HUD-53012A
(7/95)**

# TABLE OF CONTENTS

## -- Part A --

**Section**                                                                                              **Page**

Section  1    Consolidation of Annual Contributions Contract.                                              1

Section  2    Definitions.                                                                                 1

Section  3    Mission of HUD.                                                                              2

Section  4    Mission of the HA.                                                                           2

Section  5    Covenant to Develop and Operate.                                                            3

Section  6    Cooperation Agreement(s).                                                                   3

Section  7    Covenant Against Disposition and Encumbrances.                                              3

Section  8    Declaration of Trust.                                                                       3

Section  9    Depository Agreement and General Fund.                                                      4

Section 10    Pooling of Funds.                                                                           4

Section 11    Operating Budget.                                                                           5

Section 12    Civil Rights Requirements.                                                                  5

Section 13    Insurance Requirements.                                                                     6

Section 14    Employer Requirements.                                                                      7

Section 15    Books of Account, Records, and Government Access.                                           7

Section 16    Termination of a Project Under Management.                                                  7

-i-

Form HUD-53012A
(7/95)

**Section**                                                                    **Page**

Section 17    Notices, Defaults, Remedies.                                        7

Section 18    Rights and Obligations of HUD While in Possession of Project(s).    9

Section 19    Conflict of Interest.                                              9

Section 20    Interest of a Member or Delegate to Congress.                      11

Section 21    Rights of Third Parties.                                           11

Section 22    Performance of Conditions Precedent to the Validity of this ACC.   11

Section 23    Waiver or Amendment.                                               11

-ii-

**Form HUD-53012A**
**(7/95)**

This Annual Contributions Contract ("ACC"), No. _____ P183 _____, is entered into as of this 22nd day of May _____, 1997 by and between the United States of America, acting by and through the Secretary of Housing and Urban Development, ("HUD") and the Harrisburg Housing Authority (the "HA"). The parties to this ACC may have previously entered into Consolidated ACCs whose terms and conditions have become obsolete through the subsequent passage of legislation or the promulgation of regulations by HUD. The parties wish to resolve this obsolescence by entering into this ACC, which shall supersede the most recent Consolidated ACC entered into between the HA and HUD bearing the same ACC number as this Consolidated ACC, and which incorporates by reference into this ACC those regulations issued by HUD for the development, modernization, and operation of public and Indian housing projects contained in Title 24 of the Code of Federal Regulations, as said Title shall be amended from time to time. Nothing herein shall release the HA from compliance with all applicable laws, executive orders, and regulations that are not specifically incorporated herein by reference.

This ACC covers all project(s) listed under the most recent Consolidated ACC entered into between HUD and the HA bearing the same ACC number as this ACC, and any amendments thereto, as well as any additional project(s) that may be added as a result of future amendments to this ACC. This ACC shall remain in effect with respect to such projects for the maximum period required by law, or as may be established by HUD. If this ACC consolidates previous ACCs executed by the parties, it shall remain in effect for the maximum period remaining under such previously executed ACCs, including any extension of the original ACC term based upon the HA's receipt of modernization and operating subsidies.

## Section 1 - Consolidation of Annual Contributions Contract.

This ACC supersedes the most recent Consolidated ACC entered into between HUD and the HA bearing the same ACC number as this ACC (including both Parts I and II), and any amendments thereto, provided that this novation shall in no way affect obligations outstanding, accounts due, or other actions taken pursuant to such previous ACCs, all of which matters shall be administered pursuant to and under this ACC.

## Section 2 - Definitions.

**ACC** - Consolidated Annual Contributions Contract between HUD and the HA, as may be amended herein, consisting of Part A (which sets forth requirements applicable to all projects) and Part B (which sets forth additional requirements that apply only to certain types of projects).

**Act** - the United States Housing Act of 1937, as amended.

Page 1 of 12

Form HUD-53012A
(7/95)

**Cooperation Agreement** - agreement(s) prescribed by HUD for execution by the HA and the local governing body relative to the cooperation of the local governing body in the development and operation of the project(s) and the obligation of the HA for payments in lieu of taxes, due to the exemption of the project from all real and personal property taxes.

**HA** - a public housing agency as defined in the Act, including an Indian housing authority.

**HUD approval** - prior written approval from HUD.

**"Operating receipts" and "Operating expenditures"** - Operating receipts shall mean all rents, revenues, income and receipts accruing from, out of, or in connection with the ownership or operation of such project. Operating receipts shall not include any funds received for development or modernization of a project, annual contributions pledged for payment of bonds or notes, or proceeds from the disposition of real property. Operating expenditures shall mean all costs incurred by the HA for administration, maintenance and other costs and charges that are necessary for the operation of the project. Operating expenditures shall not include any costs incurred as part of the development or modernization cost, or payment of principal or interest of bonds or notes.

**Project** - public and Indian housing developed, acquired, or assisted by HUD under the Act, other than under Section 8 of the Act, and the improvement of such housing. The term shall include all real and personal property, tangible and intangible, which is acquired or held by a HA in connection with a project covered under this ACC.

## Section 3 - Mission of HUD.

HUD shall administer the Federal public and Indian housing program for the provision of decent, safe, and sanitary housing to eligible families in accordance with this ACC and all applicable statutes, executive orders, and regulations. HUD shall provide maximum responsibility and flexibility to HAs in making administrative decisions within all applicable statutes, executive orders, regulations and this ACC. HUD shall provide annual contributions to the HA in accordance with all applicable statutes, executive orders, regulations, and this ACC.

## Section 4 - Mission of the HA.

The HA shall at all times develop and operate each project solely for the purpose of providing decent, safe, and sanitary housing for eligible families in a manner that promotes serviceability, economy, efficiency, and stability of the projects, and the economic and social well-being of the tenants.

Form HUD-53012A
(7/95)

## Section 5 - Covenant to Develop and Operate.

The HA shall develop and operate all projects covered by this ACC in compliance with all the provisions of this ACC and all applicable statutes, executive orders, and regulations issued by HUD, as they shall be amended from time to time, including but not limited to those regulations promulgated by HUD at Title 24 of the Code of Federal Regulations, which are hereby incorporated into this ACC by reference as if fully set forth herein, and as such regulations shall be amended from time to time. The HA shall also ensure compliance with such requirements by any contractor or subcontractor engaged in the development or operation of a project covered under this ACC.

## Section 6 - Cooperation Agreement(s).

During the development and operation of the project(s), the HA shall perform and comply with all applicable provisions of the Cooperation Agreement(s), in the form prescribed by HUD, including the making of payments in lieu of taxes provided therein (or such lesser amount as may be prescribed by State law or agreed to by the local governing body), shall at all times preserve and enforce its rights thereunder, and shall not terminate or amend the Cooperation Agreement(s) without the written approval of HUD.

## Section 7 - Covenant Against Disposition and Encumbrances.

The HA shall not demolish or dispose of any project, or portion thereof, other than in accordance with the terms of this ACC and applicable HUD requirements. With the exception of entering into dwelling leases with eligible families for dwelling units in the projects covered by this ACC, and normal uses associated with the operation of the project(s), the HA shall not in any way encumber any such project, or portion thereof, without the prior approval of HUD. In addition, the HA shall not pledge as collateral for a loan the assets of any project covered under this ACC.

## Section 8 - Declaration of Trust.

Promptly upon the acquisition of the site of any project, the HA shall execute and deliver an instrument (which may be in the form of a declaration of trust, a trust indenture, or such other document as may be approved by HUD), confirming and further evidencing, among other things, the covenant of the HA not to convey or encumber the project except as expressly authorized in this ACC. Such instrument and all amendments shall be duly recorded or filed for record wherever necessary to give public notice of their contents and to protect the rights and interests of HUD and of any bondholders. The HA shall furnish HUD with appropriate evidence of such recording or filing. From time to time, as additional real property is acquired by the HA in connection with the projects,

Form HUD-53012A
(7/95)

the HA shall promptly amend such instrument to incorporate all such real property and shall record the instrument, as amended.

## Section 9 - Depository Agreement and General Fund.

(A) The HA shall deposit and invest all funds and investment securities received by or held for the account of the HA in connection with the development, operation and improvement of the projects under an ACC with HUD in accordance with the terms of the General Depository Agreement(s). The General Depository Agreement shall be in the form prescribed by HUD and must be executed by the HA and the depository. Immediately upon the execution of any Depository Agreement, the HA shall furnish to HUD such executed or conformed copies thereof as HUD may require. A Depository Agreement shall not be terminated except after 30 days notice to HUD.

(B) All monies and investment securities received by or held for the account of the HA in connection with the development, operation and improvement of projects in accordance with an ACC with HUD shall constitute the "General Fund."

(C) The HA shall maintain records that identify the source and application of funds in such a manner as to allow HUD to determine that all funds are and have been expended in accordance with each specific program regulation and requirement. The HA may withdraw funds from the General Fund only for: (1) the payment of the costs of development and operation of the projects under ACC with HUD; (2) the purchase of investment securities as approved by HUD; and (3) such other purposes as may be specifically approved by HUD. Program funds are not fungible; withdrawals shall not be made for a specific program in excess of the funds available on deposit for that program.

## Section 10 - Pooling of Funds.

(A) The HA may deposit into an account covered by the terms of the General Depository Agreement any funds received or held by the HA in connection with any project operated by the HA under the provisions of this ACC.

(B) The HA may also deposit into an account covered by the General Depository Agreement, by lump-sum transfers of funds from the depositories of other projects or enterprises of the HA in which HUD has no financial interest, amounts necessary for current expenditures of items chargeable to all projects and enterprises of the HA.

(C) The HA shall not withdraw from any of the funds or accounts authorized under this section amounts for the projects under ACC, or for the other projects or enterprises, in excess of the amount then on deposit in respect thereto.

**Form HUD-53012A**
**(7/95)**

## Section 11 - Operating Budget.

(A) The HA shall prepare and have approved by its Board of Commissioners an operating budget for each of its fiscal years in a manner, and using such forms, as prescribed by HUD. The HA shall submit a calculation of operating subsidy eligibility in the manner prescribed by HUD in regulations in Title 24 of the Code of Federal Regulations. HUD shall review the calculation and, if correct, and subject to the availability of funds, take action within 45 days of submission to obligate the funds and approve a payment schedule, unless the HA is notified that it must submit an operating budget as provided in (B) below. HUD may revise or amend the subsidy calculation to bring it into conformity with regulatory requirements. The HA shall submit revised calculations in support of mandatory or other adjustments based on procedures and deadlines prescribed by HUD.

(B) If HUD directs the HA to submit an operating budget because it failed to achieve certain specified operating standards, or for other reasons which in HUD's determination require it, HUD shall, within 45 days of receipt of the complete operating budget, review and approve the operating budget if the plan of operation and the amounts included therein are reasonable. If HUD disapproves any proposed operating budget, or approves such budget with modifications, the HA shall be notified in writing and be furnished with an explanation of the reasons for such disapproval or modified approval. Any HA that is required to submit an operating budget may, at any time prior to thirty days before the end of the HA fiscal year, submit to HUD a proposed revision of any approved operating budget.

(C) HUD shall not in any Federal fiscal year approve any estimate or revision of a HA's operating budget in an amount which, together with the amount of all operating subsidies then contracted for by HUD, would exceed the amount as determined by HUD of contracting authorization for operating subsidies under the Act. HUD shall not be obligated to make any payments on account of operating subsidies in an amount in excess of the amount specifically approved by HUD.

(D) The HA shall not incur any operating expenditures except pursuant to an approved operating budget. If unbudgeted expenditures are incurred in emergencies to eliminate serious hazards to life, health and safety, the operating budget shall be amended accordingly.

## Section 12 - Civil Rights Requirements.

(A) The HA shall comply with all statutory, regulatory, and executive order requirements pertaining to civil rights, equal opportunity, and nondiscrimination, as those requirements now exist, or as they may be enacted, promulgated, or amended from time to time. These requirements include, but shall not be limited to, compliance with at least the following authorities: Title VI of the Civil Rights Act of 1964 (42 U.S.C. 2000d; 24 CFR part 1); the Fair Housing Act (42 U.S.C. 3601-3619; 24 CFR part 100); section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794; 24 CFR part 8); the Age Discrimination Act of 1975 (42 U.S.C. 6101-6107; 24 CFR part 146); the Americans with Disabilities Act (Pub. L. 101-336, approved July 26, 1990; 28 CFR part 35); Executive Order 11063 on Equal

Form HUD-53012A
(7/95)

Opportunity in Housing (24 CFR part 107); Executive Order 11246 on Equal Employment Opportunity, as amended by Executive Order 11375 (41 CFR part 60); and Executive Order 12892 on Affirmatively Furthering Fair Housing. An Indian Housing Authority established pursuant to tribal law shall comply with applicable civil rights requirements, as set forth in Title 24 of the Code of Federal Regulations.

(B) In connection with the development or operation of any project, the HA shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, disability, age, or national origin. The HA shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to race, color, religion, sex, disability, age, or national origin. Such action shall include, but not be limited to, the following: employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. The HA shall insert the foregoing provision (modified only to show the particular contractual relationship) in all its contracts in connection with the development or operation of any project, except contracts for standard commercial supplies or raw materials and contracts referred to in subsection (C) of this section, and shall require all contractors to insert a similar provision in all subcontracts, except subcontracts for standard commercial supplies or raw materials. The HA shall post at the projects, in conspicuous places available to employees and applicants for employment, notices to be provided by HUD setting forth the provisions of this nondiscriminatory clause.

(C) The HA shall incorporate the language required by Executive Order 11246, codified at 41 CFR §60-1.4(b) (or any successor provision), into any contract for construction work, or any modification thereof, which is paid for in whole or in part with funds obtained under this ACC. In addition, the HA agrees that it will be bound by the equal employment opportunity provisions set forth at 41 CFR §60-1.4(b) (or any successor provision) with respect to its own employment practices when it uses its own staff (force account) to carry out Federally assisted construction work.

## Section 13 - Insurance Requirements.

(A) Except as otherwise provided by HUD, the HA shall procure adequate insurance to protect the HA from financial loss resulting from various hazards if the HA determines that exposure to certain hazards exists. The types of insurance required, or that should be purchased, and other requirements with respect to insurance coverage are listed in Part B, Attachment VII, of this ACC.

(B) The HA shall, to the extent that insurance proceeds permit, promptly restore, reconstruct, and/or repair any damaged or destroyed property of a project, except with the written approval of HUD to the contrary.

Form HUD-53012A
(7/95)

## Section 14 - Employer Requirements.

(A) The HA shall comply with all tribal, State and Federal laws applicable to employee benefit plans and other conditions of employment.

(B) No funds of any project may be used to pay any compensation for the services of members of the HA Board of Commissioners.

## Section 15 - Books of Account, Records, and Government Access.

(A) The HA must maintain complete and accurate books of account for the projects of the HA in such a manner as to permit the preparation of statements and reports in accordance with HUD requirements, and to permit timely and effective audit.

(B) The HA must furnish HUD such financial and project reports, records, statements, and documents at such times, in such form, and accompanied by such reporting data as required by HUD.

(C) The United States Government, including HUD and the Comptroller General, and its duly authorized representatives, shall have full and free access to all HA offices and facilities, and to all books, documents, and records of the HA relevant to the administration of the projects under this ACC, including the right to audit and make copies.

## Section 16 - Termination of a Project Under Management.

If any project under management under this ACC is terminated, all project reserves shall become part of another project administered by the HA in accordance with the terms of this ACC. If no other project(s) under management exists, the remaining project reserves shall be distributed as directed by HUD.

## Section 17 - Notices, Defaults, Remedies.

(A) Any notice required or permitted to be given under this ACC shall be in writing, signed by a duly authorized official, and addressed, if to the HA, to the principal office of the HA, and if to HUD, to the HUD office with jurisdiction over the HA, unless otherwise directed by regulation or other requirement of HUD.

(B) Upon the occurrence of a substantial default by the HA, as determined by HUD in accordance with this ACC, HUD shall be entitled to any or all of the remedies set forth in paragraphs (E), (F), and (H) below. A substantial default is a serious and material violation of any one or more of the

**Form HUD-53012A
(7/95)**

covenants contained in this ACC. Events of substantial default shall include, but shall not be limited to, any of the following occurrences: (1) failure to maintain and operate the project(s) under this ACC in a decent, safe, and sanitary manner; (2) the disposition or encumbrance of any project or portion thereof without HUD approval; (3) failure of the HA to comply with any civil rights requirements applicable to the HA and the project(s); (4) abandonment of any project by the HA, or if the powers of the HA to operate the project(s) in accordance with the provisions of this ACC are curtailed or limited to an extent that will prevent the accomplishment of the objectives of this ACC; (5) failure to carry out modernization or development in a timely, efficient and effective manner; and (6) termination of tax exemption (either real or personal property) on behalf of a project covered under this ACC.

(C) Delivery of a notice of substantial default shall be required before the exercise of any remedy permitted under this ACC. Such notice shall: (1) identify the specific covenants, statutes, executive orders, or regulations alleged to have been violated; (2) identify the specific events, actions, failure to act, or conditions that constitute the alleged substantial default; and (3) provide a specific timeframe for the HA to cure the substantial default, taking into consideration the nature of the default.

(D) Except in cases involving clear and apparent fraud, serious criminal behavior, or emergency conditions that pose an imminent threat to life, health, or safety, the HA shall have the right to appeal any such notice received from the HUD office with jurisdiction over the HA. Such informal appeals shall be in writing and shall be submitted within ten (10) working days from the date of the HA's receipt of such notice. Appeals of the action of a HUD Office shall be made to the Assistant Secretary for Public and Indian Housing, or such other official as shall be a successor thereto.

(E) Upon the occurrence of a substantial default, or the expiration of any applicable cure period provided by HUD, the HA shall: (1) convey to HUD title to the project(s) as demanded by HUD if, in the determination of HUD (which determination shall be final and conclusive), such conveyance of title is necessary to achieve the purposes of the Act; or (2) deliver possession and control of the project(s) to HUD.

(F) Nothing contained in this ACC shall prohibit or limit HUD from the exercise of any other right or remedy existing under applicable law, or available at equity. HUD's exercise or nonexercise of any right or remedy under this ACC shall not be construed as a waiver of HUD's right to exercise that or any other right or remedy at any time.

(G) If HUD shall acquire title to, or possession of the project(s), HUD shall reconvey or redeliver possession of the project(s) to the HA, or to any successor recognized by HUD: (1) upon a determination by HUD that the substantial default has been cured and that the project(s) will thereafter be operated in accordance with the terms of this ACC; or (2) after the termination of HUD's obligation to make annual contributions available, unless there are any obligations or covenants of the HA to HUD that are then in default.

Form HUD-53012A
(7/95)

(H) HUD may at any time by notice to the HA declare this ACC terminated with respect to any project that at such time has not been permanently financed if: (1) the HA has made any fraudulent or willful misrepresentation of any material fact in any document or data submitted to HUD as a basis for this ACC or as an inducement to HUD to enter into this ACC; or (2) a substantial default exists in connection with any of the projects; provided, that no such termination shall affect any obligation of HUD to make annual contributions pursuant to section 12 of Attachment VI, Part B, of this ACC.

## Section 18 - Rights and Obligations of HUD While in Possession of Project(s).

(A) During any period in which HUD holds title to or possession of the projects after a substantial default by the HA, HUD shall develop and/or operate such project(s) as nearly as practicable in accordance with the provisions of this ACC.

(B) During any such period, HUD may, in the name and on behalf of the HA, or in its own name and on its own behalf (as HUD shall solely determine), exercise any and all rights of the HA under this ACC, and perform any and all obligations of the HA under this ACC. Northing herein shall be deemed to make the action(s) or omission(s) of the HA attributable to HUD.

## Section 19 - Conflict of Interest.

(A)(1) In addition to any other applicable conflict of interest requirements, neither the HA nor any of its contractors of their subcontractors may enter into any contract, subcontract, or arrangement in connection with a project under this ACC in which any of the following classes of people has an interest, direct or indirect, during his or her tenure or for one year thereafter:

(i) Any present or former member or officer of the governing body of the HA, or any member of the officer's immediate family. There shall be excepted from this prohibition any present or former tenant commissioner who does not serve on the governing body of a resident corporation, and who otherwise does not occupy a policymaking position with the resident corporation, the HA or a business entity.

(ii) Any employee of the HA who formulates policy or who influences decisions with respect to the project(s), or any member of the employee's immediate family, or the employee's partner.

(iii) Any public official, member of the local governing body, or State or local legislator, or any member of such individuals' immediate family, who exercises functions or responsibilities with respect to the project(s) or the HA.

Page 9 of 12

Form HUD-53012A
(7/95)

(2) Any member of these classes of persons must disclose the member's interest or prospective interest to the HA and HUD.

(3) The requirements of this subsection (A)(1) may be waived by HUD for good cause, if permitted under State and local law. No person for whom a waiver is requested may exercise responsibilities or functions with respect to the contract to which the waiver pertains.

(4) The provisions of this subsection (A) shall not apply to the General Depository Agreement entered into with an institution regulated by a Federal agency, or to utility service for which the rates are fixed or controlled by a State or local agency.

(5) Nothing in this section shall prohibit a tenant of the HA from serving on the governing body of the HA.

(B)(1) The HA may not hire an employee in connection with a project under this ACC if the prospective employee is an immediate family member of any person belonging to one of the following classes:

 (i) Any present or former member or officer of the governing body of the HA. There shall be excepted from this prohibition any former tenant commissioner who does not serve on the governing body of a resident corporation, and who otherwise does not occupy a policymaking position with the HA.

 (ii) Any employee of the HA who formulates policy or who influences decisions with respect to the project(s).

 (iii) Any public official, member of the local governing body, or State or local legislator, who exercises functions or responsibilities with respect to the project(s) or the HA.

(2) The prohibition referred to in subsection (B)(1) shall remain in effect throughout the class member's tenure and for one year thereafter.

(3) The class member shall disclose to the HA and HUD the member's familial relationship to the prospective employee.

(4) The requirements of this subsection (B) may be waived by the HA Board of Commissioners for good cause, provided that such waiver is permitted by State and local law.

(C) The requirements of subsections (A) and (B) of this section do not apply to contracts entered into by an Indian Housing Authority, its contractors or subcontractors, although such contracts remain subject to other applicable conflict of interest requirements.

**Form HUD-53012A**
**(7/95)**

(D) For purposes of this section, the term "immediate family member" means the spouse, mother, father, brother, sister, or child of a covered class member (whether related as a full blood relative, or as a "half" or "step" relative, e.g., a half-brother or stepchild).

## Section 20 - Interest of a Member or Delegate to Congress.

No member of or delegate to the Congress of the United States of America or resident commissioner shall be admitted to any share or part of this ACC or to any benefits which may arise from it. (As used in this section, the term "resident commissioner" refers to an individual appointed to oversee a territory or possession of the United States of America, e.g., Guam).

## Section 21 - Rights of Third Parties.

Except as to bondholders, as stated in Part B (Attachment VI) of this ACC, nothing in this ACC shall be construed as creating any right of any third party to enforce any provision of the ACC or to assert any claim against HUD or the HA.

## Section 22 - Performance of Conditions Precedent to the Validity of this ACC.

The HA certifies that all conditions precedent to the valid execution and delivery of this ACC on its part have been complied with, that all things necessary to constitute this ACC its valid, binding, and legal agreement on the terms and conditions and for the purposes herein set forth have been done and have occurred and that the execution and delivery of the ACC on its part have been and are in all respects duly authorized in accordance with law. HUD similarly certifies with reference to its execution and delivery of this ACC.

## Section 23 - Waiver or Amendment.

Any right or remedy that HUD may have under this ACC may be waived in writing by HUD without the execution of a new or supplemental agreement; or by mutual agreement of the parties to this ACC, this contract may be amended in writing: Provided, That none of the provisions of this ACC may be modified or amended so as to impair in any way HUD's obligation to pay any annual contributions that have been pledged as security for any obligations of the HA.

Form HUD-53012A
(7/95)

In witness whereof, the HA and HUD have caused this ACC to be executed and the HA has caused its seal to be hereunto affixed and attested all as of the date first above written.

(SEAL)

ATTEST:

Harrisburg Housing Authority
(Housing Authority)

By: _____
(Chairperson)

UNITED STATES OF AMERICA
Secretary of Housing and Urban Development

By: _____

Director, Office of Public Housing
(Official Title)

Form HUD-53012A
(7/95)

MINUTES
REGULAR MEETING
HARRISBURG HOUSING AUTHORITY
MAY 10, 2001

The Members of the Board of the Harrisburg Housing Authority met in regular session at 1:00 p.m., Thursday, May 10, 2001, in the Board Room of Morrison Towers, 351 Chestnut Street, Harrisburg, Pennsylvania.

Chairman Feinerman presided.

## ROLL CALL

Members present:

Mr. Leon Feinerman
Ms. Terri Martini
Mr. Robert Jones
Ms. Constance Buxton
Rev. Earl Harris

Members absent:

None

Also present were: Dorsey Howard, Jr., Executive Director; Carl Payne, Acting Deputy Executive Director; Jerry Shenck, Administrative Assistant/Modernization Coordinator; LeRoy Robinson, Assistant to Executive Director; Dena Dupert, Director of Public Housing Management; Irwin W. Aronson, Esquire of the law firm of Johnston, Aronson & Diamond; and Pamela Perrelli, Secretary to the Executive Director.

## APPROVAL OF MINUTES

Mr. Feinerman stated the minutes of the regular meeting held April 12, 2001 have been distributed. If there are no corrections or additions to be made to those minutes, the chair will entertain a motion to approve the minutes as distributed.

Mr. Jones moved, seconded by Ms. Martini, that the minutes be approved as distributed. The motion was unanimously approved.

-1-


GOVERNMENT EXHIBIT

## BILLS AND COMMUNCATIONS

### BILLS

Mr. Feinerman stated the bills for the period ending April 30, 2001, have been distributed. Are there any questions on any of those disbursements? Hearing none, the chair will entertain a motion to approve the bills as presented, subject to audit.

Ms. Martini moved, seconded by Ms. Buxton, that the bills be approved as presented, subject to audit. The motion was unanimously approved.

### COMMUNICATIONS

1. HUD, Malinda Roberts, Director of Office of Public Housing – Letter-of-Intent for Resident Participation Funding, Low-Income Public Housing Operating Subsidies

Mr. Feinerman: This is for $19,138 and that is half of it.

Mr. Howard: That is the formula they use per unit. That is the minimum amount you are supposed to spend for resident participation. We overspend that amount.

2. HUD, Bernice C. Unland, Director of Section 8 Financial Management Center – Renewal of Expiring Certificate and Voucher Funding Increments, 3rd Quarter, FFY 2001

3. City of Harrisburg, Stephen R. Reed, Mayor – HUD Capital Fund and Drug Elimination Formula Funds Notice for Fiscal Year 2001

Mr. Feinerman: After we had our meeting last month, I did put a call into the Mayor to discuss the problem we are going to be having with reduced subsidy for the police department, etc., and the Mayor has been kind enough not to return my phone call. This letter from Secretary Martinez may make him think that he is going to get more money than he got last year because that is the way the letter reads.

Ms. Martini: That is exactly what he is thinking.

Mr. Aronson: That is exactly unfortunate because this is a typical political ploy to mislead the recipients.

Mr. Howard: He is not getting more. He is getting less.

-2-

Mr. Aronson: He may be getting zero.

Mr. Shenck: If I may point something out about the letter. They are talking about fiscal year 2001 funds, which our plan was submitted back in November for 2001 and we just resubmitted our revised budget based on the allocations we are getting. He isn't getting any of that.

Mr. Howard: The difference is there is a whole year's difference and this is what is confusing everybody. Everybody is looking at 2001 and 2002 is where the bombshell is hidden. What you do in 2001 affects what happens in 2002. There are several issues we need to discuss with the City, after the primaries are over.

Mr. Feinerman: I will make a note to call him again.


## TREASURER'S REPORT

Mr. Feinerman: The treasurer's report for the period ending March 31, 2001 is presented for approval. The only comment I have and which always concerns me, is the revenue item from our actual cumulative year-to-date versus the budget, we are always a little bit lower, but our expenditures are almost $250,000 more than what we budgeted. Is that going to catch up with utilities or not?

Mr. Howard: There are a couple things that are in there. Some of the stuff that is in here is for the credit union. We are paying it out of our operating funds. It is a contribution that we had decided we were going to make to the credit union and we are paying it out of the operating funds. Instead of passing it through to the credit union for them to pay, because at the time they didn't have a checking account, we paid it directly.

According to Rich, there is some large item in the maintenance contract that occurred in the last period. We were going to go over that today.

Mr. Feinerman: That is $50,000 under-budgeted. Is the credit union spread throughout?

Mr. Howard: It is under sundry. As you can see the budget was 160 and we are at 174.

Mr. Jones: If you look on page one, under sundry, 4190, and then look at the other one under maintenance contract, 4430, there seems to be a difference there.

-3-

Mr. Feinerman: But not $250,000. Maintenance labor is higher.

Mr. Jones: But you said maintenance contract.

Mr. Howard: Maintenance contract was the one that Richard pointed out to me.

Mr. Feinerman: The big number is fuel. There is nothing under fuel budgeted and there is $310,755.

Mr. Howard: That is oil. That should be up in the gas line.

Ms. Martini: But you have $419,000 under the gas line.

Mr. Howard: It would have been the same because of it being cumulative year-to-date. The fuel is oil and we did not budget anything for oil. That is what we were talking about today.

Mr. Feinerman: The gas pro-rata budget is $284, and we are at $419, plus $300 for oil and the total budget is $1,100,000.

Mr. Howard: The budget was for $1,137,000.

Mr. Feinerman: That budget number is way off.

Mr. Howard: This is a rolling base budget number that will be adjusted. It wasn't adjusted to take into effect what actually happened last year. We are through the heating season. Now we will just be doing domestic. We are at a combined $730,000 and that is against a budget of $1,137,000. We should be in good shape at the end of the year.

Mr. Feinerman: If there are no further questions, the chair will entertain a motion to accept the treasurer's report, subject to audit.

Ms. Buxton, seconded by Ms. Martini, to accept the treasurer's report subject to audit. The motion was unanimously approved.

## REPORT OF THE EXECUTIVE DIRECTOR

Mr. Howard: We have, I believe, come to a resolution on Hillside Village as to how to correct the construction problem that we had. It is going to cost us approximately $60,000 to correct the fypon.

Mr. Aronson: Fypon is Styrofoam with a thin coat of concrete over it. It is used for a moulding or framing. It can be painted. It is a very durable kind of moulding. It doesn't rot away like wood. It is not as cranky as aluminum. It expands and contracts. It also has to be done right or it is going to be destroyed like anything else.

Mr. Feinerman: What is happening on the project with the heating problem with Brinjac?

Mr. Shenck: I was talking to Rick Heisey about it today and they did a lot of work up there after Brinjac and everybody else got out of the way and he says he has it where it will work. The valve that they put in between the old and the new, he balanced it and says it will work.

Mr. Howard: If Heisey says it will work, it will work.

Mr. Howard: Regarding Section 8 inspections, I'm not totally privy to what is happening here and what isn't happening here. I saw a couple of letters floating around on our Section 8 program about inspections and non-inspections. Terri did you have any contact with John Cacolice?

Ms. Martini: He sent me a list of the units where people had not received clearance for their Section 8 certificate. I am going through them one by one to confirm that in fact they had never ordered inspections even though they own the property and rented it out for quite a period of time.

Mr. Aronson: Is this lead?

Ms. Martini: No. They are just dwelling inspections, health and life safety. Right now with half of those properties, the owner was fully aware of the inspection requirement and just didn't order it. They are ordering them at the last minute and, therefore, we are turning them down because we haven't just been able to drop everything else and serve them right away because they failed to comply with the orders.

Mr. Jones: At what risk do we put our tenants in?

Ms. Martini: They can put the tenant in but they won't get the subsidy.

Mr. Aronson: This is Section 8, so they are not our tenants. They are the landlord's tenants.

-5-

Mr. Jones: So what do we do, just delay payment?

Mr. Howard: They don't occupy.

Mr. Feinerman: We don't give them their subsidy.

Mr. Aronson: We don't delay it. We withhold payment.

Mr. Payne: Some of the tenants are in place.

Mr. Aronson: And they are paying market rent.

Mr. Howard: But Terri, technically they can't be in place even under your ordinance. Can they be in place?

Ms. Martini: No.

Mr. Payne: They were in place and it was a renewal of some of the contracts and some renewals were withheld. They were in place before this happened. The only option the landlord had was to evict them. These were people that were in place. The landlords were requesting approval of the contracts and to continue to make Section 8 payment. At some point, we have to tell the landlords to go ahead and evict those people because there is no economic reason.

Mr. Aronson: That is not up to us. That is up to the landlord.

Mr. Payne: That is what I said to let him evict them.

Mr. Aronson: We are not letting him.

Mr. Feinerman: John did tell these landlords that he is not going to approve their Section 8.

Mr. Payne: These are people already in place.

Mr. Aronson: I understand, but these landlords have to understand that they will not get the subsidy.

Mr. Payne: I want to make it clear that I am not making a case for the landlords.

Mr. Aronson: I know.

Mr. Payne: What I am saying is I do have some concern about tenants who have nothing to do with the landlord or the City or us,

-6-

who are subject to eviction because of our mess. I think you are right with respect to everyone else, but with someone who has been there and has children, to put them under all this stress for this situation and landlords have not evicted them, is something we have to pay attention to.

Mr. Feinerman: Is it our mess or is it the landlord's mess?

Ms. Martini: The landlord is required to comply with the three-year inspection program.

Mr. Aronson: For practical purposes it gets to me our mess.

Ms. Martini: We have provided the housing authority with the application so when Section 8 sends out its marketing information, they can include our rental inspection application in with that. We told John to call us when he needs more. We did a complete mailing to all the landlords based on the housing authority's list. We have taken all the proactive steps to notify them that they have to be in compliance. At this point, the responsibility is on the landlords.

Mr. Aronson: Our problem is that if they haven't been through the inspection, we can't certify HQS. If we can't certify HQS, we can't give the subsidy. Persons in place are the innocent victims. The landlord is the cause of the problem, but the tenants are the victims.

Mr. Jones: At some point and time, as I am understanding what you are saying is do we have a recourse or a remedy to help the people who are already in place? I think that maybe we need to look at that issue because I would hate to think that some day this will end because we think that same problem that Carl talked about would involve children and people that have families that are already in place through no fault of their own. The landlord hasn't done anything. Is there some kind of remedy we can take? I don't know how large the problem exists.

Mr. Feinerman: The other question is if the landlord is evicting people, from a legal standpoint, doesn't it take 90 days or 120 days? Hopefully, in that 90 or 120 days, the landlord will get it inspected.

Mr. Aronson: It may be, but if we have stopped subsidy, we don't have a good way to go back and restore subsidy that has been eliminated. So there is going to be a 60 or 90 day period during which the tenant has paid the rent that he/she can afford based on

-7-

the 30 percent formula and the landlord has not gotten the subsidy. That is a default that can subject the people to eviction.

Mr. Feinerman: I understand that, but it will take him 90 days to evict and in that amount of time, if he gets paid at this point forward, then the landlord has to say to himself am I going to eat that subsidy and be done with it or am I going to kick these people out and look for a new tenant.

Mr. Payne: I just want to bring to your attention that it is a public relation nightmare potential. I will say that for the record. It is also true that these people have resources. Someone at some point is going to tell them to go talk to Legal Services. We are in the middle of it. Once they get involved, I don't care who is right or wrong or what the ordinances and all that kind of stuff say. My suggestion to you is that it is about to explode.

Ms. Buxton: Can that tenant go and look for another place? I have talked to some and they have said well my landlord didn't pass inspection so I am looking and they get another voucher to go somewhere else. They can't do that? I have seen some of them doing that.

Mr. Howard: They might face the same problem. The problem is how widespread is it with landlords not renewing their rental certificate through the City. They think they do it once and they don't have to do it again. Most of them don't think that if they rent to a Section 8 person, somewhere the computer is going to say you didn't come in for a re-inspection, so now he has to do the re-inspection. He is going to say the housing authority inspected me and he should feel somewhat of a comfort, but that doesn't mean he is going to pass the City inspection. I don't know what to do. I just know that hopefully this is another one of those things that doesn't break until after May 16th.

Mr. Jones: I hear what you are saying Carl and I believe what you are saying is that we need to be proactive to avoid a embarrassment to say the least. Can we send out letters to these potential tenants?

Mr. Payne: I wasn't suggesting that at all. I wasn't suggesting any specific action. I was just bringing to the Board's attention that perhaps you should not just think that because we are in a good legal position, that there might not be some fallout.

Mr. Jones: I am suggesting that maybe we need to consider sending a letter out to potential tenants. We could send it to the ones who already have their voucher and it would be the renewal of

-8-

their vouchers. Am I right to say the landlords who have the renewal of the voucher?

Mr. Howard: The tenant who has the voucher that is set to be renewed once the unit passes all necessary inspections, no. There are other issues involved besides the inspection. There is the utility aspect also. If the landlord gets delinquent in his utilities, the same thing happens, you can't renew the certificate.

Mr. Feinerman: Does John have a list of all those potential landlords who have gotten their City inspection and passed our inspection? Is there such an inventory of names?

Mr. Howard: He probably doesn't have a complete list of everybody who has had his unit re-inspected by the City.

Mr. Payne: There is not a constant list that he is aware of.

Mr. Feinerman: If we give new packets out every month, I am sure some of those landlords must have had their properties inspected by the City.

Mr. Howard: Not necessarily because they might not have rented them or they have not come up in the time when the City would have started it. The City does it once every three years. It is possible for them to fall in a crack. It could be the second year and they are really scheduled for the third year.

Mr. Feinerman: If they are scheduled for the third year, they were still eligible for Section 8 vouchers.

Ms. Martini: And they would get that clearance. There is no hold up there.

Mr. Feinerman: There must be someone who does this all the time. There are a lot of guys who do nothing but this, and you would think that they know what they have to do and they may have inventory for us. John should know that.

Mr. Payne: The larger apartment developments are also on the no list. There isn't a very big selection.

Mr. Aronson: Does anybody think that we have some obligation to write to the tenants to advise them that their landlord is not compliant and as a result, subsidy is being withheld and that they are at risk?

-9-

Mr. Howard: That would have happened at a certain point and time. Are you saying to tell them 30 days ahead of time, your landlord has not passed inspection and if he doesn't by this date, you may be subject to eviction?

Mr. Aronson: Yes.

Mr. Feinerman: Are we doing that?

Mr. Howard: No.

Mr. Aronson: I think we ought to be doing that.

Mr. Jones: That is the suggestion I was trying to make.

Mr. Howard: I would once again say that I would go with that suggestion if it occurred after May 16th.

Mr. Feinerman: I would tell John that should be part of his operating procedure.

Mr. Howard: After May 16th he sends all these letters out that puts everybody on notice.

Mr. Jones: Yes.

Mr. Aronson: Then it will be a regular procedure thereafter.

Mr. Howard: I don't want to do it before then.

Mr. Jones: I think that might help resolve a public relations nightmare. If we are going to face one, at least we did something proactive.

Mr. Feinerman: Facing a future public relations nightmare doesn't protect us from an existing public relations nightmare.

Mr. Payne: The other thing is a selfish matter and the one John talked to you about previously regarding economics and so forth, and I hesitated to bring this to the board's attention, but the Section 8 program in terms of a revenue source for us is getting devastated. The impact of that in terms of later on having to face some decisions with staff because there is no Section 8 program that is viable here in the City. That revenue will be lost and we are going to be giving a lot of money back at the end of the year to the federal government. That will be another public relation problem also.

Mr. Aronson: It is an unfortunate fact because our sister governmental unit's whole philosophy is to move away from the public housing into things like Section 8. Once again, it raises the concept of us becoming Section 8 property owner managers.

Mr. Howard: I think the problem is this is both good and bad because of all the good things that have been said about Section 8, some of the bad things are starting to come out now. The landlords in Section 8, if given an opportunity, are just as bad as any other landlord avoiding legitimate rules and regulations, but collecting based on the fact that they are complying.

Mr. Aronson: You have to add to that a new political day in the Mel Martinez world where a lot of looking the other way is going to take place.

Mr. Howard: This whole thing was never an issue until three years ago when Allegheny County said if you didn't pay your utility bills or your tax bills you could not get a Section 8 certificate. That started the spur. Now the more that he pushes toward Section 8, the more you are going to see communities pushing back against the Section 8 landlord saying you have to become current. You are going to pay us everything you owe us because you get no tax breaks.

Mr. Aronson: They are supposed to be a full participant in the community.

Mr. Howard: So they have to pay. The only other thing is Jerry wanted to talk about Boyer withdrawing their bid.

Mr. Shenck: We received bids for the mechanical contract at Smith Homes. We had rejected the first go round because the only bidder was way too high. We bid it a second time and George D. Boyer came in as the low bidder at $750,000. The next bidder was $950,000. Subsequent to the bid opening Boyer came in with a letter requesting to withdraw their bid because they made an estimating error on labor with some of the buildings which put the next bidder in line, if we accept Boyer's request. The bidder at $950,000 was Gibraltar.

Mr. Feinerman: What do we normally do? Do we normally let them walk or not?

Ms. Martini: Don't we have a bid bond?

Mr. Shenck: Yes.

-11-

Ms. Martini: Ten percent?

Mr. Howard: Yes.

Mr. Aronson: My inclination is to not them walk but let me hear from everybody else. It is a double-edged sword and everybody here understands what this double-edged sword is.

Mr. Feinerman: So they are $200,000 short is what you are saying.

Mr. Aronson: At $200,000 short, if we make them do the job, I think we are going to have problems.

Mr. Howard: We know we will have problems.

Mr. Aronson: It happens that this is a substantial contract. George D. Boyer is no fly by night contractor. If on the other hand we don't insist on specific performance of the contract and the bid bond, we are going to cost ourselves $200,000 plus. Our other alternative is to rebid it again because there was obviously a mistake of fact. I can't in good conscience just go to the next bidder when I have a bid bond on a bid that is $200,000 less. Yet, I tell you as my client that there is an extraordinary risk of awarding this to the low bidder who has told you that they made a fundamental error.

Mr. Feinerman: Do we get anything out of Boyer by re-bidding it?

Mr. Aronson: Yes. You will get a bid that is $200,000 more. What you are going to get out of this is most likely Gibraltar coming up higher.


## NEW BUSINESS

Mr. Feinerman: We have a new piece of business to approve the contract with Linda Figueroa. We are giving them a $1,833 a month. How much did we give them the last time?

Mr. Howard: The same amount.

Mr. Feinerman: The chair will entertain a motion to approve the Contract for Day Care Services with the Community Action Commission.

Rev. Harris moved, seconded by Ms. Buxton to approve the Contract for Day Care Services. The motion was unanimously approved.

Mr. Feinerman: Many of you don't know what is happening and I want to take a moment to embarrass our astute esteemed council. In addition to him winning the primaries, we think he will win the primaries for Commonwealth Court, he also has been awarded the Legion of Honor Humanitarian Award. I think we should all be very proud of our Irwin for receiving this award. We obviously know how good he is because we have the experience of him on a monthly basis, if not more. Congratulations!

Mr. Aronson: Thank you.

**NEXT BOARD MEETING – JUNE 14, 2001**

**ADJOURNMENT**

There being no further business to come before the Board, on motion of Ms. Buxton, seconded by Ms. Martini, the meeting was adjourned.

_____          _____
Date                                     Secretary

-13-

MINUTES
REGULAR MEETING
HARRISBURG HOUSING AUTHORITY
SEPTEMBER 11, 2003

The Members of the Harrisburg Housing Authority met in regular session at 1:00 p.m., Thursday, September 11, 2003, in the Board Room of Morrison Towers, 351 Chestnut Street, Harrisburg, Pennsylvania.

Chairman Feinerman presided.

## ROLL CALL

Members present:

Mr. Leon J. Feinerman
Ms. Terri Martini
Mr. Robert Jones
Ms. Constance Buxton
Rev. Earl Harris

Also present were: Carl Payne, Executive Director; Jerry Shenck, Administrative Assistant/Modernization Coordinator; LeRoy Robinson, Assistant to Executive Director; Dena Dupert, Director of Public Housing Management; Cheryl Hawk, Section 8 Coordinator; James Zivanovich, Maintenance Superintendent; Barbara Hollowell, Consultant; Christina Falcone of Casterline Associates; Irwin Aronson, Esquire of the law firm of Willig, Williams and Davidson; and Pamela Perrelli, Executive Secretary.

## APPROVAL OF MINUTES

Mr. Feinerman stated the minutes of the regular meeting held August 14, 2003 have been distributed. If there are no corrections or additions to be made to those minutes, the chair will entertain a motion to approve the minutes as distributed.

Ms. Buxton moved, seconded by Rev. Harris, that the minutes be approved as distributed. The motion was unanimously approved.

-1-

GOVERNMENT
EXHIBIT
3

## BILLS AND COMMUNICATIONS

### BILLS

Mr. Feinerman stated the bills for the period ending August 31, 2003 have been distributed. Are there any questions on any of those disbursements? Hearing none, the chair will entertain a motion to approve the bills as presented, subject to audit.

Ms. Martini moved, seconded by Mr. Jones, that the bills be approved as presented, subject to audit. The motion was unanimously approved.

### COMMUNICATIONS

1. HUD, Michael Liu, Assistant Secretary – Fiscal Year 2003 Capital Fund Formula Amount

Mr. Feinerman: This is a generic letter sent to all executive directors. Hopefully next year that three percent PHAS bonus will be ours. It was for $3.2 million.

Mr. Payne: There is some discussion with Congress now over the allocation and whether we are going to continue to receive the amount that we have received or whether next year there will be the same kind of cuts with respect to HUD reducing the capital funding, including playing some games with this three percent versus what Christina and Jason were referring to. Last year we were reimbursed for actual utility costs at the end of the year, which amounts to about the same three percent difference. The lobbyist groups for the housing authorities are arguing that whatever they do, it shouldn't penalize housing authorities like us. The subsidy we receive should hold us harmless. We shouldn't be penalized in any way by whatever reductions they make next year. We are in an argument now. It is not so important to the housing authority that we have a bonus, but rather that we are not hurt. We are making that case with the administration.

## TREASURER'S REPORT

Mr. Feinerman: The treasurer's report for the period ending July 31, 2003 is presented for approval.

Mr. Payne: I will point out that we are, in spite of the cut in subsidy amount, presently, at the end of seven months, which is

the July time period, about $32,000 in the black, which is good. In the last couple of years we were in the red. We are not bleeding anymore. We are watching our expenses, as you can see. To the point that the Chairman mentioned, if we are successful and HUD doesn't change the rules on us, then the real net income figure in the seven month period is about $485,976. I caution you to remember that there is some discussion in Washington by the administration to change the rules. We don't know whether this is for real or not at this point.

Ms. Falcone: It is up in the air right now. We don't know if they are going to fund it or not at this point.

Mr. Feinerman: If there are no further questions, the chair will entertain a motion to accept the treasurer's report for the period ending July 31, 2003, subject to audit.

Mr. Jones moved, seconded by Rev. Harris, to accept the treasurer's report, subject to audit. The motion was unanimously approved.

## REPORT OF EXECUTIVE DIRECTOR

Mr. Payne: The Chairman of the Greater Harrisburg Community Credit Union talked to me and he didn't have a chance to write a letter, but Mr. Jones had asked that the Credit Union advise the Chairman in advance of whenever they might need some funds. He said he doesn't have any specific figures right now. He may have a solution to the net worth ratio problem that they were having. It is not a cash flow problem, but it is a requirement by the regulators that we have so much cash compared to the assets that we have in the credit union. He believes, and I do believe too, that he may have a solution where he doesn't have to come to us and ask us for advances on the 2004 monies. To be conservative, what he would like to do at least is to have the board acknowledge that for this quarter and next quarter, if he has to have some money, it should be no more than $30,000, (assuming DCED advances $25,000 to GHCCU this quarter. In the event the DCED funds are not received, the cash advance need will approximate $50,000) that he would like for the board to authorize me to advance those funds if it is necessary for the same net worth requirement. He will follow through with a letter.

Mr. Feinerman: A lot of those individuals, some of which were politicians, indicated they were going to put money into the credit union, have they done that?

Mr. Payne: Most of them did. This will sound ridiculous. We have stopped asking people for money because every time we get $100,000, the regulators are saying that we have to have $7,000 in cash. That is what the net worth issue is about. There was a meeting and discussion with the regulators, mostly NCUA pushing this, and saying look we have people that are ready, willing and able and it is in the best interest of us taking their money, but if we take their money, you are going to put the net worth requirement on us. The net worth requirement that they have is supposed to be there in order to protect the insurance fund. However, they say we are not in danger with the insurance fund because we haven't made that many loans and we certainly don't have defaults and so forth, but the regulation is the regulation. What we found with them is a way to address that particular problem, we think. Then we wouldn't have this problem all the time. We could proceed, because what it is stopping us from doing, is we have about a half million dollars in various institutions on forms sitting out there that are willing to invest their $100,000 in the credit union, that we can't ask them to invest in. If we do, the net worth cash need or requirement is $35,000 and GHCCU does not have an additional $35,000 in grant contributions.

Mr. Feinerman: So it is not a cash issue, it is a net worth issue?

Mr. Aronson: Yes. These five $100,000 investments are institutions or people who are making deposits, not a gift?

Mr. Payne: Deposits.

Mr. Aronson: Unlike what we do which is an outright grant.

Mr. Payne: It is people like Pennsylvania Housing Finance Agency, the Pennsylvania Turnpike Commission, etc. We are caught in this bind all the time. The credit union has been working on a permanent solution to this problem so it doesn't have to come back to the housing authority or the City and ask for funds for the purpose of net worth.

Mr. Aronson: I know this wouldn't have been appropriate for you to prepare for today, but off the top of your head, are you able to indicate, other than the Harrisburg Housing Authority, are there any individuals or institutions that are making outright support-based contributions to the credit union, and how do they compare as to what we give?

Mr. Payne: I have the complete information for you. The housing authority has a $500,000 cash contribution. The

-4-

Commonwealth of Pennsylvania has a $225,000. The City of Harrisburg has $120,000 cash contribution.

Mr. Aronson: This is over a period of five years?

Mr. Payne: The state is over a period of three years. The housing authority is over a period of five years. The City is over a period of four years. That is what the present situation is. The credit union will also be asking for a substantial amount of grant funds from the U.S. Treasurer under one of their programs. That application should be filed in December. The amount they will be asking for probably will approximate about a half million.

Mr. Aronson: What I am going to suggest is probably not necessarily germane for now, but something to contemplate. If, as I suspect, the Harrisburg Housing Authority is the largest single supportive contributor to the credit union, not only the cash, but we give them your services and we gave them your services in your prior role, and provide other sort of staffing assistance, I think it might be appropriate that the credit union's charter or operating documents be modified to specifically assure that the Harrisburg Housing Authority has one or more seats on their board in a permanent sense, to be named either by the chair or the executive director, whoever that person may be, to solidify that aspect of the relationship because inevitably the credit union is and will continue to depend upon us. It has only one place to go when it has these immediate issues and always we have been supportive in finding solutions. I think it would be well for us to have sort of a permanent relationship there.

Mr. Payne: Okay. I can draft a letter from the chairman to go to the chairman of the credit union.

Mr. Feinerman: How aggressively have we solicited our constituents in the neighborhoods to become members of the credit union?

Mr. Payne: We haven't solicited them very aggressively for a good reason. That reason is that we just now are getting the approval of the regulators to offer ATM and a debit card. We intentionally did not solicit the elderly, who now are on electronic direct deposit because we did not have the ability to do that. Once we get that in place, then we will start.

Mr. Aronson: Does the credit union have the capacity to accept direct deposit?

Mr. Payne: We do, but we don't have the ability to give them a card to access their cash. The answer to your question is yes, we do have the ability for direct deposit. What the elderly want, is they want the card so they can access it. We don't have that capability presently. The same thing applies for Need for Dependent Children, the welfare people. We have been trying for over two years to get approval of various services from the regulators. If you don't have the services, then it is not in the best interest of the people to join because you can't offer the same thing the banks do. By December, the credit union should have that power and then they can begin to address very aggressively our clientele. They are very much poised to go after that business, but only after they have the capability to service that population.

Mr. Feinerman: The whole idea of paying to get your check cashed and paying a fee, that was the whole idea of putting the credit union together.

Mr. Payne: We are doing good there.

Mr. Aronson: Is it theoretically possible that the credit union can have treaties with the local banks to not charge a fee for using the ATM's at other banks?

Mr. Payne: There is in fact something in place now for the credit unions. With the ATM card, any other machine in the Commonwealth of Pennsylvania, there is no fee for up to eight transactions or whatever it is. We have the same thing that PSECU has. Those relationships do not extend and haven't extended to situations where there are banks that you work with. Banks all work independently. They have their own surcharge that I suspect they will continue to charge.

Mr. Aronson: If I am not widely out of order, I would recommend to the board, consideration at the concept of communicating with the credit union and suggesting that modification in their operating documents. It may be that some consideration be given, whether we want that to be one seat or more than one seat. I don't know how many seats there are on the board altogether.

Mr. Payne: There are nine seats.

Mr. Jones: They would have to change their charter to do that.

Mr. Aronson: I don't know that they have to change their charter or really their internal operating documents. I think it would be the latter. Assuming it is, it shouldn't be too difficult,

but somebody would need to look at the operating documents. I would be happy to take a look at them for the credit union.

Mr. Payne: It is only the by-laws.

Mr. Jones: So if we have this in place, I would like to see board approval of whoever you choose to pick to serve on the board.

Mr. Feinerman: We haven't gotten to that point yet.

Mr. Jones: When you do get to that point.

Mr. Aronson: In the first instance it is going to be the credit union's call as to whether or not they are prepared to make that change. Whatever the internal operating procedures of HHA are, should be implemented for selecting of representatives and those kinds of things.

Mr. Jones: And we approve the selection of whoever you pick to serve on the board.

Mr. Payne: Whoever it is, they have to clear credit and criminal background checks. There is a very stringent credit requirement that every board member over there has to pass.

Mr. Aronson: I am very troubled by the potential that this be so substantially supported by this authority and potentially not be in the ambit of the authority's control at all. One vote may not even be enough. It may be that we should be talking about two or three.

Mr. Jones: Your theory is because of the amount that is being expended.

Mr. Aronson: My theory is two fold. One is the amount of support we provide and the other is our overwhelming interface with the target population or the market.

Mr. Payne: There has been substantial support of the credit union from the Mayor of this City and from this authority, of which, had it not existed, it would not exist today. There is no question about that.

Mr. Aronson: It is just an extraordinarily positive wonderful idea that we need to make sure continues to get resuscitated every time resuscitation needs to offered.

Rev. Harris: Do you need a motion on this?

-7-

Mr. Feinerman: No. I think we need to wait to see what develops.

Mr. Jones: I think what they are going to do, if I heard him correctly, did you say, Carl, he may possibly be sending us a letter in reference to an advance of $30,000.00?

Mr. Payne: He possibly will be sending something before the end of this month being responsive to your concerns, to be advised in advance.

Mr. Jones: So that would be for the next board meeting?

Rev. Harris: It seems to me that it is being asked for now. The one was relating to the $30,000. The second was in terms of the composition of the board. The question was do we need to move forward on the first?

Mr. Feinerman: I don't want to move forward on the $30,000 until we actually get a request. We have not received a request.

Rev. Harris: What about the second item?

Mr. Aronson: Let me speak on that, if I might. The problem gets to be if they have a need, there is some rapidity to the draw. I think what is appropriate is if the board would today give the executive director authority to make an advance of an amount not to exceed the $30,000 over the next two quarters and that authority be in place so that it can be at the discretion of the E.D. to report back to this board certainly, but so that we don't have to have that hiatus between a request and a board meeting.

Mr. Feinerman: Like we did the last time with the $100,000. The chair will entertain a motion to that matter, however you want to word it.

Mr. Jones: Is he coming back again? You are saying $30,000 this time.

Mr. Payne: The chairman of the credit union will send a letter, just as he did previously. He wasn't prepared right at this point because he believes that he has a possible solution in place where he may not have to ask for any. If that is not the case and if there is some glitch with the regulators, for particularly this quarter, then he wants to have a game plan in place where he can address that eventuality. That is the reason for asking up to $30,000. The exact amount to be advanced will be determined when he

-8-

sends a letter to the chairman and tell him exactly what the situation is prior to September 30th.

Mr. Aronson: If I understand it correctly, that $30,000 would give the credit union the ability to accept deposits of upwards of half a million dollars.

Mr. Payne: No. This is to meet the net worth requirement.

Rev. Harris: I so move that this board authorize the Executive Director to disperse an amount not to exceed $30,000 for the purposes of meeting the net worth requirement by the Greater Harrisburg Community Credit Union on receipt of a letter from the chairperson of that credit union.

Mr. Jones seconded the motion.

Ms. Martini: I have a question. We have already disbursed $30,000 for 2004. This is our next installment?

Mr. Payne: Yes.

Mr. Aronson: This is an additional acceleration of the 2004 commitment.

Mr. Payne: That is correct.

Mr. Aronson: The 2003 commitment has been paid in its entirety.

Mr. Payne: Yes.

Mr. Feinerman: If there is no further discussion, all those in favor signify by saying Aye. The motion was unanimously approved.

Mr. Feinerman: Do you think we need a motion on the other issue?

Mr. Aronson: I think the executive director has the sense of the board on this and a letter can be drafted for your signature.

Rev. Harris: Requesting one or two?

Mr. Feinerman: I think if there are nine members on the board we should ask for three, no less than two.

Rev. Harris: My concern is that if you ask for too many, you are narrowing the potential scope of the breath that is needed for

-9-

05/21/2007 18:23 FAX  2272374              OFFICE OF INVESTIGATION                    014/024

the community, unless they are going to expand to eleven. I would think a maximum of two. You really want a board with a broad scope and broad representation in the community. The strength of it, from what I understand, is that it is very diverse.

Mr. Feinerman: Who is on the board? I know that Nancy is on the board. I don't know who else is on the board.

Mr. Aronson: Mr. James H. Rowland, Jr.; Dr. Jim Jones.

Mr. Payne: Rev. Melvin Baber; Carolyne Smith of PPOS, David Wise; Roland Harris, Executive Director of the Camp Curtin Y; Brian Hudson, Executive Director of PHFA; Felicia Lewis; Rowland Harrison and Nancy Cramer Aronson.

Mr. Aronson: My personal concerns would be met as long as we had a constant assurance that a strong and vital voice of the Harrisburg Housing Authority is organizationally present always, regardless of whether Carl is present, in his current capacity. If the HHA voice is heard in those meetings, the question of the presence or absence of control over the board is not relevant, in my judgment.

Rev. Harris: No.

Mr. Aronson: I think one is adequate.

Rev. Harris: Good. Then let's make a motion, but also that voice, in my opinion, needs to be whoever the executive director is of this authority, if it is going to be our voice.

Mr. Jones: One or two?

Rev. Harris: One. I make a motion that board authorize the executive director to send a letter to the chairperson of the Greater Harrisburg Community Credit Union requesting that they permit and allow for at least one person to permanently represent the Harrisburg Housing Authority and that person be the current occupant of the position of executive director of the Harrisburg Housing Authority and that they consider it.

Mr. Feinerman: Your motion is saying that our position on that board would be whoever the executive director of HHA is.

Rev. Harris: That's right. Whoever is the executive director. You want somebody who is representing us.

Mr. Feinerman: As opposed to a board member of HHA?

-10-

Rev. Harris: Yes. I want somebody who is going to be reporting back to the entire board.

Mr. Jones: So you are saying it doesn't have to be a board member?

Rev. Harris: I am saying specifically the executive director.

Mr. Aronson: Can I suggest one minor modification to the resolution?

Rev. Harris: You may so suggest.

Mr. Aronson: It would be that the letter should come from the chair, not the executive director.

Rev. Harris: I definitely think it should come from the chair.

Mr. Feinerman: I think we need some more discussion. Is there a second to Rev. Harris's motion?

Ms. Buxton seconds the motion.

Mr. Jones: I would prefer that you ask for two and if we don't get two, we can settle for one. What I am hearing Rev. Harris say is that it is going to be the executive director. I think he already has a role there at the credit union. I think it should be someone outside of the executive director's position.

Rev. Harris: The current executive director's and any executive director of the Harrisburg Housing Authority role has to change. I think it has been good in terms of the housing authority in terms of helping the Greater Harrisburg Community Credit Union come on board and get in place, but in reality the role has to change. They need to take on more administrative responsibility and the executive director should be taking on less to the point of getting down to zero.

Mr. Feinerman: What is your job now with the credit union?

Mr. Payne: Right now I am the President and CEO. However, they have hired a gentleman by the name of David Waters. He is very capable. He is from Harrisburg. He is transitioning over. He is the COO. He is going to become the CEO. Then I will be phased out of that.

-11-

05/21/2007 18:23 FAX  2272374          OFFICE OF INVESTIGATION                    ☑018/024

Mr. Feinerman: I would feel more comfortable if the board had the decision to make of who they appoint to the credit union. Either the executive director or a board member should represent.

Rev. Harris: The reason I suggest the executive director is because history wise, the current executive director has the history in terms of the philosophy underlying the approach to how this was formed.

Mr. Feinerman: This board could then appoint or recommend Carl or the executive director to that position.

Rev. Harris: Let me just follow the point. From the IMC perspective, which has helped pull the whole process together, it is always concerned about the history being dissipated and lost because the whole concept of the Greater Harrisburg Community Credit Union and its viability depends upon keeping the overall community involved, keeping people involved, keeping them communicated, and communication with one another. This paradigm which has been used to establish the GHCCU is unlike any that the NCUA has ever seen in the country. I think the success of it is rooted in the fact that the IMC didn't try to control it. Nobody tried to control it. What we tried to do is expand and get as many people involved as possible. Unless you have persons who are aware of this history and can continue to make it flow properly, decisions will be made as to what a good financial decision and what is a good business decision, without an understanding of the underlying philosophical basis which has allowed this credit union to go forward with the quickness that it has grown unlike any other low income credit union in the Commonwealth or in the country. It has grown substantially because of the fact of inclusiveness. I have seen that once already with the past COO, who lacked that understanding. I am hopeful that Dave Waters appreciates it. I am not sure all the board members fully understand it. I think, again, because this current executive director has some unique history, that at this point and time in history, he is the appropriate person for that and we might as well make that decision at this juncture.

Ms. Martini: I appreciate your comments, but I am concerned that we don't expose our executive director to any conflict of interest without doing a disclosure, because I think if you are in a position of allocating funds for an organization and you may have a role in expending them, inside the credit union, that may appear as a conflict of interest. I know there is HUD regulations and that we have to advertise and just do a disclosure. So whatever motion is made should be subject to that.

Mr. Aronson: Whatever motion is made should be subject to any of that.

Rev. Harris: to following the law. I think we all agree that we should follow the law. I concur.

Mr. Feinerman: Thank you for the discussion. All those in favor signify by saying Aye. The motion was unanimously approved.

Mr. Feinerman: Next item.

Mr. Payne: Other than some items later on to discuss relative to Honeywell, there is little to report.

Mr. Aronson: We have some executive session issues that I need to address.

Mr. Payne: The board was interested in Smith Homes. I can give a little report on that. We now have a certificate of occupancy for 30 units. That means that we can occupy them. There are how many occupied now?

Ms. Hollowell: Twenty. We were just given 13 additional units. She has done the briefing and they are in the process of moving in. I think we occupied four additional units since the beginning of the week.

Mr. Payne: How many total do we have occupied?

Ms. Hollowell: Twenty.

Mr. Payne: We have 30 certified for occupancy by the City. We have 20 occupied. That means we have 10 more to move in which we are working on now. We have the balance of the 50 need certificates of occupancy. We are continuing to do that. The contractor, with our counsel, and everybody else's involvement, has a September 15th drop dead date. We are on him every day. What they are doing now is the landscaping and backfilling which are the final stages of the project.

Mr. Aronson: It is fair to say, however, the summer has been extraordinarily productive on this project. We have successfully reoriented the priorities of All Northern even though we can't change who and what All Northern is. It is a sad difficult, but effectively learned lesson for all of us. The project is now moving. To the degree any of you have been there or around there, it really is lovely. The work that is complete is A-1, first rate. The problems that I don't want to discuss on the record outside of

-13-

executive session are not limited to or exclusively or necessarily primarily, bound up in the contract.

Mr. Feinerman: Okay. The drop dead date is Monday. The fact of the matter is will he be done?

Mr. Payne: No.

Mr. Aronson: I don't think he will be done. I think it is substantially complete. We are at a point where we are dealing with landscaping, playground equipment and catch up work. We can continue to get units certified for occupancy. We are getting them at a fairly rapid pace now. We can occupy the thing up. We continue to ride herd. We have Marilyn going out there a couple of times a week with her clipboard watching them. We have me watching the architect closely, regularly.

Mr. Feinerman: Is there anything that All Northern has not completed that will prevent us from getting occupancy permits?

Mr. Aronson: There is some concrete work that still needs to be done for occupancy permits on some of the buildings, but it is very little. No. We would prefer not to have a little bit of debris and stuff that is around there. It is suffice to say for the purpose of any report, that I am responsible to the board for, that All Northern and the architect and all the subs are very motivated players now.

Mr. Jones: I would hope so. This has been a long time coming and I think a lot of the pressure should be on All Northern to get the job done. I don't know what the architect can do, but I know what All Northern should be doing.

Mr. Aronson: All Northern can't do certain things until it has drawings from an architect. The architect can't do certain things until there are drawings from an engineer. That has been part of the slow down. I confess to you that for me much of this has been like peeling an onion, but I hasten to add that everybody in the chain is extraordinarily motivated.

Mr. Jones: I would hope and think so at this point because I am looking at September 30th.

Mr. Feinerman: So the drop dead date of September 15th doesn't really mean anything. Come next month at this time when we are sitting here at our October meeting, will they be done?

Rev. Harris: Before you answer the question, I really think that any possible litigation or any suggestion like that should be handled in executive session.

Mr. Aronson: You are exactly right.

Rev. Harris: And that any response be limited to that.

Mr. Feinerman: That is fine, but my question still stands, next month when we are sitting here for the October board meeting, will we have a drop dead date of October 15th or 30th?

Mr. Aronson: My personal view is that substantial completion will have been achieved by the time we next assemble.

Mr. Feinerman: Can you define for me substantial completion.

Mr. Aronson: Substantial completion is term which means that it is all occupied and able to be occupied. There may be a punch list of some items that need to be reconsidered or retrofitted.

Mr. Jones: It will still result to incomplete, if you look at it from your standpoint.

Mr. Aronson: From my standpoint, I would think that the fairest honest answer is that by the time we next assemble, this job will be substantially completed and will have been substantially completed before we next assemble which is what the obligation under the contract would be in any event short of time limit issues. I think we will have all or virtually all of the units capable of occupancy certificates by that time and that we won't be doing any work on this project any longer than that weather as it comes upon us. The summer was real real productive.

Mr. Jones: With them working around the people that are in there to complete?

Mr. Feinerman: Can we assume then that if we walk by there on a Saturday or Sunday, these guys will be working?

Mr. Aronson: If you walked past there on Labor Day weekend, they were working, including Labor Day. If you walked past there this past Saturday, they were working. I can't tell you about next Saturday. It depends. Some things are really weather guided. For example, last week we missed several days that would have involved pouring concrete because the weather was such that you couldn't pour concrete without having to jackhammer it up and get rid of it

-15-

05/21/2007 18:24 FAX   2272374          OFFICE OF INVESTIGATION                    ☑020/024

again. The big issues that we faced six weeks ago on things like masonry work, the Harrisburg Housing Authority wrapped its arms around, took control of, got done and got done beyond workmanlike fashion in a very timely way. Those people were working twelve hour days. They were working six and seven day weeks. It looks really great. Contemporaneously by the way, if you look across the street to that scrap yard, you will see that the scrap yard is substantially cleaner than it had been as well. It is not nearly as unsightly. Our conversations with the City on that issue must have borne some fruit.

Mr. Feinerman: I think the reason the scrap yard is looking cleaner is that he has less scrap to recycle.

Mr. Payne: The next thing is as the board knows, we have been talking with Honeywell. Some time ago the board had authorized the counsel to review a contract and enter into a contract with Honeywell to perform energy services. That contract would have to be submitted to HUD, which we are currently working on for their approval prior to the time that we could actually move forward with the contract. We haven't moved forward. It is under review and still with us. In addition, that you have a resolution, No. 13-03. It is related to the financing of the improvements through Citicorp. On the financing we had a rate that floats, but today the rate would be about 4.95 percent. Rates are going up now. What this resolution asks you to do, it is subject to counsel's approval, as well as HUD's approval, just like the contract, to negotiate the financing for the project.

Mr. Jones: Is this to negotiate with the banks?

Mr. Payne: With Citibank. It was a bank that was brought forward by Honeywell as part of the whole contract. They have specific improvements in mind, it is about $9 million. In order to get this done, they have come forward with financing through Citibank. It was their choice. That is what you have before you.

Mr. Jones: Let me ask you this, you say Energy Performance Contracting, does it have to specify that it is Honeywell or not?

Mr. Payne: It already has Honeywell.

Mr. Jones: But the resolution doesn't specify Honeywell on there. It just says energy performance to complete energy conservation measures. It doesn't say for who. There is nothing in here indicating Honeywell. I would ask that we amend this resolution.

-16-

Mr. Aronson: Pursuant to the proposal of Honeywell?

Mr. Payne: Right, which you already approved.

Mr. Jones: Yes.

## NEW BUSINESS

RESOLUTION NO. 13-03 - Authorization for Executive Director to
    Negotiate Lease/Purchase Financing for Energy Conservation
    Program

Mr. Jones moved the resolution, subject to amending it to add
Honeywell, seconded by Ms. Buxton, and upon roll call the Ayes and
Nays were as follows:

                    Ayes:  5      Nays:  0

The chairman thereupon declared the motion carried and the
resolution adopted as RESOLUTION NO. 13-093 (see attached)

Mr. Aronson: Basically all of the details of this are worked
out but one. Jason Casterline has spent considerable time reviewing
the proposed agreement, as have I. Jason and I have agreed that we
need one more amendment that has yet to be accepted to what they
proposed. That is a cap on the interest rate. We are proposing a
cap on the interest rate of 5.5 percent. We should be able to come
in below that, but we want to have a get out period if we can't buy
the money for 5.5 or less.

Mr. Jones: But you want to start at 4.9?

Mr. Aronson: I want to start at 4.5. This is a cap. It is not
a floor.

Mr. Jones: But you are giving them that leverage, is that we
you are saying. At 4.9 to 5.5?

Mr. Payne: This is swap deal. Technically there are some
barometers that are set up.

Mr. Aronson: Citibank is subscribed to a program that they get
some CRA points around the country in return for doing this. They
have agreed to limit interest rates at a certain level through the
summer. The reason we weren't so hot to buy this up sooner is that
through the summer there was an extraordinary demand on cash
nationwide because of mortgage refinancing and because the

-17-

government of the United States had come into the market very heavily to borrow money. That drove interest rates up rather considerably despite the fact that the Fed had kept interest rates down. The result of which is that Citibank wasn't all that hot to loan the money and we weren't all that hot to borrow the money because they had other things they could do with their money where they would make more. We had other things to do with our money where we would spend less. We are about at critical mass time again because of the huge demand on the marketplace for residential mortgages and small commercial mortgages, which have started finally to dry up. The government's demand for money has not started to dry up. Indeed, it is increasing. We don't have to compete with the government for government program money. This is really government program money so it is time, but we need to have some kind of cap so that in case there is some spike before this deal is made, the housing authority still has the capacity to walk away.

Mr. Jones: Initially we couldn't have gotten it to 4.5?

Mr. Aronson: No.

Mr. Jones: So they started at 4.9.

Mr. Aronson: The best that we ever could have gotten was 4.9. I wanted 4.5 anyway and I haven't been bashful about suggesting it.

Mr. Feinerman: Any reason why 5.5 is the number?

Mr. Aronson: No. It is a guess. Jason and I have spent some time kind of looking at the marketplace and what else is out there.

Mr. Jones: Have you run the numbers at 5.5?

Mr. Aronson: I haven't. Jason has.

Mr. Payne: The numbers are okay.

Mr. Aronson: The number is doable at 5.5.

Mr. Payne: It is not a bad rate compared to where rates have been.

Mr. Feinerman: Once we pass this resolution what is the timing with Citibank and Honeywell.

Mr. Aronson: Thirty to forty-five days.

Mr. Payne: You have to get HUD approval and then it has to come. Then we go forward.

Mr. Aronson: HUD's approval should be rather rapid because they see this as a really wonderfully important long-term investment for us on their behalf.

Mr. Jones: We want to get this locked in.

Mr. Payne: Yes.

RESOLUTION NO. 12-03 — Certification of Compliance with the PHA Plans and Related Regulations

Mr. Payne: The entire submission is located over there on the shelf. This is just a summary of some of the things that are in there. I will say we are focusing on revising the personnel policy which hadn't been changed since 1993. We do, Terri, have since updated the organizational chart. I hope you have that.

Ms. Martini: I don't. I have the personnel policy.

Mr. Payne: It was in last month's material.

Mr. Aronson: We will make sure you get a copy.

Rev. Harris moved the resolution be adopted as presented, which motion was seconded by Ms. Buxton.

Ms. Martini: At the July meeting I brought up certifications which the board had passed in February regarding the tracking and recording of crime, the policy and procedures, and the dates on those were 1991 and 1996. Staff was going to look for those. It certifies that we have current policies and procedures in place for that. Safety and security of the residents is of prime importance to me. I just want to see those policies and procedures. We certified that we have them, but we don't. We haven't seen them.

Mr. Payne: We will make them available to you.

Mr. Feinerman: Terri, do you want to see it before you vote?

Ms. Martini: I haven't seen the organizational chart either.

Mr. Feinerman: I haven't seen the organizational chart either.

Mr. Payne: The organizational chart was distributed at the last meeting. It was sent to both Terri and Bob after the meeting.

Mr. Aronson: In the board packet I have, I had it.

Ms. Buxton: I had one too. I got mine. I don't know why anybody else didn't get one.

Mr. Payne: We can straighten that out. It exists. I think we just need to make sure everyone sees it.

Mr. Jones: I would prefer to study it. I am going to abstain from voting until I review it.

Mr. Payne: I specifically made sure last month that the organizational chart was there. It was there.

Mr. Feinerman: While LeRoy is looking that up, you all have the communication from Linda Figueroa on their year end activities.

Ms. Martini: You can go ahead on vote it. I won't have time to look at it.

Upon roll call the Ayes and Nays were as follows:

      Ayes:  3      Abstain:  2 (Martini/Jones)

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 12-03. (see attached)

NEXT BOARD MEETING - OCTOBER 9, 2003

ADJOURNMENT

There being no further business to come before the board, on motion of Rev. Harris, seconded by Ms. Buxton, the meeting was adjourned.

_____10-6-03_____
Date

_____
Secretary

-20-

<div align="center">

**MINUTES**
**REGULAR MEETING**
**HARRISBURG HOUSING AUTHORITY**
**APRIL 8, 2004**

</div>

The Members of the Board of the Harrisburg Housing Authority met in regular session at 1:00 p.m. Thursday, April 8, 2004, in the board room of Morrison Towers, 351 Chestnut Street, Harrisburg, Pennsylvania.

Chairman Feinerman presided.

**ROLL CALL**

Members present:

Mr. Leon J. Feinerman
Ms. Constance Buxton
Rev. Earl Harris

Members absent:

Mr. Robert Jones

Also present were: Carl Payne, Executive Director; Jerry Shenck, Administrative Officer/Modernization Coordinator; James Zivanovich, Maintenance Superintendent; Dena Dupert, Director of Public Housing Management; LeRoy Robinson, Assistant to Executive Director; Cheryl Hawk, Section 8 Program Coordinator; Richard Mountsier, Comptroller; Barbara Hollowell, Consultant; Irwin W. Aronson, Esquire of the law firm of Willig, Williams and Davidson; and Pamela Perrelli, Executive Secretary.

**APPROVAL OF MINUTES**

Mr. Feinerman stated the minutes of the regular meeting held March 11, 2004 have been distributed. If there are no corrections or additions to be made to those minutes, the chair will entertain a motion to approve the minutes as distributed.

Rev. Harris moved, seconded by Ms. Buxton, that the minutes be approved as distributed. The motion was unanimously approved.

-1-



GOVERNMENT EXHIBIT 4

## BILLS AND COMMUNICATIONS

### BILLS

Mr. Feinerman stated the bills for the period ending March 31, 2004 have been distributed. Are there any questions on any of those disbursements? Hearing none, the chair will entertain a motion to approve the bills as presented, subject to audit.

Ms. Buxton moved, seconded by Rev. Harris, that the bills be approved as presented, subject to audit. The motion was unanimously approved.

### COMMUNICATIONS

1. HUD, Malinda Roberts, Director of Office of Public Housing – Approval to Deprogram Two Vacant Public Housing Units at William Howard Day and Hoverter Homes

## TREASURER'S REPORT

Mr. Feinerman: The treasurer's report for the period ending February 29, 2004 is presented for approval. Jason has given us a narrative. I have one question basically. On his memorandum, the second paragraph, he says HUD has also excluded the 50 percent rate savings until further notice. Can you give some clarification as to what all that means?

Mr. Payne: In our one project we already had the savings we had in that bond issue. There is a rate savings we share with HUD under a program that HUD has had for some time.

Mr. Feinerman: So they are telling us we won't get that $196,000?

Mr. Payne: He is not saying we are not going to get it, he is just saying that it hasn't been approved. They have not approved that for right now. I think we will get it eventually.

Mr. Aronson: I would like us to communicate with Jason under paragraph three where they list administrative salaries, Jason's report has consistently done something that I am now concerned about that I would like the vernacular changed. It makes reference to certain positions being vacant. That is not quite an accurate articulation of things. There are positions that are authorized in our complement that we have chosen not to fill at this point and time. This should be articulated for future reference in that

-2-

fashion in order that it be consistent with what we have told others.

Mr. Payne: I will let him know that.

Mr. Feinerman: The treasurer's report continues to be favorable, which is excellent. If there are no further questions, the chair will entertain a motion to accept the treasurer's report subject to audit.

Rev. Harris moved, seconded by Ms. Buxton, to accept the treasurer's report subject to audit. The motion was unanimously approved.

## REPORT OF EXECUTIVE DIRECTOR

Mr. Payne: Let me start by talking about the credit union request that has come to us. As you know, the housing authority had pledged $100,000 for five years to help support the operations of the Greater Harrisburg Community Credit Union. Subsequent to that, the regulators have come in and said that there is a net worth requirement that they want the credit union to constantly meet that is equal to seven percent assets over liabilities. We have been supporting it and we are about $100,000 ahead of where we were supposed to be. They similarly want us to advance some funds for this year, as we have done in the past year, for the purpose of helping them meet the net worth requirement that is imposed upon them by the National Credit Union Administration.

They have been trying to structurally work out the issue with the NCUA. They have been doing that for the past six months to a year. We thought there was a resolution to the issue. I just learned that the NCUA still hasn't bent in a way that would allow the credit union to stay in good shape with respect to the net worth requirement. Basically what it amounts to is that for each $100,000 that the credit union has in assets, they must have $7,000 in equity or cash. As your investments increase, you also have to have equity equal to that amount. It is not a problem in terms of paying the bills and so forth. It is a matter of complying with this particular requirement to stay in good shape with the NCUA. The problem for the credit union is it is a start up credit union and they obviously haven't generated enough business. You are caught between a rock and a hard place. You shouldn't discourage institutional depositors from depositing because every time they deposit something, you need to meet a $7,000 requirement. That is the struggle that has been going on.

-3-

The credit union asked the regulators that in view of the fact that the credit union in Harrisburg has raised successfully substantial institutional funds from such entities as the School District at $100,000, the various banks, the credit unions and so forth, it was obvious that they weren't going to put any funds at risk by loaning those funds, that perhaps this particular requirement could be waived or deferred on the basis that there was nothing at risk with respect to the insurance fund. The people from Washington came up. They said they thought that made some sense. We thought there was an understanding and a resolution. We just learned that they reversed themselves.

The credit union board, itself, said it is silly not to keep on raising money because someone in Washington doesn't seem to understand that start up credit unions can't possibly generate enough activity. The economy is such that the investments aren't earning enough revenue to generate the dollars that are needed to keep that net worth requirement at the level that it is. That was a long explanation of where they are.

Last year $80,000 was advanced of the $100,000 funds for 2004. Specifically, what they asked of the board is if the balance of that $20,000 could be advanced and then $25,000 per quarter for this year from the 2005 commitment that was made to them. Instead of coming back each quarter, what they are saying would be helpful is if they had $25,000 per quarter until the end of this year. That would make up the 100,000 from the 2005 funds.

Mr. Feinerman: The chair will entertain a motion to distribute the remaining $20,000 of our 2004 funds and a quarterly $25,000 advance of our 2005 funds allocation to the credit union.

Rev. Harris moved, seconded by Ms. Buxton, to approve the distribution of the $20,000 of the 2004 funds and a quarterly $25,000 advance of the 2005 funds to the Greater Harrisburg Community Credit Union. The motion was unanimously approved.

Mr. Payne: I will report the state of the affairs at the authority with respect to what we are doing is positive. We are and have previously talked about the other activity that is taking place. We met with Ms. Connie and her group to talk about the activities that the board had been advised that we are moving forward on to minimize confusion, in terms of what activity is taking place and when, and to talk about any kinds of problems people might have. We continue to have contractors. Our counsel is reviewing bid work. We are actually now ready to give people the authorization to proceed and commence work. There will be a lot of

-4-

of her ability to care for herself is that she is living on the street and is somehow clean and eats regularly and is very lucid when one speaks with her.

## NEW BUSINESS

RESOLUTION NO. 4-04 – Authorization of Executive Director to Execute Contract with Dorgan & Zuck for General Contracting of Morrison Towers First Floor Renovations in the amount of $1,308,000

Mr. Feinerman: I have never heard of Dorgan & Zuck, which doesn't mean anything.

Mr. Aronson: They have done work for us in the past.

Mr. Feinerman: Where are they located?

Mr. Shenck: York. They did the sidewalks at Hall Manor. They did the brickwork at Hoverter.

Mr. Feinerman: We have bid bonds and all that happy stuff from them?

Mr. Aronson: We have bid bonds. We have performance bonds. We have all the surety aspects of this. There are other compliance issues that are important, but don't have any impact on the bid. We are giving them and all bidders an opportunity to come into conformity with that aspect of the bid process. Assuming they do, we can do the award.

Rev. Harris: The passing of these resolutions by this board does not award them the contract? There is another step in the process, is that correct? Is that what I am hearing?

Mr. Feinerman: What I am hearing is we are awarding them this contract, subject to counsel getting the i's dotted and t's crossed.

Rev. Harris: Is that the resolution?

Mr. Aronson: The resolution is recognizing these bidders as the low bidders. There is not a contract awarded, but there is authority for the executive director to award the contract by virtue of these resolutions.

-8-

Rev. Harris: And if you are not able to get the other items taken care of, do we legally have to go forward with the contract?

Mr. Aronson: We can't award if their bid documents are incomplete.

Rev. Harris: That is part of the what? I don't see the language here, so my question is if it is not here, then it doesn't exist.

Mr. Aronson: You are absolutely right. I didn't read this as closely as I should have.

Mr. Feinerman: It does say it is the legal opinion that the bid documents are in proper legal order and properly executed. If that is not the case, does that mean it is not then?

Rev. Harris: All I am saying is make it contingent upon the items which are listed as stated.

Mr. Payne: Contingent on the legal opinion.

Mr. Aronson: It should say if it is the legal opinion that the bid documents are in proper legal and order and properly executed. I am sorry. I thought that was there.

Mr. Feinerman: I would like to make an amendment to the Resolutions.

Rev. Harris moved the resolution be adopted as amended, which motion was seconded by Ms. Buxton, and upon roll call the Ayes and Nays were as follows:

Ayes: 3       Nays: 0

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 4-04. (see attached)

RESOLUTION NO. 5-04 - Authorization of Executive Director to Execute Contract with Shannon A. Smith for Mechanical of Morrison Towers First Floor Renovations in the amount of $231,467

Rev. Harris moved the resolution be adopted as amended, which motion was seconded by Ms. Buxton, and upon roll call the Ayes and Nays were as follows:

Ayes: 3       Nays: 0

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 5-04. (see attached)

RESOLUTION NO. 6-04 – Authorization of Executive Director to Execute Contract with McClure Company, Inc. for Plumbing of Morrison Towers First Floor Renovations in the amount of $105,500

Rev. Harris moved the resolution be adopted as amended, which motion was seconded by Ms. Buxton, and upon roll call the Ayes and Nays were as follows:

Ayes: 3      Nays: 0

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 6-04. (see attached)

RESOLUTION NO. 7-04 – Authorization of Executive Director to Execute Contract with Baymont Electrical, Inc. for Electrical of Morrison Towers First Floor Renovations in the amount of $368,000

Rev. Harris moved the resolution be adopted as amended, which motion was seconded by Ms. Buxton, and upon roll call the Ayes and Nays were as follows:

Ayes: 3      Nays: 0

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 7-04. (see attached)

RESOLUTION NO. 8-04 – Authorization of Executive Director to Execute Contract with Lobar Site Development Corporation for Stormwater Repairs at Hillside Village in the amount of $182,964

Rev. Harris moved the resolution be adopted as amended, which motion was seconded by Ms. Buxton, and upon roll call the Ayes and Nays were as follows:

Ayes: 3      Nays: 0

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION No. 8-04. (see attached)

Mr. Feinerman: There is a meeting scheduled for April 16, with Carl, myself and John Brinjac with Mayor Reed to talk about the

-10-

issues of the new construction at Jackson and suggest to the Mayor that perhaps he may want to put the Black History Museum up there or approach the Harrisburg School District to see if they might want to put administrative offices up there or whatever.

**NEXT BOARD MEETING – MAY 13, 2004**

**ADJOURNMENT**

There being no further business to come before the board, on motion of Rev. Harris, seconded by Ms. Buxton, the meeting was adjourned.

_____5-10-04_____          _____
Date                       Secretary

-11-



| | |
|---|---|
| Issue Date | September 27, 2007 |
| Audit Report Number | 2007-PH-1013 |

TO:    Dennis G. Bellingtier, Director, Office of Public Housing, Pennsylvania State Office, 3APH

FROM:    John P. Buck, Regional Inspector General for Audit, Philadelphia Regional Office, 3AGA

SUBJECT:    The Harrisburg Housing Authority, Harrisburg, Pennsylvania, Did Not Properly Administer Its Low-Rent Public Housing Program

## HIGHLIGHTS

### What We Audited and Why

We audited the Harrisburg Housing Authority's (Authority) low-rent public housing program. The audit was conducted as part of our fiscal year 2006 annual audit plan. Our objective was to determine whether the Authority administered its low-rent public housing program in accordance with U.S. Department of Housing and Urban Development (HUD) regulations.

### What We Found

The Authority did not administer its low-rent public housing program in accordance with HUD regulations. It improperly disbursed $834,969 in operating funds from its low-rent public housing program to open and support the Greater Harrisburg Community Credit Union (credit union) and allowed a related conflict-of-interest situation to exist. The Authority's noncompliance occurred because it believed that its use of operating funds and consulting contract arrangements for the credit union was proper.


GOVERNMENT EXHIBIT 5

## What We Recommend

We recommend that HUD review the issues in this report and if appropriate, initiate action to declare the Authority in substantial default of its consolidated annual contributions contract and take appropriate administrative action as detailed in section 17 (Notices, Defaults, and Remedies) of the contract.

We recommend that HUD direct the Authority to

- Repay its low-rent public housing program $834,969 from nonfederal funds for the ineligible disbursements related to the credit union;

- Develop and implement controls to ensure that disbursements of operating funds are eligible and supported; and

- Develop and implement controls to detect, prevent, and resolve future conflict-of-interest situations.

For each recommendation without a management decision, please respond and provide status reports in accordance with HUD Handbook 2000.06, REV-3. Please furnish us copies of any correspondence or directives issued because of the audit.

## Auditee's Response

We provided the initial draft audit report to the Authority on July 27, 2007. We discussed the draft report with the Authority at an exit conference on August 8, 2007, and provided it with a revised draft report on August 16, 2007. The Authority provided its written comments on August 22, 2007. The Authority disagreed with the report. The complete text of the Authority's response, along with our evaluation of that response, can be found in appendix B of this report.

# TABLE OF CONTENTS

Background and Objectives                                                                4

Results of Audit
    Finding:  The Authority Improperly Used Public Housing Operating Funds and      5
    Allowed a Conflict-of-Interest Situation to Exist

Scope and Methodology                                                                   8

Internal Controls                                                                        9

Appendixes
    A.  Schedule of Questioned Costs                                                  11
    B.  Auditee Comments and OIG's Evaluation                                         12

# BACKGROUND AND OBJECTIVES

The Harrisburg Housing Authority (Authority) was established in 1938 under the Housing Authority Law of the Commonwealth of Pennsylvania to serve the needs of low-income, very low-income, and extremely low-income families in the City of Harrisburg and to (1) maintain the availability of decent, safe and affordable housing in its communities; (2) ensure equal opportunity in housing; (3) promote self-sufficiency and asset development of families and individuals; and (4) improve community quality of life and economic viability. A five-member board of commissioners governs the Authority. The commissioners serve five-year terms on the board. The executive director of the Authority during the audit was Carl Payne. The Authority's main administrative office is located at 351 Chestnut Street, Harrisburg, Pennsylvania.

The Authority owns and manages 1,730 low-rent public housing units under its consolidated annual contributions contract with HUD. The consolidated annual contributions contract defines the terms and conditions under which the Authority agrees to develop and operate all projects under the contract. HUD authorized the Authority the following operating subsidies from 2004 to 2006:

| Year | Amount of operating subsidy authorized |
|-------|------------------|
| 2004 | $ 7,680,083 |
| 2005 | $ 8,403,302 |
| 2006 | $ 8,870,810 |
| Total | $24,954,195 |

The Authority was integral in the creation, operation, and financing of the Greater Harrisburg Community Credit Union (credit union). The credit union was opened for business in April 2001 and was closed by the National Credit Union Administration in February 2006 because it was insolvent and had no prospects of restoring viable operations. The president and chief executive officer of the credit union was Carl Payne. The credit union was located at 223 Walnut Street, Harrisburg, Pennsylvania.

Our objective was to determine whether the Authority administered its low-rent public housing program in accordance with HUD regulations.

4

# RESULTS OF AUDIT

## Finding: The Authority Improperly Used Public Housing Operating Funds and Allowed a Conflict-of-Interest Situation to Exist

The Authority violated its consolidated annual contributions contract and federal regulations by improperly disbursing $834,969 in low-rent public housing operating funds to open and support the Greater Harrisburg Community Credit Union (credit union) and allowing a related conflict-of-interest situation to exist. This noncompliance occurred because the Authority believed that its use of operating funds and its consulting contract with one of its employees for the benefit of the credit union were proper. The consolidated annual contributions contract[1] limits the use of funds provided under the contract to paying only costs related to the operation of the projects under the contract. Federal regulations[2] prohibit contributions, including cash, regardless of recipient. The consolidated annual contributions contract[3] also prohibits conflict-of-interest situations involving contracts with employees. Therefore, the Authority's disbursements of operating funds for the benefit of the credit union were ineligible.

**The Authority Improperly Used Operating Funds**

The Authority improperly disbursed $834,969 in low-rent public housing operating funds to open and support a credit union. It made 10 lump sum contributions to the credit union totaling $485,000 from August 2001 to April 2005. In addition to the lump sum contributions, the Authority disbursed $349,969 in HUD funds, from January 1998 to August 2005, to pay various expenses related to the credit union. The following paragraphs provide details.

Lump sum contributions – The Authority made 10 lump sum contributions to the credit union totaling $485,000 from August 2001 to April 2005. It made the disbursements to cover the credit union's National Credit Union Administration net worth requirements and to meet income goals reflected in a revised business plan. The Authority's executive director was also the president and chief executive officer of the credit union during this period.

Consulting fees – From January 1998 to May 2001, the Authority paid a consultant $132,960 to establish and manage the day-to-day operations of the credit union. In November 2000, the consultant became an employee of the Authority and as a result, caused a prohibited conflict-of-interest

---

[1] Part A, section 9(C).
[2] Office of Management and Budget Circular A-87, attachment B, section 12, paragraph a.
[3] Part A, section 19(A).

situation to occur (this issue is discussed in further detail at the end of this finding).

Operating expenses – From November 2000 to June 2001, the Authority disbursed $67,628 for the credit union's operating expenses. These expenses included payments for office remodeling, radio grand opening promotions, rental of a stage and table cloths, and elementary school students' artwork.

Employee salaries – The Authority intermittently disbursed $52,246, from January 2001 to July 2004, for salaries of three nonmanagerial employees of the credit union.

Employee insurance – The Authority disbursed $97,135 to provide insurance benefits to six credit union employees from May 2001 to June 2006.

These improper disbursements occurred because the Authority lacked policies and procedures to ensure that disbursements complied with the terms of its consolidated annual contributions contracts and applicable regulations. The Authority's executive director, who was also the president and chief executive officer of the credit union, incorrectly believed that the use of operating funds for the credit union was eligible. However, the Authority's consolidated annual contributions contract limits the use of funds provided under the contract to paying only costs related to the operation of the projects under the contract. Further, federal regulations prohibit contributions or donations, including cash, regardless of recipient. Since these disbursements did not result in any benefit to the low-rent public housing program, the $834,969 disbursed was ineligible. The Authority needs to reimburse its low-rent public housing program for the ineligible disbursements and develop and implement controls to ensure that disbursements of operating funds are eligible and supported.

## The Authority Allowed a Conflict-of-Interest Situation to Exist

The Authority's executive director violated the consolidated annual contributions contract's conflict-of-interest restrictions by improperly receiving consulting fees for his work with the credit union (paid by the Authority as reported above) and a salary as an employee of the Authority. From November 2000 to May 2001, the executive director received $17,500 for consulting services while receiving a salary from the Authority totaling $33,520. The consolidated annual contributions contract prohibits the Authority from entering into any contract or arrangement in connection with any project under the contract with any Authority

employee who formulates policy or who influences decisions with respect to the project(s). Employees must disclose their interest or prospective interest to the Authority and HUD. While HUD can waive this requirement for good cause, neither the executive director nor the board disclosed this situation to HUD. Although the Authority's board of commissioners was aware of the situation, it took no action to resolve it. In addition, as noted above, the Authority's executive director was also the president and chief executive officer of the credit union. During the executive director's concurrent tenures, the Authority improperly disbursed low-rent public housing operating funds to benefit the credit union. This continued the conflict-of-interest situation although the Authority was no longer paying the executive director as a consultant to the credit union. The Authority did not inform HUD of these disbursements nor did it request HUD's approval before making them.

The Authority needs to develop and implement controls to detect, prevent, and resolve conflict-of-interest situations.

## Recommendations

We recommend that the director of the Office of Public Housing, Pennsylvania State Office

1A.  Review the issues in this report and if appropriate, initiate action to declare the Authority in substantial default of its consolidated annual contributions contract and take appropriate administrative action as detailed in section 17 (Notices, Defaults, and Remedies) of the contract.

We recommend that the director of the Office of Public Housing, Pennsylvania State Office, direct the Authority to

1B.  Repay its low-rent public housing program $834,969 from nonfederal funds for the ineligible disbursements related to the credit union.

1C.  Develop and implement controls to ensure that disbursements of operating funds are eligible and supported.

1D.  Develop and implement controls to detect, prevent, and resolve future conflict-of-interest situations.

7

# SCOPE AND METHODOLOGY

We performed the audit at the Authority in Harrisburg, Pennsylvania, from October 2006 through August 2007. The audit was performed in accordance with generally accepted government auditing standards and included tests of internal controls that we considered necessary.

The audit covered transactions representative of operations current at the time of the audit and included the period January 2004 through September 2006. We expanded the scope of the audit as necessary. During the audit, we assessed the reliability of computer-processed data relevant to our audit by comparing the data to hard-copy information. We found the computer-processed data were sufficiently reliable to meet our audit objectives.

To accomplish our objectives, we

- Reviewed applicable HUD and federal regulations and guidance.

- Reviewed the Authority's consolidated annual contributions contract with HUD.

- Reviewed the Authority's internal control structure.

- Reviewed the Authority policies and procedures.

- Discussed operations with the Authority's management and staff and key officials from HUD's Philadelphia, Pennsylvania, field office.

- Reviewed minutes of the Authority's board of commissioners' meetings for years 2004 through 2006.

- Reviewed the Authority's audited financial statements for years 2003 through 2005; other financial records including general ledgers, bank statements, and check registers; and supporting documentation as appropriate.

- Reviewed the Authority's annual and five-year plans for its fiscal years 2002 through 2008.

# INTERNAL CONTROLS

Internal control is an integral component of an organization's management that provides reasonable assurance that the following objectives are being achieved:

- Effectiveness and efficiency of operations,
- Reliability of financial reporting, and
- Compliance with applicable laws and regulations.

Internal controls relate to management's plans, methods, and procedures used to meet its mission, goals, and objectives. Internal controls include the processes and procedures for planning, organizing, directing, and controlling program operations. They include the systems for measuring, reporting, and monitoring program performance.

## Relevant Internal Controls

We determined the following internal controls were relevant to our audit objectives:

- Policies, procedures, and controls that management has implemented to ensure that the Authority administered its low-rent public housing program in accordance with HUD and federal regulations.

We assessed the relevant controls identified above.

A significant weakness exists if management controls do not provide reasonable assurance that the process for planning, organizing, directing, and controlling program operations will meet the organization's objectives.

## Significant Weaknesses

Based on our review, we believe the following items are significant weaknesses:

The Authority did not

- Ensure that disbursements of operating funds were eligible and supported.

- Detect, prevent, and resolve conflict-of-interest situations.

9

**Separate Communication of Minor Deficiencies**

Minor internal control and compliance issues were reported to the Authority by a separate letter dated August 16, 2007.

# APPENDIXES

## Appendix A

## SCHEDULE OF QUESTIONED COSTS

| Recommendation number | Ineligible 1/ |
|---|---|
| 1B | $834,969 |

1/    Ineligible costs are costs charged to a HUD-financed or HUD-insured program or activity that the auditor believes are not allowable by law; contract; or federal, state, or local polices or regulations.

# Appendix B

## AUDITEE COMMENTS AND OIG'S EVALUATION

**Ref to OIG Evaluation**                    **Auditee Comments**

---

Leon J. Feinerman
Chairman

Rev. Earl L. Harris
Vice Chairman

Constance Y. Buxton
Treasurer

**HARRISBURG HOUSING AUTHORITY**
351 Chestnut Street
Harrisburg PA  17101-2785

Phone: 717.232.6781
Fax: 717 233.8355   TTY: 711

Emily J. Leader
Member

Irwin W. Aronson
General Counsel

Jerry Slenck
Acting Executive Director

August 17, 2007

John P. Buck
Regional Inspector General for Audit
Philadelphia Regional Office, 3AGA
The Wanamaker Building
100 Penn Square East, 10th Floor
Philadelphia, PA 19107-3380

Dear Mr. Buck:

**Comment 1**

This letter contains the Harrisburg Housing Authority's ("HHA") response to the Draft Audit Report which was received by HHA on August 16, 2007 (Draft Audit Report) as prepared by our counsel, Reno & Cavanaugh and Willig, Williams and Davidson, and our accountant, Casterline Associates. The Draft Audit Report concludes that certain expenditures made by HHA to carry out services to its residents were ineligible because (1) they were not expended for an eligible purpose, (2) they were "contributions" prohibited by OMB Cir. A-87, and (3) that there were two incidences of a conflict of interest which made some of the expenditures ineligible. We address each of these issues below after we provide you with some background information on the expenditures in question.

**Comment 2**

The expenditures deemed ineligible by the Draft Audit Report were made to the Greater Harrisburg Community Credit Union (GHCCU), and according to the Draft Audit Report totaled $834,969 over a seven and a half year period.[1] The genesis of these expenditures began in 1996 when, with the support and encouragement of Harrisburg Mayor Stephen R. Reed, a 45 member task force of business and community leaders, clergy, bank and government officials began looking into the possibility of forming a low-income credit union. An organizing committee called the Community Reinvestment Partnership undertook planning and conducted an extensive survey of the Harrisburg community, in particular the public housing communities[2], and found both need and interest in serving the financial services needs of Harrisburg's low-income residents, including public housing residents. Around this time, HHA's executive director

---

[1] It should be noted that this amount contributed over a seven and a half year period represents average annual expenditures of about $114,000 per year which is less than 1.5% of HHA's total operating fund budget. Please see Exhibit 1 for more information on GHCCU.
[2] Of the 1,560 respondents to the survey conducted by the Community Reinvestment Partnership, 900 were public housing residents.

Dorsey Howard also received an invitation to a training sponsored by the Philadelphia HUD field office touting the benefits of public housing affiliated credit unions.

Ultimately this task force pursued the idea of a low-income credit union to serve the needs of the citizens of Harrisburg. The effort culminated with broad local and governmental support with commercial banks, businesses, churches and government agencies providing more than $2 million in start-up capitalization. In addition, HHA, the City of Harrisburg, and the Commonwealth of Pennsylvania all provided operational support to GHCCU. GHCCU opened its doors in 2000 after receiving its charter from the Commonwealth and the National Credit Union Association (NCUA). GHCCU was also awarded a designation as a "low-income" credit union by the NCUA.[3] The credit union successfully served the needs of the community and provided meaningful access to financial services to over 1,000 members of the Harrisburg community and including a significant number of public housing residents. Unfortunately, in 2006, the NCUA closed the doors of the credit union because of a number of non-performing loans and because GHCCU was unable to meet the complicated and burdensome net worth requirements.[4]

**Response to Finding:**

**Comment 3**

1. The Draft Audit Report concludes that HHA improperly disbursed low-rent public housing operating funds to assist in the creation and operation of the GHCCU because HHA's "consolidated annual contributions contract limits the use of funds provided under the contract to paying only costs related to the operation of the projects under the contract".[5]  HHA's response is that the Inspector General (IG) misconstrues the definitions of "project" and "operations" and incorrectly narrows the scope of both definitions under the annual contributions contract (ACC) and under the Housing Act of 1937 (the "Act").

The IG's Draft Audit Report concludes that because HHA spent operating funds on an entity and services that were not part of the actual bricks and mortar or direct operation of a public housing project, the costs did not fall under the ACC's requirement that all funds must be spent on costs related to the operation of the project. However, the IG is in error. Under the ACC, HHA is restricted to spending funds only for the payment of costs for development and operation of the projects, for purchasing permitted investments, or other purposes as may be specifically approved by HUD.[6]  If that provision is read alone there may be support for the IG's finding. However, the Government Auditing Standards require the IG to possess "general knowledge of the environment in which the audited entity operates and the subject matter under

---

[3] The letter of designation from the NCUA is attached as Attachment A. This letter was available and examined by the IG.

[4] GHCCU had difficulty meeting the net worth requirements in large part because it was a designated low-income credit union with a majority of low-income families as members. In addition, the non-performing loans were made by an employee that failed to follow GHCCU's internal control processes for loan approvals.

[5] See Draft Audit Report, page 5.

[6] See Section 9(C) of the ACC.

13

review".[7]  This general knowledge includes all provisions of the ACC itself, the Act, and the regulations, Notices and guidance implementing the Act.  When these are considered, it becomes clear that "operations" is broader than just maintaining dwelling units. For instance, Section 4 of the ACC requires housing agencies to operate projects for the "economic and social well-being of the tenants".  In addition, Section 3(e)(2) of the Act defines operations as specifically including tenant programs and services.  At no place in the Act, its corresponding regulations, or accompanying guidance are tenant programs and services restricted to mean only those services offered on-site on actual public housing property.  Rather, tenant programs are broadly construed and the definition includes any service which is directly related to meeting tenant needs.[8]  Moreover, PHA's are directly authorized to engage in partnerships and other business arrangements in order to provide such tenant services.[9]  Consequently, HHA's expenditures in support of GHCCU should not be deemed ineligible simply because they were not spent on the operation of the dwelling units themselves.  Rather, so long as the expenditures were appropriate as an eligible tenant service under the Act's definition of operations, or in furtherance of a permissible arrangement under Section 13 of the Act to enter into business relationships with affiliated entities to provide tenant services, HHA acted properly and in accordance with their ACC.

2.  HHA disagrees with the IG's conclusion that "since these disbursements did not result in any benefit to the low-rent public housing program, the $834,969 disbursed was ineligible"[10], both because GHCCU did provide benefits to the low-rent public housing program residents, and second, because the Inspector General is applying a nonexistent standard that a housing agency must quantify and show actual benefit derived from a supportive services program in order for that program to constitute an eligible expense.

During the exit interview, the IG maintained that because HHA could not conclusively demonstrate that a single pubic housing resident was a member of GHCCU or benefited from GHCCU's services, the expenditures in support of the credit union were ineligible.  However, these statements and findings by the IG depart from governmental auditing standards and erroneously suppose that a housing agency must document and verify tangible benefits from supportive services offered to the residents.  First, the IG contrary to the governmental auditing standards has disregarded or discounted solid and credible evidence that GHCCU did in fact benefit public housing residents.  Available to the IG, and reviewed by it, is documentation submitted to the city of Harrisburg by GHCCU for its reporting requirements under an Enterprise Zone Program.  In this documentation, a summary of which is attached as Exhibit I, the membership of the credit union is broken down by residents in certain zip codes, and on the basis of these zip codes, it is conservatively estimated that a substantial number of public housing

---

[7] Government Auditing Standards, 2007 Revision, 3.43(b), (hereafter, "Yellowbook").
[8] See Section 3(e)(2) of the Act.  Further, even though not directly applicable in this context, in Section 34 of the Act "community credit unions" are contemplated as a valid tenant supportive service which provides further evidence of the Act's broad conception of tenant services.
[9] See Section 13 of the Act.
[10] See Draft Audit Report, page 6.

Comment 4

Comment 5

Comment 6

Comment 7

Comment 8

14

families were members of the credit union. Due to confidentiality laws[11] surrounding bank depositors or credit union membership, this estimation method, rather than some form of actual verification, is the only type of verification available to the HHA on the membership of the credit union.[12] Moreover, supporting organizational documentation of GHCCU shows that that the credit union was formed to serve low-income families and that marketing efforts were directed at public housing residents. The IG chose to ignore this strong circumstantial evidence of the benefits provided to public housing residents in issuing this draft report and this finding. This is in direct violation of the Government Auditing Standards, which require governmental auditors to find enough evidence to persuade a knowledgeable person that the findings are reasonable.[13] The burden of supporting an audit finding, in this case that the expenditures were ineligible, is on the auditors, and not on the housing agency to disprove an auditor assertion, especially in the face of supporting circumstantial evidence and confidentiality laws restricting the credit union membership information requested by the IG.

**Comment 9**

Beyond the available evidence that the GHCCU did in fact benefit public housing residents, the IG's conclusion that a housing agency must retroactively verify the benefit received by public housing residents in order for a supportive services program to be deemed an eligible expense. As discussed above in comment 1, operating funds may be spent on tenant services and programs under the Act. However, there is no statutory or other requirement that a housing agency demonstrate actual benefit of these services offered to the residents. The nature of tenant and supportive services is such that actual benefits can rarely be quantified in any meaningful way. If housing authorities were required to demonstrate actual benefit in order to prove eligibility of expenses the result would be to quantify how many drugs were prevented from being brought into projects as the result of drug prevention and enforcement spending, or how many residents were able to obtain employment solely because of outreach or training services offered by the housing agency. This is not the case, and the eligibility of drug enforcement or prevention expenditures or job training programs would not be questioned because such quantifiable results are unavailable. Similarly, the expenditures on a credit union that was to offer financial services to public housing residents should not be deemed ineligible merely because the number of residents served, or the actual benefit derived cannot be quantified ex post facto. As was described in the exit interview, the HHA expected the GHCCU to be a continuing institution in the community providing services and economic benefit to low-income and public housing residents of Harrisburg. HHA has further explained, and demonstrated through supporting materials, that GHCCU's purpose was to connect public housing residents with much needed banking services. The eligibility of expenditures cannot be determined by who is, or who is not a member of the credit union at any given point in time

---

[11] See, e.g., the Fair Credit Reporting Act, 15 USC §1681 et seq. and the Gramm-Leach-Bliley Financial Services Modernization Act, Pub. L. No. 106-102, 113 Stat. 1338 (November 12, 1999).

[12] While such specific information may have been available to the IG under its investigatory and audit authority from the National Credit Union Association, which took over and closed the GHCCU, the IG representatives said they made no such effort.

[13] See, e.g., Yellowbook sections 6.21 and 7.56.

**Comment 10**

3. Contrary to the Draft Audit Report finding[14], HHA's disbursements to the GHCCU were eligible expenses under Sections 3 and 13 of the Act, and not unallowable donations or contributions under OMB circular A-87 because HHA's arrangement with GHCCU was for the purpose of providing tenant services to its residents that were directly related to meeting tenants needs.

As defined in the Act "operations" include services which are directly related to meeting tenant needs[15]. It is well documented that lack of access to financial services is a pressing problem for low-income individuals, including those that reside in public housing. Without adequate access to credit or conventional financial institutions, low-income individuals are forced to turn to expensive alternative financial services which constitute a drain to otherwise sparse financial resources. Providing access to financial services including small loans, check cashing, and savings accounts have direct ties to increased financial awareness, savings, and ownership of homes, cars and other property[16]. Credit unions, as a vehicle to providing access to these financial services, have been widely lauded as a tool to benefit low-income families, including in at least one speech by HUD Secretary Jackson[17]. Given the fact that lack of access to financial services is a barrier for public housing families to achieving self-sufficiency and that a credit union can provide services which help overcome this barrier, HHA was reasonable in determining that disbursements of operating funds in support of a community credit union were eligible tenant services expenses under the Act's definition of operations. Further, forming a business arrangement with GHCCU to provide financial services to residents was a valid method of providing tenant services under the Act. The Act specifically authorizes PHAs to enter into partnerships or other business arrangements with other organizations for the provision of supportive or social services[18]. The intent of the section of OMB Cir. A-87 cited by the IG is to preclude State and Local grantees of federal funds from using those funds for charitable type donations. Because the intention of all the parties was for HHA to provide operational support to GHCCU and in exchange for GHCCU to provide services to HHA and its residents, the expenditures were not unallowable contributions or donations as asserted by the OIG.

**Comment 11**

4. Because HHA chose to fund its support for the services provided by GHCCU from budget line item 1406-capital funds applied to operations-no specific disclosure was required under the PHA Annual Plan and no specific HUD approval was required for the expenditures so long as the funds were expended for "operations" as defined by the Act.

Under Section 5A of the Act and the corresponding regulations at 24 CFR Part 903, housing agencies are required to submit an annual plan to HUD for approval. The annual plan is intended to be the document which governs PHA operations throughout the fiscal year. The

---

[14] Draft Audit Report, page 6.
[15] See Section 3 of the Act.
[16] See, e.g., Michael S. Barr, The Brookings Institution, Banking the Poor: Policies to Bring Low-Income Americans Into the Financial Mainstream (2004); and James H. Carr & Jenny Schuetz, Fannie Mae Foundation, Financial Services in Distressed Communities: Framing the Issue, Finding Solutions (2001).
[17] See speech by Secretary Jackson to the NCUA on October 14, 2004. Available at http://www.hud.gov/news/speeches/2004-10-14.cfm.
[18] See Section 13 of the Act.

**Comment 11**

regulations at Part 903 enumerate the subjects which must be disclosed in the annual plan, and which consequently require a specific HUD approval.[19] However, housing agencies are not required to submit line item detail on every expenditure under operations, nor are they required to receive specific HUD approval of such line item detail. Rather, housing agencies may provide general statements of operations funding. Similarly, PHAs are not required to disclose or seek HUD approval of every partnership or business arrangement entered into under Section 13 of the Act. Had HHA decided to use a different budget line item, such as BLI 1408 Management Improvements, to fund the services provided by GHCCU, then HHA would have been required to show the line item detail for the 1408 funds, and that detail would have been approved, or not as the case may be, by HUD. But, because HHA chose to fund the services provided by GHCCU out of operations, there was no requirement, and in fact no mechanism within the Annual Plan template, to disclose the disbursements to or on behalf of GHCCU within their Annual Plan and to thereby seek specific HUD approval for the expenditures.[20]

Rather, HHA provided the required detail in the Annual Plan template including disclosing that it would "continue to establish partnership agreements and, cooperative agreements with various governmental, federal, state, private, profit, and non-profit entities for the production of affordable housing and the provision of supportive services" and general descriptions of the supportive services it was providing to the residents, which included the disbursements to and on behalf of GHCCU for the services it provided.[21] HUD reviewed these plans, often asked for additional information and ultimately approved HHA's Annual Plans. At no time did HUD ask for more detail or clarification of the partnerships pursued by HHA or for more detail of the supportive service programs. While it may be established that HHA could have sought explicit HUD approval of these expenditures, the fact remains that it was not required to do so under the funding source utilized, and the OIG has failed to cite any statutory, regulatory or other requirement to the contrary. As discussed in comments 1 through 3 above, the expenditures to and on behalf of the credit union are properly construed as an eligible use of operating funds for the provision of tenant services. Moreover, the fact that other housing authorities can operate similar programs indicates that supporting the operations of a credit union is indeed an eligible use of funds under Section 9 of the Act, and subsequently under the ACC. Spending operating funds for the benefit of the residents was the only obligation HHA was under in regard to the expenditures in question. The fact that HHA did not seek explicit HUD approval when it was not required to do so does not by itself make the expenditures ineligible.

5. HHA disagrees with the finding that HHA's Executive Director, Carl Payne, violated the ACC or that HHA or its Board of Commissioners permitted an impermissible conflict-of-interest situation related to the operation of GHCCU because the IG has misinterpreted Section 19 of the ACC as clarified by recent HUD guidance.

**Comment 12**

---

[19] See 24 CFR 903.7.

[20] It is also arguable that even though other housing authorities have chosen to fund credit unions with capital funds under BLI 1408, HHA acted more properly in using BLI 1406, since capital funds are restricted to capital expenditures (or economic development, whereas operating funds (or capital funds treated as operating funds in BLI 1406) have a broader application under Sections 3 and 9 of the Act.

[21] See HHA's approved annual plans 2001-2006.

17

**Comment 12**

A. The fact that Mr. Payne was an independent contractor to HHA and then was hired by HHA as an employee does not create a conflict-of-interest under the ACC.

The Draft Audit Report states that the ACC prohibits conflict-of-interest situations involving contracts with employees who formulate policy or who influence decisions with respect to the project(s).[22] While Section 19 of the ACC[23] restricts self-dealing the facts and circumstances here do not trigger the application of Section 19 because Mr. Payne was initially an independent contractor to the HHA and not an employee, officer or director of the HHA, or in a position to formulate policy or influence decisions within the HHA. Beginning in January of 1998, Mr. Payne performed duties with regard to the GHCCU as an independent contractor to the HHA. Subsequently, in December of 2000, he was hired as a part time employee of HHA. As an independent contractor, Mr. Payne was not in a position to influence the decision making of the HHA and therefore from January 1998 to December 2000 there was clearly no conflict-of-interest. Section 19 of the ACC prohibits a housing agency from entering into a contract with an employee. It does not prohibit a housing agency from employing a person with whom it has a personal services contract.

The fact that Mr. Payne continued to perform certain duties as an independent contractor as well as a part-time acting deputy executive director for the HHA did not create a conflict-of-interest situation. Part of Mr. Payne's duties consisted of assisting the Executive Director with the operations of the HHA and part consisted of providing technical assistance for the creation of GHCCU. During the 7-month period from December 2000 until June 2001 when Mr. Payne received compensation for his dual roles as part-time acting deputy executive director and independent contractor of the HHA related to the GHCCU, he received pro-rata pay for both positions. He made the equivalent of $87,000/year,[24] a reasonable pay level for an acting deputy executive director when examined against comparable salaries.[25] Therefore, Mr. Payne received no "personal financial benefit" as a result of these dual roles.[26] Further, HUD PIH Notice 2007-15 notes that "[w]here the PHA permits its staff to provide services to an Affiliate or Instrumentality the allocation of the salary expenses between these entities do not create a

---

[22] See Draft Audit Report, page 6-7.
[23] "(1) In addition to any other applicable conflict-of-interest requirements, neither the HA nor any of its contractors or their subcontractors may enter into any contract, subcontract, or arrangement, in connection with a project under this ACC in which any of the following classes of people has an interest, direct or indirect, during his or her tenure or for one year thereafter... any present or former member or officer of the governing body of the HA, or any member of the officer's immediate family ... [or] any employee of the HA who formulates policy or who influences decisions with respect to the project(s), or any member of the employee's immediate family, or the employee's partner."
[24] ($17,500+$33,250)*(12/7) ≈ $87,000.
[25] PHADA Executive Compensation Handbook (2005).
[26] HUD PIH Notice 2007-15 emphasizes that "as a practical matter, the Department is most concerned with conflicts of interest resulting in an actual or perceived financial benefit to agents of the PHA, Instrumentality or Affiliate involving public housing funds." [Emphasis in original]

conflict of interest for the individual employees".[27] HHA could have elected to terminate the personal services contract and pay Mr. Payne the salary of \$87,000 to perform both functions without raising a question as to a conflict of interest. Just because HHA chose an alternative method to handle employment contracting should not, and does not, create a conflict of interest.

After Mr. Payne became the full-time deputy executive director and later the executive director of the Authority in June 2001, he was only compensated for his deputy executive director and executive director positions. He served in a continuing volunteer capacity with the GHCCU, clearly receiving no "personal financial benefit". Therefore, at no time was there a conflict-of-interest situation with regard to Mr. Payne's dual roles with the HHA and GHCCU.

**Comment 13**

B. There is additional statutory and regulatory authority and administrative guidance related to the creation and operation of related entities, such as the GHCCU, and such guidance further clarifies that there was no conflict-of-interest because Mr. Payne was both executive director of HHA and chief executive officer of GHCCU.

The Draft Audit Report concludes that because HHA's Executive Director was also the chief executive officer of GHCCU during the period when funds were disbursed to GHCCU, the conflict-of-interest was continued even though the Executive Director was no longer being compensated by, or on behalf of, GHCCU.[28] This conclusion is incorrect and based on an antiquated interpretation of the conflict-of-interest provisions in Section 19 of the ACC. More recently enacted HUD statutes, regulations and guidance clarify that the appropriate application of the ACC conflict provision to the facts at issue here should result in a determination that there was no conflict-of-interest.

Section 13 of the Act and 24 CFR 943.142 provide statutory and regulatory authority for the creation of the GHCCU. These provisions make clear that a housing agency can create and operate affiliated entities and may enter into joint ventures, partnerships and other business arrangements. Further, both the statute and regulations state explicitly that such an affiliated entity "may be an organization controlled by the same persons who serve on the governing board of the PHA or who are employees of the PHA."[29] Thus, not only is it clear that these identify of interest positions are contemplated by the Congress and HUD, but they are also encouraged and do not create impermissible conflicts-of-interest under the ACC. Moreover, contrary to the assertion in the Draft Audit Report that had HUD been aware of the situation it could have waived the conflict[30], neither the applicable statute nor regulations require HUD approval or waiver for such situations so in essence there was no waiver for HHA to seek.

---

[27] Even though PIH Notice 2007-15 applies directly in the development context, its clarification of general conflict of interest provisions as contained in the ACC should be persuasive in non-development contexts, since the ACC applies equally to development and non-development contexts.

[28] Draft Audit Report, page 7.

[29] Section 13 of the Act and 24 CFR Part 943 are directly applicable to entities such as the GHCCU that relate to management or tenant services.

[30] Draft Audit Report, page 7.

Most recently, in June of this year, HUD issued PIH Notice 2007-15, the stated purpose of which was to reaffirm requirements of the Act, the ACC and HUD regulations. The notice stated that with regard to conflicts-of-interest, HUD is focused on conflicts resulting in personal financial benefit. As discussed above, that was not the case here. At no time did Mr. Payne receive a personal financial benefit for his dual roles. If anything, there was a personal financial detriment as he continued to volunteer time with the GHCCU while fulfilling full-time employment responsibilities as executive director of the HHA. While PIH Notice 2007-15 is only applicable to housing agency development activities, with regard to its guidance regarding a reaffirmation of requirements pertaining to conflicts of interest, it is persuasive as to non-development activities as well.

Thus, because the Act allows for PHA employees to fulfill dual roles with respect to affiliated entities that provide supportive services, and because Carl Payne did not receive any personal financial benefit for his service in both roles, no conflict-of-interest was created in this situation.

**Comment 14**

C. Since no conflict-of-interest existed, neither did any obligation to disclose the situation to HUD or to seek approval or waiver from HUD. Consequently, HHA's expenditures to support GHCCU can not be deemed improper by reason of a conflict-of-interest or failure to disclose or seek waiver of such a conflict.

The Draft Audit Report finds that HHA's Board of Commissioners and the Executive Director allowed the conflict of interest to exist without taking action to resolve it and that HHA did not inform HUD of the disbursements to GHCCU or request HUD's approval before making them.[31] However, as discussed above, no conflict of interest existed in this situation. Consequently, HHA and its Board of Commissioners can not be found liable for failing to disclose the situation or seek HUD approval because there was nothing to disclose or for HUD to approve.

Moreover, there can be no finding that otherwise eligible expenditures became ineligible by reason of the conflict of interest. As detailed in comments 1-4, the HHA's disbursement of funds to the GHCCU was a permissible use of funds and HHA was under no obligation to seek HUD approval for the disbursements. Since no conflict-of-interest existed in this situation, the otherwise eligible use of funds cannot be deemed ineligible by reason of a conflict of interest or a failure to obtain a HUD approval or waiver of such conflict.

**Comment 15**

<u>Response to Scope and Methodology:</u>

The Draft Audit Report included a statement of the OIG's scope and methodology in conducting the audit of the HHA. However, we again raise our concerns that this audit did not conform with the Government Auditing Standards. This point is of utmost concern to us, since when followed, the result is that the audited entity has the information and points relied upon by the OIG which can reveal and clear up any misunderstandings and prevent harmful or misleading findings. During the exit interview with the IG and HUD representatives, our attorneys

---

[31] Draft Audit Report, page 7.

attempted to obtain information on the experience of, and methodology used by, the IG auditor in initiating and conducting the audit. The IG representative objected to this line of questioning and refused to answer questions during the exit interview relating to the Government Auditing Standards. Given the uncooperativeness of the IG on the topic of standards, our attorneys have been left to conclude that because the Draft Audit Report reached conclusions without credible support and a lack of understanding of the "criteria" against which the conditions found are to measured, that the audit was possibly conducted in a manner inconsistent with the Yellowbook.[32] We continue to have serious concerns about the motivation of the IG in conducting the audit and the conclusions it reached in the Draft Audit Report based upon the conditions it found.

**Comment 16**

The initial draft of the Audit Report, received by the HHA on July 27, 2007, included a second finding which stated that HHA had used low-rent public housing funds to pay the expenses of its other HUD and non-HUD programs and did not balance the interfund accounts in a timely manner. In the most recent revision of the Draft Audit Report, received by HHA on August 16, 2007, the OIG has dropped this finding. While we recognize and appreciate the IG's effort to correct its mistake in the initial draft report, the fact that this finding was ever included in a draft report raises additional concerns as to a lack of diligence during the audit and whether Government Auditing Standards were followed during the course of the IG's investigation.

**Comment 17**

Since the original second finding concerns HHA's accounting practices, and implicates HHA's reputation as a trustworthy and responsible business entity, we have included below our response to the original Finding 2. Further, to the extent this finding still exists as a "minor finding" as communicated to the HHA in a communication separate from the Draft Audit Report, we object and disagree, and offer the below as our response to that separate and additional communication.

<u>Response to Original Finding Number 2:</u>

The Draft Audit Report concludes that contrary to its ACC, HHA used low-rent public housing funds to pay the expenses of its other HUD and non-HUD programs and did not settle the balance due to the low-rent public housing fund in a timely manner. This finding was based on a flawed analysis by the IG and should not be included in the Audit Report. We disagree with this finding and believe it improper for the following reasons.

The Authority utilizes a due-to/due-from method of distributing expenses among its programs. This methodology is very common among housing authorities and is generally accepted by HUD as long as reimbursements are made on a timely basis. HUD's inclusion of lines to report this activity on REACs year end reporting format, the Financial Data Schedule, is evidence that this accounting method is acceptable.

**Comment 18**

Although there were periods of time in recent years where reimbursements were not made on a monthly basis, we feel that it should be noted that in some cases the funds owed were spent on costs for the development and operation of the projects (such as amounts owed from the Capital Fund Program), and in other cases interest was accrued on amounts owed (such as

---

[32] See, e.g., sections 6.41-6.45 of the Yellowbook.

amounts owed from the Housing Choice Voucher program). In nearly every case, amounts owed were between federal programs. Furthermore, there are inaccurate statements made in the audit finding.

**Comment 19**

    A.   <u>Finding 2 of the Draft Audit Report contains erroneous statements that should be corrected in order to prevent misleading its readers.</u>

The OIG audit finding states that "the authority reconciles its interfund accounts at year end" and that "it could not provide interim interfund account balances"[33]. Neither of these statements is true. The interfunds are always in balance and are reconciled monthly. They have always been in balance and have always been reconciled monthly, they just have not been reimbursed monthly.

Furthermore, interim interfund balances are available and can be provided at any time for any period for which we have records. In fact, we provided a trial balance for each month of the 2007 fiscal year showing the interim interfund balances. During the exit conference the IG representatives acknowledged receiving interim balances and that the interfunds were in balance (that due-to's match due-from's). Thus the Draft Audit Report is misleading to readers.

    B.   <u>A significant portion of amounts owed were from the Capital Fund Program, and were for payment of costs of development and operation of the low-rent projects</u>

**Comment 20**

The ACC states that "the Authority may withdraw funds from the general fund only for the payment of costs of development and operation of the projects under the consolidated annual contributions contract with HUD..."[34]. Of the balances shown in the audit finding, a significant portion was owed by the Capital Fund Program back to the low-rent program:

| Date | Amount due to the low-rent public housing program: | Portion of the amount due to the low-rent public housing program that was owed from the Capital Fund Program: |
|---|---|---|
| 12/31/04 | $719,239[35] | $39,449 |
| 12/31/05 | $488,052 | $433,597 |
| 12/31/06 | $44,961 | $30,090 |

The Capital Fund Program is another federal program to benefit the projects, and the Capital Fund expenses that were paid were all related to the projects. Therefore, consistent with the language in the ACC, these amounts were used for payment of costs of development and operation of the low-rent projects. In addition, the Capital Fund Program is an extension of, and was created for the benefit of, the low-rent public housing program. HUD obviously feels this

---

[33] Draft Audit Report, page 9
[34] Section 9(C) of the ACC.
[35] Note that in January 2005, the Housing Choice Program transferred $500,000 to the Low Rent Public Housing program, which was the majority of what was owed at December 31, 2004.

way, as they will require Capital Fund activity to be reported on the financial statements of each project under Asset Management.

C.    Of the amounts identified by the Draft Audit Report, nearly all of the amounts owed were due from federal programs.

It should be further noted that, except for $4,178 owed from business activities at the end of 2006, all of the amounts shown are due between federal programs, such as low-rent public housing, the Capital Fund Program, and the Housing Choice Voucher Program. Funds were not advanced or due from non-federal programs or non-profits.

D.    In order to compensate the low-rent Public Housing program for its due to balances, interest was paid to low-rent on amounts due from the Voucher Program.

It is also important to note that interest was calculated on balances owed from Section 8 to low-rent public housing during periods where large amounts were owed, and this interest was transferred from the Housing Choice Voucher Program to the low-rent public housing program. Therefore, the low-rent public housing program received interest income to compensate it for amounts owed by the Housing Choice Voucher program.

In addition, HHA, along with all other housing authorities, experienced delays in earlier years in receiving HUD funding for Housing Assistance Payments (HAP). In some cases, HAP payments from HUD were received several days after those amounts were due to be paid to landlords. The Authority had little choice but to leave this cash in the program as a reserve to allow for these delays in receiving HAP funding from HUD – so that landlords could be paid timely. The program did not have enough of its own cash to advance the HAP payments due to reductions in administrative fees.

E.    The interfund balances have been reduced and reimbursements are now made on a timely basis. In addition, given that the amounts were largely due between federal programs, HHA is unsure how these funds could be put to better use, as recommended by the Draft Audit Report.

**Comment 21**

The due-to/due-from balances have been reduced each year. At the end of 2006, as shown in the Draft Audit Report, the balance was just $44,961, which is immaterial in relation to the dollar volume of the Authority's programs. This $44,961 had already been reimbursed through the normal course of business even before the OIG published its draft finding. In fact, the Authority has reimbursed all amounts shown as due in the audit finding, mostly reimbursed in prior years, and has now implemented a process for monthly reimbursement of all due-to/due-froms.

**Comment 22**

There is no guidance from HUD, OMB nor Congress indicating how frequently due-to/due-from's are to be reimbursed. Because there is no guidance on the frequency of reimbursements there is no criteria on which the IG can base a finding. During the exit conference, the IG representatives indicated that they feel it is "good business practice" to

23

reimburse these amounts monthly. We agree and have implemented a monthly reimbursement process, as indicated above.

The OIG indicates that $417,417 could be "put to better use". We also question what is meant by that statement and what exactly is the "better use". The funds would have been invested in the Low Rent Public Housing federal bank account instead of the Housing Choice Voucher program federal bank account. Given that the Low Rent Public Housing received interest from the Housing Choice Voucher program, we are unsure what better use would have been available.

**Comment 23**

**Comment 24**

In sum, for the reasons laid out above, we request that the IG modify the Draft Audit Report, and the corresponding "minor finding" to remove the incorrect or unsupported portions of the findings. We also request that the entirety of our comments, including exhibits, be published with the Final Audit Report, including any online publication.

Respectfully submitted,

Jerry Shenck
Acting Executive Director

<u>Exhibit 1</u>

In addition to support from the HHA, the GHCCU was also supported by the City of Harrisburg with funds received under an Enterprise Community Grant. As part of the reporting requirements under this grant, the City had to provide the number of clients served by GHCCU and the number of clients that resided in the Enterprise Community, which was defined in part by the Harrisburg zip codes of 17102, 17103, and 17104. Based on the number of public housing buildings and residents located in those zip codes, and the fact that at least 50.1% of the membership of GHCCU was required to be low-income (and therefore public housing eligible), it has been estimated that at least 20% of the Enterprise Community residents were also public housing residents. The number of credit union members and Enterprise Community Members for 2001-2003 is summarized in the table below.

We should also note that the IG had access to this information, and indicated during the exit interview that this information had been examined.

Membership Information

**Comment 8**

| Year | Number of Clients Served | Number of Enterprise Community Residents | Estimated Number of Public Housing Residents |
|------|--------------------------|------------------------------------------|----------------------------------------------|
| 2001 | 516 | 272 | 56 |
| 2002 | 837 | 442 | 88 |
| 2003 | 1115 | 532 | 106 |

**Comment 8**



————— NATIONAL CREDIT UNION ADMINISTRATION —————
REGION II

June 14, 1999

Harold E. Dunbar, Esquire
Proposed Greater Harrisburg
  Community Credit Union
Morrison Tower
c/o Harrisburg Housing Authority
12th Floor, 351 Chestnut Street
Harrisburg, PA 17105-3461

Dear Mr. Dunbar:

This responds to your May 10, 1999 letter and updated application information, including the field of membership (FOM), as approved by the Pennsylvania Department of Banking. We note approval of the FOM is contingent upon the area receiving a low-income designation.

We reviewed the median household income for each census tract comprising the FOM (201-217, inclusive), as reported by the Bureau of Census for 1990. We have determined, with the exception of 10, 11 and 17, all census tracts qualify as low-income areas based on NCUA's 1990 National Median Household Income Standard of $24,044. A majority of the residents or 79.3 percent, qualify for low-income designation. Therefore, I am pleased to inform you the low-income designation is approved for the proposed Greater Harrisburg ......munity Credit Union.

This designa........ ...ves a credit union the opportunity to accept non-member deposits, participate in the Community Development Revolving Loan Program, apply for technical ....... .... and take advantage of other benefits provided to low-income designated credit unions.

We note your package does not contain an original Insurance Application (NCUA Form 9600). On receipt of a formal request for insurance, we will complete our review of your application.

If you have any questions, please contact Insurance Analyst Claudia Yale in this office.

Sincerely,

*Tawana Y. James*
Tawana Y. James
Regional Director

DCM/CBY:cby
SSIC 8340

cc:    John Woodward
       Administrator for Credit Unions
       Pennsylvania Department of Banking

26

UNITED STATES OF AMERICA
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT



| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| Leon J. Feinerman | ) | Docket No. 07-3441-DB |
| Reverand Earl Harris | ) | (Feinerman) |
| Constance Buxton | ) | |
| | ) | |
| | ) | Docket No. 07-3442-DB |
| Respondents | ) | (Harris) |
| | ) | |
| | ) | Docket No. 07-3443-DB |
| | ) | (Buxton) |
| | ) | |
| | ) | |

## DECLARATION OF AMY GENEVIE

I, Amy Genevie, declare as follows:

1.      I am presently employed with the U.S. Department of Housing and Urban Development ("HUD") as an auditor for HUD's Office of Inspector General ("OIG"). I have held this position since 1998.

2.      I was the OIG auditor in charge of the audit of Harrisburg (Pennsylvania) Housing Authority ("HHA"), 2007-PH-1013, during the period of October 2006 through September 2007. As part of my work on the HHA audit, I reviewed and analyzed the HHA's accounts and ledgers with regard to the manner in which the HHA used its General Fund monies for a credit union known as Greater Harrisburg Community Credit Union ("GHCCU").

3.      The OIG's audit of HHA has determined that the HHA improperly disbursed $834,969 from its General Fund to GHCCU during the period of January 1998 to June 2006. Since the audit report was issued, September 27, 2007, I have found that HHA improperly disbursed an additional $6,686 of its General Fund monies to GHCCU, now making the total $841,655.
These disbursements are broken down as follows:

a)      From January 16, 1998 to August 26, 1999, December 3, 1999 to January 27, 2000, and again from June 8, 2000 to May 31, 2001, HHA paid Mr. Carl Payne a total of $132,960 as a vendor from HHA's



GOVERNMENT
EXHIBIT
6

General Fund to establish and manage the day-to-day operations of GHCCU.

b) From August 2001 to April 2005, HHA gave GHCCU a total of $485,000 so that the credit union could satisfy the National Credit Union Administration's ("NCUA") net worth requirements and to meet income goals.

c) From November 2000 to June 2001, HHA paid $74,314 for GHCCU's operating expenses.

d) From January 2001 to August 2005, HHA paid $52,246 for the salaries of three other GHCCU employees, Tracy Miller, Jannette Trinta, and Eunice Hansard.

e) From May 2001 to June 2006, HHA paid $97,135 to provide the insurance benefits of six credit union employees.

4. The HHA's disbursement of $841,655 of its General Fund monies was in violation of Section 9(C)(3) of the Annual Contributions Contract ("ACC") between HUD and HHA because HHA failed to obtain HUD's specific approval to contribute its General Fund monies to GHCCU.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this _17_ day of _October_, 2007.

signature



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, D.C. 20410-0500

JUL 3 0 2007

OFFICE OF GENERAL COUNSEL

VIA UNITED PARCEL SERVICE

Mr. Leon J. Feinerman
2941 Green Street
Harrisburg, PA 17110-1233

Re: Notice of Proposed Debarment

Dear Mr. Feinerman:

You are hereby notified that the Department of Housing and Urban Development is proposing your debarment from future participation in procurement and nonprocurement transactions as a participant or principal, with HUD and throughout the Executive Branch of the Federal Government, for a three (3) year period from the date of the final determination of this action. This action is in accordance with the procedures set forth in Title 24, Code of Federal Regulations (CFR), Part 24, a copy of which is enclosed.

The proposed debarment is based upon the acts and omissions of the Harrisburg (Pennsylvania) Housing Authority (HHA), during the time that you were a member of the HHA's Board of Commissioners (Board). The acts and omissions of the HHA are imputed to you pursuant to 24 CFR § 24.630(b) because as a member of HHA's Board, you participated in, had knowledge of, or had reason to know of the violations described below.

The HHA violated Section 9 of the Annual Contributions Contract (ACC) between the HHA and HUD by allowing large sums of HHA's operating subsidy funds, which it receives annually from HUD for the purpose of developing and operating the HHA, to be used to fund a credit union, known as Greater Harrisburg Community Credit Union (GHCCU) without obtaining HUD's authorization for such expenditures. Under Section 9(B), the HHA is required to place all funds held by the housing authority in connection with the development, operation, and improvement of the housing authority into a depository account known as the authority's "General Fund." Under Section 9(C), General Fund monies may only be used for: (1) the payment of the costs of development and operation of the projects under the ACC with HUD; (2) the purchase of investment securities as approved by HUD; and (3) such other purposes as may be specifically approved by HUD. The GHCCU is not an operation or function of HHA, nor is it an HHA owned property covered under the ACC.

Specifically, in your capacity as Chairman of HHA's Board, you voted, in 2003, to transfer $30,000 of HHA's operating subsidy funds to GHCCU and, in 2004, you voted to transfer a total of $505,000 of HHA's operating subsidy funds to GHCCU over a four year period. HUD did not approve these expenditures, therefore such payments to GHCCU from the General Fund violated Section 9 of the ACC.


GOVERNMENT
EXHIBIT
7

In view of your position as a member of the HHA's Board, you have been involved in covered transactions. Your actions are evidence of serious irresponsibility and are cause for your debarment under the provisions of 24 CFR §§ 24.800(b) and (d).

If you decide to contest this proposed debarment, you may submit a written argument and/or request an informal hearing, which you may attend in person or by telephone or through a representative. Pursuant to 24 CFR § 24.825, your written submission must identify: 1) specific facts that contradict the statements contained in this Notice of Proposed Debarment (a general denial is insufficient to raise a genuine dispute over facts material to the debarment); 2) all existing, proposed, or prior exclusions against you under regulations implementing Executive Order 12549 and all similar actions taken by Federal, State, or local agencies, including administrative agreements that affect only those agencies; 3) all criminal and civil proceedings against you not included in this Notice of Proposed Debarment that grew out of the facts relevant to the cause(s) stated in this Notice; and 4) all of your affiliates as defined in the enclosed regulations at 24 CFR § 24.905. If you provide false information, the Department may seek further criminal, civil or administrative action against you as appropriate.

Your written opposition and/or hearing request must be submitted within 30 days of your receipt of this Notice of Proposed Debarment. The response may be mailed to the Debarment Docket Clerk, U.S. Department of Housing and Urban Development, Departmental Enforcement Center, 451 7th Street, S.W., B-133 - Portals 200, Washington, DC 20410. If you wish to use a courier or overnight mail, send your response to the Docket Clerk, Departmental Enforcement Center, 1250 Maryland Avenue, S.W., Suite 200, Washington, DC 20024.

Tim Coward is my designee in this matter. If you request a hearing in this matter, Mr. Coward will set a briefing and hearing schedule as necessary. He has the authority to review any written submissions, conduct an informal hearing, make a recommendation as to whether there is a genuine dispute over material facts and to propose to me a recommended decision regarding this matter. If I determine that a genuine dispute over material facts exists, I will refer this matter to a Hearing Officer, who is an administrative judge, for a formal hearing to make findings of fact pursuant to 24 CFR § 24.845. After receiving those findings of fact, and any related submissions from the parties, I will make a final decision regarding this matter. Do not call Mr. Coward or me. If you have any questions, please call Art Orton, Director, Compliance Division. Mr. Orton may be reached at (202) 708-3041.

The final decision regarding whether to debar you will be based upon evidence and information including any written information and/or argument that both you and the Government may submit in this matter. If you fail to respond to this notice within the 30-day period, then this proposed debarment will be affirmed.

If this matter is referred to a Hearing Officer for a formal hearing, this notice of administrative action shall also serve as a Complaint, in compliance with 24 CFR §§ 26.10(a), (b) and (c).

Sincerely,

Henry S. Czauski
Acting Director

Enclosure



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, D.C. 20410-0500

OFFICE OF GENERAL COUNSEL

**JUL 3 0 2007**

VIA UNITED PARCEL SERVICE

Reverend Earl Harris
103 S. 21st Street
Harrisburg, PA 17104-1436

Re: Notice of Proposed Debarment

Dear Reverend Harris:

You are hereby notified that the Department of Housing and Urban Development is proposing your debarment from future participation in procurement and nonprocurement transactions as a participant or principal, with HUD and throughout the Executive Branch of the Federal Government, for a three (3) year period from the date of the final determination of this action. This action is in accordance with the procedures set forth in Title 24, Code of Federal Regulations (CFR), Part 24, a copy of which is enclosed.

The proposed debarment is based upon the acts and omissions of the Harrisburg (Pennsylvania) Housing Authority (HHA), during the time that you were a member of the HHA's Board of Commissioners (Board). The acts and omissions of the HHA are imputed to you pursuant to 24 CFR § 24.630(b) because as a member of HHA's Board, you participated in, had knowledge of, or had reason to know of the violations described below.

The HHA violated Section 9 of the Annual Contributions Contract (ACC) between the HHA and HUD by allowing large sums of HHA's operating subsidy funds, which it receives annually from HUD for the purpose of developing and operating the HHA, to be used to fund a credit union, known as Greater Harrisburg Community Credit Union (GHCCU) without obtaining HUD's authorization for such expenditures. Under Section 9(B), the HHA is required to place all funds held by the housing authority in connection with the development, operation, and improvement of the housing authority into a depository account known as the authority's "General Fund." Under Section 9(C), General Fund monies may only be used for: (1) the payment of the costs of development and operation of the projects under the ACC with HUD; (2) the purchase of investment securities as approved by HUD; and (3) such other purposes as may be specifically approved by HUD. The GHCCU is not an operation or function of HHA, nor is it an HHA owned property covered under the ACC.

Specifically, in your capacity as a member of HHA's Board, you voted, in 2003, to transfer $30,000 of HHA's operating subsidy funds to GHCCU and, in 2004, you voted to transfer a total of $505,000 of HHA's operating subsidy funds to GHCCU over a four year period. HUD did not approve these expenditures, therefore such payments to GHCCU from the General Fund violated Section 9 of the ACC.



GOVERNMENT
EXHIBIT

8

In view of your position as a member of the HHA's Board, you have been involved in covered transactions. Your actions are evidence of serious irresponsibility and are cause for your debarment under the provisions of 24 CFR §§ 24.800(b) and (d).

If you decide to contest this proposed debarment, you may submit a written argument and/or request an informal hearing, which you may attend in person or by telephone or through a representative. Pursuant to 24 CFR § 24.825, your written submission must identify: 1) specific facts that contradict the statements contained in this Notice of Proposed Debarment (a general denial is insufficient to raise a genuine dispute over facts material to the debarment); 2) all existing, proposed, or prior exclusions against you under regulations implementing Executive Order 12549 and all similar actions taken by Federal, State, or local agencies, including administrative agreements that affect only those agencies; 3) all criminal and civil proceedings against you not included in this Notice of Proposed Debarment that grew out of the facts relevant to the cause(s) stated in this Notice; and 4) all of your affiliates as defined in the enclosed regulations at 24 CFR § 24.905. If you provide false information, the Department may seek further criminal, civil or administrative action against you as appropriate.

Your written opposition and/or hearing request must be submitted within 30 days of your receipt of this Notice of Proposed Debarment. The response may be mailed to the Debarment Docket Clerk, U.S. Department of Housing and Urban Development, Departmental Enforcement Center, 451 7th Street, S.W., B-133 - Portals 200, Washington, DC 20410. If you wish to use a courier or overnight mail, send your response to the Docket Clerk, Departmental Enforcement Center, 1250 Maryland Avenue, S.W., Suite 200, Washington, DC 20024.

Tim Coward is my designee in this matter. If you request a hearing in this matter, Mr. Coward will set a briefing and hearing schedule as necessary. He has the authority to review any written submissions, conduct an informal hearing, make a recommendation as to whether there is a genuine dispute over material facts and to propose to me a recommended decision regarding this matter. If I determine that a genuine dispute over material facts exists, I will refer this matter to a Hearing Officer, who is an administrative judge, for a formal hearing to make findings of fact pursuant to 24 CFR § 24.845. After receiving those findings of fact, and any related submissions from the parties, I will make a final decision regarding this matter. Do not call Mr. Coward or me. If you have any questions, please call Art Orton, Director, Compliance Division. Mr. Orton may be reached at (202) 708-3041.

The final decision regarding whether to debar you will be based upon evidence and information including any written information and/or argument that both you and the Government may submit in this matter. If you fail to respond to this notice within the 30-day period, then this proposed debarment will be affirmed.

If this matter is referred to a Hearing Officer for a formal hearing, this notice of administrative action shall also serve as a Complaint, in compliance with 24 CFR §§ 26.10(a), (b) and (c).

Sincerely,

Henry S. Czauski
Acting Director

Enclosure



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, D.C. 20410-0500

JUL 3 0 2007

OFFICE OF GENERAL COUNSEL

VIA UNITED PARCEL SERVICE

Ms. Constance Y. Buxton
1301 N. 6th Street, Apt. 906
Harrisburg, PA 17101

Re: Notice of Proposed Debarment

Dear Ms. Buxton:

You are hereby notified that the Department of Housing and Urban Development is proposing your debarment from future participation in procurement and nonprocurement transactions as a participant or principal, with HUD and throughout the Executive Branch of the Federal Government, for a three (3) year period from the date of the final determination of this action. This action is in accordance with the procedures set forth in Title 24, Code of Federal Regulations (CFR), Part 24, a copy of which is enclosed.

The proposed debarment is based upon the acts and omissions of the Harrisburg (Pennsylvania) Housing Authority (HHA), during the time that you were a member of the HHA's Board of Commissioners (Board). The acts and omissions of the HHA are imputed to you pursuant to 24 CFR § 24.630(b) because as a member of HHA's Board, you participated in, had knowledge of, or had reason to know of the violations described below.

The HHA violated Section 9 of the Annual Contributions Contract (ACC) between the HHA and HUD by allowing large sums of HHA's operating subsidy funds, which it receives annually from HUD for the purpose of developing and operating the HHA, to be used to fund a credit union, known as Greater Harrisburg Community Credit Union (GHCCU) without obtaining HUD's authorization for such expenditures. Under Section 9(B), the HHA is required to place all funds held by the housing authority in connection with the development, operation, and improvement of the housing authority into a depository account known as the authority's "General Fund." Under Section 9(C), General Fund monies may only be used for: (1) the payment of the costs of development and operation of the projects under the ACC with HUD; (2) the purchase of investment securities as approved by HUD; and (3) such other purposes as may be specifically approved by HUD. The GHCCU is not an operation or function of HHA, nor is it an HHA owned property covered under the ACC.

Specifically, in your capacity as a member of HHA's Board, you voted, in 2003, to transfer $30,000 of HHA's operating subsidy funds to GHCCU and, in 2004, you voted to transfer a total of $505,000 of HHA's operating subsidy funds to GHCCU over a four year period. HUD did not approve these expenditures, therefore such payments to GHCCU from the General Fund violated Section 9 of the ACC.

GOVERNMENT
EXHIBIT
9

In view of your position as a member of the HHA's Board, you have been involved in covered transactions. Your actions are evidence of serious irresponsibility and are cause for your debarment under the provisions of 24 CFR §§ 24.800(b) and (d).

If you decide to contest this proposed debarment, you may submit a written argument and/or request an informal hearing, which you may attend in person or by telephone or through a representative. Pursuant to 24 CFR § 24.825, your written submission must identify: 1) specific facts that contradict the statements contained in this Notice of Proposed Debarment (a general denial is insufficient to raise a genuine dispute over facts material to the debarment); 2) all existing, proposed, or prior exclusions against you under regulations implementing Executive Order 12549 and all similar actions taken by Federal, State, or local agencies, including administrative agreements that affect only those agencies; 3) all criminal and civil proceedings against you not included in this Notice of Proposed Debarment that grew out of the facts relevant to the cause(s) stated in this Notice; and 4) all of your affiliates as defined in the enclosed regulations at 24 CFR § 24.905. If you provide false information, the Department may seek further criminal, civil or administrative action against you as appropriate.

Your written opposition and/or hearing request must be submitted within 30 days of your receipt of this Notice of Proposed Debarment. The response may be mailed to the Debarment Docket Clerk, U.S. Department of Housing and Urban Development, Departmental Enforcement Center, 451 7th Street, S.W., B-133 - Portals 200, Washington, DC 20410. If you wish to use a courier or overnight mail, send your response to the Docket Clerk, Departmental Enforcement Center, 1250 Maryland Avenue, S.W., Suite 200, Washington, DC 20024.

Tim Coward is my designee in this matter. If you request a hearing in this matter, Mr. Coward will set a briefing and hearing schedule as necessary. He has the authority to review any written submissions, conduct an informal hearing, make a recommendation as to whether there is a genuine dispute over material facts and to propose to me a recommended decision regarding this matter. If I determine that a genuine dispute over material facts exists, I will refer this matter to a Hearing Officer, who is an administrative judge, for a formal hearing to make findings of fact pursuant to 24 CFR § 24.845. After receiving those findings of fact, and any related submissions from the parties, I will make a final decision regarding this matter. Do not call Mr. Coward or me. If you have any questions, please call Art Orton, Director, Compliance Division. Mr. Orton may be reached at (202) 708-3041.

The final decision regarding whether to debar you will be based upon evidence and information including any written information and/or argument that both you and the Government may submit in this matter. If you fail to respond to this notice within the 30-day period, then this proposed debarment will be affirmed.

If this matter is referred to a Hearing Officer for a formal hearing, this notice of administrative action shall also serve as a Complaint, in compliance with 24 CFR §§ 26.10(a), (b) and (c).

Sincerely,

Henry S. Czauski
Acting Director

Enclosure

**Annual Statement / Performance and Evaluation Report**
**Comprehensive Grant Program (CGP)   Part I: Summary**

U.S. Department of Housing
and Urban Development
Office of Public and Indian Housing

OMB Approval No. 2577-0157 (Exp. 7/31/98)

[ XX ] Original Annual Statement   [ ] Reserve for Disasters/Emergencies   [ ] Revised Annual Statement/Revision Number _____   [ ] Performance and Evaluation Report for Program Year Ending _____

[ ] Final Performance and Evaluation Report

HA Name: **Harrisburg Housing Authority**

Comprehensive Grant Number: **PA26 008 709**

FFY of Grant Approval: **2000**

| Line No. | Summary by Development Account | Total Estimated Cost | | Actual Cost 2 | |
|---|---|---|---|---|---|
| | | Original | Revised 1 | Obligated | Expended |
| 1 | Total Non-CGP Funds | | | | |
| 2 | 1406  Operations (May not exceed 10% of line 19) | 850,984.00 | | | |
| 3 | 1408  Management Improvements | 303,380.00 | | | |
| 4 | 1410  Administration | 430,000.00 | | | |
| 5 | 1411  Audit | | | | |
| 6 | 1415  Liquidated Damages | | | | |
| 7 | 1430  Fees and Costs | 301,669.00 | | | |
| 8 | 1440  Site Acquisition | | | | |
| 9 | 1450  Site Improvement | 115,583.00 | | | |
| 10 | 1460  Dwelling Structures | 2,171,791.00 | | | |
| 11 | 1465.1 Dwelling Equipment - Nonexpendable | 71,515.00 | | | |
| 12 | 1470  Nondwelling Structures | | | | |
| 13 | 1475  Nondwelling Equipment | | | | |
| 14 | 1485  Demolition | | | | |
| 15 | 1490  Replacement Reserve | | | | |
| 16 | 1495.1 Relocation Costs | | | | |
| 17 | 1498  Mod Used for Development | | | | |
| 18 | 1502  Contingency (may not exceed 8% of line 19) | 7 or 6 | | | |
| 19 | Amount of Annual Grant (Sum of lines 2-18) | 4,244,922.00 | | | |
| 20 | Amount of line 19 Related to LBP Activities | 150,000.00 | | | |
| 21 | Amount of line 19 Related to Section 504 Compliance | 80,866.00 | | | |
| 22 | Amount of line 19 Related to Security | 0.00 | | | |
| | Amount of line 19 Related to Energy Conservation Measures | 0.00 | | | |

Signature of Public Housing Director/Office of Native American Programs Administrator & Date:

28-Sep-99 X

Executive Director & Date:

...d for the Performance and Evaluation Report or a Revised Annual Statement.
...d for the Performance and Evaluation Report.

Page 1 of 6

form HUD-52837 (10/96)
ref Handbook 7485.3

GOVERNMENT EXHIBIT 12

# Annual Statement / Performance and Evaluation Report
# Capital Funds Program (CFP)
## Part I: Summary

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing

OMB Approval No. 2577-0157 (Exp. 7/31/99)

HA Name
**Harrisburg Housing Authority**

Comprehensive Grant Number | FFY of Grant Approval
**2001**

[XX] Original Annual Statement [ ] Reserve for Disasters/Emergencies [ ] Revised Annual Statement (Revision Number ___) [ ] Performance and Evaluation Report for Program Year Ending ___ [ ] Final Performance and Evaluation Report

| Line No. | Summary by Development Account | Total Estimated Cost | | Actual Cost 2 | |
|---|---|---|---|---|---|
| | | Original | Revised | Obligated | Expended |
| | Total Non-CFP Funds | | | | |
| 1 | | | | | |
| 2 | 1406 | Operations (May not exceed 10% of line 19) | 885,101.00 | | | |
| 3 | 1408 | Management Improvements | 302,979.00 | | | |
| 4 | 1410 | Administration | 276,770.00 | | | |
| 5 | 1411 | Audit | | | | |
| 6 | 1415 | Liquidated Damages | | | | |
| 7 | 1430 | Fees and Costs | 207,043.00 | | | |
| 8 | 1440 | Site Acquisition | | | | |
| 9 | 1450 | Site Improvement | 761,221.00 | | | |
| 10 | 1460 | Dwelling Structures | 1,829,929.00 | | | |
| 11 | 1465.1 | Dwelling Equipment - Nonexpendable | 162,462.00 | | | |
| 12 | 1470 | Nondwelling Structures | | | | |
| 13 | 1475 | Nondwelling Equipment | | | | |
| 14 | 1485 | Demolition | | | | |
| 15 | 1490 | Replacement Reserve | | | | |
| 16 | 1495.1 | Relocation Costs | | | | |
| 17 | 1498 | Mod Used for Development | | | | |
| 18 | 1502 | Contingency (may not exceed 8% of line 19) | | | | |
| 19 | | Amount of Annual Grant (Sum of lines 2-18) | 4,425,505.00 | | | |
| 20 | | Amount of line 19 Related to LBP Activities | 150,000.00 | | | |
| 21 | | Amount of line 19 Related to Section 504 Compliance | 80,866.00 | | | |
| 22 | | Amount of line 19 Related To Security | 0.00 | | | |
| 23 | | Amount of line 19 Related to Energy Conservation Measures | 0.00 | | | |

Signature of Executive Director & Date:

X                    6-Oct-00

Signature of Public Housing Director/Office of Native American Programs Administrator & Date:

Page _1_ of _5_

1 To be completed for The Performance and Evaluation Report or a Revised Annual Statement.
2 To be completed for the Performance and Evaluation Report.

form HUD-52837 (10/96)
ref Handbook 7485.3

**Annual Statement / Performance and Evaluation Report**
**Capital Fund Program and Capital Fund Program Replacement Housing Factor (CFP/CFPRHF) Part I: Summary**

| PHA Name: | Grant Type and Number | | Federal FY of Grant: |
|---|---|---|---|
| Harrisburg Housing Authority | Capital Fund Program Grant No: PA26P00850102 | | 2002 |
| | Replacement Housing Factor Grant No: | | |

☑ Original Annual Statement  ☐ Reserve for Disasters/Emergencies  ☐ Revised Annual Statement  *(revision no.* )
☐ Performance and Evaluation Report for Program Year Ending  ☐ Final Performance and Evaluation Report

| Line No. | Summary by Development Account | Total Estimated Cost | | Total Actual Cost | |
|---|---|---|---|---|---|
| | | Original | Revised | Obligated | Expended |
| 1 | Total Non-CFP Funds | | | | |
| 2 | 1406 Operations | 880,422.00 | | | |
| 3 | 1408 Management Improvements | 366,276.00 | | | |
| 4 | 1410 Administration | 258,146.00 | | | |
| 5 | 1411 Audit | | | | |
| 6 | 1415 Liquidated Damages | | | | |
| 7 | 1430 Fees and Costs | 207,043.00 | | | |
| 8 | 1440 Site Acquisition | | | | |
| 9 | 1450 Site Improvement | 761,221.00 | | | |
| 10 | 1460 Dwelling Structures | 1,829,929.00 | | | |
| 11 | 1465.1 Dwelling Equipment - Nonexpendable | | | | |
| 12 | 1470 Nondwelling Structures | | | | |
| 13 | 1475 Nondwelling Equipment | 99,075.00 | | | |
| 14 | 1485 Demolition | | | | |
| 15 | 1490 Replacement Reserve | | | | |
| 16 | 1492 Moving to Work Demonstration | | | | |
| 17 | 1495.1 Relocation Costs | | | | |
| 18 | 1499 Development Activities | | | | |
| 19 | 1501 Collaterization or Debt Service | | | | |
| 20 | 1502 Contingency | | | | |
| 21 | Amount of Annual Grant (Sum of lines 2-20) | $ 4,402,112.00 ✓ | - | $ - | $ - |
| 22 | Amount of line 21 Related to LBP Activities | 167,493.00 | - | - | - |
| 23 | Amount of line 21 Related to Section 504 Compliance | 150,000.00 | - | - | - |
| 24 | Amount of line 21 Related to Security - Soft Costs | 2,709.00 | - | - | - |
| 25 | Amount of line 21 Related to Security - Hard Costs | 87,341.00 | - | - | - |
| 26 | Amount of line 21 Related to Energy Conversation Measures | 260,000.00 | - | - | - |

Page 1 of 25

## CAPITAL FUND PROGRAM TABLES START HERE

**Annual Statement / Performance and Evaluation Report**
**Capital Fund Program and Capital Fund Program Replacement Housing Factor (CFP/CFPRHF) Part I: Summary**

| PHA Name: | Grant Type and Number | | Federal FY of Grant: |
|---|---|---|---|
| Harrisburg Housing Authority | Capital Fund Program Grant No: PA26P00850103 | | 2003 |
| | Replacement Housing Factor Grant No: | | |

☑ Original Annual Statement ☐ Reserve for Disasters/Emergencies ☐ Revised Annual Statement (revision no.   )
☐ Performance and Evaluation Report for Program Year Ending ☐ Final Performance and Evaluation Report

| Line No. | Summary by Development Account | Total Estimated Cost | | Total Actual Cost | |
|---|---|---|---|---|---|
| | | Original | Revised | Obligated | Expended |
| 1 | Total Non-CFP Funds | | | | |
| 2 | 1406 Operations | 880,422.00 | | | |
| 3 | 1408 Management Improvements | 278,935.00 | | | |
| 4 | 1410 Administration | 258,146.00 | | | |
| 5 | 1411 Audit | - | | | |
| 6 | 1415 Liquidated Damages | - | | | |
| 7 | 1430 Fees and Costs | 207,043.00 | | | |
| 8 | 1440 Site Acquisition | - | | | |
| 9 | 1450 Site Improvement | 223,960.00 | | | |
| 10 | 1460 Dwelling Structures | 804,470.00 | | | |
| 11 | 1465.1 Dwelling Equipment - Nonexpendable | 102,019.00 | | | |
| 12 | 1470 Nondwelling Structures | 344,863.00 | | | |
| 13 | 1475 Nondwelling Equipment | - | | | |
| 14 | 1485 Demolition | - | | | |
| 15 | 1490 Replacement Reserve | - | | | |
| 16 | 1492 Moving to Work Demonstration | - | | | |
| 17 | 1495.1 Relocation Costs | - | | | |
| 18 | 1499 Development Activities | - | | | |
| 19 | 1501 Collateralization or Debt Service | 1,100,528.00 | | | |
| 20 | 1502 Contingency | - | | | |
| 21 | Amount of Annual Grant (Sum of lines 2-20) | $ 4,200,386.00 | $ 0.00 | $ - | $ - |
| 22 | Amount of line 21 Related to LBP Activities | 100,000.00 | | | |
| 23 | Amount of line 21 Related to Section 504 Compliance | | | | |
| 24 | Amount of line 21 Related to Security - Soft Costs | | | | |
| 25 | Amount of line 21 Related to Security - Hard Costs | | | | |
| 26 | Amount of line 21 Related to Energy Conservation Measures | 280,000.00 | | | |

*Estimated FY 2003 CFP*

# CAPITAL FUND PROGRAM TABLES START HERE

Attachment: pa008b01

**Annual Statement / Performance and Evaluation Report**
**Capital Fund Program and Capital Fund Program Replacement Housing Factor (CFP/CFPRHF) Part I: Summary**

| PHA Name: | Grant Type and Number | Federal FY of Grant: |
| --- | --- | --- |
| Harrisburg Housing Authority | Capital Fund Program Grant No: PA26P00850104<br>Replacement Housing Factor Grant No: | 2004 |

☒ Original Annual Statement    ☐ Reserve for Disasters/Emergencies    ☐ Revised Annual Statement  (revision no.       )
☐ Performance and Evaluation Report for Program Year Ending    ☐ Final Performance and Evaluation Report

| Line No. | Summary by Development Account | Total Estimated Cost | | Total Actual Cost | |
| --- | --- | --- | --- | --- | --- |
| | | Original | Revised | Obligated | Expended |
| 1 | Total Non-CFP Funds | | | | |
| 2 | 1406 Operations | 200,000.00 | - | - | - |
| 3 | 1408 Management Improvements | 473,935.00 | - | - | - |
| 4 | 1410 Administration | 188,955.00 | - | - | - |
| 5 | 1411 Audit | | - | - | - |
| 6 | 1415 Liquidated Damages | - | - | - | - |
| 7 | 1430 Fees and Costs | 207,043.00 | - | - | - |
| 8 | 1440 Site Acquisition | | - | - | - |
| 9 | 1450 Site Improvement | 223,960.00 | - | - | - |
| 10 | 1460 Dwelling Structures | 1,103,912.00 | - | - | - |
| 11 | 1465.1 Dwelling Equipment - Nonexpendable | 48,000.00 | - | - | - |
| 12 | 1470 Nondwelling Structures | - | - | - | - |
| 13 | 1475 Nondwelling Equipment | - | - | - | - |
| 14 | 1485 Demolition | - | - | - | - |
| 15 | 1490 Replacement Reserve | - | - | - | - |
| 16 | 1492 Moving to Work Demonstration | - | - | - | - |
| 17 | 1495.1 Relocation Costs | - | - | - | - |
| 18 | 1499 Development Activities | - | - | - | - |
| 19 | 1501 Collateralization or Debt Service | 815,268.00 | - | - | - |
| 20 | 1502 Contingency | - | - | - | - |
| 21 | Amount of Annual Grant (Sum of lines 2-20) | $ 3,261,073.00 | $ - | $ - | $ - |
| 22 | Amount of line 21 Related to LBP Activities | 100,000.00 | - | - | - |
| 23 | Amount of line 21 Related to Section 504 Compliance | | - | - | - |
| 24 | Amount of line 21 Related to Security - Soft Costs | | - | - | - |
| 25 | Amount of line 21 Related to Security - Hard Costs | | - | - | - |
| 26 | Amount of line 21 Related to Energy Conservation Measures | 280,000.00 | - | - | - |

Page 1 of 5

| Payments to | Vendor 0 | 01106 CARL | PAYNE | | |
|---|---|---|---|---|---|
| Check date | 5/31/2001 | Check# | 143541 | Amount | $1,250.00 |
| Check date | 5/17/2001 | Check# | 143392 | Amount | $1,250.00 |
| Check date | 5/3/2001 | Check# | 143226 | Amount | $1,250.00 |
| Check date | 4/26/2001 | Check# | 143121 | Amount | $207.84 |
| Check date | 4/19/2001 | Check# | 143026 | Amount | $1,250.00 |
| Check date | 4/12/2001 | Check# | 142934 | Amount | $1,250.00 |
| Check date | 3/22/2001 | Check# | 142714 | Amount | $1,250.00 |
| Check date | 3/22/2001 | Check# | 142713 | Amount | $251.74 |
| Check date | 3/8/2001 | Check# | 142575 | Amount | $1,250.00 |
| Check date | 2/22/2001 | Check# | 138651 | Amount | $1,250.00 |
| Check date | 2/8/2001 | Check# | 138479 | Amount | $1,250.00 |
| Check date | 1/25/2001 | Check# | 138304 | Amount | $1,250.00 |
| Check date | 1/11/2001 | Check# | 138035 | Amount | $1,250.00 |
| Check date | 12/21/2000 | Check# | 137885 | Amount | $1,250.00 |
| Check date | 12/14/2000 | Check# | 137797 | Amount | $1,250.00 |
| Check date | 11/30/2000 | Check# | 137652 | Amount | $1,250.00 |
| Check date | 11/9/2000 | Check# | 137410 | Amount | $2,625.00 |
| Check date | 10/26/2000 | Check# | 137251 | Amount | $2,625.00 |
| Check date | 10/13/2000 | Check# | 137064 | Amount | $2,625.00 |
| Check date | 9/28/2000 | Check# | 136901 | Amount | $2,625.00 |
| Check date | 9/14/2000 | Check# | 136774 | Amount | $2,625.00 |
| Check date | 8/31/2000 | Check# | 136621 | Amount | $2,625.00 |
| Check date | 8/17/2000 | Check# | 136478 | Amount | $2,625.00 |
| Check date | 8/3/2000 | Check# | 136318 | Amount | $2,625.00 |
| Check date | 7/20/2000 | Check# | 136162 | Amount | $2,625.00 |
| Check date | 7/6/2000 | Check# | 136010 | Amount | $3,375.00 |
| Check date | 6/22/2000 | Check# | 135847 | Amount | $3,375.00 |
| Check date | 6/8/2000 | Check# | 135732 | Amount | $3,375.00 |
| Check date | 1/27/2000 | Check# | 134357 | Amount | $1,875.00 |
| Check date | 1/13/2000 | Check# | 134196 | Amount | $1,875.00 |
| Check date | 12/23/1999 | Check# | 134008 | Amount | $1,875.00 |
| Check date | 12/9/1999 | Check# | 133885 | Amount | $1,875.00 |
| Check date | 12/3/1999 | Check# | 133824 | Amount | $3,750.00 |
| Check date | 8/26/1999 | Check# | 132838 | Amount | $1,750.00 |
| Check date | 8/17/1999 | Check# | 132649 | Amount | $1,750.00 |
| Check date | 7/30/1999 | Check# | 132572 | Amount | $1,750.00 |
| Check date | 7/15/1999 | Check# | 132448 | Amount | $1,750.00 |
| Check date | 6/24/1999 | Check# | 132231 | Amount | $1,750.00 |
| Check date | 6/10/1999 | Check# | 132128 | Amount | $1,750.00 |
| Check date | 5/27/1999 | Check# | 131934 | Amount | $1,750.00 |
| Check date | 5/13/1999 | Check# | 131803 | Amount | $1,750.00 |
| Check date | 4/29/1999 | Check# | 131665 | Amount | $1,750.00 |
| Check date | 4/15/1999 | Check# | 131530 | Amount | $1,750.00 |
| Check date | 3/25/1999 | Check# | 131304 | Amount | $1,750.00 |
| Check date | 3/18/1999 | Check# | 131241 | Amount | $1,750.00 |
| Check date | 2/25/1999 | Check# | 131046 | Amount | $1,750.00 |
| Check date | 2/11/1999 | Check# | 130798 | Amount | $1,750.00 |
| Check date | 1/29/1999 | Check# | 130724 | Amount | $1,750.00 |

GOVERNMENT
EXHIBIT
13

| | | | |
|---|---|---|---|
| Check date | 1/21/1999 Check# | 130628 Amount | $1,750.00 |
| Check date | 12/17/1998 Check# | 130432 Amount | $1,750.00 |
| Check date | 12/10/1998 Check# | 130345 Amount | $1,750.00 |
| Check date | 11/19/1998 Check# | 130187 Amount | $3,500.00 |
| Check date | 10/29/1998 Check# | 129993 Amount | $1,750.00 |
| Check date | 10/15/1998 Check# | 129844 Amount | $1,750.00 |
| Check date | 9/24/1998 Check# | 129583 Amount | $1,750.00 |
| Check date | 9/10/1998 Check# | 129411 Amount | $1,750.00 |
| Check date | 8/20/1998 Check# | 129204 Amount | $1,750.00 |
| Check date | 8/13/1998 Check# | 129184 Amount | $1,750.00 |
| Check date | 7/30/1998 Check# | 129039 Amount | $1,750.00 |
| Check date | 7/9/1998 Check# | 128851 Amount | $1,750.00 |
| Check date | 6/25/1998 Check# | 128597 Amount | $1,750.00 |
| Check date | 6/11/1998 Check# | 128462 Amount | $1,750.00 |
| Check date | 5/28/1998 Check# | 128327 Amount | $1,750.00 |
| Check date | 5/14/1998 Check# | 128163 Amount | $1,750.00 |
| Check date | 4/30/1998 Check# | 128006 Amount | $1,750.00 |
| Check date | 4/9/1998 Check# | 127762 Amount | $1,750.00 |
| Check date | 3/27/1998 Check# | 127628 Amount | $1,750.00 |
| Check date | 3/19/1998 Check# | 127525 Amount | $1,750.00 |
| Check date | 3/5/1998 Check# | 127400 Amount | $1,750.00 |
| Check date | 2/12/1998 Check# | 127268 Amount | $1,750.00 |
| Check date | 1/22/1998 Check# | 127042 Amount | $1,750.00 |
| Check date | 1/16/1998 Check# | 126810 Amount | $1,750.00 |
| **Total** | | | **$132,959.58** |

002566

02566   GHCCU                                      08/09/01   144401

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 08/08/01 | 080801 | FINAL PAYMENT | 30,000.00 | 0.00 | 30,000.00 |
| 04 | | | | | |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | 30,000.00 | 0.00 | 30,000.00 |
|---|---|---|---|---|

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461
**GENERAL FUND**

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**144401**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 08/09/01 | 144401 | *****30,000.00 |

PAY
THIRTY-THOUSAND DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE
ORDER
OF

GHCCU
223 WALNUT ST
HARRISBURG, PA 17101

MEMBER

NON-NEGOTIABLE
EXECUTIVE DIRECTOR

*Alice Y Margus*
CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑆144401⑆ ⑈031300821⑈ 000 25750.23⑆

GOVERNMENT
EXHIBIT
14
CARGILL 800-793-6979

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/27/02 | 032702 | CONTRIBUTION | 100,000.00 | 0.00 | 100,000.00 |

$100,000

GHCCU

Claim # 60094

| | | | | | |
|---|---|---|---|---|---|
| HARRISBURG HOUSING AUTHORITY POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | | GENERAL FUND | 100,000.00 | 0.00 | 100,000.00 |



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
146981

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/28/02 | 146981 | ****100,000.00 |

PAY
ONE HUNDRED THOUSAND DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
GHCCU
223 WALNUT ST
HARRISBURG, PA 17101

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆146981⑆ ⑉031300821⑉ 080 2675023⑈

02508  GHCCU                        09/26/02  149230

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 09/25/02 | 092502 | ADVANCE PAYMENT ON 2003 CONTRIBUTION | 63,000.00 | 0.00 | 63,000.00 0.00 |

*Claim #6294⁹*

| **HARRISBURG HOUSING AUTHORITY** HARRISBURG, PA 17101-2785 | GENERAL FUND | 63,000.00 | 0.00 | 63,000.00 |
|---|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

### HARRISBURG HOUSING AUTHORITY
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

**GENERAL FUND**

3-7615/360

CITIZENS BANK

CHECK NUMBER
**149230**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 09/26/02 | 149230 | *****63,000.00 |

PAY

SIXTY-THREE-THOUSAND DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

| TO THE ORDER OF | GHCCU 223 WALNUT ST HARRISBURG, PA 17101 |
|---|---|

MEMBER                                                          MP

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR    MP

CONTROLLER                                                      MP

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑆149230⑆ ⑉036076150⑉ 6100072541⑈

#2566 GHCCU

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 12/31/02 | 150337 | Balance of 2003 Payment Due | | | $37,000.00 |

$37,000
GHCCU
Balance of
2003 Payment

Claim # 64586

PAID
DEC 31 2002

001   140600

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785          GENERAL FUND

$37,000.00

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

GENERAL FUND

3-7615/360          CITIZENS BANK

CHECK NUMBER
**150337**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 12/31/02 | 150337 | **$37,000.00** |

PAY    Thirty-Seven Thousand Dollars and No Cents

VOID AFTER 90 DAYS

TO
THE
ORDER
OF          GHCCU

MEMBER

EXECUTIVE DIRECTOR          NON-NEGOTIABLE

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆150337⑆ ⑈036076150⑈ 6100072541⑈

#2566 GHCCO



| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/30/03 | 152888 | 2004 Advance Payment | | | $30,000.00 |

001·140660

CLAIM # 67723

**HARRISBURG HOUSING AUTHORITY**     GENERAL FUND
HARRISBURG, PA 17101-2785                                    $30,000.00

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

GENERAL FUND

3-7615/360        CITIZENS BANK        CHECK NUMBER
                                       152888

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/30/03 | 152888 | $30,000.00 |

PAY
Thirty thousand dollars and no cents                VOID AFTER 90 DAYS

TO
THE
ORDER
OF

GHCCO

PAID
JUN 30 2003

MEMBER
EXECUTIVE DIRECTOR
CONTROLLER

NON-NEGOTIABLE

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆152888⑆ ⑉036076150⑉ 6100072541⑈

GHCCU

| DATE OF INVOICE | CONT/OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 09/30/03 | 154025 | Accelleration of payment | | | $50,000.00 |
| | | | | | |

b 9156

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785    GENERAL FUND    |    |    | $50,000.00 |

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

**GENERAL FUND**

3-7615/360    CITIZENS BANK    CHECK NUMBER
**154025**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 09/30/03 | 154025 | **$50,000.00** |

PAY   Fifty Thousand Dollars and No Cents

VOID AFTER 90 DAYS

TO
THE
ORDER
OF    GHCCU

MEMBER

EXECUTIVE DIRECTOR    NON-NEGOTIABLE

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈154025⑈ ⑆036076150⑆ 6100072541⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 002566 04/22/04 | GHCCU 042204 | 04/22/04 2004/2005 CONTRIBUTION | 45,000.00 | 0.00 | 45,000.00 |

*GHCCU #72324*
*$45000*

*20,000 (2004)*
*25,000 (2005)*

PAID
APR 22 2004

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785          GENERAL FUND          45,000.00    0.00    45,000.00

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

GENERAL FUND

COMMERCE BANK          60-184 / 313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/22/04 | 200548 | *****45,000.00 |

VOID AFTER 90 DAYS

PAY    FORTY-FIVE-THOUSAND DOLLARS AND NO CENTS

TO THE ORDER OF
GHCCU
223 WALNUT ST
HARRISBURG, PA 17101

NON-NEGOTIABLE    MP
NON-NEGOTIABLE    MP

COPY        COPY        COPY        COPY        COPY

HARRISBURG HOUSING AUTHORITY                                           000015

| UR REF NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
|  |  | 06/30/04 |  |  |  | $25,000.00 |
|  |  |  | Advance from 2005 | # 73651 |  |  |



**HARRISBURG HOUSING AUTHORITY**
351 Chestnut Street
Harrisburg, PA 17101-2785

COMMERCE BANK
60-184/313

000015

**GENERAL FUND**

CHECK NO.
000015

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/30/04 |  | $25,000.00 |

PAY TO THE ORDER OF

Twenty-five thousand dollars and no cents

GHCCU
223 Walnut Street
Harrisburg, PA  17101

NON-NEGOTIABLE

⑆000015⑆ ⑈031301846⑈ 53 655720 0⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 002566 10/15/04 | GHCCU 101504 | 3RD QUARTER 2004          10/14/04 | 50,000.00 | 0.00 | 50,000.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

GENERAL FUND

50,000.00      0.00      50,000.00

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

GENERAL FUND

COMMERCE BANK          60-194 / 313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 10/14/04 | 202496 | *****50,000.00 |

VOID AFTER 90 DAYS

PAY    FIFTY-THOUSAND DOLLARS AND NO CENTS

TO THE ORDER OF    GHCCU
223 WALNUT ST
HARRISBURG, PA 17101

NON-NEGOTIABLE    MP
NON-NEGOTIABLE    MP
NON-NEGOTIABLE    MP

COPY      COPY      COPY      COPY      COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 002566<br>03/14/05 | GHCCU<br>040705 | 1ST QUARTER 2005      04/07/05 | 55,000.00 | 0.00 | 55,000.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785      GENERAL FUND      55,000.00    0.00    55,000.00

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

GENERAL FUND

COMMERCE BANK          60-184
                        313

| DATE | CONTROL NO | AMOUNT |
|---|---|---|
| 04/07/05 | 204348 | *****55,000.00 |

VOID AFTER 90 DAYS

PAY      FIFTY-FIVE-THOUSAND DOLLARS AND NO CENTS

NON-NEGOTIABLE    MP

TO<br>THE<br>ORDER<br>OF      GHCCU
223 WALNUT ST
HARRISBURG, PA 17101

NON-NEGOTIABLE    MP

NON-NEGOTIABLE    MP

COPY          COPY          COPY          COPY          COPY

| Claim | CheckDate | CheckNum | ClaimAmt | Paid |
|---|---|---|---|---|
| 052756 | 1/25/2001 0:00 | 138328 | $810.00 | $810.00 |
| 053079 | 2/8/2001 0:00 | 138498 | $876.00 | $876.00 |
| 053302 | 2/22/2001 0:00 | 138677 | $720.00 | $720.00 |
| 053692 | 3/8/2001 0:00 | 142586 | $810.00 | $810.00 |
| 002275 | 3/15/2001 0:00 | 142668 | $323.57 | $323.57 |
| 054083 | 3/29/2001 0:00 | 142829 | $619.69 | $619.69 |
| 054261 | 4/12/2001 0:00 | 142962 | $619.69 | $619.69 |
| 054507 | 4/26/2001 0:00 | 143138 | $619.69 | $619.69 |
| 054794 | 5/10/2001 0:00 | 143311 | $619.69 | $619.69 |
| 054960 | 5/24/2001 0:00 | 143175 | $619.69 | $619.69 |
| 055298 | 6/7/2001 0:00 | 143658 | $619.69 | $619.69 |
| 055501 | 6/21/2001 0:00 | 143835 | $609.69 | $609.69 |
| 055750 | 7/5/2001 0:00 | 144000 | $908.21 | $908.21 |
| 055940 | 7/19/2001 0:00 | 144149 | $653.63 | $653.63 |
| 056063 | 7/26/2001 0:00 | 144240 | $100.00 | $100.00 |
| 056322 | 8/2/2001 0:00 | 144355 | $653.63 | $653.63 |
| 059434 | 2/21/2002 0:00 | 146553 | $103.80 | $103.80 |
| 059832 | 3/7/2002 0:00 | 146714 | $166.08 | $166.08 |
| 059949 | 3/21/2002 0:00 | 146935 | $231.82 | $231.82 |
| 060283 | 4/4/2002 0:00 | 147079 | $221.44 | $221.44 |
| 060429 | 4/18/2002 0:00 | 147212 | $235.28 | $235.28 |
| 060757 | 5/2/2002 0:00 | 147350 | $249.12 | $249.12 |
| 060885 | 5/16/2002 0:00 | 147505 | $214.52 | $214.52 |
| 061352 | 6/13/2002 0:00 | 147762 | $235.28 | $235.28 |
| 061672 | 6/27/2002 0:00 | 148105 | $83.04 | $83.04 |
| 061820 | 7/18/2002 0:00 | 148337 | $359.84 | $359.84 |
| 061873 | 7/25/2002 0:00 | 148409 | $193.76 | $193.76 |
| 062211 | 8/8/2002 0:00 | 148563 | $173.00 | $173.00 |
| 062403 | 8/22/2002 0:00 | 148856 | $166.08 | $166.08 |
| 062734 | 9/5/2002 0:00 | 148995 | $235.28 | $235.28 |
| 062829 | 9/19/2002 0:00 | 149195 | $429.04 | $429.04 |
| 063175 | 10/3/2002 0:00 | 149338 | $276.80 | $276.80 |
| 063325 | 10/17/2002 0:00 | 149455 | $276.80 | $276.80 |
| 063649 | 10/31/2002 0:00 | 149677 | $207.60 | $207.60 |
| 063778 | 11/14/2002 0:00 | 149783 | $276.80 | $276.80 |
| 063982 | 11/27/2002 0:00 | 150018 | $276.80 | $276.80 |
| 064196 | 12/12/2002 0:00 | 150136 | $276.80 | $276.80 |
| 064582 | 12/27/2002 0:00 | 150382 | $276.80 | $276.80 |
| 064713 | 1/9/2003 0:00 | 150531 | $276.80 | $276.80 |
| 064833 | 1/23/2003 0:00 | 150762 | $276.80 | $276.80 |
| 065087 | 2/6/2003 0:00 | 150894 | $477.48 | $477.48 |
| 065245 | 2/21/2003 0:00 | 151073 | $567.44 | $567.44 |
| 065705 | 3/6/2003 0:00 | 151217 | $498.24 | $498.24 |
| 065893 | 3/20/2003 0:00 | 151488 | $477.48 | $477.48 |
| 066351 | 4/3/2003 0:00 | 151737 | $262.96 | $262.96 |
| 066492 | 4/17/2003 0:00 | 151970 | $221.44 | $221.44 |
| 066798 | 5/1/2003 0:00 | 152100 | $262.96 | $262.96 |
| 066934 | 5/15/2003 0:00 | 152353 | $276.80 | $276.80 |


GOVERNMENT
EXHIBIT
15

| 067205 | 5/29/2003 0:00 152487 | $276.80 | $276.80 |
| 067318 | 6/12/2003 0:00 152683 | $276.80 | $276.80 |
| 067727 | 6/13/2003 0:00 152697 | $318.32 | $318.32 |
| 067677 | 6/26/2003 0:00 152865 | $505.16 | $505.16 |
| 067825 | 7/10/2003 0:00 153104 | $276.80 | $276.80 |
| 067975 | 7/24/2003 0:00 153241 | $276.80 | $276.80 |
| 068276 | 8/7/2003 0:00 153368 | $415.20 | $415.20 |
| 068392 | 8/21/2003 0:00 153615 | $221.44 | $221.44 |
| 068744 | 9/4/2003 0:00 153743 | $290.64 | $290.64 |
| 068836 | 9/18/2003 0:00 153960 | $290.64 | $290.64 |
| 069191 | 10/2/2003 0:00 154083 | $290.64 | $290.64 |
| 069317 | 10/16/2003 0:00 154318 | $429.04 | $429.04 |
| 069578 | 10/29/2003 0:00 154380 | $429.04 | $429.04 |
| 069788 | 11/13/2003 0:00 154549 | $242.20 | $242.20 |
| 069899 | 11/26/2003 0:00 154795 | $290.64 | $290.64 |
| 070210 | 12/11/2003 0:00 154911 | $283.72 | $283.72 |
| 070330 | 12/24/2003 0:00 155112 | $276.80 | $276.80 |
| 070694 | 1/8/2004 0:00 155312 | $415.20 | $415.20 |
| 070860 | 1/22/2004 0:00 155532 | $442.88 | $442.88 |
| 071162 | 2/5/2004 0:00 155652 | $415.20 | $415.20 |
| 071280 | 2/19/2004 0:00 155861 | $276.80 | $276.80 |
| 071592 | 3/4/2004 0:00 155966 | $276.80 | $276.80 |
| 071771 | 3/18/2004 0:00 000053 | $276.80 | $276.80 |
| 072070 | 4/1/2004 0:00 200165 | $276.80 | $276.80 |
| 072254 | 4/15/2004 0:00 200520 | $276.80 | $276.80 |
| 072529 | 4/29/2004 0:00 200624 | $276.80 | $276.80 |
| 072697 | 5/13/2004 0:00 200736 | $276.80 | $276.80 |
| 072874 | 5/27/2004 0:00 200965 | $276.80 | $276.80 |
| 073155 | 6/10/2004 0:00 201071 | $276.80 | $276.80 |
| 073285 | 6/24/2004 0:00 201315 | $276.80 | $276.80 |
| 073785 | 7/8/2004 0:00 201417 | $276.80 | $276.80 |
| Total | | $28,655.81 | $28,655.81 |

| GL_Account | Vendor | name | InvDate |
|---|---|---|---|
| 001411000000000000000 | 002275 | TRINTA, JANNETTE | 1/23/2001 0:00 |
| 001411000000000000000 | 002275 | TRINTA, JANNETTE | 2/6/2001 0:00 |
| 001411000000000000000 | 002275 | TRINTA, JANNETTE | 2/21/2001 0:00 |
| 001411000000000000000 | 002275 | TRINTA, JANNETTE | 3/7/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 3/16/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 3/30/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 4/13/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 4/27/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 5/11/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 5/25/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 6/5/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 6/22/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 7/6/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 7/20/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 7/25/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 8/3/2001 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 2/15/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 2/22/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 3/21/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 4/4/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 4/19/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 5/2/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 5/16/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 6/12/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 6/27/2002 0:00 |
| 001443010000000000000 | 002275 | TRINTA, JANNETTE | 7/17/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 7/25/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 8/8/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 8/22/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 9/5/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 9/20/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 10/3/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 10/17/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 10/31/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 11/14/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 11/26/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 12/12/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 12/27/2002 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 1/9/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 1/23/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 2/6/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 2/21/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 3/7/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 3/20/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 4/3/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 4/17/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 5/1/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 5/15/2003 0:00 |

| | | | |
|---|---|---|---|
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 5/29/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 6/12/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 6/13/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 6/26/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 7/10/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 7/24/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 8/7/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 8/21/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 9/4/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 9/18/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 10/2/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 10/16/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 10/29/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 11/14/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 11/25/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 11/12/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 12/24/2003 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 1/8/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 1/24/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 2/5/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 2/19/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 3/4/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 3/18/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 4/1/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 4/15/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 4/29/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 5/13/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 5/27/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 6/10/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 6/24/2004 0:00 |
| 001419010000000000000 | 002275 | TRINTA, JANNETTE | 7/8/2004 0:00 |

**invNumber**
012301
020601
022101
030701
031601
033001
041301
042701
051101
052501
060501
062201
070601
072001
072501
080301
022102
030702
032102
040402
041802
050202
051602
061202
062702
071702
072502
080802
082202
090502
091902
100302
101702
103102
111402
112602
121202
122702
010903
012303
020603
022103
030703
032003
040303
041703
050103
051503

052903
060603
061303
062603
071003
072403
080703
082103
090403
091803
100203
101603
102903
111403
11/25/03
111203
122403
010804
012404
020504
021904
030304
031804
040104
.041504
042904
051304
052704
061004
062404
070804

| Claim | CheckDate | CheckNum | ClaimAmt | Paid |
|-------|-----------|----------|----------|------|
| 053735 | 3/15/2001 0:00 | 142648 | $1,502.12 | $1,502.12 |
| 054082 | 3/29/2001 0:00 | 142795 | $1,758.29 | $1,758.29 |
| 054260 | 4/12/2001 0:00 | 142924 | $1,502.12 | $1,502.12 |
| 054506 | 4/26/2001 0:00 | 143118 | $1,502.12 | $1,502.12 |
| 054793 | 5/10/2001 0:00 | 143292 | $1,502.12 | $1,502.12 |
| 054961 | 5/24/2001 0:00 | 143174 | $1,502.12 | $1,502.12 |
| 055297 | 6/7/2001 0:00 | 143641 | $1,502.12 | $1,502.12 |
| 055500 | 6/21/2001 0:00 | 143811 | $1,492.12 | $1,492.12 |
| 055746 | 7/5/2001 0:00 | 143986 | $1,502.12 | $1,502.12 |
| 055939 | 7/19/2001 0:00 | 144130 | $1,502.12 | $1,502.12 |
| 056324 | 8/2/2001 0:00 | 144335 | $1,502.12 | $1,502.12 |
| Total | | | $16,769.49 | $16,769.49 |

| GL_Account | Vendor | name |
|---|---|---|
| 001419010000000000000 | 002344 | MILLER, TRACY R |
| 001419010000000000000 | 002344 | MILLER, TRACY R |
| 001419010000000000000 | 002344 | MILLER, TRACY R |
| 001419010000000000000 | 002344 | MILLER, TRACY R |
| 001419010000000000000 | 002344 | MILLER, TRACY R |
| 001419010000000000000 | 002344 | MILLER, TRACY R |
| 001419010000000000000 | 002344 | MILLER, TRACY R |
| 001419010000000000000 | 002344 | MILLER, TRACY R |
| 001419010000000000000 | 002344 | MILLER, TRACY R |
| 001419010000000000000 | 002344 | MILLER, TRACY R |
| 001419010000000000000 | 002344 | MILLER, TRACY R |

| InvDate | InvNumber |
|---|---|
| 3/16/2001 0:00 | 031601 |
| 3/30/2001 0:00 | 033001 |
| 4/13/2001 0:00 | 041301 |
| 4/27/2001 0:00 | 042701 |
| 5/11/2001 0:00 | 051101 |
| 5/25/2001 0:00 | 052501 |
| 6/5/2001 0:00 | 060501 |
| 6/22/2001 0:00 | 062201 |
| 7/6/2001 0:00 | 070601 |
| 7/20/2001 0:00 | 072001 |
| 8/3/2001 0:00 | 080301 |

| Claim | CheckDate | CheckNum | ClaimAmt | Paid | GL_Account | Vendor |
|-------|-----------|----------|----------|------|------------|--------|
| 053736 | 3/15/2001 0:00 | 142636 | $619.22 | $619.22 | 00141901( | 002345 |
| 054081 | 3/29/2001 0:00 | 142779 | $619.22 | $619.22 | 00141901( | 002345 |
| 054259 | 4/12/2001 0:00 | 142910 | $619.22 | $619.22 | 00141901( | 002345 |
| 054502 | 4/26/2001 0:00 | 143098 | $19.06 | $19.06 | 00141901( | 002345 |
| 054505 | 4/26/2001 0:00 | 143097 | $619.22 | $619.22 | 00141901( | 002345 |
| 054792 | 5/10/2001 0:00 | 143285 | $619.22 | $619.22 | 00141901( | 002345 |
| 054962 | 5/24/2001 0:00 | 143173 | $619.22 | $619.22 | 00141901( | 002345 |
| 055296 | 6/7/2001 0:00 | 143622 | $619.22 | $619.22 | 00141901( | 002345 |
| 055499 | 6/21/2001 0:00 | 143797 | $609.22 | $609.22 | 00141901( | 002345 |
| 055744 | 7/5/2001 0:00 | 143976 | $619.22 | $619.22 | 00141901( | 002345 |
| 055938 | 7/19/2001 0:00 | 144116 | $619.22 | $619.22 | 00141901( | 002345 |
| 056323 | 8/2/2001 0:00 | 144317 | $619.22 | $619.22 | 00141901( | 002345 |
| Total | | | $6,820.48 | $6,820.48 | | |

| name | InvDate | InvNumber |
|------|---------|-----------|
| HANSARD, EUNICE A | 3/16/2001 0:00 | 031601 |
| HANSARD, EUNICE A | 3/30/2001 0:00 | 033001 |
| HANSARD, EUNICE A | 4/13/2001 0:00 | 041301 |
| HANSARD, EUNICE A | 4/24/2001 0:00 | 042401 |
| HANSARD, EUNICE A | 4/27/2001 0:00 | 042701 |
| HANSARD, EUNICE A | 5/11/2001 0:00 | 051101 |
| HANSARD, EUNICE A | 5/25/2001 0:00 | 052501 |
| HANSARD, EUNICE A | 6/8/2001 0:00 | 060801 |
| HANSARD, EUNICE A | 6/22/2001 0:00 | 062201 |
| HANSARD, EUNICE A | 7/6/2001 0:00 | 070601 |
| HANSARD, EUNICE A | 7/20/2001 0:00 | 072001 |
| HANSARD, EUNICE A | 8/3/2001 0:00 | 080301 |

002275  JANETTE TRINTA                01/25/01  138328

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 01/23/01 | 012301 | PERFORMANCE OF ADMINISTRATIVE ASSISTANCE FUNCTIONS FOR GHCCU FOR PERIOD 01/16/01 TO 01/27/01 | 810.00 | 0.00 | 810.00 0.00 0.00 0.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    | 810.00 | 0.00 | 810.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust

CHECK NUMBER
**138328**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 01/25/01 | 138328 | ********810.00 |

PAY EIGHT-HUNDRED TEN DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
JANETTE TRINTA
55 IVEY LANE
HARRISBURG, PA 17104

MEMBER

NON-NEGOTIABLE
EXECUTIVE DIRECTOR

CONTROLLER

⌂ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⌂

⑆138328⑆ ⑈031304720⑈ 34400 34373⑈

002275   JANETTE TRINTA                    02/08/01  138498

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/06/01 | 020601 | COMPENSATION DUE FOR COMPLETING ADMIN ASST. DUTIES REQUIRED TO ESTABLISH GHCCU DURING PERIOD 01/29/01 TO 02/09/01 73 HOURS | 876.00 | 0.00 | 876.00 0.00 0.00 0.00 0.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    876.00    0.00    876.00

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**    60-472/313    Financial Trust
POST OFFICE BOX 3461 • 351 CHESTNUT STREET                       A Keystone Community Bank
HARRISBURG, PA 17105-3461

**GENERAL FUND**

CHECK NUMBER
**138498**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 02/08/01 | 138498 | *******876.00 |

PAY    EIGHT-HUNDRED SEVENTY-SIX DOLLARS AND NO CENTS

VOID AFTER 30 DAYS

TO
THE
ORDER
OF      JANETTE TRINTA
        55 IVEY LANE
        HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆138498⑈ ⑆031304720⑈ 34400 34373⑈

092775  JANETTE TRINTA                              02/22/01  138677

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/21/01 | 022101 | COMPLETING ADMIN | 720.00 | 0.00 | 720.00 |
| | | ASSIST. DUTIES | | | 0.00 |
| | | REQUIRED TO ESTABLISH | | | 0.00 |
| | | GHCCU DURING PERIOD | | | 0.00 |
| | | 02/10/01 TO 02/23/01 | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND     | 720.00 | 0.00 | 720.00 |

---

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust
A Keystone Company Bank

CHECK NUMBER
**138677**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 02/22/01 | 138677 | *********720.00 |

PAY

SEVEN-HUNDRED TWENTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

JANETTE TRINTA
55 IVEY LANE
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈138677⑈ ⑆031304720⑆    34400 34373⑈

002275   JANETTE TRINTA                    03/08/01  142586

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/07/01 | 030701 | COMPENSATION DUE FOR COMPLETING ADMIN. ASST DUTIES REQUIRED TO ESTABLISH GHCCU DURING PERIOD 02-25-01 TO 03-02-01 | 810.00 | 0.00 | 810.00<br>0.00<br>0.00<br>0.00<br>0.00<br>0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461   GENERAL FUND

| | | | 810.00 | 0.00 | 810.00 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313      MELLON BANK, N.A.      CHECK NUMBER
              HARRISBURG, PA          142586

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/08/01 | 142586 | *******810.00 |

PAY  EIGHT-HUNDRED TEN DOLLARS AND NO CENTS                    VOID AFTER 90 DAYS

TO THE ORDER OF
JANETTE TRINTA
55 IVEY LANE
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆142586⑆ ⑈031300821⑈ 000 2675023⑈

02545   EUNICE A. HANSARD          03/15/01   142636

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/16/01 | 05 601 | PAYROLL PERIOD 2 WEEKS ENDING 03/16/01 | 619.22 | 0.00 | 619.22 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND

| | | |
|---|---|---|
| 619.22 | 0.00 | 619.22 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142636**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/15/01 | 142636 | *******619.22 |

PAY    SIX-HUNDRED NINETEEN DOLLARS AND 22 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF    EUNICE A. HANSARD
HARRISBURG, PA 17101

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑾142636⑾ ⑆031300821⑆ 000 2575023⑆

902344   TRACY R. MILLER 0                03/15/01   142648

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/16/01 | 031601 | 2 WEEK PAY PERIOD ENDING 03/16/01 | 1,502.12 | 0.00 | 1,502.12 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND      | 1,502.12 | 0.00 | 1,502.12 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

69-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142648**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/15/01 | 142648 | *******1,502.12 |

PAY   ONE-THOUSAND FIVE-HUNDRED TWO DOLLARS AND 12 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
      TRACY R. MILLER   0
      0
      HARRISBURG, PA 17101

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈142648⑈ ⑆03130082⑈ 000 2675023⑈

02275   JANETTE TRINTA                      03/15/01   142668

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/16/01 | 031601 | ONE WEEK PERIOD ENDING 03/16/01 | 323.57 | 0.00 | 323.57 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461   GENERAL FUND   | 323.57 | 0.00 | 323.57 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

69-82/313   MELLON BANK, N.A.,   HARRISBURG, PA

CHECK NUMBER
**142668**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/15/01 | 142668 | *********323.57 |

PAY
THREE-HUNDRED TWENTY-THREE DOLLARS AND 57 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

JANETTE TRINTA
55 IVEY LANE
HARRISBURG, PA 17104

MEMBER
**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

�ague142668⑥ ⑨031300821⑥ 000 26750 23⑥

002345  EUNICE A. HANSARD                    03/29/01  142779

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/30/01 | 033001 | PERIOD ENDING 03/30/01 | 619.22 | 0.00 | 619.22 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND     | 619.22 | 0.00 | 619.22 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142779**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/29/01 | 142779 | *********619.22 |

PAY    SIX HUNDRED NINETEEN DOLLARS AND 22 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
EUNICE A. HANSARD
1609 FORSTER STREET
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK 🔒

⑈142779⑈ ⑆031300821⑆ 000 2675023⑈

02344   TRACY R. MILLER 0              03/29/01   142795

| DATE OF INVOIC. | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/30/01 | 033001 | PERIOD ENDING 03/30/01 | 1,758.29 | 0.00 | 1,758.29 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND     | 1,758.29 | 0.00 | 1,758.29 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**142795**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/29/01 | 142795 | ******1,758.29 |

PAY

ONE-THOUSAND SEVEN-HUNDRED FIFTY-EIGHT DOLLARS AND 29 CENTS    VOID AFTER 90 DAYS

TO THE ORDER OF

TRACY R. MILLER 0
350 LUMBER STREET
Middletown, Pa 17057

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑂142795⑂ ⑈031300821⑈ 000 2675023⑂



002275    JANETTE TRINTA                    03/29/01  142829

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/30/01 | 033001 | PERIOD ENDING 03/30/01 | 619.69 | 0.00 | 619.69 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    619.69    0.00    619.69

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461    60-82/313    MELLON BANK, N.A.    CHECK NUMBER
HARRISBURG, PA    **142829**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/29/01 | 142829 | *********619.69 |

PAY
SIX HUNDRED NINETEEN DOLLARS AND 69 CENTS

VOID AFTER 90 DAYS

TO
THE    JANETTE TRINTA
ORDER   55 IVEY LANE
OF     HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆142829⑆ ⑆031300821⑆ 000 26750 23⑆

602345   EUNICE A. HANSARD          04/12/01   142910

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/13/01 | 041301 | PERIOD ENDING 04/13/01 | 619.22 | 0.00 | 619.22 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND

| | | |
|---|---|---|
| 619.22 | 0.00 | 619.22 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**142910**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/12/01 | 142910 | *******619.22 |

PAY

SIX HUNDRED NINETEEN DOLLARS AND 22 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF

EUNICE A. HANSARD
1609 FORSTER STREET
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

⑪ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑪

⑆142910⑆ ⑈031300821⑈ 000 2675023⑈

002344   TRACY R. MILLER 0          04/12/01   142924

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/13/01 | 041301 | PERIOD ENDING 04/13/01 | 1,502.12 | 0.00 | 1,502.12 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461        GENERAL FUND        1,502.12        0.00        1,502.12

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**142924**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/12/01 | 142924 | ******1,502.12 |

PAY   ONE-THOUSAND FIVE-HUNDRED TWO DOLLARS AND 12 CENTS        VOID AFTER 30 DAYS

TO THE ORDER OF

TRACY R. MILLER 0
350 LUMBER STREET
Middletown, Pa 17057

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈142924⑈ ⑈031300821⑈ 000 2675023⑈

002275   JANETTE TRINTA                      04/12/01   142961

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/13/01 | 041301 | PERIOD ENDING 04/13/01 | 619.69 | 0.00 | 619.69 0.09 |

| | | | | | |
|---|---|---|---|---|---|
| **HARRISBURG HOUSING AUTHORITY** POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | | GENERAL FUND | 619.69 | 0.00 | 619.69 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142961**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/12/01 | 142961 | *******619.69 |

PAY

SIX HUNDRED NINETEEN DOLLARS AND 69 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF

JANETTE TRINTA
55 IVEY LANE
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈142961⑈ ⑈031300821⑈ 000 2675023⑈

002345   EUNICE A. HANSARD          04/26/01   143097

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/27/01 | 042701 | SALARY FOR PAY PERIOD ENDING 04/27/01 | 619.22 | 0.00 | 619.22 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461          GENERAL FUND

| | | | 619.22 | 0.00 | 619.22 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143097**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143097 | ********619.22 |

PAY

SIX HUNDRED NINETEEN DOLLARS AND 22 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

EUNICE A. HANSARD
1609 FORSTER STREET
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143097⑈  ⑆031300821⑆ 000 2675023⑈

002344   TRACY R. MILLER 0          04/26/01   143118

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/27/01 | 042701 | PAYMENT FOR PAY PERIOD ENDING 04/27/01 | 1,502.12 | 0.00 | 1,502.12 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND

| | | | 1,502.12 | 0.00 | 1,502.12 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143118**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143118 | ******1,502.12 |

PAY

ONE-THOUSAND FIVE-HUNDRED TWO DOLLARS AND 12 CENTS     VOID AFTER 90 DAYS

TO
THE
ORDER
OF     TRACY R. MILLER   0
350 LUMBER STREET
Middletown, Pa 17057

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈"143118"  ⑆031300821⑈ 000  2575023"

002275  JANETTE TRINTA                    04/26/01  143138

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/27/01 | 042701 | PAYMENT FOR PAY PERIOD ENDING 04/27/01 | 619.69 | 0.00 | 619.69 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461   GENERAL FUND

619.69 | 0.00 | 619.69

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461
60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143138**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143138 | *********619.69 |

PAY

SIX-HUNDRED NINETEEN DOLLARS AND 69 CENTS          VOID AFTER 30 DAYS

TO
THE
ORDER
OF

JANETTE TRINTA
55 IVEY LANE
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈143138⑈ ⑈031300821⑈ 000 2675023⑈

EUNICE HANSARD, vendor #2345 2345

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/25/01 | 052501 | for Period Ending 05/25/01 | | | $619.22 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143173**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/24/01 | 143173 | **$619.22** |

PAY     Six-Hundred Nineteen Dollars and 22 Cents

VOID AFTER 90 DAYS

TO THE ORDER OF     Eunice Hansard

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143173⑈ ⑆031300824⑆ 000 2675023⑈

TRACEYMILLER, vendor #2344

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/25/01 | 052501 | For Period Ending 05/25/01 | | | $1,502.12 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313     MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143174**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/24/01 | 143174 | **$1,502.12** |

PAY
One-Thousand Five-Hundred Two Dollars and 12 Cents

VOID AFTER 90 DAYS

TO
THE
ORDER
OF     Tracy Miller

MEMBER

NON-NEGOTIABLE

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143174⑈ ⑉031300821⑉ 000 2675023⑈



TRINTA, JANETTE, vendor #2275

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/25/01 | 052501 | For Period Ending 05/26/01 | | | $619.69 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143175**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/24/01 | 143175 | **$619.69** |

PAY    Six-Hundred Nineteen Dollars and 69 Cents

VOID AFTER 90 DAYS

TO
THE
ORDER
OF     Janette Trinta

MEMBER

NON-NEGOTIABLE

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143175⑈ ⑆0313008216⑆ 000 26750.23⑈

002345  EUNICE A. HANSARD          05/10/01   143285

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/11/01 | 051101 | PAY PERIOD ENDING 05/11/01 | 619.22 | 0.00 | 619.22 0.00 |

**HARRISBURG HOUSING AUTHORITY**          GENERAL FUND
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

|  |  |  | 619.22 | 0.00 | 619.22 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143285**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/10/01 | 143285 | *******619.22 |

PAY

SIX HUNDRED NINETEEN DOLLARS AND 22 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

EUNICE A. HANSARD
1609 FORSTER STREET
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈143285⑈ ⑆031300821⑆ 000 2675023⑈

002344   TRACY R. MILLER 0                    05/10/01   143292

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/11/01 | 051101 | FOR PAY PERIOD ENDING 05/11/01 | 1,502.12 | 0.00 | 1,502.12 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND

|  |  |  | 1,502.12 | 0.00 | 1,502.12 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 ● 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143292**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/10/01 | 143292 | ******1,502.12 |

PAY

ONE-THOUSAND FIVE-HUNDRED TWO DOLLARS AND 12 CENTS     VOID AFTER 90 DAYS

TO
THE
ORDER
OF

TRACY R. MILLER 0
350 LUMBER STREET
Middletown, Pa 17057

MEMBER _____ №

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR _____ №

CONTROLLER _____ №

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK 🔒

⑈143292⑈ ⑆031300821⑈ 000 2675023⑈

002275  JANETTE TRINTA                    05/10/01   143311

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/11/01 | 051101 | PAY PERIOD ENDING 05/11/01 | 619.69 | 0.00 | 619.69 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND

| | 619.69 | 0.00 | 619.69 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143311**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/10/01 | 143311 | *******619.69 |

PAY

SIX HUNDRED NINETEEN DOLLARS AND 69 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF

JANETTE TRINTA
55 IVEY LANE
HARRISBURG, PA 17104

MEMBER

NON-NEGOTIABLE
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED, DETAILS ON BACK.

⑈143311⑈ ⑆031300821⑆ 000 ⑈2675023⑈

002345   EUNICE A. HANSARD                06/07/01  143622

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/08/01 | 060801 | FOR PERIOD ENDING JUNE 8, 2001 FOR GHCCU | 619.22 | 0.00 | 619.22 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | |
|---|---|---|
| 619.22 | 0.00 | 619.22 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA. 17105-3461

**GENERAL FUND**

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143622**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/07/01 | 143622 | *********619.22 |

PAY    SIX-HUNDRED NINETEEN DOLLARS AND 22 CENTS

VOID AFTER 90 DAYS

TO THE
ORDER
OF

EUNICE A. HANSARD
1609 FORSTER STREET
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143622⑈ ⑈031300821⑈ 000 2675023⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/05/01 | 060501 | FOR WEEK ENDING JUNE 8, 2001 FOR GHCCU | 1,502.12 | 0.00 | 1,502.12 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND

| | | 1,502.12 | 0.00 | 1,502.12 |
|---|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143641**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/07/01 | 143641 | ******1,502.12 |

PAY   ONE-THOUSAND FIVE-HUNDRED TWO DOLLARS AND 12 CENTS

VOID AFTER 90 DAYS

TO
THE      TRACY R. MILLER   0
ORDER    350 LUMBER STREET
OF       Middletown, Pa 17057

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143641⑆ ⑆031300821⑆ 000 26750231⑈

002275   JANETTE TRINTA                    06/07/01   143658

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/05/01 | 060501 | FOR PERIOD ENDING JUNE 8, 2001 FOR GHCCU | 619.69 | 0.00 | 619.69 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND      619.69      0.00      619.69

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461                60-82/313          MELLON BANK, N.A.          CHECK NUMBER
HARRISBURG, PA

**GENERAL FUND**                                                                        **143658**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/07/01 | 143658 | ********619.69 |

PAY
SIX HUNDRED NINETEEN DOLLARS AND 69 CENTS

VOID AFTER 90 DAYS

TO
THE     JANETTE TRINTA
ORDER   55 IVEY LANE
OF      HARRISBURG, PA 17104

MEMBER _____

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR _____

CONTROLLER _____

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143658⑈ ⑆031300821⑈ 000 2675023⑈

002345   EUNICE A. HANSARD                    06/21/01   143797

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/22/01 | 062201 | PAY PERIOD ENDING 06/22/01 FOR GHCCU | 609.22 | 0.00 | 609.22 0.00 0.00 |
| **HARRISBURG HOUSING AUTHORITY** POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | | GENERAL FUND | 609.22 | 0.00 | 609.22 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143797**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/21/01 | 143797 | *********609.22 |

PAY
SIX HUNDRED NINE DOLLARS AND 22 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

EUNICE A. HANSARD
1609 FORSTER STREET
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143797⑈ ⑈031300821⑈ 000 26750 23⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/22/01 | 062201 | PAY PERIOD ENDING 06/22/01 FOR GHCCU | 1,492.12 | 0.00 | 1,492.12 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | | 1,492.12 | 0.00 | 1,492.12 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 ▪ 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313    MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143811**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/21/01 | 143811 | ******1,492.12 |

PAY
ONE-THOUSAND FOUR-HUNDRED NINETY-TWO DOLLARS AND 12 CENTS   VOID AFTER 90 DAYS

TO
THE
ORDER
OF

TRACY R. MILLER   0
350 LUMBER STREET
Middletown, Pa 17057

MEMBER _____ MP

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER _____ MP

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑆143811⑆ ⑆031300824⑆ 000 25750230⑈

002275   JANETTE TRINTA                    06/21/01   143835

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/22/01 | 062201 | PAY PERIOD ENDING 06/22/01 FOR GHCCU | 609.69 | 0.00 | 609.69 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND            609.69            0.00            609.69

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/319

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143835**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/21/01 | 143835 | *******609.69 |

PAY

SIX-HUNDRED NINE DOLLARS AND 69 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
JANETTE TRINTA
55 IVEY LANE
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143835⑆ ⑈031300821⑈ 000 2675023⑆

002345   EUNICE A. HANSARD              07/05/01   143976

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 07/06/01 | 070601 | FOR PAY PERIOD ENDING 07/06/01 | 619.22 | 0.00 | 619.22 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    619.22    0.00    619.22

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143976**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 07/05/01 | 143976 | *******619.22 |

PAY   SIX-HUNDRED NINETEEN DOLLARS AND 22 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
EUNICE A. HANSARD
1609 FORSTER STREET
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143976⑆ ⑉031300821⑉ 000 2675023⑈

002344   TRACY R. MILLER 0              07/05/01  143986

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 07/06/01 | 970601 | PAYROLL PERIOD ENDING 07/06/01 | 1,502.12 | 0.00 | 1,502.12<br>0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

| | GENERAL FUND | 1,502.12 | 0.00 | 1,502.12 |
|---|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313          MELLON BANK, N.A.
                   HARRISBURG, PA

CHECK NUMBER
**143986**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 07/05/01 | 143986 | ******1,502.12 |

PAY   ONE-THOUSAND FIVE-HUNDRED TWO DOLLARS AND 12 CENTS        VOID AFTER 90 DAYS

TO
THE     TRACY R. MILLER 0
ORDER   350 LUMBER STREET
OF      Middletown, Pa 17057

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK 🔒

⑈143986⑈ ⑉031300821⑊ 000 2675023⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 07/06/01 | 070601 | PAY PERIOD ENDING 07/06/01 | 908.21 | 0.00 | 908.21 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461   GENERAL FUND   908.21   0.00   908.21

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**144000**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 07/05/01 | 144000 | *********908.21 |

PAY   NINE-HUNDRED EIGHT DOLLARS AND 21 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
JANETTE TRINTA
55 IVEY LANE
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈144000⑈ ⑆031300821⑆ 000 2675023⑈

702345   EUNICE A. HANSARD            07/19/01   144116

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 07/20/01 | 072001 | FOR PERIOD ENDING 07/20/01 | 619.22 | 0.00 | 619.22 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | | 619.22 | 0.00 | 619.22 |
|---|---|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**144116**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 07/19/01 | 144116 | *******619.22 |

PAY

SIX HUNDRED NINETEEN DOLLARS AND 22 CENTS          VOID AFTER 30 DAYS

TO
THE
ORDER
OF

EUNICE A. HANSARD
1609 FORSTER STREET
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈144116⑈ ⑆031300821⑈ 000 2675023⑈

002344   TRACY R. MILLER 0                07/19/01   144130

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 07/20/01 | 072001 | FOR PERIOD ENDING 07/20/01 | 1,502.12 | 0.00 | 1,502.12 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461       GENERAL FUND

| | | | 1,502.12 | 0.00 | 1,502.12 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**144130**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 07/19/01 | 144130 | ******1,502.12 |

PAY    ONE-THOUSAND FIVE-HUNDRED TWO DOLLARS AND 12 CENTS       VOID AFTER 90 DAYS

TO
THE
ORDER
OF
TRACY R. MILLER 0
350 LUMBER STREET
Middletown, Pa 17057

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈144130⑈ ⑆031300821⑆ 000 2675023⑈

D02275    JANETTE TRINTA              07/19/01  144149

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 07/20/01 | 072001 | FOR PERIOD ENDING 07/20/01 | 653.63 | 0.00 | 653.63 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND

| | | 653.63 | 0.00 | 653.63 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461.

80-92/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**144149**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 07/19/01 | 144149 | *******653.63 |

PAY

SIX-HUNDRED FIFTY-THREE DOLLARS AND 63 CENTS          VOID AFTER 90 DAYS

TO
THE
ORDER
OF

JANETTE TRINTA
55 IVEY LANE
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

*Dudley Howard*

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆144149⑆ ⑈031300821⑈ 000 2675023⑈

002345   EUNICE A. HANSARD                 08/02/01   144317

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 08/03/01 | 080301 | FOR PERIOD ENDING AUGUST 3, 2001 | 619.22 | 0.00 | 619.22 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND     619.22     0.00     619.22

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**144317**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 08/02/01 | 144317 | *******619.22 |

PAY   SIX-HUNDRED NINETEEN DOLLARS AND 22 CENTS                VOID AFTER 90 DAYS

TO
THE        EUNICE A. HANSARD
ORDER      1609 FORSTER STREET
OF         HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED: DETAILS ON BACK.

⑈144317⑈ ⑈031300821⑈ 000 2675023⑈

002344   TRACY R. MILLER 0                    08/02/01   144335

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 08/03/01 | 080301 | FOR PERIOD ENDING AUGUST 3, 2001 | 1,502.12 | 0.00 | 1,502.12 |
| | | | | | 0.00 |
| **HARRISBURG HOUSING AUTHORITY** POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | | GENERAL FUND | 1,502.12 | 0.00 | 1,502.12 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**144335**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 08/02/01 | 144335 | ******1,502.12 |

PAY
ONE-THOUSAND FIVE-HUNDRED TWO DOLLARS AND 12 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
TRACY R. MILLER 0
350 LUMBER STREET
Middletown, Pa 17057

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈144335⑈ ⑆031300821⑈ 000 2675023⑈

/02275   JANETTE TRINTA                    08/02/01   144355

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 08/03/01 | 080301 | PAY PERIOD ENDING AUGUST 3, 2001 | 653.63 | 0.00 | 653.63 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461        GENERAL FUND        653.63        0.00        653.63

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**144355**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 08/02/01 | 144355 | ********653.63 |

PAY   SIX-HUNDRED FIFTY-THREE DOLLARS AND 63 CENTS        VOID AFTER 90 DAYS

TO
THE
ORDER
OF
JANETTE TRINTA
55 IVEY LANE
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈144355⑈ ⑆031300821⑆ 000 26750230⑈

| Auditor Added Column | GL_Account | name | Description | ClaimAmt | CheckDate | CheckNum | Paid |
|---|---|---|---|---|---|---|---|
| 1 | 001418000000000000000 | AMERICOM TELEPHONE | Lease of a Telephone System | $668.51 | 11/8/2000 | 137289 | $668.51 |
| 2 | 001418000000000000000 | PA STATE BANK LSG | Lease | $801.77 | 1/18/2001 | 138112 | $801.77 |
| 5 | 001419010000000000000 | SHANK'S INDUSTRIAL | Used safe, undercounter cabinets, cash trays, file | $605.00 | 2/15/2001 | 138585 | $605.00 |
| 6 | 001419003000000000000 | OFFICE DEPOT | Office Furniture | $619.93 | 2/22/2001 | 138647 | $619.93 |
| 7 | 001419010000000000000 | THOMSON FINAN | Routing Number Application Fee | $300.00 | 2/22/2001 | 138676 | $300.00 |
| 9 | 001419010000000000000 | DICK BLICK ART | Art Supplies for HBG School and GHCCU community art project | $206.39 | 3/1/2001 | 138712 | $206.39 |
| 10 | 001419010000000000000 | JD-WEB | Classic Website Hosting Fee | $358.00 | 3/1/2001 | 138730 | $358.00 |
| 11 | 001418000000000000000 | PA STATE BANK LSG | Lease | $270.15 | 3/1/2001 | 138738 | $270.15 |
| 12 | 001419010000000000000 | SHEARER LOCKSMITH | March Monitoring Fee | $196.99 | 3/1/2001 | 138745 | $196.99 |
| 13 | 001419010000000000000 | WOHLSEN CONST.CO | Application and Cerification for Payment – Office remodeling | $36,801.00 | 3/1/2001 | 138754 | $36,801.00 |
| 14 | 001419010000000000000 | PAYNE, VALERIE J | Reimbursement for Bath furnishings and fixtures | $278.33 | 3/8/2001 | 142576 | $278.33 |
| 16 | 001419010000000000000 | ADVANCED DATA | Terminal Rental and Leasing | $40.95 | 3/15/2001 | 142616 | $40.95 |
| 18 | 001419010000000000000 | HBG. LOCKSMITH | High Security Entry keys | $52.50 | 3/15/2001 | 142639 | $52.50 |
| 19 | 001419010000000000000 | MID-ATLANTIC CORP | Membership Capital S6 Account | $2,155.00 | 3/15/2001 | 142646 | $2,155.00 |
| 21 | 001418000000000000000 | PA STATE BANK LSG | Lease | $245.59 | 3/15/2001 | 142650 | $245.59 |
| 23 | 001419010000000000000 | PAYNE, VALERIE J | Reimbursement for furnishings and fixtures | $310.91 | 3/15/2001 | 142651 | $310.91 |
| 22 | 001419010000000000000 | SHEARER LOCKSMITH | Replace safe lock, Drill open file cabinet | $392.95 | 3/15/2001 | 142652 | $392.95 |
| 25 | 001418000000000000000 | ADELPHIA BUS.SOL | Telephone Charges | $342.91 | 3/22/2001 | 142679 | $342.91 |
| 26 | 001418000000000000000 | AT&T | Phone Service | $56.59 | 3/22/2001 | 142686 | $56.59 |
| 27 | 001419010000000000000 | COMMON.BUS.TECH | Entry Key Duplication | $230.00 | 3/22/2001 | 142691 | $230.00 |
| 28 | 001419010000000000000 | CUNA MUTUAL GROUP | Workers Compensation Pays through 2/27/02 | $628.00 | 3/22/2001 | 142695 | $628.00 |
| 29 | 001419010000000000000 | INFOMAX, INC | On-Hold Message System Service Installation | $397.00 | 3/22/2001 | 142708 | $397.00 |
| 30 | 001419010000000000000 | SHEARER LOCKSMITH | Key duplication | $7.50 | 3/22/2001 | 142721 | $7.50 |
| 31 | 001418000000000000000 | ADELPHIA BUS.SOL | Telephone Charges | $107.65 | 3/29/2001 | 142739 | $107.65 |
| 34 | 001419010000000000000 | PAYNE, VALERIE J | Reimbursement for picture frames, easels and easel realted equipment & supplies | $139.20 | 3/29/2001 | 142803 | $139.20 |
| 35 | 001419010000000000000 | PAYNE, VALERIE J | Reimbursement for picture frames, easels and easel realted equipment & supplies | $287.65 | 3/29/2001 | 142803 | $287.65 |
| 36 | 001419010000000000000 | SHEARER LOCKSMITH | April Monitoring Fee | $196.99 | 3/29/2001 | 142803 | $196.99 |
| 38 | 001418000000000000000 | ADELPHIA BUS.SOL | Telephone Charges | $10.57 | 4/12/2001 | 142821 | $10.57 |
| 39 | 001418000000000000000 | AMERICOM TELEPHONE | Installation of message | $10.57 | 4/12/2001 | 142871 | $10.57 |
| 41 | 001419010000000000000 | HBG.CHAPTER OF CR | April Dinner and Meeting | $117.00 | 4/12/2001 | 142877 | $117.00 |
| 42 | 001419010000000000000 | INFOMAX, INC | Digital Voice Announcer | $32.00 | 4/12/2001 | 142911 | $32.00 |
| 43 | 001419010000000000000 | INFOMAX, INC | Digital Voice Announcer | $397.00 | 4/12/2001 | 142912 | $397.00 |
| 45 | 001419010000000000000 | MID-ATLANTIC CORP | 1st Quarter year 2001 Federal Tax | $2,446.52 | 4/12/2001 | 142923 | $2,446.52 |
| 46 | 001414000000000000000 | PA CREDIT UNION | Registration Fee for Eunice Hansard | $84.00 | 4/12/2001 | 142929 | $84.00 |
| 48 | 001418000000000000000 | PA STATE BANK LSG | Lease | $515.74 | 4/12/2001 | 142931 | $515.74 |
| | 001418000000000000000 | AT&T | Phone Service | $1.04 | 4/26/2001 | 143068 | $1.04 |
| 49 | 001419010000000000000 | CITY TREASURER | Application fee for Gen. License for the Year 2001 | $100.00 | 4/26/2001 | 143082 | $100.00 |
| 50 | 001419010000000000000 | CUNA MUTUAL GROUP | Commercial Package | $1,559.00 | 4/26/2001 | 143087 | $1,559.00 |
| 53 | 001419010000000000000 | MID-ATLANTIC CORP | 1st Quarter year 2001 Federal Tax | $60.77 | 4/26/2001 | 143117 | $60.77 |
| 55 | 001419010000000000000 | PA DEPT OF REVENUE | State Tax Payment 1st Quarter 2001 | $212.70 | 4/26/2001 | 143119 | $212.70 |
| 56 | 001419010000000000000 | PACUL/AMERICAN | Business forms | $94.80 | 4/26/2001 | 143120 | $94.80 |
| 57 | 001419010000000000000 | PAYNE, CARL | Opening Supplies and Snacks | $207.84 | 4/26/2001 | 143121 | $207.84 |
| 58 | 001419010000000000000 | RENT-IT CENTER | Rental of table cloths, stage | $215.08 | 4/26/2001 | 143132 | $215.08 |
| 59 | 001419010000000000000 | RENT-IT CENTER | Rental of table cloths, stage | $227.26 | 4/26/2001 | 143132 | $227.26 |
| 60 | 001419010000000000000 | SHEARER LOCKSMITH | Fire file moving charge | $453.35 | 4/26/2001 | 143133 | $453.35 |
| 62 | 001419010000000000000 | YELLOW BOOK USA | two months payment | $54.00 | 4/26/2001 | 143156 | $54.00 |
| 67 | 001419010000000000000 | MID-ATLANTIC CORP | Federal, FICA & Medicare Payment | $2,346.62 | 5/10/2001 | 143291 | $2,346.62 |
| 70 | 001419010000000000000 | ADELPHIA BUS.SOL | Telephone Charges | $24.75 | 5/17/2001 | 143325 | $24.75 |
| 71 | 001419010000000000000 | AMERICOM TELEPHONE | Installation of Cable to Copier Room | $121.65 | 5/17/2001 | 143332 | $121.65 |
| 72 | 001419010000000000000 | CHISM, DEREK | Art work | $45.00 | 5/17/2001 | 143343 | $45.00 |
| 73 | 001419010000000000000 | COMM.COPY | Membership Application and Disclosure Printing | $1,290.00 | 5/17/2001 | 143347 | $1,290.00 |
| 74 | 001419010000000000000 | CONNER, LATEESHA | Art work | $40.00 | 5/17/2001 | 143348 | $40.00 |
| 75 | 001419010000000000000 | CUNA MUTUAL GROUP | Balance of Premium due | $24.81 | 5/17/2001 | 143350 | $24.81 |
| 76 | 001419010000000000000 | CUNA MUTUAL GROUP | Bond Premium Due | $546.00 | 5/17/2001 | 143351 | $546.00 |
| 77 | 001419010000000000000 | DAVIS, DARIUS | Art work | $40.00 | 5/17/2001 | 143354 | $40.00 |
| 78 | 001419010000000000000 | DIAZ, ALEX | Art work | $50.00 | 5/17/2001 | 143356 | $50.00 |
| 79 | 001419010000000000000 | GONZALEZ, GUILLERMO | Art work | $75.00 | 5/17/2001 | 143364 | $75.00 |
| 80 | 001419010000000000000 | HEIDELBERG, DASHAUN | Art work | $25.00 | 5/17/2001 | 143367 | $25.00 |
| 81 | 001419010000000000000 | HILL, MARSHWANDA | Art work | $25.00 | 5/17/2001 | 143368 | $25.00 |
| 82 | 001419010000000000000 | KIDANE, YODIT | Art work | $30.00 | 5/17/2001 | 143373 | $30.00 |
| 83 | 001419010000000000000 | LOPEZ, RAZZAAQ | Art work | $25.00 | 5/17/2001 | 143379 | $25.00 |
| 84 | 001419010000000000000 | MACLIN, IESHA | Art work | $25.00 | 5/17/2001 | 143381 | $25.00 |
| 85 | 001419010000000000000 | MARTIN, TERRENCE | Art work | $25.00 | 5/17/2001 | 143382 | $25.00 |
| 86 | 001419010000000000000 | MUHAMMAD, TAQIYYA | Art work | $45.00 | 5/17/2001 | 143384 | $45.00 |
| 87 | 001419010000000000000 | McCREADY, CHRIS | Art work | $40.00 | 5/17/2001 | 143385 | $40.00 |
| 88 | 001419010000000000000 | PA STATE BANK LSG | Lease | $245.59 | 5/17/2001 | 143388 | $245.59 |
| 89 | 001419010000000000000 | PACUL/AMERICAN | Business forms | $373.34 | 5/17/2001 | 143390 | $373.34 |
| 90 | 001419010000000000000 | PARKER, SHAENA | Art work | $40.00 | 5/17/2001 | 143391 | $40.00 |
| 91 | 001419010000000000000 | PHILLIPS-BROWNIE, BR | Art work | $40.00 | 5/17/2001 | 143398 | $40.00 |
| 92 | 001419010000000000000 | RAMSEY, LATREACIA | Art work | $25.00 | 5/17/2001 | 143403 | $25.00 |
| 93 | 001419010000000000000 | SHEARER LOCKSMITH | May Monitoring Fee | $196.99 | 5/17/2001 | 143407 | $196.99 |



GOVERNMENT EXHIBIT
16

| Auditor Added Column | GL_Account | name | Description | ClaimAmt | CheckDate | CheckNum | Paid |
|---|---|---|---|---|---|---|---|
| 94 | 00141901000000000000 | TRANS UNION | Membership Fee | $105.00 | 5/17/2001 | 143413 | $105.00 |
| 95 | 00141901000000000000 | WILLIAMS, ASHLEY | Art work | $40.00 | 5/17/2001 | 143421 | $40.00 |
| 96 | 00141901000000000000 | WILLIAMS, JOSHUA | Art work | $20.00 | 5/17/2001 | 143422 | $20.00 |
| 97 | 00141901000000000000 | ZAHIR, SHARIYFA | Art work | $30.00 | 5/17/2001 | 143426 | $30.00 |
| 98 | 00141901000000000000 | AMERICOM TELEPHONE | Work Request #5398 | $121.65 | 5/31/2001 | 143502 | $121.65 |
| 99 | 00141901000000000000 | GARNETT, BRUCE, JR | Art work | $40.00 | 5/31/2001 | 143526 | $40.00 |
| 100 | 00141901000000000000 | HBG.REGIONAL CHAMBER | Membership Fees | $265.00 | 5/31/2001 | 143529 | $265.00 |
| 101 | 00141901000000000000 | MONTGOMERY, EUGENE | Janitorial Services | $370.00 | 5/31/2001 | 143537 | $370.00 |
| 102 | 00141901000000000000 | PA STATE BANK LSG | Monthly withholding tax | $422.16 | 5/31/2001 | 143539 | $422.16 |
| 103 | 00141901000000000000 | SHEARER LOCKSMITH | June Monitoring Fee | $196.99 | 5/31/2001 | 143555 | $196.99 |
| 104 | 00141901000000000000 | TONSEL, JONNEE | Art work | $40.00 | 5/31/2001 | 143559 | $40.00 |
| 105 | 00141901000000000000 | PA DEPT OF REVENUE | Monthly withholding tax | $422.16 | 6/4/2001 | 143572 | $422.16 |
| 106 | 00141800000000000000 | ADELPHIA BUS.SOL | Telephone Charges | $174.40 | 6/7/2001 | 143591 | $174.40 |
| 107 | 00141800000000000000 | ADELPHIA BUS.SOL | Telephone Charges | $31.58 | 6/7/2001 | 143592 | $31.58 |
| 108 | 00141800000000000000 | AMERICOM TELEPHONE | Installed line in Tracy's Office.  Installation of cable and jack  in another room. | $161.40 | 6/7/2001 | 143600 | $161.40 |
| 109 | 00141901000000000000 | BOLES, GROVE | Payroll & Accounting Services for March and April 2001 | $506.60 | 6/7/2001 | 143604 | $506.60 |
| 111 | 00141901000000000000 | MID-ATLANTIC CORP | Federal Tax Deposit | $2,346.62 | 6/7/2001 | 143639 | $2,346.62 |
| 113 | 00141901000000000000 | MONTGOMERY, EUGENE | Janitorial Services | $100.00 | 6/7/2001 | 143642 | $100.00 |
| 114 | 00141901000000000000 | PARTNERSHIP OF PACKE | Radio – Grand opening printing and other related  grand opening expenses | $6,906.94 | 6/7/2001 | 143643 | $6,906.94 |
| 115 | 00141909000000000000 | POSTMASTER | Stamps for GHCCU | $300.00 | 6/7/2001 | 143648 | $300.00 |
| 117 | 00141901000000000000 | ADELPHIA BUS.SOL | Telephone Charges | $385.23 | 6/21/2001 | 143768 | $385.23 |
| 118 | 00141901000000000000 | ADELPHIA BUS.SOL | Telephone Charges | $217.13 | 6/21/2001 | 143768 | $217.13 |
| 119 | 00141901000000000000 | ADVANCED MGMT.INF | Computer Hardware/Software Monthly | $581.62 | 6/21/2001 | 143769 | $581.62 |
| 120 | 00141901000000000000 | BOLES, GROVE | Payroll & Accounting Services for April 29 through May 26, 2001 | $668.80 | 6/21/2001 | 143774 | $668.80 |
| 121 | 00141901000000000000 | CHOICE ONE | Data and Internet Services | $233.00 | 6/21/2001 | 143775 | $233.00 |
| 123 | 00141901000000000000 | IN THE NEWS, INC | Plaque for the Mayor | $111.00 | 6/21/2001 | 143802 | $111.00 |
| 125 | 00141901000000000000 | PA STATE BANK LSG | Lease | $245.59 | 6/21/2001 | 143817 | $245.59 |
| 126 | 00141901000000000000 | SCPFSOA | Membership Dues South Central Pennsylvania Financial Security Officer's Association | $20.00 | 6/21/2001 | 143827 | $20.00 |
| | Total | | | $74,313.75 | | | ######## |

AMERICOM TELEPHONE SYSTEMS, INC., vendor #2225

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 11/06/00 | 110600 | 2 month rental payment and processing fee | | | $668.51 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461                60-472/313

**Financial Trust**
A Keystone Community Bank

CHECK NUMBER
**137289**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 11/08/00 | 137289 | **$668.51** |

PAY   SIX-HUNDRED Sixty-EIGHT Dollars and 51 Cents

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

AMERICOM TELEPHONE SYSTEMS, INC.
250 EAST PARK DRIVE
HARRISBURG, PA  17111

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈137289⑈ ⑆031304720⑆ 34400 34373⑈



002273   PENNSYLVANIA STATE BANK LEASIN  01/18/01   138112

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 01/08/01 | 010801 | GREATER HBG. AREA COMMUNITY CREDIT UNION PAYMENT #59860 +PROCESSING FEE | 801.77 | 0.00 | 801.77 0.00 0.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND

| | 801.77 | 0.00 | 801.77 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust
A Keystone Community Bank

CHECK NUMBER
**138112**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 01/18/01 | 138112 | ******801.77 |

PAY     EIGHT HUNDRED ONE DOLLARS AND 77 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

PENNSYLVANIA STATE
BANK LEASING
2148 MARKET STREET
Camp Hill, Pa 17011

MEMBER

NON-NEGOTIABLE
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆138112⑆ ⑈031304720⑈   34400 34373⑈

002310  SHANK'S INDUSTRIAL SERVICES CO  02/15/01  138585

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 01/29/01 | 2892 | DELIVERED AND INSTALLED FOR THE GREATER HBG FEDERAL CREDIT UNION | 605.00 | 0.00 | 605.00 |
| | | 1 USED SAFE | | | 0.00 |
| | | 3 USED UNDERCOUNTER | | | 0.00 |
| | | CABINETS | | | 0.00 |
| | | 3 USED CASH TRAYS | | | 0.00 |
| | | 1 FOUR-DRAWER | | | 0.00 |
| | | INSULATED FILE | | | 0.00 |
| | | | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | 605.00 | 0.00 | 605.00 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 ▪ 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust

CHECK NUMBER
**138585**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 02/15/01 | 138585 | ********605.00 |

PAY

SIX-HUNDRED FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF

SHANK'S INDUSTRIAL
SERVICES CO., INC
1414 KEENER ROAD
BAINBRIDGE, PA 17502

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑆138585⑆ ⑈031304720⑈ 34400 34373⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| /21/01 | 022101 | OFFICE FURNITURE | 619.93 | 0.00 | 619.93 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND

| | | | 619.93 | 0.00 | 619.93 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust

CHECK NUMBER
**138647**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 02/22/01 | 138647 | * *** **19.93 |

PAY
SIX-HUNDRED NINETEEN DOLLARS AND 93 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
OFFICE DEPOT
3850 UNION DEPOSIT RD
HARRISBURG, PA 17109

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆138647⑆ ⑉031304720⑈ 34400 34373⑈

002318   THOMSON FINANCIAL PUBLISHING      02/22/01   138676

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/21/01 | 022101 | ROUTING NUMBER APPLICATION FEE | 300.00 | 0.00 | 300.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND

| | | 300.00 | 0.00 | 300.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461               60-472/313

**GENERAL FUND**

Financial
Trust

CHECK NUMBER
**138676**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 02/22/01 | 138676 | ********300.00 |

PAY

THREE HUNDRED DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF.

THOMSON FINANCIAL PUBLISHING
P O BOX 916
SKOKIE, IL 60076-0916

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈138676⑈ ⑆031304720⑈   34400 34373⑈

002332  DICK BLICK ART                    03/01/01  138712

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/27/01 | 022701 | ART SUPPLIES FOR HBG SCHOOL DISTRICT AND GREATER HARRISBURG COMMUNITY CREDIT UNION COMMUNIT ART PROJECT | 206.39 | 0.00 | 206.39 0.00 0.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | | 206.39 | 0.00 | 206.39 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust
A Keystone Community Bank

**GENERAL FUND**

CHECK NUMBER
**138712**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/01/01 | 138712 | *******206.39 |

PAY

TWO HUNDRED SIX DOLLARS AND 39 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF

DICK BLICK ART
836 MARKET ST
LEMOYNE, PA 17043

MEMBER

NON-NEGOTIABLE

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈138712⑈ ⑇031304720⑈  34400 34373⑈

002331  J  158                    03/01/01  138730

| DATE OF INVC. | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 10/19/00 | 70 | CLASSIC WEBSITE HOSTING FEE 03/00 THRU 03/01 03/01 THRU 03/02 | 198.00 160.00 | 0.00 0.00 | 198.00 160.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

|  |  |  | 358.00 | 0.00 | 358.00 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust
A Keystone Community Bank

CHECK NUMBER
**138730**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/01/01 | 138730 | *******358.00 |

PAY

**THREE-HUNDRED FIFTY-EIGHT DOLLARS AND NO CENTS**

VOID AFTER 90 DAYS

TO THE ORDER OF
JD-WEB
429 MARKET ST
Lewisburg, Pa 17837

MEMBER

NON-NEGOTIABLE

EXECUTIVE DIRECTOR

CONTROLLER

⊕ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⊕

⑈138730⑈ ⑆031304720⑆ ⑈1400 34373⑈

092273    PENNSYLVANIA STATE BANK LEASIN    03/01/01    138738

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/20/01 | .002 | PAYMENT #2 ACC#900630 | 270.15 | 0.00 | 270.15 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND

| | | 270.15 | 0.00 | 270.15 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461      60-472/313

Financial Trust
A Keystone Community Bank

CHECK NUMBER
**138738**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/01/01 | 138738 | *******270.15 |

PAY

**TWO HUNDRED SEVENTY DOLLARS AND 15 CENTS**      VOID AFTER 90 DAYS

TO
THE
ORDER
OF

PENNSYLVANIA STATE
BANK LEASING
2148 MARKET STREET
Camp Hill, Pa 17011

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

_Richard C. Hoffman_
CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈138738⑈ ⑆031304720⑆ 34400 34373⑈



000812  SHEARER LOCK, SAFE & SECURITY   03/01/01  138745

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/15/01 | 021501 | MARCH 1 PAYMENT | 181.04 | 0.00 | 181.04 |
|  |  | MARCH MONITORING FEE | 15.95 | 0.00 | 15.95 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461   GENERAL FUND

| | | | 196.99 | 0.00 | 196.99 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA. 17105-3461

60-472/313

Financial Trust
Allegiance Community Bank

CHECK NUMBER
**138745**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/01/01 | 138745 | *******196.99 |

PAY
ONE-HUNDRED NINETY-SIX DOLLARS AND 99 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

SHEARER LOCK, SAFE
& SECURITY
921 EISENHOWER BLVD
Harrisburg, PA 17111

MEMBER

NON-NEGOTIABLE
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈138745⑈ ⑆031304720⑆ 34400 34373⑈

02333  WOHLSEN CONSTRUCTION CO                    03/01/01   138754

| DATE OF INVOICE | CONT OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 01/15/01 | 011013 | APPLICATION AND CERTIFICATE FOR PAYMENT CUSTOMER CODE: GREATE02 | 36,801.00 | 0.00 | 36,801.00 0.00 0.00 0.00 0.00 |

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | |
|---|---|---|
| | 36,801.00 | 0.00  36,801.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-472/313

Financial Trust

CHECK NUMBER
**138754**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/01/01 | 138754 | ***$36,801.00 |

PAY    THIRTY-SIX THOUSAND EIGHT-HUNDRED ONE DOLLARS AND NO CENTS        VOID AFTER 90 DAYS

TO THE
ORDER
OF

WOHLSEN CONSTRUCTION CO
P. O. BOX 4612
Lancaster, Pa 17604

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈138754⑈ ⑆0313047204⑆ 14400 14373⑈

062338   VALERIE J. PAYNE                03/08/01   142576

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/07/01 | 030701 | REIMBURSEMENT FOR GHCCU BATH FURNISHINGS AND FIXTURES | 278.33 | 0.00 | 278.33 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA.17105-3461    GENERAL FUND

| | | | 278.33 | 0.00 | 278.33 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA. 17105-3461

**GENERAL FUND**

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142576**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/08/01 | 142576 | *********278.33 |

PAY
TWO-HUNDRED SEVENTY-EIGHT DOLLARS AND 33 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

VALERIE J. PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆142576⑆ ⑈031300821⑈ 000 2675023⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/28/01 | 044885-IN | CUSTOMER NO: 05-P34828 TERMINAL RENTAL AND LEASING | 40.95 | 0.00 | 40.95 0.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND

| | | 40.95 | 0.00 | 40.95 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142616**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/15/01 | 142616 | *******40.95 |

PAY
FORTY DOLLARS AND 95 CENTS

VOID AFTER 30 DAYS

TO
THE
ORDER
OF

ADVANCED DATA
LEASING SERVICES
P. O. BOX 67533
HARRISBURG, PA 17106

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆142616⑆ ⑉031300821⑈ 000 2875023⑊



302346   MID-ATLANTIC CORPORATE FEDERAL   03/15/01   142646

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/14/01 | 031401 | MEMBERSHIP CAPITAL S6 ACCOUNT | 2,155.00 | 0.00 | 2,155.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

| | GENERAL FUND | 2,155.00 | 0.00 | 2,155.00 |
|---|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 ▪ 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142646**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/15/01 | 142646 | ******2,155.00 |

PAY
TWO-THOUSAND ONE-HUNDRED FIFTY-FIVE DOLLARS AND NO CENTS VOID AFTER 30 DAYS

TO THE ORDER OF
MID-ATLANTIC CORPORATE
FEDERAL CREDIT UNION
1201 FULLING MILL ROAD
Middletown, Pa 17057

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈142646⑈ ⑆031300821⑆ 000 2675023⑈

02273    PENNSYLVANIA STATE BANK LEASIN    03/15/01    142650

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/20/01 | 0002 | PAYMENT #002<br>ACC.#900630 | 245.59 | 0.00 | 245.59<br>0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND     245.59     0.00     245.59

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142650**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/15/01 | 142650 | ********245.59 |

PAY    TWO HUNDRED FORTY-FIVE DOLLARS AND 59 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
PENNSYLVANIA STATE
BANK LEASING
2148 MARKET STREET
Camp Hill, Pa 17011

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑆142650⑆ ⑈031300821⑈ 000 2675023⑈

612   SHEARER LOCK, SAFE & SECURITY    03/15/01   142661

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/05/01 | 38682 | REPLACE SAFE LOCK<br>DRILL OPEN FILE CABINET | 392.95 | 0.00 | 392.95<br>0.00 |
| **HARRISBURG HOUSING AUTHORITY**<br>POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | | GENERAL FUND | 392.95 | 0.00 | 392.95 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142661**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/15/01 | 142661 | ********392.95 |

PAY
THREE HUNDRED NINETY-TWO DOLLARS AND 95 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

SHEARER LOCK, SAFE
& SECURITY
921 EISENHOWER BLVD
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈142661⑈ ⑆031300821⑆ 000 2675023⑈

02338  VALERIE J. PAYNE                     03/15/01  142652

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/13/01 | 031301 | FURNISHINGS AND FIXTURES FOR THE GHCCU | 310.91 | 0.00 | 310.91 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | 310.91 | 0.00 | 310.91 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142652**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/15/01 | 142652 | *********310.91 |

PAY
THREE-HUNDRED TEN DOLLARS AND 91 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
VALERIE J. PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈142652⑈ ⑆031300821⑇ 000 26750234⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/20/01 | 7172573959 | ACCOUNT NO:<br>190-583-0981<br>TELEPHONE CHARGES | 342.91 | 0.00 | 342.91<br>0.00<br>0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | | 342.91 | 0.00 | 342.91 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142679**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/22/01 | 142679 | *******342.91 |

PAY    THREE-HUNDRED FORTY-TWO DOLLARS AND 91 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

ADELPHIA BUSINESS SOLUTIONS
P. O. BOX 931843
ATLANTA, GA 31193-1843

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈142679⑈ ⑈031300821⑈ 000 2675023⑈

002349   AT&T                          03/22/01   142686

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/28/01 | 022801 | ACCOUNT NO: 054 161-4854 001 | 56.59 | 0.00 | 56.59 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461          GENERAL FUND          56.59          0.00          56.59

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142686**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/22/01 | 142686 | *********56.59 |

PAY        FIFTY-SIX DOLLARS AND 59 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

AT&T
P. O. BOX 9001310
LOUISVILLE, KY 40290-1310

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆142686⑆ ⑈031300821⑈ 000 2675023⑉



| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/09/01 | 81 | ENTRY KEY DUPLICATION GENERAL FUND | 230.00 | 0.00 | 230.00 0.00 |

D02351  COMM. BUSINESS TECH., INC    03/22/01  142691

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

—— GENERAL FUND

PAY        TWO HUNDRED THIRTY DOLLARS AND NO CENTS

TO
THE
ORDER
OF
COMM. BUSINESS TECH., INC
949-B EAST PARK DRIVE
Harrisburg, PA 17111

80-827/313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/22/01 | 142691 | ******230.00 |

MELLON BANK, N.A.
HARRISBURG, PA

VOID AFTER 90 DAYS

NON-NEGOTIABLE

CONTROLLER

CHECK NUMBER
142691

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

002350  CUNA MUTUAL GROUP                                    03/22/01  142695

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/01/01 | 73410106900 | CONTRACT NO: 037-0051-4 WORKERS COMPENSATION PAYS THROUGH 02/27/02  GENERAL FUND | 628.00 | 0.00 | 628.00 0.00 0.00 0.00 |
| | | | 628.00 | 0.00 | 628.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

| | DATE | CONTROL NO. |
|---|---|---|
| 00-82/313 | 03/22/01 | 142695 |

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142695**

AMOUNT
*****628.00

PAY    SIX-HUNDRED TWENTY-EIGHT DOLLARS AND NO CENTS

TO THE
ORDER
OF
CUNA MUTUAL GROUP
BOX 2964
MILWAUKEE, WI  53201-2964

VOID AFTER 60 DAYS

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

MEMBER

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑆142695⑆ ⑉031300821⑉ 000 26750 23⑈

002359   INFOMAX, INC                    03/22/01   142708

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/20/01 | 032001 | ON-HOLD MESSAGE SYSTEM SERVICE INSTALLATION | 397.00 | 0.00 | 397.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461   GENERAL FUND

| | | | 397.00 | 0.00 | 397.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

**GENERAL FUND**

CHECK NUMBER
**142708**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/22/01 | 142708 | *******397.00 |

PAY
THREE-HUNDRED NINETY-SEVEN DOLLARS AND NO CENTS

VOID AFTER 30 DAYS

TO
THE
ORDER
OF
INFOMAX, INC
4296 BEAUFORT HUNT DR.
HARRISBURG, PA 17110

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈142708⑈ ⑆031300821⑆ 000 2675023⑈

000812  SHEARER LOCK, SAFE & SECURITY    03/22/01  142721

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/26/01 | 38483 | KEY DUPLICATION | 7.50 | 0.00 | 7.50 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    | 7.50 | 0.00 | 7.50 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313    MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142721**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/22/01 | 142721 | *********7.50 |

PAY
SEVEN DOLLARS AND 50 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
SHEARER LOCK, SAFE
& SECURITY
921 EISENHOWER BLVD
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆142721⑆ ⑈031300821⑈ 000 26750 23⑆

002348 - ADELPHIA BUSINESS SOLUTIONS    03/29/01  142739

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 02/20/01 | 022001 | ACCOUNT NO: 100-583-0981 | 107.65 | 0.00 | 107.65 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND      107.65      0.00      107.65

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**142739**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/29/01 | 142739 | ********107.65 |

PAY    ONE HUNDRED SEVEN DOLLARS AND 65 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
ADELPHIA BUSINESS SOLUTIONS
P. O. BOX 931843
ATLANTA, GA 31193-1843

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑉142739⑉ ⑊031300821⑊ 000 2675023⑉

002338   VALERIE J. PAYNE                    03/29/01   142803

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/27/01 | 032701 | REIMBURSEMENT FOR GHCCU CLEAR BOX PICTURE FRAMES | 139.20 | 0.00 | 139.20 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| 03/27/01 | 32701 | EASEL AND EASEL RELATED EQUIP & SUPPLIES | 287.65 | 0.00 | 287.65 |
| | | | | | 0.00 |
| | | | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND     426.85     0.00     426.85

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**142803**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/29/01 | 142803 | ********426.85 |

PAY   FOUR HUNDRED TWENTY-SIX DOLLARS AND 85 CENTS            VOID AFTER 90 DAYS

TO
THE
ORDER
OF
    VALERIE J. PAYNE
    1164 TANAGER DR
    Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈142803⑈ ⑆031300821⑈ 000 2675023⑈

000812   SHEARER LOCK, SAFE & SECURITY    03/29/01   142821

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/15/01 | 131501 | APRIL PAYMENT | 181.04 | 0.00 | 181.04 |
|  |  | APRIL MONITORING FEE | 15.95 | 0.00 | 15.95 |

| HARRISBURG HOUSING AUTHORITY POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | GENERAL FUND | 196.99 | 0.00 | 196.99 |
|---|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142821**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/29/01 | 142821 | *******196.99 |

PAY
ONE HUNDRED NINETY-SIX DOLLARS AND 99 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

SHEARER LOCK, SAFE
& SECURITY
921 EISENHOWER BLVD
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆142821⑆ ⑈031300821⑈ 000 2675023⑈

002348   ADELPHIA BUSINESS SOLUTIONS    04/12/01   142871

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/21/01 | 032101 | ACCOUNT #18022629 | 10.57 | 0.00 | 10.57 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461         GENERAL FUND

| | | | 10.57 | 0.00 | 10.57 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142871**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/12/01 | 142871 | *******10.57 |

PAY

TEN DOLLARS AND 57 CENTS                                    VOID AFTER 90 DAYS

TO
THE        ADELPHIA BUSINESS SOLUTIONS
ORDER      P. O. BOX 931843
OF         ATLANTA, GA 31193-1843

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈142871⑈ ⑈031300821⑈ 000 2875023⑈

002225  AMERICON TELEPHONE SYSTEMS, IN  04/12/01  142877

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/02/01 | 00017610 | ACCOUNT #1354113 | 117.00 | 0.00 | 117.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    117.00    0.00    117.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142877**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/12/01 | 142877 | *********117.00 |

PAY

ONE HUNDRED SEVENTEEN DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

AMERICON TELEPHONE
SYSTEMS, INC
250 EAST PARK DR
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆142877⑆ ⑉031300821⑉ 000 267502 3⑈

002395  HARRISBURG CHAPTER OF CREDIT U  04/12/01  142911

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/11/01 | 041101 | APRIL DINNER AND MEETING | 32.00 | 0.00 | 32.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461        GENERAL FUND

| | 32.00 | 0.00 | 32.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/513

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142911**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/12/01 | 142911 | *********32.00 |

PAY

THIRTY-TWO DOLLARS AND NO CENTS

VOID AFTER 30 DAYS

TO
THE
ORDER
OF

HARRISBURG CHAPTER OF
CREDIT UNIONS
P. O. BOX 60007
HARRISBURG, PA 17106-0007

MEMBER _____ №

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR _____ №

CONTROLLER _____ №

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑄142911⑄ ⑆031300821⑆ 000 2675023⑈

002359  INFOMAX, INC                        04/12/01  142912

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/27/01 | 7497 | DIGITAL VOICE ANNOUNCER | 397.00 | 0.00 | 397.00 |
| | | BALANCE PAID | | | 0.00 |
| | | ORDER #3065 | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461          GENERAL FUND

| | 397.00 | 0.00 | 397.00 |
|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 851 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142912**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/12/01 | 142912 | *******397.00 |

PAY
THREE-HUNDRED NINETY-SEVEN DOLLARS AND NO CENTS          VOID AFTER 90 DAYS

TO
THE
ORDER
OF:
INFOMAX, INC
4296 BEAUFORT HUNT DR
HARRISBURG, PA 17110

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑆142912⑆ ⑆03130082⑆ 000 2675023⑈

002346   MID-ATLANTIC CORPORATE FEDERAL   04/12/01   142923

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/31/01 | 033101 | 1ST QUARTER YEAR 2001 FEDERAL TAX | 2,446.52 | 0.00 | 2,446.52 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**    GENERAL FUND
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461            | 2,446.52 | 0.00 | 2,446.52 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313        MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142923**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/12X01 | 142923 | ******2,446.52 |

PAY

TWO THOUSAND FOUR-HUNDRED FORTY-SIX DOLLARS AND 52 CENTS   VOID AFTER 90 DAYS

TO
THE
ORDER
OF

MID-ATLANTIC CORPORATE
FEDERAL CREDIT UNION
1201 FULLING MILL ROAD
Middletown, Pa 17057

APR 1 2 2001

MEMBER

Robert Jones
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈142923⑈ ⑆031300821⑆ 000 2675023⑈



TAX YEAR
MONTH →  1 2                    2 4 4 6 5 2          ╱ 941      945    ╱  1st
                                                                          Quarter

                                                            990-      1120      2nd
                                                            C                   Quarter

EMPLOYER IDENTIFICATION NUMBER →   2 3  3 0 5 1 4 1 9        943      990-T     3rd
                                                                                Quarter

BANK NAME/
DATE STAMP                                                   720      990-      4th
                                                                     PF         Quarter
                         Name GREATER HARRISBURG
                         COMMUNITY CREDIT UNION                CT-1     1042
                         Address 223 WALNUT STREET

                         City HARRISBURG                       940       35
                         State PA          ZIP 17101

                         Telephone number ( )

                                                    FOR BANK USE IN MICR ENCODING

Federal Tax Deposit Coupon
**Form 8109-B** (Rev. 10-96)



002390  PA CREDIT UNION LEAGUE          04/12/01  142929

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/04/01 | 040401 | REGISTRATION FEE FOR | 84.00 | 0.00 | 84.00 |
|  |  | EUNICE HANSARD TO |  |  | 0.00 |
|  |  | ATTEND PRIVACY |  |  | 0.00 |
|  |  | WORKSHOP 05/09/01 |  |  | 0.00 |

**HARRISBURG HOUSING AUTHORITY**          GENERAL FUND
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

PAID
84.00                  0.00        84.00
APR 12 2001

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**          80-82/313        MELLON BANK, N.A.
POST OFFICE BOX 3461 •351 CHESTNUT STREET                    HARRISBURG, PA
HARRISBURG, PA 17105-3461

CHECK NUMBER
**142929**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/12/01 | 142929 | **********84.00 |

PAY

EIGHTY-FOUR DOLLARS AND NO CENTS                      VOID AFTER 90 DAYS

TO
THE        PA CREDIT UNION LEAGUE
ORDER      P. O. BOX 60007
OF         HARRISBURG, PA 17106-0007

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK 🔒

⑈142929⑈ ⑊031300821⑊ 000 2675023⑈

002273   PENNSYLVANIA STATE BANK LEASIN  04/12/01  142931

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/28/01 | 900630 | ACCOUNT #900630 | 270.15 | 0.00 | 270.15 |
| | | PAYMENT NOS. 3 & 4 | 245.59 | 0.00 | 245.59 |

**HARRISBURG HOUSING AUTHORITY**  GENERAL FUND
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

| | 515.74 | 0.00 | 515.74 |
|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142931**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/12/01 | 142931 | ******515.74 |

PAY
FIVE-HUNDRED FIFTEEN DOLLARS AND 74 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

PENNSYLVANIA STATE
BANK LEASING
2148 MARKET STREET
Camp Hill, Pa 17011

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈142931⑈ ⑆031300821⑆ 000 2675023⑈

002349  AT&T                              04/26/01  143068

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/28/01 | 032801 | BALANCE DUE ON ACCOUNT NO: 054 161 4854 001 FOR GHCCU | 1.04 | 0.00 | 1.04 0.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND

| | | 1.04 | 0.00 | 1.04 |
|---|---|---|---|---|

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143068**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143068 | *********1.04 |

PAY
ONE DOLLAR AND 04 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
AT&T
P. O. BOX 9001310
LOUISVILLE, KY 40290-1310

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143068⑈ ⑆031300821⑆ 000 267502⑈

002406 CITY TREASURER TAX & ENFORCEME 04/26/01 143082

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/24/01 | 04/24 01 | APPLICATION FEE FOR GEN. LICENSE FOR THE YEAR 2001 FOR GHCCU | 100.00 | 0.00 | 100.00 |
| | | | | | 100.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | 100.00 | 100.00 |

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

PAY    ONE HUNDRED DOLLARS AND NO CENTS

TO THE ORDER OF
CITY TREASURER
TAX & ENFORCEMENT OFFICE
10 NORTH SECOND STREET
SUITE 305-A
HARRISBURG, PA 17101

60-82/313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/24/01 | 143082 | ****$100.00 |

CHECK NUMBER
143082

MELLON BANK, N.A.
HARRISBURG, PA

NON-NEGOTIABLE    VOID AFTER 90 DAYS

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑈143082⑈ ⑆031300824⑆ 000 2675023⑈

002350  CUNA MUTUAL GROUP                                                    04/26/01   143087

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/01/01 | 050101 | BUSINESS AUTO; CUPOP<br>COMM. POLICY; PENSION<br>BOND; SPEC. INS<br>POLICY<br>FOR GHCCU<br>CONTRACT NO:<br>037-0051-4<br>BILL NO:<br>3696 0110 0232 552 | 1,559.00 | 0.00 | 1,559.00<br>0.00<br>0.00<br>0.00<br>0.00<br>0.00<br>0.00<br>0.00<br>0.00<br>0.00 |

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461 • HARRISBURG, PA 17105-3461    GENERAL FUND

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

PAY    ONE-THOUSAND, FIVE-HUNDRED FIFTY-NINE DOLLARS AND NO CENTS

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 14307 | ******1,559.00 |

MELLON BANK, N.A.
HARRISBURG, PA

66082/313

CHECK NUMBER
143087

TO THE ORDER OF
    CUNA MUTUAL GROUP
    P. O. BOX 391
    5910 MINERAL POINT RD
    MADISON, WI 53701-0391

NON-NEGOTIABLE
(NOT VALID AFTER 90 DAYS)

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143087⑆ ⑈031300321⑈ 000 267502 3⑆

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 12345  EUNICE A. HANSARD | | | 04/26/01   143098 | | |
| 04/24/0 | 942401 | REIMBURSEMENT FOR THE PURCHASE OF SUPPLIES FOR GHCCU | 19.06 | 0.00 | 19.06 0.00 0.00 0.00 |
| HARRISBURG HOUSING AUTHORITY   GENERAL FUND POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | | | 19.06 | 0.00 | 19.06 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA.

CHECK NUMBER
**143098**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143098 | =*****=19.06 |

VOID AFTER 90 DAYS

PAY    NINETEEN DOLLARS AND 06 CENTS

TO THE ORDER OF
EUNICE A. HANSARD
1609 FORSTER STREET
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈143098⑈ ⑈031300821⑈ 000 2675023⑈



| | |
|---|---|
| 0.* | |
| 9.53+ | |
| 9.53+ | |
| 19.06* | |
| 0.* | |
| 002 | Vendor # 2345 |

002346   MID-ATLANTIC CORPORATE FEDERAL   04/26/01   143117

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/24/01 | 042401 | 940 TAX PAYMENT<br>1ST QUARTER 2001<br>FOR GHCCU | 60.77 | 0.00 | 60.77<br>0.00<br>0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | | 60.77 | 0.00 | 60.77 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461       60-82/313       MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143117**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143117 | *******60.77 |

PAY

SIXTY DOLLARS AND 77 CENTS                    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

MID-ATLANTIC CORPORATE
FEDERAL CREDIT UNION
1201 FULLING MILL ROAD
Middletown, Pa 17057

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143117⑆ ⑈031300821⑈ 000 26750 23⑈

002411   PA DEPT OF REVENUE                      04/26/01   143119

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/24/01 | 042401 | STATE TAX PAYMENT 1ST QUARTER 2001 EIN#23-3051419 FOR GHCCU | 212.70 | 0.00 | 212.70 0.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    212.70    0.00    212.70

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG • PA 17105-3461

GENERAL FUND

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143119**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143119 | *******212.70 |

PAY

TWO-HUNDRED TWELVE DOLLARS AND 70 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF

PA DEPT OF REVENUE
DEPARTMENT 280415
HARRISBURG, PA 17128-0415

MEMBER

NON-NEGOTIABLE

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK 🔒

⑆143119⑆ ⑈031300826⑈ 000 2675023⑈

002408   PACUL/AMERICAN                    04/26/01   143120

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/09/01 | 1096043 | BUSINESS FORMS | 82.10 | 0.00 | 82.10 |
| | | IN PAYMENT OF. | 12.70 | 0.00 | 12.70 |
| | | INVOICE NOS: | | | 0.00 |
| | | 1096043 | | | 0.00 |
| | | 1099655 | | | 0.00 |
| | | FOR GHCCU | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**   GENERAL FUND
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

| | 94.80 | 0.00 | 94.80 |
|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143120**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143120 | *********94.80 |

PAY

NINETY-FOUR DOLLARS AND 80 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

PACUL/AMERICAN
P. O. BOX 1415
MINNEAPOLIS, MN 55480-1415

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143120⑈ ⑆031300821⑈ 000 2675023⑈

001106  CARL PAYNE                    04/26/01    143121

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/24/01 | 042401 | OPENING SUPPLIES AND SNACKS FOR GHCCU | 58.27 149.57 | 0.00 0.00 | 58.27 149.57 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | 207.84 | 0.00 | 207.84 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143121**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143121 | *******207.84 |

PAY

TWO-HUNDRED SEVEN DOLLARS AND 84 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143121⑆ ⑈031300821⑇ 000 2575023⑈

000268   RENT-IT CENTER                          04/26/01   143132

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/20/01 | 129154 | WEEKLY RENTAL OF TABLECLOTHS/SKIRTS DURING OPENING WEEK FOR GHCCU | 227.26 | 0.00 | 227.26 0.00 0.00 0.00 |
| 04/23/01 | 129227 | OPENING STAGE RELATED CHARGES FOR GHCCU | 215.08 | 0.00 | 215.08 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND

| | | | 442.34 | 0.00 | 442.34 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143132**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143132 | ****** 442.34 |

PAY

FOUR HUNDRED FORTY-TWO DOLLARS AND 34 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

RENT-IT CENTER
5120 TRINDLE RD
MECHANICSBURG, PA 17055

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈143132⑈  ⑆031300821⑆  000  26750230⑈

G00812  SHEARER LOCK, SAFE & SECURITY    04/26/01  143133

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 03/22/01 | 39300/39344 | FIRE FILE MOVING CHARGE; CHANGE FILE DOOR LOCKS FOR GHCCU | 335.00 118.35 | 0.00 0.00 | 335.00 118.35 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND

|  |  | 453.35 | 0.00 | 453.35 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143133**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143133 | ******453.35 |

PAY

FOUR HUNDRED FIFTY-THREE DOLLARS AND 35 CENTS     VOID AFTER 90 DAYS

TO
THE
ORDER
OF

SHEARER LOCK, SAFE
& SECURITY
921 EISENHOWER BLVD
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK 🔒

⑈143133⑈ ⑆031300821⑆ 000 26750230⑈

002402  YELLOW BOOK USA                      04/26/01  143156

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/14/01 | 041401 | YELLOW PAGES AD | 54.00 | 0.00 | 54.00 |
| | | 2 MONTHS PAYMENT | | | 0.00 |
| | | FOR GHCCU | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461   GENERAL FUND

| | | | 54.00 | 0.00 | 54.00 |
|---|---|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

80-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143156**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/26/01 | 143156 | ********54.00 |

PAY

FIFTY-FOUR DOLLARS AND NO CENTS                    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

YELLOW BOOK USA
2151 LINGLESTOWN RD
HARRISBURG, PA 17110

MEMBER _____

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR _____

CONTROLLER _____

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑆143156⑆ ⑈031300821⑈ 000 26750 23⑈

002346  MID-ATLANTIC CORPORATE FEDERAL  05/10/01  143291

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/10/01 | 051001 | FEDERAL, FICA & MEDICARE PAYMENT | 2,346.62 | 0.00 | 2,346.62 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | 2,346.62 | 0.00 | 2,346.62 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143291**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/10/01 | 143291 | ******2,346.62 |

PAY

TWO-THOUSAND THREE-HUNDRED FORTY-SIX DOLLARS AND 62 CENTS VOID AFTER 90 DAYS

TO THE ORDER OF

MID-ATLANTIC CORPORATE
FEDERAL CREDIT UNION
1201 FULLING MILL ROAD
Middletown, Pa 17057

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑂143291⑂ ⑊031300821⑊ 000 2675023⑊

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/24/01 | 18022629 | 19 TELEPHONE USAGE CHARGES ACCOUNT NO: 18022629 | 24.75 | 0.00 | 24.75 0.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461          GENERAL FUND          24.75     0.00     24.75

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143325**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143325 | *******24.75 |

PAY
TWENTY-FOUR DOLLARS AND 75 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

ADELPHIA BUSINESS SOLUTIONS
P. O. BOX 931843
ATLANTA, GA 31193-1843

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143325⑆ ⑈031300821⑈ 000 2675023⑈

02225   AMERICOM TELEPHONE SYSTEMS, IN  05/17/01  143332

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/25/01 | 00017917 | CABLE INSTALLATION AND EQUIPMENT FOR GHCCU ACCOUNT #1354113 | 121.65 | 0.00 | 121.65 0.00 0.00 0.00 |

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    121.65    0.00    121.65

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461                60-82/313

**GENERAL FUND**

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143332**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143332 | *********121.65 |

PAY
ONE-HUNDRED TWENTY-ONE DOLLARS AND 65 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
AMERICOM TELEPHONE
SYSTEMS, INC
250 EAST PARK DR
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143332⑈  ⑈031300821⑈ 000  2675023⑈

2435   DEREK CHISM                    05/17/01   143343

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 5/15/01 | 051501 | ART WORK FOR GHCCU | 45.00 | 0.00 | 45.00 0.00 |
| | | | | | |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461.     GENERAL FUND

| | | |
|---|---|---|
| 45.00 | 0.00 | 45.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143343**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143343 | *********45.00 |

PAY
FORTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
DEREK CHISM
1429 NAUDAIN ST
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑅143343⑅ ⑈0313008 21⑈ 000 26750 23⑈

02454   COMMONWEALTH COPY & GRAPHICS   05/17/01   143347

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/23/01 | 3488 | MEMBERSHIP APPLI- CATION AND DISCLOSURE PRINTING FOR GHCCU | 1,290.00 | 0.00 | 1,290.00 0.00 0.00 0.00 0.00 |
| | | GENERAL FUND | 1,290.00 | 0.00 | 1,290.00 |

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

CHECK NUMBER
143347

MELLON BANK, N.A.
HARRISBURG, PA.

CONTROL NO.
143347

AMOUNT
*****1,290.00

VOID AFTER 90 DAYS

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461 ▸ 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

DATE
05/17/01

PAY
ONE THOUSAND TWO HUNDRED NINETY DOLLARS AND NO CENTS

TO THE ORDER OF
COMMONWEALTH COPY
& GRAPHICS
1501 N. CAMERON ST
HARRISBURG, PA 17103

NON-NEGOTIABLE
EXECUTIVE DIRECTOR

CONTROLLER

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑈143347⑈ ⑆031300824⑆ 000 26750234⑈

02445   LATEESHA CONNER          05/17/01   143348

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 40.00 | 0.00 | 40.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    40.00    0.00    40.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143348**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143348 | *******40.00 |

PAY
FORTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

LATEESHA CONNER
1225 N 2ND ST
HARRISBURG, PA 17102

MEMBER                                    MP

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER                                MP

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑅143348⑅ ⑆031300821⑆ 000 2675023⑆



02350  CUNA MUTUAL GROUP                                           05/17/01  143350

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 4/11/01 | 0905301120188 | BALANCE OF INSURANCE PREMIUM DUE CONTRACT NO: 037-0051-4 | 24.81 | 0.00 | 24.81 0.00 0.00 0.00 |
| | | | 24.81 | 0.00 | 24.81 |

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461          GENERAL FUND

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND AND IS PRINTED ON WHITE PAPER

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461, 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461
         GENERAL FUND

60-82/313

| DATE | CONTROL NO. | CHECK NUMBER **143350** |
|---|---|---|
| 05/17/01 | 143350 | AMOUNT *******24.81 |

MELLON BANK, N.A.
HARRISBURG, PA

PAY
TWENTY-FOUR DOLLARS AND 81 CENTS

TO THE
ORDER   CUNA MUTUAL GROUP
OF      P. O. BOX 391
        5910 MINERAL POINT RD
        MADISON, WI 53701-0391

VOID AFTER 90 DAYS

MEMBER   NON-NEGOTIABLE
EXECUTIVE DIRECTOR

CONTROLLER

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑈

⑆143350⑆  ⑈0313008 2⑈  000 2575024⑈

02350  CUNA MUTUAL GROUP                           05/17/01  143351

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/04/01 | 040101 | BOND PREMIUM DUE<br>CONTRACT #<br>037-0051-4 | 546.00 | 0.00 | 546.00<br>0.00<br>0.00 |
| | | | 546.00 | 0.00 | 546.00 |

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461          GENERAL FUND

CHECK NUMBER
143351

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143351 | ******546.00 |

PAY
FIVE-HUNDRED FORTY-SIX DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
CUNA MUTUAL GROUP
P. O. BOX 391
5910 MINERAL POINT RD
MADISON, WI 53701-0391

NON-NEGOTIABLE

EXECUTIVE DIRECTOR

MEMBER                    CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈ THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER ⑈

⑆143351⑆ ⑈031300821⑈ 000 26 750 23⑈

Q2451   DARIUS DAVIS                05/17/01   143354

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 40.00 | 0.00 | 40.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    40.00    0.00    40.00

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461.
**GENERAL FUND**

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143354**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143354 | *********40.00 |

PAY
FORTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF:

DARIUS DAVIS
2569 GREEN ST.
HARRISBURG, PA 17110

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143354⑈ ⑉031300821⑉ 000 2675023⑈



102453  ALEX DIAZ                                                    05/17/01    143356

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 5/15/01 | 051501 | ART WORK FOR GHCCU | 25.00 | 0.00 | 25.00 |
| | | | 25.00 | 0.00 | 25.00 |
| | | | 50.00 | 0.00 | 50.00 |

HARRISBURG HOUSING AUTHORITY    GENERAL FUND
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-82/313

CHECK NUMBER  143356

MELLON BANK, N.A.
HARRISBURG, PA

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143356 | ***********50.00 |

PAY
FIFTY DOLLARS AND NO CENTS

TO
THE    ALEX DIAZ
ORDER    4-J HALL MANOR
OF    HARRISBURG, PA 17104

VOID AFTER 90 DAYS

NON-NEGOTIABLE

EXECUTIVE DIRECTOR

MEMBER    CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143356⑈ ⑆031300⑆82⑈ 000 2875023⑈

62450   GUILLERMO GONZALEZ, JR      05/17/01   143364

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 50.00 | 0.00 | 50.00 |
| | | | 25.00 | 0.00 | 25.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND      75.00      0.00      75.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 ● 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143364**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143364 | *********75.00 |

PAY
SEVENTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

GUILLERMO GONZALEZ, JR
1249 1/2 REGINA ST
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑃"143364" ⑈031300821⑈ 000 2675023⑈"

02440    DASHAUN HEIDELBERT                    05/17/01    143367

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 25.00 | 0.00 | 25.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND          25.00          0.00          25.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461                    60-82/313

**GENERAL FUND**

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143367**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143367 | *********25.00 |

PAY
TWENTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

DASHAUN HEIDELBERT
316 S. 17TH ST
HARRISBURG, PA 17104

MEMBER

EXECUTIVE DIRECTOR

**NON-NEGOTIABLE**

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈143367⑈ ⑈031300821⑈ 000 2675023⑈

02452   MARSHWANDA HILL                05/17/01   143368

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 25.00 | 0.00 | 25.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461       GENERAL FUND       25.00       0.00       25.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143368**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143368 | ********25.00 |

PAY
TWENTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
MARSHWANDA HILL
1626 MARKET ST
2ND FLOOR
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143368⑈ ⑈03130082⑈ 000 2675023⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 30.00 | 0.00 | 30.00 |
| HARRISBURG HOUSING AUTHORITY<br>POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | | GENERAL FUND | 30.00 | 0.00 | 30.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143373**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143373 | **********30.00 |

PAY
THIRTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
YODIT KIDANE
2568 GREEN ST., A
HARRISBURG, PA 17102

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈143373⑈ ⑆031300821⑆ 000 2675023⑈

02437   RAZZAAQ LOPEZ                              05/17/01   143379

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 25.00 | 0.00 | 25.00 |
| | | | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | |
|---|---|---|
| 25.00 | 0.00 | 25.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

69-82/313

MELLON BANK, N.A.
HARRISBURG, PA.

CHECK NUMBER
**143379**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143379 | *********25.00 |

PAY
TWENTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
RAZZAAQ LOPEZ
1927 PARK ST
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑅143379⑅ ⑆031300821⑆ 000 2675023⑆

02449   KIESHA MACLIN                    05/17/01   143381

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 25.00 | 0.00 | 25.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND                25.00        0.00        25.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-62/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143381**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143381 | *********25.00 |

PAY
TWENTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

KIESHA MACLIN
1714 BRIGGS ST
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑴143381⑴ ⑆031300821⑆ 000 2675023⑴

02439   TERRENCE MARTIN                          05/17/01   143382

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 25.00 | 0.00 | 25.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND

| | | 25.00 | 0.00 | 25.00 |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143382**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143382 | ********25.00 |

PAY
TWENTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 30 DAYS

TO
THE
ORDER
OF

TERRENCE MARTIN
1726 HERR ST
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈143382⑈ ⑆031300821⑈ 000 2675023⑈

02442   TAQIYYA MUHAMMAD                    05/17/01   143384

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 45.00 | 0.00 | 45.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA. 17105-3461    GENERAL FUND    45.00    0.00    45.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA. 17105-3461

60-82/313    MELLON BANK, N.A.    CHECK NUMBER
HARRISBURG, PA.

**GENERAL FUND**    **143384**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143384 | **********45.00 |

PAY
FORTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE     TAQIYYA MUHAMMAD
ORDER   1905 N. 2ND ST.
OF      HARRISBURG, PA 17102

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED, DETAILS ON BACK. 🔒

⑃143384⑃ ⑆031300821⑇ 000 2675023⑃

02447   CHRIS McCREADY                    05/17/01   143385

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 40.00 | 0.00 | 40.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND

| | | | 40.00 | 0.00 | 40.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143385**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143385 | **********40.00 |

PAY
FORTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CHRIS McCREADY
1136 GREENWOOD ST
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑪143385⑪ ⑬031300821⑬ 000 26750238⑪

02273   PENNSYLVANIA STATE BANK LEASIN  05/17/01  143389

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/16/01 | 051601 | PAYMENT #005 | 245.59 | 0.00 | 245.59 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND      245.59      0.00      245.59

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

50-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143389**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143389 | *******245.59 |

PAY
TWO-HUNDRED FORTY-FIVE DOLLARS AND 59 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

PENNSYLVANIA STATE
BANK LEASING
2148 MARKET STREET
Camp Hill, Pa 17011

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143389⑈ ⑆031300821⑆ 000 26750231⑈

02408    PACUL/AMERICAN                    05/17/01    143390

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/23/01 | I106065 | VARIOUS FORMS | 36.00 | 0.00 | 36.00 |
| | | FOR GHCCU | 337.34 | 0.00 | 337.34 |
| | | ALSO FOR INV.# | | | 0.00 |
| | | 1115165 | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND          373.34    0.00    373.34

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, • 351 CHESTNUT STREET,
HARRISBURG, PA 17105-3461

'60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143390**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143390 | *******373.34 |

PAY
THREE-HUNDRED SEVENTY-THREE DOLLARS AND 34 CENTS

VOID AFTER 90 DAYS

TO
THE      PACUL/AMERICAN
ORDER   P. O. BOX 1415
OF       MINNEAPOLIS, MN 55480-1415

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143390⑈ ⑆031300821⑈ 000 2675023⑈

02438   SHAENA PARKER                    05/17/01   143391

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 40.00 | 0.00 | 40.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND      40.00      0.00      40.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143391**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143391 | *********40.00* |

PAY   FORTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

SHAENA PARKER
1612 HERR ST
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈143391⑈ ⑆031300821⑆ 000 2675023⑈

02441   BRITTANY PHILIPS-BROWNIE        05/17/01   143398

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01. | 051501 | ART WORK FOR GHCCU | 40.00 | 0.00 | 40.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND          40.00          0.00          40.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143398**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143398 | ***********40.00 |

PAY
FORTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

BRITTANY PHILIPS-BROWNIE
35 N. 18TH ST
HARRISBURG, PA 17103

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143398⑈ ⑈031300821⑈ 000 2675023⑈

02448  LATREACIA RAMSEY                    05/17/01  143403

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 25.00 | 0.00 | 25.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND          25.00          0.00          25.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313     **MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143403**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143403 | *********25.00 |

PAY
TWENTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE        LATREACIA RAMSEY
ORDER      1932 ZARKER ST.
OF         HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑃143403⑃ ⑈031300821⑈ 000 2675023⑈

00812  SHEARER LOCK, SAFE & SECURITY    05/17/01  143407

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 04/16/01 | 041601 | MONTHLY LEASE PAYMENT | 181.04 | 0.00 | 181.04 |
| | | FOR MAY 2001 | 15.95 | 0.00 | 15.95 |
| | | GHCCU SECURITY SYSTEM | | | 0.00 |
| | | MAY MONITORING FEE | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **HARRISBURG HOUSING AUTHORITY**<br>POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | GENERAL FUND | 196.99 | 0.00 | 196.99 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143407**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143407 | *******196.99 |

PAY
ONE-HUNDRED NINETY-SIX DOLLARS AND 99 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

SHEARER LOCK, SAFE
& SECURITY
921 EISENHOWER BLVD
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK 🔒

⑉143407⑉ ⑊031300821⑊ 000 26750231⑉

H02455    TRANS UNION PHILADELPHIA/DELAW    05/17/01    143413

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/16/01 | 051601 | MEMBERSHIP FEE FOR GHCCU | 105.00 | 0.00 | 105.00 0.00 |

*Greater H.B.? Credit Community Union 5/9/01 left a message*

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND    105.00    0.00    105.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143413**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143413 | *********105.00 |

PAY    ONE-HUNDRED FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
TRANS UNION
PHILADELPHIA/DELAWARE
DIVISION
760 W. SPROUL RD
Springfield, Pa 19064

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈143413⑈ ⑈031300821⑈ 000 2675023⑈

02446   ASHLEY WILLIAMS                    05/17/01   143421

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 40.00 | 0.00 | 40.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND    40.00    0.00    40.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143421**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143421 | ********40.00 |

PAY
FORTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

ASHLEY WILLIAMS
2746 NM. 5TH ST
HARRISBURG, PA 17110

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

⚠ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⚠

⑃143421⑃ ⑃031300821⑃ 000 2675023⑃

02436   JOSHUA WILLIAMS                    05/17/01   143422

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | C.051501 | ART WORK FOR GHCCU | 20.00 | 0.00 | 20.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND     20.00     0.00     20.00

THIS FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143422**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143422 | *********20.00 |

PAY
TWENTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

JOSHUA WILLIAMS
2218 PENN ST
HARRISBURG, PA 17110

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143422⑆ ⑆031300821⑆ 000 2675023⑈

02444   SHARIYFA ZAHIR              05/17/01  143426

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | ART WORK FOR GHCCU | 30.00 | 0.00 | 30.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    30.00    0.00    30.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

50-82/313

MELLON BANK, N.A.
HARRISBURG, PA.

CHECK NUMBER
**143426**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/17/01 | 143426 | **********30.00 |

PAY
THIRTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

SHARIYFA ZAHIR
2213 N. 5TH ST.
HARRISBURG, PA 17110

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143426⑈ ⑆031300821⑆ 000  2675023⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/14/01 | 051401 | INSTALLATION OF REQUIRED EQUIPMENT WORK REQUEST #00005398 ACCOUNT #1354113 FOR GHCCU | 121.65 | 0.00 | 121.65<br>0.00<br>0.00<br>0.00<br>0.00<br>0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

| | GENERAL FUND | | 121.65 | 0.00 | 121.65 |
|---|---|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143502**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/31/01 | 143502 | ********121.65 |

PAY
ONE-HUNDRED TWENTY-ONE DOLLARS AND 65 CENTS

VOID AFTER 30 DAYS

TO THE ORDER OF
AMERICON TELEPHONE
SYSTEMS, INC
250 EAST PARK DR
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈143502⑈ ⑆031300821⑈ 000 2675023⑈



C02477   BRUCE GARNETT, JR              05/31/01  143526

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/18/01 | 051801 | ART WORK FOR GHCCU | 40.00 | 0.00 | 40.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**   GENERAL FUND
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

| | | | 40.00 | 0.00 | 40.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 ♦ 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

50-82/313

MELLON BANK, N.A.
HARRISBURG, PA.

CHECK NUMBER
**143526**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/31/01 | 143526 | **********40.00 |

PAY   FORTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF   BRUCE GARNETT, JR
28 EVERGREEN ST
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈143526⑈ ⑈031300821⑈ 000 2875023⑈

002479   HBG. REGIONAL CHAMBER %MEMBER S   05/31/01   143529

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/22/01 | 052201 | MEMBERSHIP FEES FOR GHCCU | 265.00 | 0.00 | 265.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND     265.00     0.00     265.00

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143529**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/31/01 | 143529 | ********265.00 |

PAY   TWO-HUNDRED SIXTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF

HBG. REGIONAL CHAMBER
%MEMBER SERVICES
3211 N. FRONT STREET
SUITE 201
HARRISBURG, PA 17110-1342

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143529⑆ ⑆031300821⑆ 000 26750 23⑈

002061   EUGENE MONTGOMERY 8-7 MAINTENA   05/31/01   143537

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/30/01 | 053001 | JANITORIAL SERVICES FOR GHCCU | 370.00 | 0.00 | 370.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461   GENERAL FUND

| | | 370.00 | 0.00 | 370.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143537**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/31/01 | 143537 | ********370.00 |

PAY
THREE HUNDRED SEVENTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

EUGENE MONTGOMERY
8-7 MAINTENANCE
351 CHESTNUT ST
P. O. BOX 3461
HARRISBURG, PA 17105-3461

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143537⑈ ⑊031300821⑊ 000 2675023⑈

002273    PENNSYLVANIA STATE BANK LEASIN    05/31/01    143539

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/31/01 | 053101 | MONTHLY WITHHOLDING TAX | 422.16 | 0.00 | 422.16 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA. 17105-3461    GENERAL FUND    422.16    0.00    422.16

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143539**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/31/01 | 143539 | ********422.16 |

PAY    FOUR HUNDRED TWENTY-TWO DOLLARS AND 16 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF    PENNSYLVANIA STATE
BANK LEASING
2148 MARKET STREET
Camp Hill, Pa 17011

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143539⑈ ⑆031300824⑆ 000 2675023⑈

000812   SHEARER LOCK, SAFE & SECURITY   05/31/01   143555

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/15/01 | 051501 | JUNE LEASING & MONITORING FEE | 181.04 15.95 | 0.00 0.00 | 181.04 15.95 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

| | GENERAL FUND | | 196.99 | 0.00 | 196.99 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

60-62/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143555**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/31/01 | 143555 | ********196.99 |

PAY   ONE HUNDRED NINETY-SIX DOLLARS AND 99 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
SHEARER LOCK, SAFE
& SECURITY
921 EISENHOWER BLVD
Harrisburg, PA 17111

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆143555⑆ ⑆031300826⑆ 000 26750230⑆



002478   JONNEE TONSEL                    05/31/01   143559

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/21/01 | 052101 | ART WORK FOR CHCCU | 40.00 | 0.00 | 40.00 |
| | | | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND        40.00        0.00        40.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA.

CHECK NUMBER
**143559**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/31/01 | 143559 | ********40.00 |

PAY   FORTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
JONNEE TONSEL
1825 RUDY ROAD
HARRISBURG, PA 17104

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆143559⑆ ⑆031300821⑆ 000 2675023⑈

PA DEPARTMENT OF REVENUE, vendor #2411    06/04/01

| TE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 5/31/01 | .053101 | Monthly Withholding Tax Deposit Period Ending 05/31/01 For GHCKU | | | $422.16 |

*001 419010 000 entered into computer entered for Handwrite*

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143572**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/04/01 | 143572 | **$422.16** |

PAY    Four-Hundred Twenty-Two Dollars and 16 Cents

VOID AFTER 90 DAYS

TO THE ORDER OF    PA Department of Revenue
Department  280415
Harrisburg, PA  17128-0415

MEMBER

NON-NEGOTIABLE

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143572⑈ ⑈031300821⑈ 000 2675023⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 4/20/01 | 042001 | ACCOUNT #100-583-0981 LOCAL & TOLL CHARGES FOR GHCCU | 174.40 | 0.00 | 174.40 0.00 0.00 |
| **HARRISBURG HOUSING AUTHORITY** POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | | GENERAL FUND | 174.40 | 0.00 | 174.40 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA.

CHECK NUMBER
**143591**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/07/01 | 143591 | *******174.40 |

PAY    ONE-HUNDRED SEVENTY-FOUR DOLLARS AND 40 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

ADELPHIA BUSINESS SOLUTIONS
P. O. BOX 931843
ATLANTA, GA 31193-1843

MEMBER

NON-NEGOTIABLE

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆143591⑆ ⑉031300821⑉ 000 2675023⑈

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 5/23/01 | 052301 | ACCOUNT #18022629 NEW USAGE CHARGES FOR GHCCU | 31.58 | 0.00 | 31.58 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

GENERAL FUND          31.58          0.00          31.58

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143592**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/07/01 | 143592 | *******31.58 |

PAY    THIRTY-ONE DOLLARS AND 58 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
ADELPHIA BUSINESS SOLUTIONS
P. O. BOX 932003
ATLANTA, GA 31193-2003

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈143592⑈  ⑉031300824⑉ 000 2675023⑈

002225   AMERICOM TELEPHONE SYSTEMS, IN  06/07/01  143600

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/23/01 | 00018434 | ACCOUNT #1354113<br>FOR GHCCU | 161.40 | 0.00 | 161.40<br>0.00 |

| | | | | | |
|---|---|---|---|---|---|
| HARRISBURG HOUSING AUTHORITY<br>POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | | GENERAL FUND | 161.40 | 0.00 | 161.40 |



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

EO-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143600**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/07/01 | 143600 | *********161.40 |

PAY   ONE-HUNDRED SIXTY-ONE DOLLARS AND 40 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
AMERICOM TELEPHONE
SYSTEMS, INC
250 EAST PARK DR
Harrisburg, PA 17111

NON-NEGOTIABLE

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143600⑈ ⑈031300821⑈ 000 2675023⑈

002489   BOLES, GROVE & METZGER CERTIFI   06/07/01   143604

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/18/01 | 26086 | CLIENT #0003258 | 506.60 | 0.00 | 506.60 |
| | | PAYROLL & ACCOUNTING | | | 0.00 |
| | | SERVICES FOR MARCH | | | 0.00 |
| | | AND APRIL 2001 | | | 0.00 |
| | | FOR GHCCU | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461       GENERAL FUND       506.60       0.00       506.60

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143604**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/07/01 | 143604 | *********506.60 |

PAY
FIVE HUNDRED SIX DOLLARS AND 60 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
BOLES, GROVE & METZGER
CERTIFIED PUBLIC ACCOUNTANTS
3601 NORTH FRONT STREET
HARRISBURG, PA 17110

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑆143604⑆ ⑉031300821⑉ 000 2675023⑈

002346   MID-ATLANTIC CORPORATE FEDERAL   06/07/01  143639

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/05/1. | 060501 | FEDERAL TAX DEPOSIT FOR GHCCU | 2,346.62 | 0.00 | 2,346.62<br>0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    2,346.62    0.00    2,346.62

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143639**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/07/01 | 143639 | ******2,346.62 |

PAY   TWO THOUSAND THREE HUNDRED FORTY-SIX DOLLARS AND 62 CENTS   VOID AFTER 90 DAYS

TO
THE
ORDER
OF

MID-ATLANTIC CORPORATE
FEDERAL CREDIT UNION
1201 FULLING MILL ROAD
Middletown, Pa 17057

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑂143639⑂ ⑊031300821⑊ 000 2675023⑊

002061   EUGENE MONTGOMERY 8-7 MAINTENA   06/07/01  143642

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/05/01 | 060501 | MARCH 2001 JANITORIAL SERVICE | 100.00 | 0.00 | 100.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND    100.00    0.00    100.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143642**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/07/01 | 143642 | ********100.00 |

PAY
ONE-HUNDRED DOLLARS AND NO CENTS

VOID AFTER 30 DAYS

TO
THE
ORDER
OF

EUGENE MONTGOMERY
8-7 MAINTENANCE
351 CHESTNUT ST
P. O. BOX 3461
HARRISBURG, PA 17105-3461

**NON-NEGOTIABLE**

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⊞ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⊞

⑪143642⑪ ⑈031300821⑈ 000 2675023⑈

01929  PARTNERSHIP OF PACKER, OESTERL  06/07/01  143643

| DATE OF INVOICE | CONT. OR ORDER NO | DESCRIPTION | AMOUNT AS TENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/24/01 | 12407 | RADIO - GRAND OPENING | 5,000.00 | 0.00 | 5,000.00 |
| | | PINTING & OTHER RELATED | 1,906.94 | 0.00 | 1,906.94 |
| | | GRAND OPENING EXPENSES | | | 0.00 |
| | | WEEKS OF 04/16 AND | | | 0.00 |
| | | 04/23/01 | | | 0.00 |
| | | IN PAYMENT OF INVOICE | | | 0.00 |
| | | NOS: 12407 & 12406 | | | 0.00 |
| | | FOR GHCCU | | | 0.00 |

| **HARRISBURG HOUSING AUTHORITY** POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | GENERAL FUND | 6,906.94 | 0.00 | 6,906.94 |
|---|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-8213/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143643**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/07/01 | 143643 | *****6,906.94 |

PAY  SIX-THOUSAND NINE-HUNDRED SIX DOLLARS AND 96 CENTS          VOID AFTER 90 DAYS

TO THE ORDER OF

PARTNERSHIP OF PACKER, OESTERLING &
SMITH, INC
122-124 STATE STREET
P.O. BOX 968
HARRISBURG, PA 17108

**NON-NEGOTIABLE**

MEMBER

EXECUTIVE DIRECTOR

_Richard C. Sprentice_

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143643⑈ ⑆031300821⑆ 000 267 5023⑈

000341  POSTMASTER ATTN: WINDOW SECTIO  06/07/01  143648

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/05/01 | 060501 | POSTAGE FOR GHCCU | 300.00 | 0.00 | 300.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461     GENERAL FUND     300.00     0.00     300.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-827313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143648**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/07/01 | 143648 | *********300.00 |

PAY  THREE-HUNDRED-DOLLARS AND NO CENTS

VOID AFTER 30 DAYS

TO THE ORDER OF
POSTMASTER
ATTN: WINDOW SECTION
1425 CROOKED HILL RD
HARRISBURG, PA 17107-9660

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143648⑈ ⑆031300821⑆ 000 2675023⑈

002343   ADELPHIA BUSINESS SOLUTIONS      06/21/01   143768

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/20/01 | 052001 | ACCOUNT NO: | 385.23 | 0.00 | 385.23 |
| | | 100-583-0981 | | | 0.00 |
| | | TELEPHONE SERVICE | | | 0.00 |
| | | CHARGE | | | 0.00 |
| | | FOR GHCCU | | | 0.00 |
| 01/20/01 | 012001 | TELEPHONE SERVICE | 217.13 | 0.00 | 217.13 |
| | | CHARGE | | | 0.00 |
| | | ACCOUNT NO: | | | 0.00 |
| | | 100-583-0981 | | | 0.00 |
| | | FOR GHCCU | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **HARRISBURG HOUSING AUTHORITY**<br>POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | GENERAL FUND | | 602.36 | 0.00 | 602.36 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

**MELLON BANK, N.A.**
HARRISBURG, PA

CHECK NUMBER
**143768**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/21/01 | 143768 | *********602.36 |

PAY
SIX HUNDRED TWO DOLLARS AND 36 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF
ADELPHIA BUSINESS SOLUTIONS
P. O. BOX 931843
ATLANTA, GA 31193-1843

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143768⑆ ⑈031300821⑈ 000 26750234⑈

02508   ADVANCED MANAGEMENT INFORMATIO   06/21/01   143769

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/31/01 | 05003485 | COMPUTER HARDWARE/ | 581.62 | 0.00 | 581.62 |
| | | SOFTWARE MONTHLY | | | 0.00 |
| | | LEASING PAYMENT | | | 0.00 |
| | | ACCOUNT #1166 | | | 0.00 |
| | | FOR GHCCU | | | 0.00 |
| **HARRISBURG HOUSING AUTHORITY** POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461 | | GENERAL FUND | 581.62 | 0.00 | 581.62 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
143769

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/21/01 | 143769 | *****581.62 |

PAY

FIVE HUNDRED EIGHTY-ONE DOLLARS AND 62 CENTS                    VOID AFTER 30 DAYS

TO
THE
ORDER
OF

ADVANCED MANAGEMENT
    INFORMATION SYSTEMS
    539 E. MAIN STREET
    Carnegie, Pa. 15106

MEMBER

NON-NEGOTIABLE

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈143769⑈ ⑈031300821⑈ 000 2675023⑈





002505  CHOICE ONE COMMUNICATIONS        06/21/01  163775

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/22/01 | 052201 | DSL LINE SERVICE | 233.00 | 0.00 | 233.00 |
| | | ACCOUNT NO: | | | 0.00 |
| | | 3013345 | | | 0.00 |
| | | FOR GHCCU | | | 0.00 |
| | | | 233.00 | 0.00 | 233.00 |

HARRISBURG HOUSING AUTHORITY    GENERAL FUND
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

MELLON BANK, N.A.
HARRISBURG, PA.
80-82/313

| DATE | CONTROL NO. | CHECK NUMBER 143775 |
|---|---|---|
| 06/21/01 | 143775 | AMOUNT ***********233.00 |

VOID AFTER 90 DAYS

NON-NEGOTIABLE

EXECUTIVE DIRECTOR

MEMBER

CONTROLLER

PAY   TWO HUNDRED THIRTY-THREE DOLLARS AND NO CENTS

TO THE ORDER OF
CHOICE ONE COMMUNICATIONS
P. O. BOX 1927
ALBANY, NY 12201-1927

⊞ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⊞

⑈143775⑈ ⑆031300821⑆ 000 28750 23⑈

002507   IN THE NEWS, INC                    06/21/01   143802

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/06/01 | 424985 | PLAQUE FOR THE MAYOR FOR GHCCU | 111.00 | 0.00 | 111.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461      GENERAL FUND      111.00      0.00      111.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143802**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/21/01 | 143802 | *******111.00 |

PAY
ONE HUNDRED ELEVEN DOLLARS AND NO CENTS

VOID AFTER 30 DAYS

TO THE ORDER OF
IN THE NEWS, INC
4895-F WEST WATERS AVE
TAMPA, FL 33634

MEMBER

**NON-NEGOTIABLE**

EXECUTIVE DIRECTOR

*Richard C. Gingrich*

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈143802⑈ ⑆031300821⑆ 000 2675023⑈

002273    PENNSYLVANIA STATE BANK LEASIN    06/21/01    143817

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/20/01 | 906 | MONTHLY LEASE PAYMENT ACC.#900630 FOR GHCCU | 245.59 | 0.00 | 245.59 0.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461, HARRISBURG, PA 17105-3461    GENERAL FUND

| | | | 245.59 | 0.00 | 245.59 |
|---|---|---|---|---|---|

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/319    MELLON BANK, N.A.    CHECK NUMBER
HARRISBURG, PA

**143817**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/21/01 | 143817 | *******245.59 |

PAY
TWO HUNDRED FORTY-FIVE DOLLARS AND 59 CENTS    VOID AFTER 30 DAYS

TO
THE
ORDER
OF

PENNSYLVANIA STATE
BANK LEASING
2148 MARKET STREET
Camp Hill, Pa 17011

MEMBER

**NON-NEGOTIABLE**
EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆143817⑆ ⑈031300821⑈ 000 2675023⑆



| Date | Pitgwell | Discreaco | Howard | Hiller/Phillips | Tolata | Waters | |
|---|---|---|---|---|---|---|---|
| **AFSCME Health and Welfare Fund** | | | | | | | |
| 8/1/2004 | | $49.35 | $49.35 | | | $49.35 | |
| 9/1/2004 | | $49.35 | $49.35 | | | $49.35 | |
| 10/1/2004 | | $49.35 | $49.35 | | | $49.35 | |
| 11/1/2004 | | $49.35 | $49.35 | | | $49.35 | |
| 12/1/2004 | | $49.35 | $49.35 | | | $49.35 | |
| 1/1/2005 | | $49.35 | $49.35 | | | $49.35 | |
| 1/27/2005 | | $49.35 | $49.35 | | | $49.35 | |
| 3/1/2005 | | $49.35 | $49.35 | | | | |
| 3/31/2005 | | $49.35 | $49.35 | | | | |
| 4/24/2005 | | $49.35 | $49.35 | | | | |
| 6/2/2005 | $49.35 | | $51.50 | | | | |
| 7/21/2005 | $51.50 | $51.50 | $51.50 | | | | |
| 8/4/2005 | $51.50 | | $51.50 | | | | |
| 9/1/2005 | $51.50 | $51.50 | $51.50 | | | | |
| 9/29/2005 | $51.50 | $51.50 | $51.50 | | | | |
| 11/3/2005 | $51.50 | $51.50 | $51.50 | | | | |
| 12/1/2005 | $51.50 | $51.50 | $51.50 | | | | |
| 1/26/2006 | $51.50 | $51.50 | $51.50 | | | | |
| 2/23/2006 | $51.50 | $51.50 | $51.30 | | | | |
| 3/23/2006 | $51.50 | $51.50 | $51.30 | | | | |
| 4/6/2006 | $51.30 | $51.50 | $51.30 | $0.00 | $0.00 | $384.80 | $2,074.85 |
| **Total** | $984.35 | $2,057.85 | $2,087.85 | | | | |
| **BlueCross** | | | | | | | |
| 5/1/2001 | | | $229.38 | $396.81 | $396.81 | | |
| 6/1/2001 | | | $229.68 | $396.81 | $396.81 | | |
| 7/1/2003 | | | | $286.81 | $481.57 | | |
| 8/1/2001 | | | $1,194.53 | $481.57 | $481.57 | | |
| 9/1/2001 | | | $279.30 | $481.57 | $481.57 | | |
| 10/1/2001 | | | $278.01 | $481.57 | $481.57 | | |
| 11/1/2001 | | | | $481.57 | $481.57 | | |
| 12/1/2001 | | | $278.01 | $481.57 | $481.57 | | |
| 1/1/2002 | | | | $481.57 | $481.57 | | |
| 2/1/2002 | | | $276.00 | $481.57 | $481.57 | | |
| 3/1/2002 | | | $278.01 | $481.57 | $481.57 | | |
| 4/1/2002 | | | $278.00 | $481.57 | $481.57 | | |
| 5/1/2002 | | | $278.01 | $481.57 | $481.57 | | |
| 6/1/2002 | | | $278.04 | $481.57 | $481.32 | | |
| 7/1/2002 | | | | $481.57 | $559.35 | | |
| 8/1/2002 | | | $260.35 | $550.30 | $625.49 | | |
| 9/1/2002 | | | $310.67 | $625.49 | $625.49 | | |
| 10/1/2002 | | | $310.67 | $625.49 | $625.49 | | |
| 11/1/2002 | | | $310.67 | $625.49 | $625.49 | | |
| 12/1/2002 | | | $310.67 | $625.49 | $625.49 | | |
| 1/1/2003 | | | | $625.49 | $625.49 | | |
| 2/1/2003 | | | $310.67 | $625.49 | $625.49 | | |
| 3/1/2003 | | | $310.67 | $625.49 | $625.49 | | |
| 4/1/2003 | | | $310.67 | $625.49 | $625.49 | | |
| 5/1/2003 | | | $310.67 | $625.49 | $625.49 | | |
| 6/1/2003 | | | $310.67 | | $625.49 | | |
| 7/1/2003 | | | $316.87 | | ($747.25) | | |
| 8/1/2003 | | | $355.85 | | | | |
| 9/1/2003 | | | $355.45 | | | | |
| 10/1/2003 | | | $351.85 | | | | |
| 11/1/2003 | | | $355.45 | | | | |
| 12/1/2003 | | | $355.45 | | | | |
| 2/1/2004 | | | $355.85 | | | | |
| 3/1/2004 | | | $355.85 | | | | |
| 4/1/2004 | | | $355.95 | | | | |
| 5/1/2004 | | | $355.45 | | | | |
| 6/1/2004 | | | $355.45 | | | | |
| 7/1/2004 | | | $548.46 | | | | $16,336.54 |
| **Total** | $0.00 | $0.00 | $11,295.84 | $13,831.18 | $13,599.42 | $0.00 | |
| **Keystone Health Plan** | | | | | | | |
| 1/1/2004 | | | | | $942.27 | $733.30 | |
| 2/1/2004 | | | | | $942.27 | $733.30 | |
| 3/1/2004 | | | | | $942.27 | $733.30 | |
| 4/1/2004 | | | | | $942.27 | $733.30 | |
| 5/1/2004 | | | | | $942.27 | $733.30 | |
| 6/1/2004 | | | | | $942.27 | $733.30 | |
| 7/1/2004 | | | | | $942.27 | $733.30 | |
| 8/1/2004 | | | | | ($942.27) | ($733.30) | |
| 9/1/2004 | | | | | $6,595.89 | $5,133.18 | $11,738.99 |
| **Total** | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| **Health America** | | | | | | | |
| 10/1/2004 | | | $1,026.45 | $384.23 | | $868.75 | |
| 11/1/2004 | | | $1,026.45 | $384.23 | | $868.75 | |
| 12/1/2004 | | | $1,026.45 | $384.23 | | $868.75 | |
| 1/1/2005 | | | $1,026.45 | $384.23 | | $668.75 | |
| 2/1/2005 | | | $1,026.45 | $384.23 | | $868.75 | |
| 3/1/2005 | | | $1,026.45 | $384.23 | | $868.75 | |
| 4/1/2005 | | | $1,026.45 | $384.23 | | $868.75 | |
| 5/1/2005 | | | $1,026.45 | $384.23 | | ($868.75) | |
| 6/1/2005 | | | | | | ($868.75) | |
| 7/1/2005 | $868.75 | | $1,026.45 | $384.23 | | | |
| 7/2/2005 | $868.75 | | | | | | |
| 7/7/2005 | $868.75 | | | | | | |
| 10/1/2005 | $1,044.40 | | $1,218.72 | $463.69 | | | |
| 10/1/2005 | $866.75 | | $1,026.41 | $784.23 | | | |
| 10/1/2005 | ($1,019.17) | | ($1,294.18) | ($450.76) | | | |
| 9/1/2005 | $866.75 | | $1,806.45 | $364.23 | | | |
| 10/1/2005 | ($1,019.17) | | $1,204.44 | $456.760 | | | |
| 11/1/2006 | $997.61 | | $1,378.60 | $441.22 | | | |
| 12/1/2005 | $992.63 | | $1,378.60 | $441.22 | | | |
| 1/1/2006 | $992.61 | | $1,378.60 | $441.22 | | | |
| 2/1/2006 | $992.80 | | $1,176.69 | $441.22 | | | |
| 3/1/2006 | $1,077.91 | | $1,273.37 | $476.74 | | | |
| 3/1/2006 | $1,077.99 | | $1,273.37 | $476.74 | | | |
| 3/1/2006 | ($992.81) | | ($1,178.69) | ($441.22) | | | |
| 3/1/2006 | $1,072.91 | | $1,273.37 | $476.74 | | | |
| 3/1/2006 | ($992.61) | | ($1,178.69) | ($441.22) | | | |
| 4/1/2006 | $1,027.91 | | $1,273.37 | $476.74 | | | |
| 5/1/2006 | $1,077.91 | | $1,279.37 | $476.74 | | | |
| 6/1/2006 | ($1,027.91) | | ($1,273.37) | ($476.74) | | | |
| 6/1/2006 | $1,027.91 | | $1,279.37 | $428.74 | $0.00 | $0.00 | $5,212.50 | $43,795.08 |
| **Total** | $8,480.06 | | $21,500.71 | $7,915.84 | | | | |
| **Grand Total** | $10,734.41 | $22,064.56 | $20,309.68 | $13,431.18 | $20,105.31 | $16,766.40 | $97,138.44 |



| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 02/01/05 | AFSCME HEALTH AND WELFARE FUND  02/17/05 021705 | EMPLOYER NO EMPLOYEE BENEFITS MONTH - FEBRUARY | 4,145.40 | 0.00 | 4,145.40 0.00 0.00 |

# 76869

PAID
FEB 17 2005
FEB 17 2004

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785        GENERAL FUND

4,145.40   0.00   4,145.40

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

**GENERAL FUND**

COMMERCE BANK          50-184
                       313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 02/17/05 | 203557 | ******4,145.40 |

PAY   FOUR-THOUSAND ONE-HUNDRED FORTY-FIVE DOLLARS AND VOID AFTER 90 DAYS

TO THE ORDER OF
AFSCME HEALTH AND
   WELFARE FUND
150 S. 43RD ST
SUITE 4
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE    MP
NON-NEGOTIABLE    MP
NON-NEGOTIABLE    MP

COPY      COPY      COPY      COPY      COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 03/01/05 | AFSCME HEALTH AND WELFARE FUND 03/17/05<br>031605 EMPLOYER NO: 410F<br>EMPLOYEE BENEFITS<br>MONTH - MARCH 2005 | | 4.145.40 | 0.00 | 4.145.40<br>0.00<br>0.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

GENERAL FUND

4.145.40    0.00    4.145.40

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

COMMERCE BANK    60-184 / 313

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/17/05 | 204170 | ******4.145.40 |

**PAY** FOUR-THOUSAND ONE-HUNDRED FORTY-FIVE DOLLARS AND VOID AFTER 90 DAYS

TO THE ORDER OF
AFSCME HEALTH AND
WELFARE FUND
150 S. 43RD ST
SUITE 4
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE    MP
NON-NEGOTIABLE    MP
NON-NEGOTIABLE    MP

COPY        COPY        COPY        COPY        COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 04/01/05 | AFSCME 033005 | HEALTH AND WELFARE FUND   03/31/05 EMPLOYER NO EMPLOYEE BENEFITS MONTH - APRIL | 4.145.40 | 0.00 | 4.145.40 0.00 0.00 |

PAID
MAR 31 2005

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

GENERAL FUND

| | | | 4.145.40 | 0.00 | 4.145.40 |

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

**GENERAL FUND**

COMMERCE BANK        50-184 / 313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/31/05 | 204280 | ******4.145.40 |

**PAY** FOUR-THOUSAND ONE-HUNDRED FORTY-FIVE DOLLARS AND VOID AFTER 90 DAYS

TO THE ORDER OF

AFSCME HEALTH AND
  WELFARE FUND
150 S. 43RD ST
SUITE 4
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE        MP
NON-NEGOTIABLE        MP
NON-NEGOTIABLE        MP

COPY        COPY        COPY        COPY        COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 05/01/05 | AFSCME HEALTH 042805 | AND WELFARE FUND   04/28/05 EMPLOYER NO 410F EMPLOYEE BENEFITS MONTH - MAY 2005 | 4,244.10 | 0.00 | 4,244.10 0.00 0.00 |

PAID
APR 28 2005

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785          GENERAL,FUND          4,244.10     0.00     4,244.10

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

COMMERCE BANK          50-184
                       313

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/28/05 | 204566 | ******4,244.10 |

PAY   FOUR-THOUSAND TWO-HUNDRED FORTY-FOUR DOLLARS AND VOID AFTER 90 DAYS

TO THE ORDER OF
AFSCME HEALTH AND
    WELFARE FUND
150 S. 43RD ST
SUITE 4
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE   MP

NON-NEGOTIABLE   MP

NON-NEGOTIABLE   MP

COPY          COPY          COPY          COPY          COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 06/01/05 | 000187 052705 | AFSCME HEALTH AND WELFARE FUND   06/02/05 EMPLOYER NO 410F EMPLOYEE BENEFITS MONTH - JUNE 2005 | 4,194.75 | 0.00 | 4,194.75 0.00 0.00 |

*No invoice attached*

*J R Morris*

*12-13-06*

PAID
JUN 02 2005

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

GENERAL FUND

| | | |
|---|---|---|
| 4,194.75 | 0.00 | 4,194.75 |

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

COMMERCE BANK          60-184 / 313

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/02/05 | 204925 | ******4,194.75 |

PAY     FOUR-THOUSAND ONE-HUNDRED NINETY-FOUR DOLLARS AND ___ CENTS     VOID AFTER 90 DAYS

TO THE ORDER OF

AFSCME HEALTH AND
    WELFARE FUND
150 S. 43RD ST
SUITE 4
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE     MP
NON-NEGOTIABLE     MP
NON-NEGOTIABLE     MP

COPY          COPY          COPY          COPY          COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 07/01/05 | 072105 | AFSCME HEALTH AND WELFARE FUND  07/21/05 EMPLOYER NO 410F EMPLOYEE BENEFITS MONTH - JULY 2005 | 4,171.50 | 0.00 | 4,171.50 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

GENERAL FUND

| | | |
|---|---|---|
| 4,171.50 | 0.00 | 4,171.50 |

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

**GENERAL FUND**

COMMERCE BANK          60-194
                      313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 07/21/05 | 205376 | ******4,171.50 |

PAY    FOUR-THOUSAND ONE-HUNDRED SEVENTY-ONE DOLLARS AND VOID AFTER 90 DAYS

TO THE ORDER OF
AFSCME HEALTH AND
   WELFARE FUND
150 S. 43RD ST
SUITE 4
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE    MP

NON-NEGOTIABLE    MP

NON-NEGOTIABLE    MP

COPY        COPY        COPY        COPY        COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 08/01/05 | AFSCME 080405 | HEALTH AND WELFARE FUND 08/04/05 EMPLOYER NO. 410F EMPLOYEE BENEFITS MONTH - AUGUST 2005 | 4,171.50 | 0.00 | 4,171.50 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

**GENERAL FUND**

| | | |
|---|---|---|
| 4,171.50 | 0.00 | 4,171.50 |

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

**GENERAL FUND**

COMMERCE BANK          60-184 / 313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 08/04/05 | 205491 | ******4,171.50 |

PAY    FOUR-THOUSAND ONE-HUNDRED SEVENTY-ONE DOLLARS AND VOID AFTER 90 DAYS

TO THE ORDER OF

AFSCME HEALTH AND
   WELFARE FUND
150 S. 43RD ST
SUITE 4
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE    MP

NON-NEGOTIABLE    MP

NON-NEGOTIABLE    MP

COPY          COPY          COPY          COPY          COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 | AFSCME HEALTH AND WELFARE FUND  09/15/05 | | | | |
| 09/01/05 | 091505 | EMPLOYER NO 410F | 4,120.00 | 0.00 | 4,120.00 |
| | | EMPLOYEE BENEFITS | | | 0.00 |
| | | MONTH - SEPTEMBER 2005 | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785          GENERAL FUND          4,120.00     0.00     4,120.00

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

GENERAL FUND

COMMERCE BANK          60-184
                       313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 09/15/05 | 205931 | ******4,120.00 |

PAY   FOUR-THOUSAND ONE-HUNDRED TWENTY DOLLARS AND NO CENT  VOID AFTER 90 DAYS

TO THE ORDER OF   AFSCME HEALTH AND
                    WELFARE FUND
                  150 S. 43RD ST
                  SUITE 4
                  HARRISBURG, PA 17111-5708

NON-NEGOTIABLE
NON-NEGOTIABLE
NON-NEGOTIABLE

COPY          COPY          COPY          COPY          COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 10/01/05 | 092905 | AFSCME HEALTH AND WELFARE FUND  09/29/05 EMPLOYER NO 410F EMPLOYEE BENEFITS MONTH - OCTOBER 2005 | 4,120.00 | 0.00 | 4,120.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

GENERAL FUND

4,120.00    0.00    4,120.00

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

**GENERAL FUND**

COMMERCE BANK          50-184
                       313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 09/29/05 | 206008 | ******4,120.00 |

PAY   FOUR-THOUSAND ONE-HUNDRED TWENTY DOLLARS AND NO CENTS **VOID AFTER 90 DAYS**

TO THE ORDER OF
AFSCME HEALTH AND
    WELFARE FUND
150 S. 43RD ST
SUITE 4
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE          MP
NON-NEGOTIABLE          MP
NON-NEGOTIABLE          MP

COPY        COPY        COPY        COPY        COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 11/01/05 | 110305 | AFSCME HEALTH AND WELFARE FUND  11/03/05<br>EMPLOYER NO 410F<br>EMPLOYEE BENEFITS<br>MONTH - NOVEMBER 2005 | 4,532.00 | 0.00 | 4,532.00<br>0.00<br>0.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

**GENERAL FUND**

| | | |
|---|---|---|
| 4,532.00 | 0.00 | 4,532.00 |

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

**GENERAL FUND**

COMMERCE BANK

60-184
313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 11/03/05 | 206355 | ******4,532.00 |

**PAY**   FOUR-THOUSAND FIVE-HUNDRED THIRTY-TWO DOLLARS AND VOID AFTER 90 DAYS

TO THE ORDER OF

AFSCME HEALTH AND
    WELFARE FUND
150 S. 43RD ST
SUITE 4
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE    MP

NON-NEGOTIABLE    MP

NON-NEGOTIABLE    MP

COPY        COPY        COPY        COPY        COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 12/01/05 | AFSCME HEALTH AND WELFARE FUND 12/01/05 120105 | EMPLOYER NO 410F EMPLOYEE BENEFITS MONTH - DECMEBER 2005 | 4,223.00 | 0.00 | 4,223.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785          GENERAL FUND          4,223.00    0.00    4,223.00

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

COMMERCE BANK          60-184
                       313

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 12/01/05 | 206576 | ******4,223.00 |

PAY   FOUR-THOUSAND TWO-HUNDRED TWENTY-THREE DOLLARS AND 00 CENTS
VOID AFTER 90 DAYS

TO THE ORDER OF
AFSCME HEALTH AND
   WELFARE FUND
150 S. 43RD ST
SUITE 4
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE
NON-NEGOTIABLE
NON-NEGOTIABLE

COPY        COPY        COPY        COPY        COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 | AFSCME HEALTH AND WELFARE FUND  01/26/06 | | | | |
| 01/01/06 | .012606 | EMPLOYER NO 410F | 4.326.00 | 0.00 | 4.326.00 |
| | | EMPLOYEE BENEFITS | | | 0.00 |
| | | MONTH - JANUARY 2006 | | | 0.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

GENERAL FUND

4.326.00    0.00    4.326.00

---

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

**GENERAL FUND**

COMMERCE BANK

60-184
313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 01/26/06 | 206995 | ******4,326.00 |

**PAY**  FOUR-THOUSAND THREE-HUNDRED TWENTY-SIX DOLLARS AND NO CENTS  VOID AFTER 90 DAYS

TO THE ORDER OF
AFSCME HEALTH AND
  WELFARE FUND
150 S. 43RD ST
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE    MP
NON-NEGOTIABLE    MP
NON-NEGOTIABLE    MP

COPY        COPY        COPY        COPY        COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 02/01/06 | AFSCME 022306 | HEALTH AND WELFARE FUND  02/23/06 EMPLOYER NO 410F EMPLOYEE BENEFITS MONTH - FEBRUARY 2006 | 4,326.00 | 0.00 | 4,326.00 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

GENERAL FUND

| | | |
|---|---|---|
| 4,326.00 | 0.00 | 4,326.00 |

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

GENERAL FUND

COMMERCE BANK     60-184
                  313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 02/23/06 | 207250 | ******4,326.00 |

PAY    FOUR-THOUSAND THREE-HUNDRED TWENTY-SIX DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

NON-NEGOTIABLE    MP
NON-NEGOTIABLE    MP
NON-NEGOTIABLE    MP

TO THE ORDER OF    AFSCME HEALTH AND
WELFARE FUND
150 S. 43RD ST
HARRISBURG, PA 17111-5708

COPY        COPY        COPY        COPY        COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 03/01/06 | 032306 | AFSCME HEALTH AND WELFARE FUND    03/23/06 EMPLOYER NO 410F EMPLOYEE BENEFITS MONTH - MARCH 2006 | 4.377.50 | 0.00 | 4.377.50 0.00 0.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

GENERAL FUND

| | | |
|---|---|---|
| 4.377.50 | 0.00 | 4.377.50 |

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

**GENERAL FUND**

COMMERCE BANK        60-184
                     313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/23/06 | 207528 | ******4,377.50 |

PAY    FOUR-THOUSAND THREE-HUNDRED SEVENTY-SEVEN DOLLARS VOID AFTER 90 DAYS
       50 CENTS**********************************************************

TO THE ORDER OF

AFSCME HEALTH AND
    WELFARE FUND
150 S. 43RD ST
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE    MP

NON-NEGOTIABLE    MP

NON-NEGOTIABLE    MP

COPY        COPY        COPY        COPY        COPY

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187<br>04/01/06 | AFSCME<br>040606 | HEALTH AND WELFARE FUND    04/06/06<br>EMPLOYER NO 410F<br>EMPLOYEE BENEFITS<br>MONTH - APRIL 2006 | 4,223.00 | 0.00 | 4,223.00<br>0.00<br>0.00 |

**HARRISBURG HOUSING AUTHORITY**
HARRISBURG, PA 17101-2785

GENERAL FUND

4,223.00    0.00    4,223.00

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

**GENERAL FUND**

COMMERCE BANK

60-184
313

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/06/06 | 207628 | ******4,223.00 |

PAY    FOUR-THOUSAND TWO-HUNDRED TWENTY-THREE DOLLARS AND NO/CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

AFSCME HEALTH AND
WELFARE FUND
150 S. 43RD ST
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE    MP

NON-NEGOTIABLE    MP

NON-NEGOTIABLE    MP

COPY        COPY        COPY        COPY        COPY

AFSCME Health & Welfare Fund
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No. 410F
Billing Period: August 2004
Page No: 1

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ADAMS JULIUS | A | 08/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | BARKSDALE TIFFANY | A | 04/01/1995 | | | 20.30 | 4.50 | | 24.00 |
| 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 | BERNABE JOANN | A | 05/01/2001 | | | 20.30 | 4.50 | | 24.00 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 20.30 | 4.50 | | 24.00 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 20.30 | 4.50 | | 24.00 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 20.30 | 4.50 | | 24.00 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 20.30 | 4.50 | | 24.00 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 20.30 | 4.50 | | 24.00 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 20.30 | 4.50 | | 24.00 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 20.30 | 4.50 | | 24.00 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 20.30 | 4.50 | | 24.00 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 20.30 | 4.50 | | 24.00 |
| 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 | CYRAN JERZY | A | 02/01/1990 | | | 20.30 | 4.50 | | 24.00 |
| 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 | DAVID MADELINE | A | 07/01/1990 | | | 20.30 | 4.50 | | 24.00 |
| 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 | DAVIS WILLARD | A | 07/01/1996 | | | 20.30 | 4.50 | | 24.00 |
| 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 | DEAVERS GARY | A | 07/01/1985 | | | 20.30 | 4.50 | | 24.00 |
| 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 | DEPPEN JULIE | N | 12/01/1986 | | | 20.30 | 4.50 | | 24.00 |
| 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 | DICKEY YVETTE | A | 07/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | DUPERT DENA | N | 10/01/2003 | | | 20.30 | 4.50 | | 24.00 |
| 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 | EDEN EMERSON | N | 07/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | FELTON RICK | A | 08/01/2000 | | | 20.30 | 4.50 | | 24.00 |
| 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 | FULLER AUDREY | A | 11/01/2002 | | | 20.30 | 4.50 | | 24.00 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 20.30 | 4.50 | | 24.00 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | HANSARD EUNICE | A | 07/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 20.30 | 4.50 | | 24.00 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 20.30 | 4.50 | | 24.00 |
| 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 | HORVATH JUDY | A | 07/01/1986 | | | 20.30 | 4.50 | | 24.00 |

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department: Richard Mountsier

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Employer No: 410F
Billing Period: August 2004
Page No: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | JACKSON DOVELLA | A | 02/01/2002 | | | 20.30 | 4.50 | | 24.80 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 20.30 | 4.50 | | 24.80 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 20.30 | 4.50 | | 24.80 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 20.30 | 4.50 | | 24.80 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 20.30 | 4.50 | | 24.80 |
| 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 | MARR JOSEPH | A | 01/01/1981 | | | 20.30 | 4.50 | | 24.80 |
| 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 | MCMILLIAN MICHELE | A | 07/01/1997 | | | 20.30 | 4.50 | | 24.80 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 20.30 | 4.50 | | 24.80 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 20.30 | 4.50 | | 24.80 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 20.30 | 4.50 | | 24.80 |
| 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 | MYERS JAMES | N | 07/01/1982 | | | 20.30 | 4.50 | | 24.80 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 20.30 | 4.50 | | 24.80 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 20.30 | 4.50 | | 24.80 |
| 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 | NEGRON AIDA | N | 02/01/1994 | | | 20.30 | 4.50 | | 24.80 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 20.30 | 4.50 | | 24.80 |
| 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 | PAYNE CARL | N | 12/01/2000 | | | 20.30 | 4.50 | | 24.80 |
| 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 | PERRELLI PAMELA | A | 07/01/1997 | | | 20.30 | 4.50 | | 24.80 |
| 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 | PETERS W.DAVID | N | 02/01/1963 | | | 20.30 | 4.50 | | 24.80 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 20.30 | 4.50 | | 24.80 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 20.30 | 4.50 | | 24.80 |
| 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 | RHOADS HAROLD | A | 03/01/1993 | | | 20.30 | 4.50 | | 24.80 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 20.30 | 4.50 | | 24.80 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 20.30 | 4.50 | | 24.80 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 20.30 | 4.50 | | 24.80 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 20.30 | 4.50 | | 24.80 |
| 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 | SLAUGHTER LAWRENCE | N | 05/01/1995 | | | 20.30 | 4.50 | | 24.80 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 20.30 | 4.50 | | 24.80 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 20.30 | 4.50 | | 24.80 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 20.30 | 4.50 | | 24.80 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 20.30 | 4.50 | | 24.80 |
| 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 | THARP DALE | A | 12/01/1986 | | | 20.30 | 4.50 | | 24.80 |
| 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 | THOMAS LULA | A | 11/01/1994 | | | 20.30 | 4.50 | | 24.80 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 20.30 | 4.50 | | 24.80 |
| 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 | WALLACE SR WAYNE | A | 08/01/1998 | | | 20.30 | 4.50 | | 24.80 |
| 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 | WASHINGTON WILLIAM | N | 09/01/2003 | | | 20.30 | 4.50 | | 24.80 |

Employer No: 410F



**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9336

Department:

Richard Mounteler

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Employer No:   410F

Billing Period:   August 2004

PageNo:   3

RECEIVED
AUG - 4 2004
HARRISBURG
HOUSING AUTHORITY

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | WATERS JR DAVID | A | 07/01/1997 | | | 20.30 | 4.50 | | 24.80 |
| 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 | WATKINS BETTY | A | 07/01/1997 | | | 20.30 | 4.50 | | 24.80 |
| 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 | WATTS ANGIE | N | 12/01/1993 | | | 20.30 | 4.50 | | 24.80 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 20.30 | 4.50 | | 24.80 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 20.30 | 4.50 | | 24.80 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 20.30 | 4.50 | | 24.80 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 20.30 | 4.50 | | 24.80 |
| 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 | WRIGHT DEBORAH | A | 07/01/1996 | | | 20.30 | 4.50 | | 24.80 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 20.30 | 4.50 | | 24.80 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 20.30 | 4.50 | | 24.80 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1987 | | | 20.30 | 4.50 | | 24.80 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 20.30 | 4.50 | | 24.80 |

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 Gilboyeaur, David    8/1/2004    44.85    44.35

Department Totals
Subscribers    0.00    0.00    1664.60    369.00    0.00    2033.60

Totals:   0    0    82    82    0

Prescription    0.00
Single Dental   0.00
Family Dental   1664.60
Vision          369.00
Disability      0.00
TOTAL DUE       2033.60

3,722.55
83
373.50

ADJUSTMENTS
ADJUSTED TOTAL    4,091.05

EXPLANATION OF ADJUSTMENTS:

**PLEASE NOTE ANY SUBSCRIBER ADDITIONS AND TERMINATIONS AND ADJUST BILL ACCORDINGLY**

**PLEASE REPORT CHANGES IN DEPENDENTS OR ADDRESSES OF SUBSCRIBERS ON SEPARATE FORM**

Employer No:    410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F

Billing Period: September 2004

PageNo: 1

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ADAMS JULIUS | A | 06/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ANDERSON LINDA | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BARKSDALE TIFFANY | A | 04/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BERNABE JOANN | A | 05/01/2001 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1996 | | | 44.85 | 4.60 | | 49.35 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CYRAN JERZY | A | 02/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEAVERS GARY | A | 12/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DICKEY YVETTE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GIBOYEAUX DAVID | N | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HANSARD EUNICE | A | 06/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 44.85 | 4.50 | | 49.35 |

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9336

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F

Billing Period: September 2004

PageNo: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HORVATH JUDY | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON DOVELLA | A | 02/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MARR JOSEPH | A | 01/01/1981 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MCMILLAN MICHELE | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOUNTSIER RICHARD | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES | A | 07/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | REISSER MILTON | N | 03/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RHOADS HAROLD | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SCOTT RUDOLPH | N | 08/01/1998 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SHENCK JERRY | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SMITH BRIAN | A | 03/01/1998 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THARP DALE | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THOMAS LULA | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WALLACE SR WAYNE | A | 08/01/1998 | | | 44.85 | 4.50 | | 49.35 |

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:    **410F**

Billing Period:    September 2004

Page No:    3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | WASHINGTON WILLIAM | N | 09/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATERS JR DAVID | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH JAMES | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH MICHAEL | N | 09/01/2001 | | | 44.85 | 4.50 | | 49.35 |

| Department Totals | | | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|
| Subscribers | | | 0 | 0 | 83 | 83 | 0 | |
| | | | 0.00 | 0.00 | 3722.55 | 373.50 | 0.00 | 4096.05 |

Totals:

|  |  |
|---|---|
| Prescription | 0 |
| Single Dental | 0 |
| Family Dental | 83 |
| Vision | 83 |
| Disability | 0 |

| | |
|---|---|
| Prescription | 0.00 |
| Single Dental | 0.00 |
| Family Dental | 3722.55 |
| Vision | 373.50 |
| Disability | 0.00 |
| **TOTAL DUE** | 4096.05 |
| ADJUSTMENTS | |
| ADJUSTED TOTAL | |

*Group Health - August*

*Less Washington*

EXPLANATION OF ADJUSTMENTS:

*+ 49.35*

*< 49.35 >*

*4143.40*

*< 47.35 >*

*4,096.05*

**AUG 30 2004 RECEIVED**
**HARRISBURG HOUSING AUTHORITY**

*PLEASE NOTE ANY SUBSCRIBER ADDITIONS AND TERMINATIONS AND ADJUST BILL ACCORDINGLY*

**PLEASE REPORT CHANGES IN DEPENDENTS OR ADDRESSES OF SUBSCRIBERS ON SEPARATE FORM**

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-8338

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 4101
Billing Period: October 2004
Page No: 1

Department:

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ADAMS JULIUS | A | 08/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BARKSDALE TIFFANY | N | 04/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BERNABE JOANN | A | 05/01/2001 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BLACKWELL GARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN ISABELL | N | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BURDEN FRED | N | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CAMPBELL CHRISTI | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CLINE JOSEPH | N | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CYRAN JERZY | A | 02/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEAVERS GARY | A | 12/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DIGKEY YVETTE | N | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FULLER AUDREY | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GIBOYEAUX DAVID | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 44.85 | 4.50 | | 49.35 |

Employer No: 4101



AFSCME Health & Welfare Fund
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mounsier

Employer No: 410F

Billing Period: October 2004

Page No: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HORVATH JUDY | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON DOYELLA | A | 02/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KAUFMAN GROVER | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MARR JOSEPH | A | 01/01/1981 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MCMILLIAN MICHELE | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES | A | 07/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS KEITH | N | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NESBETH STAINTON | N | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PAYNE CARL | N | 12/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PERRELLI PAMELA | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PETERS W.DAVID | N | 02/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RHOADS HAROLD | A | 03/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SCOTT RUDOLPH | N | 08/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SHENCK JERRY | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SLAUGHTER LAWRENCE | N | 05/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THARP DALE | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THARP TIMOTHY | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WALLACE SR WAYNE | A | 08/01/1998 | | | 44.85 | 4.50 | | 49.35 |

Employer No: 410F

AFSCME Health & Welfare Fund
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9336

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F

Billing Period: October 2004

PageNo: 3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | WATTERS JR DAVID | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| -97-40-8461 | WRIGHT DEBORAH | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 1-60-2715 | YOHE BRIAN | A | 11/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 44.85 | 4.50 | | 49.35 |

| Department Totals Subscribers | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|
| | 0.00 / 0 | 0.00 / 0 | 3677.70 / 82 | 369.00 / 82 | 0.00 / 0 | 4046.70 |

Totals:

|  |  |  |
|---|---|---|
| Prescription | 0 | 0.00 |
| Single Dental | 0 | 0.00 |
| Family Dental | 82 | 3677.70 |
| Vision | 82 | 369.00 |
| Disability | 0 | 0.00 |
| TOTAL DUE | | 4046.70 |
| ADJUSTMENTS | | |
| ADJUSTED TOTAL | | 4046.70 |



RECEIVED
SEP 2 9 2004
HARRISBURG
HOUSING AUTHORITY

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)692-7322
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:
Billing Period: November 2004
Page No: 1

410F

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ADAMS JULIUS | A | 08/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BALLARD ROBERT | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BARKSDALE TIFFANY | A | 04/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BERNABE JOANN | A | 05/01/2001 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN ISABELL | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BURDEN FRED | N | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CYRAN JERZY | A | 02/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEAVERS GARY | N | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DICKEY YVETTE | N | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FELTON RICK | N | 11/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FULLER AUDREY | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GIBOYEAUX DAVID | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEATH GEORGE | A | 01/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEISEY RICHARD | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 44.85 | 4.50 | | 49.35 |

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mounsier

Employer No:  410F

Billing Period:  November 2004

PageNo:  2

Employer No:  410F

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HORVATH JUDY | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON DOVELLA | A | 02/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MARR JOSEPH | A | 01/01/1981 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MCMILLAN MICHELE | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES | N | 07/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PETERS W DAVID | A | 02/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RAINEY LESTER | N | 05/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RHOADS HAROLD | A | 03/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SMITH BRIAN | N | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THARP DALE | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THOMAS LULA | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATERS JR DAVID | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)992-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:

Billing Period: November 2004

PageNo:  3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZEIGLER LEE | N | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH MICHAEL | A | 08/01/2001 | | | 44.85 | 4.50 | | 49.35 |

Department Totals
Subscribers                    0         0              81          81                     81

                      0.00      0.00    3632.85    364.50      0.00

Totals:          0         0              81          81                     81

                      0.00      0.00    3632.85    364.50      0.00

| | |
|---|---|
| Prescription | 0.00 |
| Single Dental | 0.00 |
| Family Dental | 3632.85 |
| Vision | 364.50 |
| Disability | 0.00 |
| TOTAL DUE | 3997.35 |
| ADJUSTMENTS | |
| ADJUSTED TOTAL | 3997.35 |

RECEIVED
NOV 23 2004
HARRISBURG
HOUSING AUTHORITY

Employer No:  410F

Employer No:  410F

AFSCME Health & Welfare Fund
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F
Billing Period: December 2004
PageNo: 1

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ADAMS JULIUS | A | 08/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BARKSDALE TIFFANY | A | 04/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BERNABE JOANN | A | 05/01/2001 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BURDEN FRED | N | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CYRAN JERZY | A | 02/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVID MADELINE | A | 07/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DICKEY YVETTE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FELTON RICK | N | 11/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FULLER AUDREY | N | 09/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GIBOYEAUX DAVID | N | 09/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GREEN TONI | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GROSKO ROBERT | N | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 44.85 | 4.50 | | 49.35 |

Employer No:  410F

22 NOV 2004 Page 27

Report PRRDEDRC Run 6

HARRISBURG HOUSING AUTHORITY

CURRENT PERIOD DEDUCTION REGISTER FOR - HEALTH & WELFARE FOR PERIOD ENDING 11/19/2004

| Employee Name | Social Sec Number | Ded Cde | Employee Deduction | Employer Paid Amt | Total Amount | Acct Number | |
|---|---|---|---|---|---|---|---|
| ADAMS, JULIUS | | 158 | 0.00 | 49.35 | 49.35 | | |
| ANDERSON, LINDA | | 158 | 0.00 | 49.35 | 49.35 | | |
| BALLARD, ROBERT | | 158 | 0.00 | 49.35 | 49.35 | | |
| BARKSDALE, TIFFANY | | 158 | 0.00 | 49.35 | 49.35 | | MATERNITY LVE. No pay, Gets benefits |
| BERNABE, JOANN | | 158 | 0.00 | 0.00 | | | |
| BLACKWELL, CARL | | 158 | 0.00 | 49.35 | 49.35 | | |
| BOMBERGER, CYNTHIA | | 158 | 0.00 | 49.35 | 49.35 | | ccs error |
| BOROCZ, MICHELLE | | 158 | 0.00 | 0.00 | | | |
| ~~BOWMAN, ISABELLE~~ | | ~~158~~ | ~~0.00~~ | ~~49.35~~ | 49.35 | | |
| BOWMAN, JEANNE ok | | 158 | 0.00 | 49.35 | 49.35 | | Leave - No pay. Gets benefits |
| ~~BURDEN, FRED~~ | | ~~158~~ | ~~0.00~~ | ~~0.00~~ | | | |
| CAMPBELL, CHRISTINE | | 158 | 0.00 | 49.35 | 49.35 | | |
| CARABALLO, EVELYN | | 158 | 0.00 | 49.35 | 49.35 | | |
| CHARLES, KATHLEEN | | 158 | 0.00 | 49.35 | 49.35 | | |
| CLINE, JOSEPH | | 158 | 0.00 | 49.35 | 49.35 | | |
| COLLINS, PHILLIP | | 158 | 0.00 | 49.35 | 49.35 | | |
| COPELAND, GWEN | | 158 | 0.00 | 49.35 | 49.35 | | |
| CYRAN, JERZY | | 158 | 0.00 | 49.35 | 49.35 | | |
| DAVID, MADELINE | | 158 | 0.00 | 49.35 | 49.35 | | |
| DAVIS, WILLARD | | 158 | 0.00 | 0.00 | | | Lve. - .. |
| DEAVERS, GARY | | 158 | 0.00 | 49.35 | 49.35 | | ccs error |
| DEPPEN, JULIE | | 158 | 0.00 | 0.00 | | | |
| DICKEY, YVETTE | | 158 | 0.00 | 0.00 | ✓ | | |
| DIGGS, JAMES | | 158 | 0.00 | 49.35 | 49.35 | | |
| DUPERT, DENA | | 158 | 0.00 | 0.00 | ✓ | | |
| EDEN, EMERSON | | 158 | 0.00 | 49.35 | 49.35 | | |
| FELTON, RICK | | 158 | 0.00 | 49.35 | 49.35 | | |
| GREEN, TONI | | 158 | 0.00 | 49.35 | 49.35 | | |
| GROSKO, ROBERT | | 158 | 0.00 | 49.35 | 49.35 | | |
| HAIRSTON, SAMUEL | | 158 | 0.00 | 49.35 | 49.35 | | |
| HAWK, CHERYL | | 158 | 0.00 | 49.35 | 49.35 | | |
| HEATH, GEORGE | | 158 | 0.00 | 49.35 | 49.35 | | |
| HEISEY, RICHARD | | 158 | 0.00 | 49.35 | 49.35 | | |
| HOLLAND, GWENDOLYN | | 158 | 0.00 | 0.00 | ✓ | | |
| HORVATH, JUDY | | 158 | 0.00 | 49.35 | 49.35 | | |
| JACKSON, DOVELLA | | 158 | 0.00 | 49.35 | 49.35 | | |
| JACKSON, VIOLA | | 158 | 0.00 | 0.00 | ✓ | | |
| JOHNSON, GARY | | 158 | 0.00 | 49.35 | 49.35 | | |
| JOHNSON, JANINE | | 158 | 0.00 | 49.35 | 49.35 | | |
| KAUFFMAN, GROVER | | 158 | 0.00 | 49.35 | 49.35 | | |
| KISTLER, STEVEN | | 158 | 0.00 | 49.35 | 49.35 | | |
| MARR, JOSEPH | | 158 | 0.00 | 49.35 | 49.35 | | |
| ~~MCMILLIAN, MICHELE~~ | | 158 | 0.00 | 49.35 | 49.35 | | |
| MITCHELL, GLENN | | 158 | 0.00 | 49.35 | 49.35 | | |
| MONTGOMERY, EUGENE | | 158 | 0.00 | 49.35 | 49.35 | | |
| MOUNTSIER, RICHARD | | 158 | 0.00 | 49.35 | 49.35 | | |
| MYERS, JAMES | | 158 | 0.00 | 49.35 | 49.35 | | |
| MYERS, JAMES | | 158 | 0.00 | 49.35 | 49.35 | | |
| MYERS, KEITH | | 158 | 0.00 | 49.35 | 49.35 | | |
| NEGRON, AIDA | | 158 | 0.00 | 49.35 | 49.35 | | |
| NESBETH, STAINTON | | 158 | 0.00 | 49.35 | 49.35 | | |
| PAYNE, CARL | | 158 | 0.00 | 49.35 | 49.35 | | |

CHK-FINAL Release CCSPR 5.0

By pts3 CCSPR for pts3 RICH on 12:35:50 NOV 22 2004

NOV AFSCME H&W pmt.

| Employee Name | Social Sec Number | Ded Cde | Employee Deduction | Employer Paid Amt | Total Amount | Acct Number |
|---|---|---|---|---|---|---|
| PERRELLI, PAMELA | | 158 | 0.00 | 49.35 | 49.35 | |
| PETERS, W | | 158 | 0.00 | 49.35 | 49.35 | |
| POWELL-FULLER, AUDREY | | 158 | 0.00 | 49.35 | 49.35 | |
| RAINEY, LESTER | | 158 | 0.00 | 49.35 | 49.35 | |
| REISSER, MILTON | | 158 | 0.00 | 49.35 | 49.35 | |
| RHOADS, HAROLD | | 158 | 0.00 | 49.35 | 49.35 | |
| ROBINSON, LEROY | | 158 | 0.00 | 49.35 | 49.35 | |
| SAMUELS, ALFRED | | 158 | 0.00 | 49.35 | 49.35 | |
| SCOTT, RUDOLPH | | 158 | 0.00 | 49.35 | 49.35 | |
| SHENCK, JERRY | | 158 | 0.00 | 49.35 | 49.35 | |
| SLAUGHTER, LAWRENCE | | 158 | 0.00 | 49.35 | 49.35 | |
| SMITH, BRIAN | | 158 | 0.00 | 49.35 | 49.35 | |
| STIPE, KAREN | | 158 | 0.00 | 49.35 | 49.35 | |
| STUMP, ROGER | | 158 | 0.00 | 49.35 | 49.35 | |
| TAYLOR, TIMOTHY | | 158 | 0.00 | 49.35 | 49.35 | |
| THARP, DALE | | 158 | 0.00 | 49.35 | 49.35 | |
| THOMAS, LULA | | 158 | 0.00 | 49.35 | 49.35 | |
| TRUEBLOOD, MARVIN | | 158 | 0.00 | 49.35 | 49.35 | |
| WALLACE, SR, WAYNE | | 158 | 0.00 | 0.00 | | |
| WASHINGTON, WILLIAM | | 158 | 0.00 | 0.00 | Self paid | |
| WATKINS, BETTY | | 158 | 0.00 | 49.35 | 49.35 | |
| WATTS, ANGIE | | 158 | 0.00 | 49.35 | 49.35 | |
| WHITE, EARL | | 158 | 0.00 | 49.35 | 49.35 | |
| WINKLER, JERZY | | 158 | 0.00 | 49.35 | 49.35 | |
| WOMER, GARY | | 158 | 0.00 | 49.35 | 49.35 | |
| WOODHEAD, CARL | | 158 | 0.00 | 49.35 | 49.35 | |
| WRIGHT, DEBORAH | | 158 | 0.00 | 49.35 | 49.35 | |
| YOHE, BRIAN | | 158 | 0.00 | 49.35 | 49.35 | |
| ZEIGLER, LEE | | 158 | 0.00 | 49.35 | 49.35 | |
| ZIVANOVICH, JAMES | | 158 | 0.00 | 49.35 | 49.35 | |
| ZIVANOVICH, MICHAEL | | 158 | 0.00 | 49.35 | 49.35 | |
| | | | 0.00 | 3,553.20 | 3,553.20 | 158-HEALTH & WELFARE EMPLOYER PAID |
| HEALTH & WELFARE | | | 0.00 | 3,553.20 | 3,553.20 | |

+ 296.10 49.35 x longnighted
+ 148.05 + GHccu people - waters, Halsted + Gibeaux
3,997.35 Invoice Amt

CHK-FINAL Release CCSPR 5.0

By pts3 CCSPR for pts3 RICH on 12:35:50 NOV 22 2004

| DATE OF INVOICE | CONT. OR ORDER NO. | DESCRIPTION | AMOUNT AS RENDERED | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 000187 01/01/05 | 012705 | AFSCME HEALTH AND WELFARE FUND 01/27/05<br>EMPLOYER NO 410F<br>EMPLOYEE BENEFITS<br>MONTH - JANUARY | 4,096.05 | 0.00 | 4,096.05<br>0.00<br>0.00 |
| | | | 4,096.05 | 0.00 | 4,096.05 |

HARRISBURG HOUSING AUTHORITY
HARRISBURG, PA 17101-2785

GENERAL FUND

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2785

COMMERCE BANK 60-184/313

GENERAL FUND

| DATE | CONTROL NO | AMOUNT |
|---|---|---|
| 01/27/05 | 203647 | ******4,096.05 |

PAY FOUR-THOUSAND NINETY-SIX DOLLARS AND 05 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
AFSCME HEALTH AND
WELFARE FUND
150 S. 43RD ST
SUITE 4
HARRISBURG, PA 17111-5708

NON-NEGOTIABLE MP
NON-NEGOTIABLE MP
NON-NEGOTIABLE MP

COPY COPY COPY COPY COPY

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: **410F**
Billing Period: **January 2005**
PageNo: 1

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ADAMS JULIUS | A | 08/01/1987 | Terminate | | 44.85 | 4.50 | | 49.35 |
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | AWAD-HART YOLANDA | A | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BARKSDALE TIFFANY | A | 04/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BERNABE JOANN | A | 05/01/2001 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CYRAN JERZY | A | 02/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DICKEY YVETTE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GIBOYEAUX DAVID | N | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GREEN TONI | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |

PAID JAN 27 2005

AFSCME Health & Welfare Fund
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Richard Mountsier

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Employer No: 410F
Billing Period: January 2005
PageNo: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HOLLAND GWENDOLYN | A | 08/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON DOVELLA | A | 02/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON VIOLA | A | 07/01/1988 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MARR JOSEPH | A | 01/01/1981 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MCMILLIAN MICHELE | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES | A | 07/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES R | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS KEITH | N | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PETERS W.DAVID | A | 02/01/1963 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RHOADS HAROLD | N | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THARP DALE | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THOMAS LULA | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-8336

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:    410F

Billing Period: January, 2005

PageNo:    3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WASHINGTON WILLIAM | N | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATERS JR DAVID | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WRIGHT DEBORAH | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 44.85 | 4.50 | | 49.35 |

Department Totals
Subscribers                          0.00        0.00        3767.40      378.00       0.00       4145.40
                            0           0                     84          84          0

Totals:

|  |  |
|---|---|
| Prescription | 0 |
| Single Dental | 0 |
| Family Dental | 84 |
| Vision | 84 |
| Disability | 0 |

|  |  |
|---|---|
| Prescription | 0.00 |
| Single Dental | 0.00 |
| Family Dental | 3767.40 |
| Vision | 378.00 |
| Disability | 0.00 |
| **TOTAL DUE** | **4145.40** |
| ADJUSTMENTS | |
| ADJUSTED TOTAL | |

EXPLANATION OF ADJUSTMENTS:

RECEIVED
JAN 1 1 2005
HARRISBURG
HOUSING AUTHORITY *Less Adams, Julius*

**PLEASE NOTE ANY SUBSCRIBER ADDITIONS AND TERMINATIONS AND ADJUST BILL ACCORDINGLY**

**PLEASE REPORT CHANGES IN DEPENDENTS OR ADDRESSES OF SUBSCRIBERS ON SEPARATE FORM**

<49,35>

4096.05

Employer No:    410F

AFSCME Health & Welfare Fund
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7322
(717)564-9338

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: **410F**

Billing Period: February 2005

PageNo: 1

Department:

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | AWAD-HART YOLANDA | A | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BARKSDALE TIFFANY | A | 04/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BERNABE JOANN | A | 05/01/2001 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BLACKWELL CARL | A | 01/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOROGZ MICHELLE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CLINE JOSEPH | N | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CYRAN JERZY | A | 02/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DICKEY YVETTE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DUPERT DENA | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | EDMONDS DAVID | A | 02/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FELTON RICK | N | 11/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GIBOYEAUX DAVID | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GROSKO ROBERT | A | 10/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |

Employer No: 410F

CLAIM # 76869

AFSCME Health & Welfare Fund
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F

Billing Period: February 2005

Page No: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HOLLAND GWENDOLYN | A | 06/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON DOVELLA | A | 02/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MARR JOSEPH | A | 01/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MCMILLAN MICHELE | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES | N | 07/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NEGRON AIDA | A | 02/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NESBETH STAINTON | A | 01/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PAYNE CARL | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RHOADS HAROLD | A | 03/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THARP DALE | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THOMAS LULA | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: **410F**

Billing Period: **February 2005**

PageNo: 3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WASHINGTON WILLIAM | N | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATERS JR DAVID | N | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATKINS DAVID | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOODHEAD CARL | A | 01/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 44.85 | 4.50 | | 49.35 |
| **Department Totals** | | | | 0.00 | 0.00 | 3767.40 | 378.00 | 0.00 | 4145.40 |
| **Subscribers** | | | | 0 | 0 | 84 | 84 | 0 | |

Totals:

| | | |
|---|---|---|
| Prescription | 0 | 0.00 |
| Single Dental | 0 | 0.00 |
| Family Dental | 84 | 3767.40 |
| Vision | 84 | 378.00 |
| Disability | 0 | 0.00 |
| TOTAL DUE | | 4145.40 |
| ADJUSTMENTS | | |
| ADJUSTED TOTAL | | 4145.40 |

EXPLANATION OF ADJUSTMENTS:

**PLEASE NOTE ANY SUBSCRIBER ADDITIONS AND TERMINATIONS AND ADJUST BILL ACCORDINGLY***

**PLEASE REPORT CHANGES IN DEPENDENTS OR ADDRESSES OF SUBSCRIBERS ON SEPARATE FORM**

RECEIVED
FEB -3 2005
HARRISBURG
HOUSING AUTHORITY

Employer No: **410F**

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mounsier

Employer No: 410F

Billing Period: **March 2005**

PageNo: 1

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | AWAD-HART YOLANDA | N | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BARKSDALE TIFFANY | A | 04/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BERNABE JOANN | A | 05/01/2001 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BLACKWELL CARL | A | 01/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN ISABELL | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CLINE JOSEPH | A | 01/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CYRAN JERZY | A | 02/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DICKEY YVETTE | N | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | EDMONDS DAVID | N | 02/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FELTON RICK | N | 11/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GIBOYEAUX DAVID | N | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GREEN TONI | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEISEY RICHARD | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |

PAID
MAR 17 2005

Check #77347

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)692-7332
(717)564-9336

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:    410F

Billing Period:    **March 2005**

PageNo:    2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON DOVELLA | A | 02/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KAUFMAN GROVER | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MARR JOSEPH | A | 01/01/1981 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MCMILLAN MICHELE | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOUNTSIER RICHARD | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES | A | 07/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS KEITH | A | 03/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PETERS W DAVID | A | 02/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RHOADS HAROLD | A | 03/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SHENCK JERRY | N | 07/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THARP DALE | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THOMAS LULA | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |

Employer No:    410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: **410F**

Billing Period: **March 2005**

PageNo: **3**

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WASHINGTON WILLIAM | N | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATERS JR DAVID | A | 09/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 44.85 | 4.50 | | 49.35 |

| Department Totals Subscribers | | | 0.00 0 | 0.00 0 | 3767.40 84 | 378.00 84 | 0.00 0 | 4145.40 |

| Totals: | | | | 0 Prescription | 0.00 |
|---|---|---|---|---|---|
| | | | | 0 Single Dental | 0.00 |
| | | | | 84 Family Dental | 3767.40 |
| | | | | 84 Vision | 378.00 |
| | | | | 0 Disability | 0.00 |
| | | | | TOTAL DUE | 4145.40 |
| | | | | ADJUSTMENTS | |
| | | | | ADJUSTED TOTAL | 4145.40 |

RECEIVED
FEB 24 2005
HARRISBURG
HOUSING AUTHORITY

OK
RCM

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F
Billing Period: April 2005
Page No: 1

| Soc. Sec. # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | AWAD-HART YOLANDA | N | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BARKSDALE TIFFANY | A | 04/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BERNABE JOANN | N | 05/01/2001 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN JEANNE | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CARABALLO EVELYN | N | 10/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CRAWFORD MICHAEL | A | 04/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CYRAN JERZY | A | 02/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEAVERS GARY | N | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DICKEY YVETTE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DUPERT DENA | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | EDMONDS DAVID | A | 02/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FELTON RICK | N | 11/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GIBOYEAUX DAVID | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GREEN TONI | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GROSKO ROBERT | A | 10/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |

Employer No: 410F

CLAIM # 77685

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F
Billing Period: April 2005
Page No: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON DOVELLA | A | 02/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MARR JOSEPH | A | 01/01/1981 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MCMILLIAN MICHELE | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MITCHELL GLENN | A | 01/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES | A | 07/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | REISSER MILTON | N | 07/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RHOADS HAROLD | A | 03/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THARP DALE | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THOMAS LULA | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA. 17101

Richard Mountsier

Employer No:                    410F

Billing Period:    April 2005

PageNo:              3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WASHINGTON WILLIAM | N | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATERS JR DAVID | N | 08/04/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH JAMES | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 44.85 | 4.50 | | 49.35 |

| | Department Totals | | | 0.00 | 0.00 | 3812.25 | 382.50 | 0.00 | 4194.75 |
| | Subscribers | | | 0 | 0 | 85 | 85 | | |

Totals:

| | | |
|---|---|---|
| Prescription | 0 | 0.00 |
| Single Dental | 0 | 0.00 |
| Family Dental | 85 | 3812.25 |
| Vision | 85 | 382.50 |
| Disability | 0 | 0.00 |
| **TOTAL DUE** | | 4194.75 |
| ADJUSTMENTS | | |
| ADJUSTED TOTAL | | 4195.40 |

RECEIVED
MAR 24 2005
HARRISBURG
HOUSING AUTHORITY

Employer No:    410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)692-7332
(717)564-9838

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA. 17101

Richard Mountsier

Employer No:   410F

Billing Period:

PageNo:   1

REVISED

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | AWAD-HART YOLANDA | A | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BALLARD ROBERT | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BARKSDALE TIFFANY | A | 04/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BERNABE JOANN | A | 05/01/2001 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CARABALLO EVELYN | N | 10/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CRAWFORD MICHAEL | A | 04/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | CYRAN JERZY | A | 02/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DAVIS WILLARD | A | 07/01/1965 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DEFFEN JULIE | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DICKEY YVETTE | N | 10/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | EDMONDS DAVID | A | 02/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FELTON RICK | N | 11/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GIBOYEAUX DAVID | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GREEN TONI | A | 10/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | GROSKO ROBERT | A | 01/01/1962 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 44.85 | 4.50 | | 49.35 |

Employer No:   410F

CCAIn # 78084

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7322
(717)564-9336

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA. 17101

Richard Mcintsier

Employer No: 410F

Billing Period: May 2005

PageNo: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON DOVELLA | A | 02/01/2002 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JACKSON VIOLA | A | 07/01/1996 | | | 44.85 | 4.50 | | 49.35 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KAUFFMAN GROVER | A | 11/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MARR JOSEPH | A | 01/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MCMILLAN MICHELE | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1990 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES | A | 07/01/1982 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | PRICE ELAYNE | A | 04/01/2005 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 44.85 | 4.50 | | 49.35 |
| 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 | REISSER MILTON | A | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | RHOADS HAROLD | N | 03/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SAMUELS ALFRED | N | 01/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 44.85 | 4.50 | | 49.35 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | THARP DALE | A | 12/01/1996 | | | 44.85 | 4.50 | | 49.35 |

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)892-7332
(717)584-9335

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Employer No:

Billing Period: May 2005

410F

Department:                    Richard Mountsier                    PageNo:    3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | THOMAS LULA | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WASHINGTON WILLIAM | N | 12/01/2004 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 44.85 | 4.50 | | 49.35 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 44.85 | 4.50 | | 49.35 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 44.85 | 4.50 | | 49.35 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 44.85 | 4.50 | | 49.35 |

Department Totals
Subscribers

| | Prescription | Single Dental | Family Dental | Vision | Disability |
|---|---|---|---|---|---|
| Totals: | 0.00 | 0.00 | 3812.25 | 382.50 | 0.00 |
| | 0 | 0 | 85 | 85 | 0 |

| | | |
|---|---|---|
| Prescription | 0 | 0.00 |
| Single Dental | 0 | 0.00 |
| Family Dental | 85 | 3812.25 |
| Vision | 85 | 382.50 |
| Disability | 0 | 0.00 |
| **TOTAL DUE** | | 4194.75 |
| ADJUSTMENTS | | 4194.75 |
| ADJUSTED TOTAL | | |

＊ owes for E. Price
y 4/.05.

+ 4/.35
$ 4234.10

85
RCM

FROM : AFSCME Health & Welfare Fund    FAX NO. : 717 584-9709    Apr. 20 2005 12:51PM P2

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA, 17101

Richard Mountsier

Employer No: 410F
Billing Period: July 2005

PageNo: 1

~ new rate ~

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | AWAD-HART YOLANDA | N | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BARKSDALE TIFFANY | N | 04/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CARABALLO EVELYN | N | 10/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CRAWFORD MICHAEL | A | 04/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CYRAN JERZY | A | 02/01/1990 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVID MADELINE | A | 07/01/1998 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEAVERS GARY | A | 12/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DICKEY YVETTE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | EDMONDS DAVID | A | 02/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FILIPPELLI ANTHONY | A | 05/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GIBOYEAUX DAVID | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |

PAID JUL 21 2005

Employer No: 410F

CLAIM # 79129

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:   **410F**

Billing Period:   July 2005

PageNo:   2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KAUFMAN GROVER | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MARK JOSEPH | A | 01/01/1981 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MCMILLIAN MICHELE | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES | A | 07/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PRICE ELAINE | A | 04/01/2006 | | | 47.00 | 4.50 | | 56.60 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 47.00 | 4.50 | | 51.50 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RHOADS HAROLD | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THARP DALE | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THOMAS LULA | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |

Employer No:   **410F**

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:    **410F**

Billing Period:    **July, 2005**

PageNo:    3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WASHINGTON WILLIAM | N | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH JAMES | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 47.00 | 4.50 | | 51.50 |

| Department Totals | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Subscribers | | | | 0 | 0 | 84 | 84 | 0 | |
| | | | | 0.00 | 0.00 | 3948.00 | 378.00 | 0.00 | 4326.00 |

Totals:

| | | | 0 | 0 | 84 | 84 | 0 | |
|---|---|---|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | 3948.00 | 378.00 | 0.00 | 4326.00 |

Prescription        0.00
Single Dental        0.00
Family Dental    3948.00
Vision        378.00
Disability        0.00
TOTAL DUE    4326.00
ADJUSTMENTS
ADJUSTED TOTAL

154.50
4,171.50

3 Termin-
ations

RECEIVED
JUN 2 8 2005
HARRISBURG
HOUSING AUTHORITY

Employer No:    **410F**

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Richard Mountsier

Harrisburg Housing Authority
351 Chestnut Street, 12th Floor
Harrisburg, PA 17101

Employer No: **410F**

Billing Period: **August 2005**

PageNo: 1

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | AWAD-HART YOLANDA | N | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BARKSDALE TIFFANY | A | 04/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BLACKWELL CARL | A | 01/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN ISABELL | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BURDEN FRED | A | 11/01/1990 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CRAWFORD MICHAEL | A | 04/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DICKEY YVETTE | N | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | EDMONDS DAVID | A | 02/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FILIPPELLI ANTHONY | N | 05/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GIBOVEAUX DAVID | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |

Employer No: **410F**



PAID AUG 04 2005

CLAIM # 79451

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Richard Mounisier
Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Employer No: 410F
Billing Period: August 2005
Page No: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MARR JOSEPH | A | 01/01/1981 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES | N | 07/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NEGRON AIDA | A | 02/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NESBETH STAINTON | A | 01/01/1987 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 47.00 | 4.50 | | 51.50 |
| 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 | REISER MILTON | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RHOADS HAROLD | A | 03/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SAMUELS ALFRED | N | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SLAUGHTER LAWRENCE | N | 05/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THARP DALE | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THOMAS LULA | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WASHINGTON WILLIAM | N | 12/01/2004 | Terminated | | 47.00 | 4.60 | | 51.50 |

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:    **410F**

Billing Period:    **August 2005**

PageNo:    3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH JAMES | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 47.00 | 4.50 | | 51.50 |

*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 LIVINGSTON, LATASHA* 

Department Totals Subscribers: 0.00 / 0    0.00 / 0    3807.00 / 81    364.50 / 81    0.00 / 0    4171.50

Totals:    81

| | |
|---|---|
| Prescription | 0.00 |
| Single Dental | 0.00 |
| Family Dental | 3807.00 |
| Vision | 364.50 |
| Disability | 0.00 |
| **TOTAL DUE** | **4171.50** |
| ADJUSTMENTS | |
| ADJUSTED TOTAL | |

0 Prescription
0 Single Dental
81 Family Dental
81 Vision
0 Disability

RECEIVED
JUL 27 2005
HARRISBURG
HOUSING AUTHORITY

Employer No:    **410F**

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F
Billing Period: September 2005
PageNo: 1

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOMBERGER CYNTHIA | N | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | AWAD-HART YOLANDA | N | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN ISABELL | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BARKSDALE TIFFANY | A | 04/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BLACKWELL CARL | A | 01/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BURDEN FRED | N | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CHARLES KATHLEEN | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COLLINS SR PHILLIP | A | 12/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CRAWFORD MICHAEL | A | 04/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DICKEY YVETTE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | EDMONDS DAVID | N | 02/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FLIPPELLI ANTHONY | A | 05/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GIBOYEAUX DAVID | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAIRSTON SAMUEL | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |

PAID
SEP 09 2005

CLAIM #79959

Employer No: 410F

AFSCME Health & Welfare Fund
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:   **410F**

Billing Period:   September 2005

PageNo:   2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | LIVINGSTON LATOSHA | A | 08/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MARR JOSEPH | A | 01/01/1981 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES | A | 07/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NESBETH STAINTON | N | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RAINEY LESTER | N | 05/01/1987 | | | 47.00 | 4.50 | | 51.50 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RHOADS HAROLD | A | 03/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SAMUELS ALFRED | N | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THARP DALE | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THOMAS LULA | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |

Employer No:   **410F**

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:    410F

Billing Period:    September 2005

PageNo:    3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 47.00 | 4.50 | | 51.50 |

Department  Totals
Subscribers

| | Prescription | Single Dental | Family Dental | Vision | Disability |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 3807.00 | 364.50 | 0.00 |
| | 0 | 0 | 81 | 81 | 0 |

Totals:

|  |  |  |
|---|---|---|
| Prescription | 0 | 0.00 |
| Single Dental | 0 | 0.00 |
| Family Dental | 81 | 3807.00 |
| Vision | 81 | 364.50 |
| Disability | 0 | 0.00 |
| TOTAL DUE | | 4171.50 |
| ADJUSTMENTS | | |
| ADJUSTED TOTAL | | 4171.50 |

4,120.00

RCM

RECEIVED
AUG 2 2 2005
HARRISBURG
HOUSING AUTHORITY

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F
Billing Period: October 2005
PageNo: 1

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | AWAD-HART YOLANDA | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BLACKWELL CARL | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CRAWFORD MICHAEL | A | 04/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DICKEY YVETTE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DUPERT DENA | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | EDMONDS DAVID | A | 02/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FILIPPELLI ANTHONY | A | 05/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GIBOYEAUX DAVID | N | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 47.00 | 4.50 | | 51.50 |

Employer No: 410F

PAID SEP 29 2005

CLAIM # 80271

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Richard Mountsier

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Employer No: 410F

Billing Period: October 2005

PageNo: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | LIVINGSTON LATOSHA | A | 08/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MARR JOSEPH | A | 10/01/1981 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES | A | 07/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 47.00 | 4.50 | | 51.50 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RHOADS HAROLD | N | 03/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT RUDOLPH | N | 08/01/1998 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SMITH BRIAN | A | 03/01/1998 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THARP DALE | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THOMAS LULA | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:   410F

Billing Period:   October 2005

PageNo:   3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 47.00 | 4.50 | | 51.50 |
| | Department Totals Subscribers | | | 0.00 0 | 0.00 0 | 3760.00 80 | 360.00 80 | 0.00 0 | 4120.00 80 |

Totals:

| | | |
|---|---|---|
| Prescription | 0.00 | 0 |
| Single Dental | 0.00 | 0 |
| Family Dental | 3760.00 | 80 |
| Disability | 0.00 | 0 |
| Vision | 360.00 | 80 |
| **TOTAL DUE** | 4120.00 | 80 |
| ADJUSTMENTS | 0.00 | |
| ADJUSTED TOTAL | 4120.00 | |

RECEIVED
SEP 2 3 2005
HARRISBURG
HOUSING AUTH.

OK
RCM

EXPLANATION OF ADJUSTMENTS:

**PLEASE NOTE ANY SUBSCRIBER ADDITIONS AND TERMINATIONS AND ADJUST BILL ACCORDINGLY**

**PLEASE REPORT CHANGES IN DEPENDENTS OR ADDRESSES OF SUBSCRIBERS ON SEPARATE FORM**

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)892-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA. 17101

Richard Mountsier

Employer No:  410F

Billing Period:  **November 2005**

PageNo:  1

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA ✓ | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | AWAD-HART YOLANDA ✓ | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BALLARD ROBERT ✓ | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BLACKWELL CARL ✓ | N | 01/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOMBERGER CYNTHIA✓ | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOROCZ MICHELLE ✓ | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN ISABELL ✓ | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN JEANNE ✓ | A | 02/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BURDEN FRED ✓ | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CAMPBELL CHRISTY✓ | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CARABALLO EVELYN ✓ | A | 10/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CHARLES KATHLEEN ✓ | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLASS LUZ✓ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLINE JOSEPH ✓ | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COLLINS SR PHILLIP✓ | A | 01/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COPELAND GWEN ✓ | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CRAWFORD MICHAEL✓ | A | 04/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVID MADELINE✓ | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVIS WILLARD ✓ | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEAVERS GARY ✓ | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEPPEN JULIE ✓ | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DICKEY YVETTE✓ | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DUPERT DENA ✓ | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | EDMONDS DAVID ✓ | N | 02/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FELTON RICK ✓ | A | 11/01/2002 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FILIPPELLI ANTHONY✓ | A | 05/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FRANKS CARLA ✓ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FULLER AUDREY ✓ | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GIBOYEAUX DAVID ✓ | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GREEN TONI ✓ | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GROSKO ROBERT✓ | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAIRSTON SAMUEL✓ | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HANSARD EUNICE✓ | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAWK CHERYL ✓ | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEATH GEORGE✓ | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |

Employer No:  410F

CLAIR # 80732

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: **410F**

Billing Period: **November 2005**

Page No: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HOLLAND GWENDOLYN | A | 08/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JACKSON VIOLA | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | LIVINGSTON LATOSHA | A | 08/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MARR JOSEPH | A | 01/01/1981 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES | A | 07/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS KEITH | A | 03/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NESBETH STAINTON | A | 03/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PERRELL PAMELA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PETERS W DAVID | N | 02/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 47.00 | 4.50 | | 51.50 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RHOADS HAROLD | N | 03/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RIVERA SANDRALZ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT ELMA | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT RUDOLPH | A | 01/01/1998 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SHENCK JERRY | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THARP DALE | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |

Employer No: **410F**

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Richard Mountsier

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Employer No:    410F

Billing Period:    **November 2005**

PageNo:    3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | THOMAS LULA | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WRIGHT DEBORAH | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZEIGLER LEE | A | 11/01/1990 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 47.00 | 4.50 | | 51.50 |

| | Department Totals Subscribers | | | 0.00 | 0.00 | 3948.00 | 378.00 | 0.00 | 4326.00 |
| | | | | 0 | 0 | 84 | 84 | 0 | |

Totals:

| | | |
|---|---|---|
| 0 | Prescription | 0.00 |
| 0 | Single Dental | 0.00 |
| 84 | Family Dental | 3948.00 |
| 84 | Vision | 378.00 |
| 0 | Disability | 0.00 |
| | TOTAL DUE | 4326.00 |
| | ADJUSTMENTS | + 206.00 |
| | ADJUSTED TOTAL | 4533.00 |

Owed (4) new ppl
eff 10-1-05

RECEIVED
OCT 2 8 2005
HARRISBURG
HOUSING AUTHORITY

PAID
NOV 0 3 2005

Employer No:    410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7322
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:    **410F**

Billing Period:    ☐December 2005☐

PageNo:    1

| Soc.Sec.# | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | AWAD-HART YOLANDA | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLASS LUZ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CRAWFORD MICHAEL | A | 04/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DICKEY YVETTE | N | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | EDMONDS DAVID | A | 02/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FILIPPELLI ANTHONY | A | 05/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FRANKS CARLA | N | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GIBOYEAUX DAVID | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |

Employer No:    **410F**

AFSCME Health & Welfare Fund
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F
Billing Period: December 2005
PageNo: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | LIVINGSTON LATOSHA | A | 08/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 493-4-8581 | MARR JOSEPH | A | 01/01/1981 | Termination (1-1-05) | | 47.00 | 4.50 | | 51.50 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOORE JENNINA | A | 07/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES | A | 07/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS KEITH | N | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 47.00 | 4.50 | | 51.50 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RHOADS HAROLD | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RIVERA SANDRALIZ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT ELMA | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SMITH BRIAN | A | 03/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THARP DALE | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F

Billing Period: December 2005

PageNo: 3

RECEIVED
NOV 30 2005
HARRISBURG
HOUSING AUTHORITY

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | THOMAS LULA | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOMIER GARY | A | 10/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 47.00 | 4.50 | | 51.50 |

Department  Totals  Subscribers

Prescription 0.00 / 0

Single Dental 0.00 / 0

Family Dental 3948.00 / 84

Vision 378.00 / 84

*Less Male, Nov + Dec*

Totals:

| | | |
|---|---|---|
| Prescription | 0 | 0.00 |
| Single Dental | 0 | 0.00 |
| Family Dental | 84 | 3948.00 |
| Vision | 84 | 378.00 |
| Disability | 0 | 0.00 |
| TOTAL DUE | 84 | 4326.00 |
| ADJUSTMENTS | | |
| ADJUSTED TOTAL | | 4326.00 |

< 105.00 >

4, 223 0

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mounsler

Employer No: **410F**
Billing Period: **January 2006**
PageNo: 1

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | AWAD-HART YOLANDA | N | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BLACKWELL CARL | N | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BURDEN FRED | N | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLASS LUZ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CRAWFORD MICHAEL | A | 04/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEPPEN JULIE | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DICKEY YVETTE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | EDMONDS DAVID | A | 02/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FILIPPELLI ANTHONY | A | 05/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FRANKS CARLA | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GIBOYEAUX DAVID | N | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GREEN TONI | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAIRSTON SAMUEL | N | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |

PAID JAN 2 6 2006

CLAIM # 81685

Employer No: **410F**

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mounsler

Employer No:  410F

Billing Period:  January 2006

PageNo:  2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KAUFMAN GROVER | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | LIVINGSTON LATOSHA | A | 08/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOORE JENNINA | A | 01/01/2006 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES | N | 07/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES R | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RAINEY LESTER | N | 05/01/1987 | | | 47.00 | 4.50 | | 51.50 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RHOADS HAROLD | N | 03/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RIVERA SANDRALIZ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT ELMA | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT RUDOLPH | A | 03/01/1998 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THARP DALE | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| | THOMAS LULA | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |

Employer No:  410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg, PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:    **410F**
Billing Period:    **January 2006**
PageNo:    3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATTS ANGIE COLLINS * | N | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 47.00 | 4.50 | | 51.50 |

*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 Milicevic, Ana ✗ MARRIED*

| Department Totals | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|
| Subscribers | 0 | 0 | 83 | 83 | 0 | |
| 1/1/06 | 0.00 | 0.00 | 3901.00 | 373.50 | 0.00 | 4274.50 |

Totals:

| | | |
|---|---|---|
| Prescription | 0 | 0.00 |
| Single Dental | 0 | 0.00 |
| Family Dental | 83 | 3901.00 |
| Vision | 83 | 373.50 |
| Disability | 0 | 0.00 |
| TOTAL DUE | | 4274.50 |
| ADJUSTMENTS | | |
| ADJUSTED TOTAL | | |

*4,326.00*
*51.50*
*3901.00—*
*373.50—*
*0.00*
*4274.50—*

RECEIVED
JAN - 9 2003
HARRISBURG HOUSING AUTHORITY

Employer No:    **410F**

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA  17101

Employer No:     410F
Billing Period:   February/2006
PageNo:   1

Department:        Richard  Mountsier

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | AWAD-HART YOLANDA | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLASS LUZ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COPELAND GWEN | A | 07/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CRAWFORD MICHAEL | A | 04/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DICKEY YVETTE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | EDMONDS DAVID | A | 02/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FILIPPELLI ANTHONY | A | 05/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FRANKS CARLA | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GIBOYEAUX DAVID | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAWK CHERYL | A | 12/01/1893 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |

Employer No:    410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Employer No: 410F
Billing Period: February 2006
PageNo.: 2

Department: Richard Mountsier

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | LIVINGSTON LATOSHA | A | 08/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MILICEVIC ANA | A | 01/01/2006 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES | N | 07/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 47.00 | 4.50 | | 51.50 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RHOADS HAROLD | A | 03/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RIVERA SANDRALIZ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT ELMA | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THARP DALE | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:  410F

Billing Period:  February 2006

PageNo:  3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | THOMAS LULA | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH MICHAEL | A | 08/01/2001 | | | 47.00 | 4.50 | | 51.50 |

Department   Totals
Subscribers

| | Prescription | Single Dental | Family Dental | Vision | Disability | |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 3948.00 | 378.00 | 0.00 | |
| | 0 | 0 | 84 | 84 | 0 | |

Totals:

| | | |
|---|---|---|
| Prescription | 0 | 0.00 |
| Single Dental | 0 | 0.00 |
| Family Dental | 84 | 3948.00 |
| Vision | 84 | 378.00 |
| Disability | 0 | 0.00 |
| TOTAL DUE | | 4326.00 |
| ADJUSTMENTS | | 0.00 |
| ADJUSTED TOTAL | | 4326.00 |

RECEIVED
FEB 1 2005
HARRISBURG
HOUSING AUTHORITY

ok
r.s.h.

Received 3-17-06

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F
Billing Period: March 2006
PageNo: 1

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | AWAD-HART YOLANDA | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CAMPBELL CHRISTI | N | 10/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLASS LIZ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLINE JOSEPH | A | 10/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CRAWFORD MICHAEL | A | 04/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEAVERS GARY | A | 12/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DICKEY YVETTE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | EDMONDS DAVID | A | 02/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FILIPPELLI ANTHONY | A | 05/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FRANKS CARLA | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FULLER AUDREY | N | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GIBOYEAUX DAVID | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GREEN TONI | A | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HANSARD EUNICE | A | 02/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |

PAID
MAR 23 2006

Employer No: 410F

CLAIM # 82540

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7322
(717)564-9338

Department:

Richard Mountsier

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Employer No: 410F
Billing Period: March 2006
PageNo: 2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | LIVINGSTON LATOSHA | A | 08/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MILICEVIC ANA | A | 03/01/2008 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES | N | 07/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NESBETH STANTON | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PAYNE CARL | N | 12/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PETERS W DAVID | N | 02/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RAINEY LESTER | N | 05/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RHOADS HAROLD | A | 03/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RIVERA SANDRALIZ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SAMUELS ALFRED | N | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT ELMA | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT RUDOLPH | A | 08/01/1998 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THARP DALE | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No:  410F

Billing Period:  March 2006

PageNo:  3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | THOMAS LULA | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WINKLER JERZY | A | 10/01/1989 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZEIGLER LEE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 47.00 | 4.50 | | 51.50 |
| Department  Totals | | | | 0.00 | 0.00 | 3948.00 | 378.00 | 0.00 | 4326.00 |
| Subscribers | | | | 0 | 0 | 84 | 84 | 0 | |

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 WILLIAMS, MILDRED  Δ    51.50

Totals:

RECEIVED
g  1 2005
HARRISBURG
HOUSING AUTHORITY

| | |
|---|---|
| Prescription | 0.00 |
| Single Dental | 0.00 |
| Family Dental | 3948.00 |
| Vision | 378.00 |
| Disability | 0.00 |
| TOTAL DUE | 4326.00 |
| ADJUSTMENTS | |
| ADJUSTED TOTAL | 4,377.50 |

Employer No:  410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Department:

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Richard Mountsier

Employer No: 410F

Billing Period: April 2006

PageNo: 1

PAID APR 06 2006

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON LINDA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | AWAD-HART YOLANDA | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BALLARD ROBERT | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BLACKWELL CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOMBERGER CYNTHIA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOROCZ MICHELLE | A | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN ISABELL | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BOWMAN JEANNE | A | 02/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | BURDEN FRED | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CAMPBELL CHRISTI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CARABALLO EVELYN | A | 10/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CHARLES KATHLEEN | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLASS LUZ | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CLINE JOSEPH | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COLLINS SR PHILLIP | A | 01/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | COPELAND GWEN | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | CRAWFORD MICHAEL | A | 04/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVID MADELINE | A | 07/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DAVIS WILLARD | A | 07/01/1985 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEAVERS GARY | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DEPPEN JULIE | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DICKEY YVETTE | N | 10/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | DUPERT DENA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | EDMONDS DAVID | A | 02/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FELTON RICK | A | 11/01/2002 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FILIPPELLI ANTHONY | A | 05/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FRANKS CARLA | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | FULLER AUDREY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GIBOYEAUX DAVID | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GREEN TONI | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | GROSKO ROBERT | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAIRSTON SAMUEL | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HANSARD EUNICE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HAWK CHERYL | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HEATH GEORGE | A | 08/01/2004 | | | 47.00 | 4.50 | | 51.50 |

Employer No: 410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Employer No:     410F

Billing Period:     April 2006

Department:     Richard Mountsier

PageNo:     2

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | HEISEY RICHARD | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | HOLLAND GWENDOLYN | A | 06/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JACKSON VIOLA | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | JOHNSON JANINE | A | 04/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KAUFFMAN GROVER | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | KISTLER STEVEN | A | 12/01/2003 | | | 47.00 | 4.50 | | 51.50 |
| 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 | LIVINGSTON LATOSHA | A | 08/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MILICEVIC ANA | A | 01/01/2006 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MITCHELL GLENN | A | 10/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MONTGOMERY EUGENE | A | 11/01/1980 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOORE JENNINA | A | 01/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MOUNTSIER RICHARD | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES | A | 07/01/1982 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS JAMES R | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | MYERS KEITH | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NEGRON AIDA | A | 02/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | NESBETH STAINTON | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PAYNE CARL | A | 12/01/2000 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PERRELLI PAMELA | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | PETERS W.DAVID | A | 02/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RAINEY LESTER | A | 05/01/1987 | | | 47.00 | 4.50 | | 51.50 |
| 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 | REISSER MILTON | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RHOADS HAROLD | A | 03/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | RIVERA SANDRALIZ | N | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ROBINSON LEROY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SAMUELS ALFRED | A | 01/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT ELMA | A | 10/01/2005 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SCOTT RUDOLPH | A | 08/01/1996 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SHENCK JERRY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SLAUGHTER LAWRENCE | A | 05/01/1995 | | | 47.00 | 4.50 | | 51.50 |
| 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 | SMITH BRIAN | A | 03/01/1983 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STIPE KAREN | A | 03/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | STUMP ROGER | A | 04/01/1992 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TAYLOR TIMOTHY | A | 05/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | THARP DALE | A | 12/01/1986 | | | 47.00 | 4.50 | | 51.50 |

Employer No:     410F

**AFSCME Health & Welfare Fund**
150 South 43rd Street
Harrisburg PA 17111-5708
(800)692-7332
(717)564-9338

Harrisburg Housing Authority
351 Chestnut Street 12th Floor
Harrisburg, PA 17101

Employer No:  410F

Billing Period:  April 2006

Department:       Richard Mountsier

PageNo:  3

| Soc Sec # | Name | Rate Code | Effective Date | Prescription | Single Dental | Family Dental | Vision | Disability | Due |
|---|---|---|---|---|---|---|---|---|---|
| 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 | THOMAS LULA | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | TRUEBLOOD MARVIN | A | 11/01/1994 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WALLACE SR WAYNE | A | 12/01/2004 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATKINS BETTY | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WATTS ANGIE | A | 12/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WHITE EARL | A | 12/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WILLIAMS MILDRED | A | 03/01/2006 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WINKLER JERZY | A | 10/01/1969 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOMER GARY | A | 10/01/1993 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WOODHEAD CARL | A | 01/01/1984 | | | 47.00 | 4.50 | | 51.50 |
| 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 | WRIGHT DEBORAH | A | 07/01/1986 | | | 47.00 | 4.50 | | 51.50 |
| 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 | YOHE BRIAN | A | 11/01/1991 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZEIGLER LEE | A | 11/01/1960 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH JAMES | N | 07/01/1997 | | | 47.00 | 4.50 | | 51.50 |
| 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 | ZIVANOVICH MICHAEL | A | 09/01/2001 | | | 47.00 | 4.50 | | 51.50 |
| | Department Totals | | | 0.00 | 0.00 | 3995.00 | 382.50 | 0.00 | 4377.50 |
| | Subscribers | | | 0 | 0 | 85 | 85 | 0 | 4223.00 |

Totals:

|  | | |
|---|---|---|
| Prescription | 0 | 0.00 |
| Single Dental | 0 | 0.00 |
| Family Dental | 85 | 3995.00 |
| Vision | 85 | 382.50 |
| Disability | 0 | 0.00 |
| TOTAL DUE | | 4377.50 |
| ADJUSTMENTS | | |
| ADJUSTED TOTAL | | 4223.00 |

Employer No:  410F



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

GENERAL FUND

PENNSYLVANIA NATIONAL BANK
AND TRUST COMPANY
POTTSVILLE, PENNSYLVANIA

CHECK NUMBER
126810

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
|      | 126810      | **$1,750.00** |

PAY

TO THE ORDER OF

Carl Payne
1104 Yanager Drive
Harrisburg, PA 17111

VOID AFTER 90 DAYS

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑆126810⑆  ⑆031307361⑆  280⑈02830⑈           ⑆000175000⑆

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

GOVERNMENT
EXHIBIT
18



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

50-736/313

PENNSYLVANIA NATIONAL BANK
AND TRUST COMPANY
POTTSVILLE, PENNSYLVANIA

CHECK NUMBER
127042

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 01/22/98 | 127042 | *****1,750.00 |

PAY   ONE-THOUSAND  SEVEN-HUNDRED  FIFTY  DOLLARS  AND  NO  CENTS

TO THE ORDER OF:
CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

CPS MAC TR0675
CoreStates Bank, N.A.

JAN 27 1998

VOID AFTER 90 DAYS

MEMBER
EXECUTIVE DIRECTOR
CONTROLLER

SEQ#

⑆127042⑆ ⑉031307361⑉ 280⑈02830⑈   ⑇0000175000⑇



DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

CO-738/313

PENNSYLVANIA NATIONAL BANK
AND TRUST COMPANY
POTTSVILLE, PENNSYLVANIA

CHECK NUMBER
127268

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
| --- | --- | --- |
| 02/12/98 | 127268 | *******1,750.00 |

PAY

ONE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1135 MANAGER DR
HARRISBURG PA 17101

CPS MAC-TR0675
CoreStates Bank, N.A.

FEB 18 '98

MEMBER

EXECUTIVE DIRECTOR

SER#

CONTROLLER

⑆127268⑆ ⑈031307361⑈ 280⑆0283 0⑈            ⑈0000175000⑈



DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEB 18 99



FEDERAL RESERVE BOARD OF GOVERNORS REG. C.C.





**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 8461 - 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

80-736013

PENNSYLVANIA NATIONAL BANK
AND TRUST COMPANY
POTTSVILLE, PENNSYLVANIA

CHECK NUMBER
127400

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 03/05/98 | 127400 | *****1,750.00 |

PAY ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈127400⑈ ⑆031307361⑆ 280⑈02830⑈ ⑈0000175000⑈



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

GENERAL FUND

80-798/313     PENNSYLVANIA NATIONAL BANK
AND TRUST COMPANY
POTTSVILLE, PENNSYLVANIA

CHECK NUMBER
127525

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 03/17/98 | 127525 | *******1,750.00 |

PAY    ONE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
SITE MANAGER DR
HARRISBURG, PA 17111

CPS MAC TR0875
CoreStates Bank, N.A.

MAR 24 1998

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑆127525⑆ ⑈0313073641⑈ 280⑉02830⑊ ⑆0000175000⑆

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

0131  16172
031 000 011
CORESTATES
BANK, N.A.
PHILA, PA.
031 000 011
MAR 24 98

CORE STATES
BANK N.A.
PHILA, PA
MR 24



HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

GENERAL FUND

PENNSYLVANIA NATIONAL BANK
AND TRUST COMPANY
POTTSVILLE, PENNSYLVANIA

CHECK NUMBER
127628

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|

PAY

ONE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS          VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1154 TANATER DR
HARRISBURG PA 17103

MAR 3 0 1998

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑆127628⑆ ⑈031307361⑈ 280⑈02830⑈          ⑈0000175000⑈





**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

GENERAL FUND

PENNSYLVANIA NATIONAL BANK
AND TRUST COMPANY
POTTSVILLE, PENNSYLVANIA

CHECK NUMBER
127762

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|

PAY
ONE THOUSAND SEVEN HUNDRED FIFTY AND NO CENTS          VOID AFTER 90 DAYS

CPS MAC TR0875
CoreStates Bank, N.A.

TO
THE
ORDER
OF

CARL PAYNE

APR 14 1998

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈127762⑈ ⑆03130736⑈ 280⑈0283⑈ ⑈0000175000⑈



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



ENDORSE HERE

0 2 1 7    4 2 9 7 6

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CORESTATES
BANK N.A.
Phila, PA
031 000 0114

MAY 1 0 98



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9733

60-736/313

PENNSYLVANIA NATIONAL BANK
AND TRUST COMPANY
POTTSVILLE, PENNSYLVANIA

CHECK NUMBER

128163

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 05/14/98 | 128163 | *******1,750.00 |

PAY
ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS

CPS MAC R0067
CoreStates Bank, N.A.

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MAY 1 9 1998

SEQ# 7101

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈128163⑈ ⑈03130736⑈ 280⑈02830⑈ ⑈0000175000⑈









**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

60-736/313

PENNSYLVANIA NATIONAL BANK
AND TRUST COMPANY
POTTSVILLE, PENNSYLVANIA

CHECK NUMBER

**128462**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 06/11/98 | 128462 | *******1,750.00 |

PAY    ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

CPS MAC TR0675
CoreStates Bank, N.A.

JUN 16 1998

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈128462⑈ ⑈031305⑈... 280 02830⑈          ⑈0000175000⑈



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

60-736/313

PENNSYLVANIA NATIONAL BANK
AND TRUST COMPANY
POTTSVILLE, PENNSYLVANIA

CHECK NUMBER

**128597**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 06/25/98 | 128597 | *******1,750.00 |

PAY

ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

CPS MAC TR0675NU
CoreStates Bank, N.A.

JUN 30 19    MEMBER

TO
THE
ORDER
OF

CARL PAYNE
1144 TANAGER DR
Harrisburg PA 17111

Franklin D. Barnman
EXECUTIVE DIRECTOR

SEQ

CONTROLLER

⑈128597⑈ ⑈031307361⑈ 280⑈0 2830⑈ ⑈0000175000⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

0134  28974

031000011
CORESTATES
BANK N.A.
PHILA. PA.
031000011



050011627

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461, 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL TRUST
HARRISBURG, PA

CHECK NUMBER
128851

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 07/09/98 | 128851 | ****$1,750.00 |

PAY
ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS     VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈128851⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 - 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL
TRUST
HARRISBURG, PA

CHECK NUMBER
129039

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 07/30/98 | 129039 | *****$1,750.00 |

PAY

ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
4164 TANAGER DR
HARRISBURG, PA 17113

CPS MAC TR0675
CoreStates Bank, N.A.

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈129039⑈ ⑈031304720⑈ 34400 34373⑈ ⑈0000175000⑈

SECURITY FEATURES: MICRO-PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

AREA BELOW THIS LINE IS RESERVED
FOR FINANCIAL INSTITUTION USE

0118 0427 4

031 000011
CORESTATES
BANK, N.A.
PHILA., PA.
031 000011

AUG -3 03

0500103425





SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

▲ 031 000 011 ▼
C&S Phila
Cora, A.
Phila, Pa.
▲ 031 000 011 ▼

0145   16.8.81

SEP 15 98

AREA BELOW THIS LINE IS RESERVED
FOR FINANCIAL INSTITUTION USE.

0500106500

0500106500

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 - 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL TRUST
HARRISBURG, PA

CHECK NUMBER
129411

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 09/10/98 | 129411 | ******1,750.00 |

PAY

ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS        VOID AFTER 90 DAYS

CPS MAC TP.0675
CoreStates Bank, N.A.

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈129411⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY





**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 - 351 CHESTNUT STREET
HARRISBURG, PA. 17105-3461

**GENERAL FUND**

FINANCIAL TRUST
HARRISBURG, PA.

60-472/313

CHECK NUMBER
129583

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 09/24/98 | 129583 | *******1,750.00 |

PAY
ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

CoreStates Bank, N.A.

TO
THE
ORDER
OF

CARL PAYNE
116A TANAGER DR
HARRISBURG PA 17111

SEP 29 1998

SEC# 4130

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈129583⑈ ⑉031304720⑉ 34400 34373⑈        ⑊0000175000⑊

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 - 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

**GENERAL FUND**

FINANCIAL TRUST
HARRISBURG, PA

CHECK NUMBER
129844

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 10/15/98 | 129844 | ****$1,750.00 |

PAY

ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

SEQ# 345

⑆129844⑆ ⑆031304720⑆ 34400 34373⑈ ⑆0000175000⑆

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461, 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313    FINANCIAL
TRUST
HARRISBURG, PA

CHECK NUMBER
129993

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 10/29/98 | 129993 | *****1,750.00 |

PAY
ONE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS        VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1154 TANAGER DR
Harrisburg PA 17111

NOV 02 1998

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈129993⑈ ⑆031304720⑆ 34400 34373⑈              ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS · COLORED PATTERN · ARTIFICIAL WATERMARK ON REVERSE SIDE · MISSING FEATURE INDICATES A COPY

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 - 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL
TRUST
HARRISBURG, PA

CHECK NUMBER

130187

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 11/19/98 | 130187 | *****3,500.00 |

PAY
THREE-THOUSAND FIVE-HUNDRED DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈130187⑈ ⑈031304720⑈ 34400 34373⑈ ⑈000035000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

060121453

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 – 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL TRUST
HARRISBURG, PA

GENERAL FUND

CHECK NUMBER
130345

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 12/10/98 | 130345 | *****1,750.00 |

PAY

ONE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈130345⑈ ⑆031304720⑆ 34400 34373⑈ ⑆0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 - 351 CHESTNUT STREET
HARRISBURG, PA. 17105-3461

60-472/315

FINANCIAL TRUST
HARRISBURG, PA

CHECK NUMBER
130432

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 12/17/98 | 130432 | ****$1,750.00 |

PAY

ONE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO THE ORDER OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈130432⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY



0600323100

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461, 951 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL
TRUST
HARRISBURG, PA

CHECK NUMBER

130628

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 11-21-99 | | **$*1,750.00** |

VOID AFTER 90 DAYS

PAY

TO
THE
ORDER
OF        Carl T. Payne

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈130628⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

0L00203970

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

66-472/313    FINANCIAL TRUST
HARRISBURG, PA

CHECK NUMBER
130724

| DATE | CONTROL NO. | AMOUNT |
| --- | --- | --- |
| 1/29/99 | | $1,750.00 |

PAY

VOID AFTER 90 DAYS

TO THE ORDER OF    Carl Payne

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈130724⑈ ⑈031304720⑈ 34400 34373⑈ ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS · COLORED PATTERN · ARTIFICIAL WATERMARK ON REVERSE SIDE · MISSING FEATURE INDICATES A COPY

VOID 15533

0600131305

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 - 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL
TRUST
HARRISBURG, PA

CHECK NUMBER
130798

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 2/11/99 | 130798 | $1,750.00 |

PAY

VOID AFTER 90 DAYS

TO
THE
ORDER
OF    Carl Payne

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈130798⑈  ⑈031304720⑈  34400  34373⑈          ⑈000017500⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 - 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL TRUST
HARRISBURG, PA

CHECK NUMBER

131046

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 02/25/99 | 131046 | *****1,750.00 |

PAY

ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
HARRISBURG, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈131046⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

0600204218

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 - 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL
TRUST
HARRISBURG, PA

CHECK NUMBER

131241

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 03/18/99 | 131241 | *******1,750.00 |

PAY

ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈131241⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000175000⑈

SECURITY FEATURES...    ...REVERSE SIDE - MISSING FEATURE INDICATES A COPY

0440 5747 1

MAR 22 99

0600207876

0600309374

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461, 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

80-472/313

FINANCIAL TRUST
HARRISBURG, PA

CHECK NUMBER
131304

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 03/25/99 | 131304 | ******1,750.00 |

PAY

ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑆131304⑆ ⑆031304720⑆ 34400 34373⑈ ⑆0000179000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 · 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL TRUST
HARRISBURG, PA

CHECK NUMBER
131530

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 04/15/99 | 131530 | *******1,750.00 |

PAY
ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1104 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈131530⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS · COLORED PATTERN · ARTIFICIAL WATERMARK ON REVERSE SIDE · MISSING FEATURE INDICATES A COPY

0600103328

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461, 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-472/313    FINANCIAL TRUST
HARRISBURG, PA

CHECK NUMBER
131665

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 04/29/99 | 131665 | *****1,750.00 |

PAY
ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF
CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑆131665⑆ ⑈031304720⑈ 34400 34373⑈ ⑆0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

*956*

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 – 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

50-472/313

FINANCIAL TRUST
HARRISBURG, PA

CHECK NUMBER
**131803**

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 03/15/99 | 131803 | ****1,750.00 |

PAY
ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS          VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1464 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈131803⑈ ⑆031304720⑆ 34400 34373⑈          ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

JUN - 1 99 1

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461, 951 CHESTNUT STREET,
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL
TRUST
HARRISBURG, PA

CHECK NUMBER
131934

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 05/27/99 | 131934 | ******$1,750.00 |

**PAY**

ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 30 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈131934⑈  ⑆031304720⑆  34400 34373⑈  ⑈000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461, 851 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL
TRUST
HARRISBURG, PA

CHECK NUMBER

132128

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 06/10/99 | 132128 | $1,750.00 |

PAY

ONE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑆132128⑆ ⑈031304720⑇ 34400 34373⑆        ⑆0000175000⑆

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

Carl Payne

JUN 25 99

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461   351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

FINANCIAL
TRUST
HARRISBURG, PA

CHECK NUMBER
132231

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 06-24-99 | 132231 | $1,750.00 |

PAY

ONE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1154 TANAGER DR
Harrisburg PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈132231⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 - 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-472/313

FINANCIAL
TRUST
HARRISBURG, PA

CHECK NUMBER
132448

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 07/15/99 | 132448 | *****1,750.00 |

PAY

ONE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑆132448⑆ ⑈031304720⑈ 34400 34373⑆ ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

Carl Payne

0633 60180

AREA BELOW THIS LINE IS RESERVED
FOR FINANCIAL INSTITUTION USE

| HARRISBURG HOUSING AUTHORITY | | CHECK NUMBER |
| P.O. BOX 3461 · 351 CHESTNUT STREET | FINANCIAL TRUST | 132572 |
| HARRISBURG, PA 17105-3461 | HARRISBURG, PA | |

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 07/30/99 | 132572 | $1,750.00*** |

PAY

VOID AFTER 90 DAYS

One Thousand Seven Hundred Fifty Dollars and 00 Cents

TO
THE
ORDER
OF

Mr. Carl Payne
1164 Tanager Drive
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

Nancy Howard

CONTROLLER

⑈132572⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000175000⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS · COLORED PATTERN · ARTIFICIAL WATERMARK ON REVERSE SIDE · MISSING FEATURE INDICATES A COPY

**HARRISBURG HOUSING AUTHORITY**
P.O. BOX 3461 - 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313    FINANCIAL TRUST
HARRISBURG, PA

CHECK NUMBER
132649

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 08/17/99 | 132649 | **$1,750.00** |

PAY One-Thousand Seven-Hundred Fifty Dollars and No Cents

VOID AFTER 90 DAYS

TO THE ORDER OF
Carl Payne
1164 Tanager Dr
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈132649⑈ ⑆031304720⑆ 34400 34373⑈ ⑈000017500⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

ENDORSE HERE
X *Carl Payne*

DO NOT WRITE, SIGN, STAMP BELOW THIS LINE
DEPOSITORY/BANK ENDORSEMENT

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

60-472/313

Financial Trust

CHECK NUMBER
**132838**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 08/26/99 | 132838 | **$****1,750.00** |

PAY    ONE-THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈132838⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000175000⑈



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

60-472/313

Financial
Trust

CHECK NUMBER
133824

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 12/03/99 | 133824 | **$3,750.00** |

PAY  Three Thousand Seven Hundred Fifty Dollars and No Cents

VOID AFTER 90 DAYS

TO
THE
ORDER
OF    Carl Payne

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑆133824⑆ ⑆031304720⑆ 34400 34373⑆ ⑆0000375000⑆

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE HERE
X



ENDORSE HERE
X Carl Payne

0637   86105

DO NOT WRITE, SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

DEC 15 99

---

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

60-4/2313

Financial Trust

CHECK NUMBER
**133885**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 12/09/99 | 133885 | *****1,875.00 |

PAY
ONE-THOUSAND EIGHT-HUNDRED SEVENTY-FIVE DOLLARS AND NO CENTS

TO THE ORDER OF
CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈133885⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000187500⑈





**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

60-472/313

Financial Trust

CHECK NUMBER
**134008**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 12/23/99 | 134008 | *****1,875.00 |

PAY
ONE THOUSAND EIGHT HUNDRED SEVENTY-FIVE DOLLARS AND NO CENTS

TO THE ORDER OF
CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 1711

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑆134008⑆ ⑈031304720⑈ 34400 34373⑊ ⑆0000187500⑆



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

60-472-313

Financial Trust

CHECK NUMBER
**134196**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 01/13/00 | 134196 | ******1,875.00 |

PAY    ONE-THOUSAND EIGHT-HUNDRED SEVENTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈134196⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000187500⑈





HARRISBURG HOUSING AUTHORITY
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA. 17105-9713

60-47/2313

financial Trust

CHECK NUMBER
134357

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 01/27/00 | 134357 | ******1,875.00 |

PAY    ONE THOUSAND EIGHT HUNDRED SEVENTY-FIVE DOLLARS AND NO CENTS 190 DAYS

TO
THE
ORDER
OF
    CARL PAYNE
    1164 TANAGER DR
    Harrisburg, PA 17111

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

⑈134357⑈ ⑆031304720⑆ 34400 34373⑈ ⑈000018 7500⑈



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

60-472/315

Financial Trust

CHECK NUMBER

**135847**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 06/22/00 | 135847 | ********3,375.00 |

PAY

THREE THOUSAND THREE HUNDRED SEVENTY-FIVE DOLLARS AND****VOID AFTER 90 DAYS
NO CENTS********************************************************

PAY
TO THE
ORDER
OF

CARL PAYNE        130191860 320 07 1752 1557
1164 TANAGER DR
Harrisburg, PA 17111

MEMO

EXECUTIVE DIRECTOR

CONTROLLER

⑈135847⑈ ⑆031304720⑆ 34400 34373⑈ ⑆0000337500⑈

ENDORSE HERE

X _Ethel Payne_

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE.
DEPOSITORY BANK ENDORSEMENT

**HARRIS SAVINGS BANK**
X01322382X    606    DDA Personal Deposit
87/87/B000    00
ON    00
145    14:13:26  7/07/2000
ACCT#    6000044440TLR
XFER    KILIAIL    CI

FRB-PHILA**X****MIXED
13007329X 0310-0004-0
13007329X 07-10-00

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3467 • 351 CHESTNUT STREET
HARRISBURG, PA  17105-9713

Financial Trust

CHECK NUMBER
**136010**

50-472/313

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 07/06/00 | 136010 | ******3,375.00 |

PAY  THREE THOUSAND THREE HUNDRED SEVENTY-FIVE DOLLARS AND*******
NO CENTS****************************************  VOID AFTER 90 DAYS

TO THE ORDER OF

CARL PAYNE
1164 TANAGER DR
HARRISBURG PA 17111

13007329X 320-07

MEMBER
_Robert Jones_

EXECUTIVE DIRECTOR

CONTROLLER
_Richard C. _____

⑈136010⑈ ⑆031304720⑆ 34400 34373⑈    ⑈0000337500⑈

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

60-472/313

Financial
Trust

A Keystone Community Bank

CHECK NUMBER

**136162**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 07/20/00 | 136162 | ******2,625.00 |

PAY    TWO-THOUSAND SIX-HUNDRED TWENTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF:

CARL PAYNE
1164 TANAGER DR
Harrisburg PA 17111

08004411C300 07 1428 1424

MEMBER    *Robert Jones*

EXECUTIVE DIRECTOR    *Harvey Howard Jr*

CONTROLLER

⑈136162⑈ ⑆031304720⑆ 34400 34373⑈ ⑆0000262500⑆





**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

Financial Trust

CHECK NUMBER
**136478**

60-472/313

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 09/17/05 | 136478 | *****2,625.00 |

PAY
TWO-THOUSAND SIX-HUNDRED TWENTY-FIVE DOLLARS AND NO CENTS VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

14020911 320 07 4527 1469

*Robert Jones*
EXECUTIVE DIRECTOR

*Wardey Howard*
CONTROLLER

⑈136478⑈  ⑆03130472⑆  34400 34373⑈  ⑈0000262500⑈



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

60-472/313

Financial Trust

CHECK NUMBER
136621

GENERAL FUND

| DATE | CONTROL NO | AMOUNT |
|---|---|---|
| 08/31/00 | 136621 | ******2,625.00 |

PAY   TWO-THOUSAND SIX-HUNDRED TWENTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17113

040058191 320 07

Robert Jones

EXECUTIVE DIRECTOR

CONTROLLER

⑈136621⑈ ⑆031304720⑆ 34400 34373⑈        ⑈0000262500⑈

08/18/00

9199

040058191  09-05-00
040058191  0310-0004-0
PRB-PHILA ******MIXED



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 ● 351 CHESTNUT STREET,
HARRISBURG, PA 17105-9713

60-472/313

Financial Trust

CHECK NUMBER
**136774**

GENERAL FUND

| DATE | CONTROL NO | AMOUNT |
|------|-----------|--------|
| 09/14/00 | 136774 | ****$2,625.00 |

PAY TWO-THOUSAND SIX-HUNDRED TWENTY-FIVE DOLLARS AND NO CENTS AFTER 90 DAYS

TO THE ORDER OF
CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER
0200-11906-310-07

EXECUTIVE DIRECTOR

CONTROLLER

⑈136774⑈ ⑆031304720⑆ 34400 34373⑈ ⑈000026 2500⑈

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT





**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 ● 351 CHESTNUT STREET
HARRISBURG, PA 17105-9713

60-472/313

Financial Trust
A Keystone Community Bank

CHECK NUMBER
137064

GENERAL FUND

| DATE | CONTROL NO | AMOUNT |
|---|---|---|
| 10/13/00 | 137064 | **$2,625.00** |

PAY    Two-Thousand Six-Hundred Twenty-Five Dollars and No Cents

VOID AFTER 90 DAYS

TO THE ORDER OF    Carl Payne

MEMBER    090088692-310-07

EXECUTIVE DIRECTOR

CONTROLLER

⑈137064⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000262500⑈



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

**Financial Trust**
A Keystone Community Bank

CHECK NUMBER
**137251**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 10/26/00 | 137251 | ******2,625.00 |

PAY  TWO THOUSAND SIX-HUNDRED TWENTY-FIVE DOLLARS AND NO CENTS AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

L30131237 320 06

MEMBER  *Robert Jones*

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆137251⑆ ⑈031304720⑈ 34400 34373⑉ ⑉0000262500⑉



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial
Trust
A Keystone Community Bank

CHECK NUMBER
**137410**

GENERAL FUND

DATE | CONTROL NO | AMOUNT
11/09/00 | 137410 | ******2,625 00

PAY

TWO-THOUSAND SIX-HUNDRED TWENTY-FIVE DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

140119555 320 06 1514 1514

MEMBER
Robert Jones

EXECUTIVE DIRECTOR
Richard C. [signature]
CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈"137410"⑈ ⑆031304720⑆  34400 34373"⑈  ⑊0000262500⑊

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Carl Payne



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust
*A Keystone Community Bank*

CHECK NUMBER
**137652**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 11/30/00 | 137652 | *******1,250.00 |

PAY

ONE-THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER



Robert Jones

010151 1 DEPUTY DIRECTOR 1455 1519

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈137652⑈ ⑆031304720⑆ 34400 34373⑈ ⑆0000125000⑈

Carl Payne

x

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FROM FINANCIAL INSTITUTION USE

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust

**CHECK NUMBER**
**137797**

GENERAL FUND

| DATE | CONTROL NO | AMOUNT |
|------|-----------|--------|
| 12/14/00 | 137797 | *****1,250.00 |

PAY
ONE-THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS     VOID AFTER 90 DAYS

TO
THE
ORDER
OF
CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

Robert Jones

0601 70568 SCHMIDT DEC 195 1310 1310

Richard C. _____
CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK 🔒

⑆137797⑆ ⑈031304720⑈ 34400 34373⑈ ⑆0000125000⑆



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust
*A Signature Community Bank*

CHECK NUMBER
**137885**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 12/21/00 | 137885 | *****1,250.00 |

PAY

ONE-THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS     VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑆137885⑆ ⑉031304720⑈  34400 34373⑈      ⑉000125000⑆



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust
A Keystone Community Bank

**CHECK NUMBER** 138035

**GENERAL FUND**

DATE 01/11/01

CONTROL NO. 138035

AMOUNT *****1,250.00

PAY
ONE-THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

04007397 MEMBER 20 06 159 1551

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈"138035⑈  ⑈:031304720⑈:  34400 34373⑈"  ⑈'0000125000⑈'



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-472/313

Financial Trust
A Keystone Community Bank

CHECK NUMBER 138304

| DATE | CONTROL NO | AMOUNT |
|---|---|---|
| 01/25/01 | 138304 | ******1,250.00 |

PAY ONE-THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF
CARL PAYNE
1164 TANAGER DR
Harrisburg,PA 17111

VOID VOID VOID

MEMBER

030001720 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 1328

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈138304⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000125000⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security Features | Results of check alteration:
- Chemical Protection
- Micro-Printing
- Erasure Protection
- Check Security
- Fluorescent Fibers
- Check Security

Listed below are the security features provided on this document and/or exceed industry guidelines.

is a certification mark of Check Payment Systems Association

**MIXED
030001720 0310-0004-0
31-01

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust

CHECK NUMBER
**138479**

GENERAL FUND

DATE | CONTROL NO. | AMOUNT
02/08/01 | 138479 | ******1,250.00

PAY ONE THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO THE ORDER OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER
010040258 320 06 1601 1607

EXECUTIVE DIRECTOR

CONTROLLER

⌂ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⌂

⑈138479⑈ ⑆031304720⑆ 34400 34373⑈ ⑉0000125000⑉

x *Carl Payne*

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-472/313

Financial Trust
A Keystone Community Bank

CHECK NUMBER
**138651**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 02/22/01 | 138651 | ******1,250.00 |

PAY

ONE-THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

Q5006263  MEMBER10 29 1700 1446

Robert Jones

EXECUTIVE DIRECTOR

Richard C. Mountainer

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈138651⑈ ⑆031304720⑆ 34400 34373⑈ ⑈0000125000⑈



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

GENERAL FUND

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**142575**

| DATE | CONTROL NO. | AMOUNT |
|------|------------|--------|
| 03/08/01 | 142575 | ******1,250.00 |

PAY    ONE-THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS    VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER    *Robert Jones*

EXECUTIVE DIRECTOR    *Richard D. Hartunian*
CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈142575⑈ ⑆031300821⑆ 000 2675023⑈        ⑈000125000⑈



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
142713

GENERAL FUND

DATE    CONTROL NO.    AMOUNT

03/22/01    142713    *******251.74

PAY
TWO HUNDRED FIFTY-ONE DOLLARS AND 74 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER    Robert Jones

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑊142713⑊ ⑊031300821⑊ 000 2675023⑊    ⑊0000025174⑊



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER

**142714**

GENERAL FUND

DATE    CONTROL NO.    AMOUNT

03/22/01    142714    *******1,250.00

PAY

ONE-THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER    Robert Jones

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈"142714⑈ ⑈031300821⑈ 000 2675023⑈    ⑈0000125000⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
142934

GENERAL FUND

DATE 04/12/01    CONTROL NO. 142934    AMOUNT ******1,250.00

PAY   ONE THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS   VOID AFTER 30 DAYS

TO
THE
ORDER
OF
CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER   Robert Jones

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆142934⑆ ⑈031300821⑈ 000 2675023⑈   ⑆0000125000⑆



**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143026**

GENERAL FUND

DATE
04/30/01

CONTROL NO.
143026

AMOUNT
*****1,250.00

PAY

ONE THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

040050720 300 15

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈143026⑈ ⑈031300821⑈ 000 2675023⑈    ⑈0000125000⑈





DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

7265  7 07 36

MELLON BANK NA PHL
PENNA ST STREETS
PLAZA
031000057

27 1110110076 04/27/2001 14:01
CK/LC WITH (C) 0002675023
WITH TYPE 1  TYPE   HOLD

$207.84

---

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143121**

GENERAL FUND

| DATE | CONTROL NO. | AMOUNT |
| 04/26/2001 | 143121 | ******207.84 |

PAY

TWO HUNDRED SEVEN DOLLARS AND 84 CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA  17111

MEMBER
Robert Jones

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑃143121⑃  ⑆031300821⑆  000  2675023⑈          ⑆00000020784⑈





**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 ▪ 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143392**

**GENERAL FUND**

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 05/17/01 | 143392 | ******1,250.00 |

PAY
ONE-THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

070127399  300  15

MEMBER

EXECUTIVE DIRECTOR

CONTROLLER

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑂"143392"  ⑂:031300821⑂:  000  2675023"  ⑂⑂'000012500,'

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**HARRISBURG HOUSING AUTHORITY**
POST OFFICE BOX 3461 • 351 CHESTNUT STREET
HARRISBURG, PA 17105-3461

60-82/313

MELLON BANK, N.A.
HARRISBURG, PA

CHECK NUMBER
**143541**

GENERAL FUND

DATE | CONTROL NO. | AMOUNT
05/31/01 | 143541 | *****1,250.00

PAY
**ONE-THOUSAND TWO-HUNDRED FIFTY DOLLARS AND NO CENTS**

VOID AFTER 90 DAYS

TO
THE
ORDER
OF

CARL PAYNE
1164 TANAGER DR
Harrisburg, PA 17111

MEMBER

Robert Jones

040-380 EXECUTIVE DIRECTOR 5 1456 1520

CONTROLLER

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK 🔒

⑈143541⑈ ⑆031300821⑆ 000 2675023⑈          ⑈0000125000⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE↲
RESERVED FOR FINANCIAL INSTITUTION USE

x

Summary of Payroll Payments for Carl Payne

| Payroll Check Number | Check Date | End Date | Gross Pay | | |
|---|---|---|---|---|---|
| 34557 | 12/1/2000 | 11/24/2000 | $2,293.44 | | |
| 34665 | 12/15/2000 | 12/8/2000 | $2,302.02 | | |
| 34774 | 12/29/2000 | 12/22/2000 | $2,302.02 | | |
| 34880 | 1/12/2001 | 1/5/2001 | $2,399.49 | | |
| 34990 | 1/26/2001 | 1/19/2001 | $2,399.49 | | |
| 35098 | 2/9/2001 | 2/2/2001 | $2,399.49 | | |
| 35205 | 2/23/2001 | 2/16/2001 | $2,427.99 | | |
| 35312 | 3/9/2001 | 3/2/2001 | $2,427.99 | | |
| 38279 | 3/23/2001 | 3/16/2001 | $2,427.99 | | |
| 38386 | 4/6/2001 | 3/30/2001 | $2,427.99 | | |
| 38492 | 4/20/2001 | 4/13/2001 | $2,427.99 | | |
| 38597 | 5/4/2001 | 4/27/2001 | $2,427.99 | | |
| 38701 | 5/18/2001 | 5/11/2001 | $2,427.99 | | |
| 38808 | 6/1/2001 | 5/25/2001 | $2,427.99 | $33,519.87 | Total Gross Pay 11/24/00 to 5/25/01 |


GOVERNMENT EXHIBIT
19

# 5-YEAR PLAN
## PHA FISCAL YEARS 2001- 2004
[24 CFR Part 903.5]

## A. Mission

State the PHA's mission for serving the needs of low-income, very low-income, and extremely low-income families in the PHA's jurisdiction. (select one of the choices below)

☐  The mission of the PHA is the same as that of the Department of Housing and Urban Development:  To promote adequate and affordable housing, economic opportunity and a suitable living environment free from discrimination.

☒  The PHA's mission is: (state mission here)

*MISSION STATEMENT OF THE HARRISBURG HOUSING AUTHORITY*
*The Harrisburg Housing Authority's mission is to serve the needs of low-income, very low-income and extremely low-income families in the City of Harrisburg and to (1) maintain the availability of decent, safe and affordable housing in its communities; (2) ensure equal opportunity in housing; (3) promote self-sufficiency and asset development of families and individuals; and (4) improve community quality of life and economic viability.*

## B. Goals

The goals and objectives listed below are derived from HUD's strategic Goals and Objectives and those emphasized in recent legislation. PHAs may select any of these goals and objectives as their own, or identify other goals and/or objectives. Whether selecting the HUD-suggested objectives or their own, PHAS ARE STRONGLY ENCOURAGED TO IDENTIFY QUANTIFIABLE MEASURES OF SUCCESS IN REACHING THEIR OBJECTIVES OVER THE COURSE OF THE 5 YEARS. (Quantifiable measures would include targets such as: numbers of families served or PHAS scores achieved.) PHAs should identify these measures in the spaces to the right of or below the stated objectives.

**HUD Strategic Goal:  Increase the availability of decent, safe, and affordable housing.**

☒  PHA Goal:  Expand the supply of assisted housing
    Objectives:

    ☒  Apply for additional rental vouchers: *If appropriate when NOFA is published*

    ☒  Reduce public housing vacancies: *Strategies will be developed and implemented to meet special occupancy challenges such as lease-up at Jaxkson / Lick Towers for elderly participants, leasing units that are vacated by participants moving back to Hillside Village, and transitioning residents to W.H. Day Community.*



---

HUD 5007
OMB Approval No: 2577-02_
Expires: 03/31/200_

**GOVERNMENT EXHIBIT**
20

☒ Leverage private or other public funds to create additional housing opportunities: *Measurement: By December 31, 2001 research additional partnerships to possibly develop Jackson/Lick Towers utilizing HOPE VI or other resources.*

☐ Acquire or build units or developments

☒ Other (list below)

> *The PHA will continue to establish partnership agreements, cooperative agreements with various government, federal, state, private, profit and non-profit entities for the production of affordable housing and the provision of supportive services ongoing.*

**PROGRESS:**

- *HHA applied for 150 vouchers to support the implementation of designated all elderly housing.*

- *Received elderly designation from HUD for Jackson Towers, Lick Towers and Morrison Towers.*

- *PHDEP programs reduced crime in the communities through additional pro-active patrols and community policy activities.*

- *Over 391 residents were provided over 8,408 hours of service through PHDEP programs including alternative education activities (such as cultural arts, tutoring/mentoring, and entrepreneurial skill training), DOPE Bustars, Smart Moves training, Boy and Girls Club, etc.*

☒ PHA Goal: Improve the quality of assisted housing

Objectives:

☒ Improve public housing management: (PHAS score)
*Maintain PHAS score.*

☒ Improve voucher management: (SEMAP score)
*Maintain passing SEMAP score*

☒ Increase customer satisfaction: *On-going*

☒ Concentrate on efforts to improve specific management functions: (list; e.g., public housing finance; voucher unit inspections)

> *Train staff concerning SEMAP and Section8 procedures by December 31, 2001.*
>
> *Review existing policies and procedures to incorporate all necessary requirements and if warranted, develop written recommendations for policy revisions to the Board of Commissioners. This will be done on an on-going basis.*

☒ Renovate or modernize public housing units:

---

*5 Year Plan for the Harrisburg Housing Authority, Page 3*

## 5-YEAR PLAN
## PHA FISCAL YEARS 2002- 2006
[24 CFR Part 903.5]

## A.    Mission

State the PHA's mission for serving the needs of low-income, very low income, and extremely income families in the PHA's jurisdiction. (select one of the choices below)

☐    The mission of the PHA is the same as that of the Department of Housing and Urban Development: To promote adequate and affordable housing, economic opportunity and a suitable living environment free from discrimination.

☒    The PHA's mission is: (state mission here)

*MISSION STATEMENT OF THE HARRISBURG HOUSING AUTHORITY*
*The Harrisburg Housing Authority's mission is to serve the needs of low-income, very low-income and extremely low-income families in the City of Harrisburg and to (1) maintain the availability of decent, safe and affordable housing in its communities; (2) ensure equal opportunity in housing; (3) promote self-sufficiency and asset development of families and individuals; and (4) improve community quality of life and economic viability.*

## B.    Goals

The goals and objectives listed below are derived from HUD's strategic Goals and objectives emphasized in recent legislation. PHA's may select any of these goals and objectives as their own, or identify other goals and/or objectives. Whether selecting the HUD-suggested objectives or their own, PHAS ARE STRONGLY ENCOURAGED TO IDENTIFY QUANTIFIABLE MEASURES OF SUCCESS IN REACHING THEIR OBJECTIVES OVER THE COURSE OF THE YEARS. (Quantifiable measures would include targets such as: numbers of families served or PHAS scores achieved) PHAS should identify these measures in the spaces to right of or below the stated objectives.

**HUD Strategic Goal: Increase the availability of decent, safe, and affordable housing.**

☒    PHA Goal: Expand the supply of assisted housing
       Objectives:
       ☒    Apply for additional rent vouchers: *If appropriate when NOFA is published*
       ☒    Reduce public housing vacancies: *Strategies will be developed and implemented to meet special occupancy challenges such as lease-up at Jaxkson / Lick Towers for elderly participants, leasing units that are vacated by participants moving back to Hillside Village, and transitioning residents to W.H. Day Community.*
       ☒    Leverage private or other public funds to create additional housing opportunities: *Measurement: Research additional partnerships to*

---

*5 Year Plan for the Harrisburg Housing Authority, Page 2*

GOVERNMENT
EXHIBIT
21

*possibly develop Jackson/Lick Towers utilizing HOPE VI or other resources.*

☐ Acquire or build units or developments

☒ Other (list below)

- *The PHA will continue to establish partnership agreements, cooperative agreements with various government, federal, state, private, profit and non-profit entities for the production of affordable housing and the provision of supportive services ongoing.*

*PROGRESS:*

- *HHA received for 150 vouchers to support the implementation of designated all elderly housing.*
- *Received elderly designation from HUD for Jackson Towers, Lick Towers and Morrison Towers.*
- *PHDEP programs reduced crime in the communities through additional pro-active patrols and community policy activities.*
- *Over 391 residents were provided over 8,408 hours of service through PHDEP programs including alternative education activities (such as cultural arts, tutoring/mentoring, and entrepreneurial skill training), DOPE Bustars, Smart Moves training, Boy and Girls Club, etc.*

☒ PHA Goal: Improve the quality of assisted housing

Objectives:

☒ Improve public housing management: (PHAS score) *Maintain PHAS score.*

☒ Improve voucher management: (SEMAP score) *Maintain passing SEMAP score*

☒ Increase customer satisfaction *On-going*

☒ Concentrate on efforts to improve specific management functions: (list; e.g., public housing finance; voucher unit inspections)

- *Train staff concerning SEMAP and Section8 procedures.*
- *Review existing policies and procedures to incorporate all necessary requirements and if warranted, develop written recommendations for policy revisions to the Board of Commissioners. This will be done on an on-going basis.*

☒ Renovate or modernize public housing units:

- *Implement schedule in the Capital Fund Program.*
- *The PHA will perform routine maintenance to assure that units are within UPCS compliance.*
- *Substantial rehabilitation for 40 units.*

HUD 50075
OMB Approval No: 2577226
Expires: 03/31/2002

# 5-YEAR PLAN
## PHA FISCAL YEARS 2003- 2007
### [24 CFR Part 903.5]

## A.  Mission

State the PHA's mission for serving the needs of low-income, very low income, and extremely low-income families in the PHA's jurisdiction. (select one of the choices below)

☐    The mission of the PHA is the same as that of the Department of Housing and Urban Development: To promote adequate and affordable housing, economic opportunity and a suitable living environment free from discrimination.

☒    The PHA's mission is: (state mission here)
*MISSION STATEMENT OF THE HARRISBURG HOUSING AUTHORITY*
*The Harrisburg Housing Authority's mission is to serve the needs of low-income, very low-income and extremely low-income families in the City of Harrisburg and to (1) maintain the availability of decent, safe and affordable housing in its communities; (2) ensure equal opportunity in housing; (3) promote self-sufficiency and asset development of families and individuals; and (4) improve community quality of life and economic viability.*

## B.  Goals

The goals and objectives listed below are derived from HUD's strategic Goals and Objectives and those emphasized in recent legislation.  PHAs may select any of these goals and objectives as their own, or identify other goals and/or objectives.  Whether selecting the HUD-suggested objectives or their own, PHAS ARE STRONGLY ENCOURAGED TO IDENTIFY QUANTIFIABLE MEASURES OF SUCCESS IN REACHING THEIR OBJECTIVES OVER THE COURSE OF THE 5 YEARS.  (Quantifiable measures would include targets such as numbers of families served or PHAS scores achieved.)  PHAs should identify these measures in the spaces to the right of or below the stated objectives.

**HUD Strategic Goal: Increase the availability of decent, safe, and affordable housing.**
☒    PHA Goal: Expand the supply of assisted housing
Objectives:
☒    Apply for additional rental vouchers: *If appropriate when NOFA is published*
☒    Reduce public housing vacancies: *Strategies will be developed and implemented to meet special occupancy challenges such as lease-up at Jackson/Lick Towers for elderly participants, leasing units that are vacated by participants moving back to Hillside Village, and transitioning residents to W.H. Day Community.*

---

*5 Year Plan for the Harrisburg Housing Authority, Page 3*

GOVERNMENT
EXHIBIT
22

☒ Leverage private or other public funds to create additional housing opportunities: *Measurement: Research additional partnerships to possibly develop Jackson/Lick Towers utilizing HOPE VI or other resources.*

☐ Acquire or build units or developments

☒ Other (list below)

- *The PHA will continue to establish partnership agreements, cooperative agreements with various government, federal, state, private, profit and non-profit entities for the production of affordable housing and the provision of supportive services ongoing.*

☒ PHA Goal: Improve the quality of assisted housing
Objectives:

☒ Improve public housing management: (PHAS score)
*Improve PHAS score.*

☒ Improve voucher management: (SEMAP score)
*Maintain passing SEMAP score*

☒ Increase customer satisfaction: *On-going*

☒ Concentrate on efforts to improve specific management functions: (list; e.g., public housing finance; voucher unit inspections)

- *Train staff concerning SEMAP and Section8 procedures.*
- *Review existing policies and procedures to incorporate all necessary requirements and if warranted, develop written recommendations for policy revisions to the Board of Commissioners. This will be done on an on-going basis.*

☒ Renovate or modernize public housing units:

- *Implement schedule in the Capital Fund Program.*
- *The PHA will perform routine maintenance to assure that units are within UPCS compliance.*
- *Substantial rehabilitation for 40 units.*
- *Leverage modernization funds to renovate Project PA-6*

☒ Demolish or dispose of obsolete public housing:

- *Begin demolition/disposition of 59 units at Howard Day Homes and demolition 30 units at Hillside Village.*

☐ Provide replacement public housing:

☐ Provide replacement vouchers:

☒ Other: (list below)

- *HHA will fill vacancies at Hillside Village after completion of modernization.*

*Progress Statement for FYB 2002:* *HHA's completion of modernization at M. W. Smith Homes targeted for September 30, 2002 has remained on schedule. Filling the vacancies*

<div align="center">

**5-YEAR PLAN**

**PHA FISCAL YEARS 2004 - 2008**

[24 CFR Part 903.5]

</div>

## A. Mission

State the PHA's mission for serving the needs of low-income, very low income, and extremely low-income families in the PHA's jurisdiction. (select one of the choices below)

☐      The mission of the PHA is the same as that of the Department of Housing and Urban Development: To promote adequate and affordable housing, economic opportunity and a suitable living environment free from discrimination.

☒      The PHA's mission is: (state mission here)

*MISSION STATEMENT OF THE HARRISBURG HOUSING AUTHORITY*

*The Harrisburg Housing Authority's mission is to serve the needs of low-income, very low-income and extremely low-income families in the City of Harrisburg and to (1) maintain the availability of decent, safe and affordable housing in its communities; (2) ensure equal opportunity in housing; (3) promote self-sufficiency and asset development of families and individuals; and (4) improve community quality of life and economic viability.*

## B. Goals

The goals and objectives listed below are derived from HUD's strategic Goals and Objectives and those emphasized in recent legislation. PHAs may select any of these goals and objectives as their own, or identify other goals and/or objectives. Whether selecting the HUD-suggested objectives or their own, PHAS ARE STRONGLY ENCOURAGED TO IDENTIFY QUANTIFIABLE MEASURES OF SUCCESS IN REACHING THEIR OBJECTIVES OVER THE COURSE OF THE 5 YEARS. (Quantifiable measures would include targets such as: numbers of families served or PHAS scores achieved.) PHAs should identify these measures in the spaces to the right of or below the stated objectives.

**HUD Strategic Goal: Increase the availability of decent, safe, and affordable housing.**

☒      PHA Goal: Expand the supply of assisted housing
     Objectives:
       ☒   Apply for additional rental vouchers: *If appropriate when NOFA is published*
       ☒   Reduce public housing vacancies: *Strategies will **continue to be developed and implemented to meet the challenge of re-leasing** units that **become vacant from residents returning to newly modernized units in MW Smith Homes.***
       ☒   Leverage private or other public funds to create additional housing opportunities: *Measurement: Research additional partnerships to possibly develop Jackson/Lick Towers utilizing **capital funds** or other resources.*

form HUD 50075 (03/2003)

GOVERNMENT EXHIBIT
23

☐ Acquire or build units or developments
☒ Other (list below)
  ▪ *The PHA will continue to establish partnership agreements,
    cooperative agreements with various government, federal, state,
    private, profit and non-profit entities for the production of affordable
    housing and the provision of supportive services ongoing.*

**Progress Statement:**  *The PHA performed a study on applying for HOPE VI funding for
the demolition and rebuilding of hard –to-lease, non-renovated public housing units in
William Howard Day.*

☒ PHA Goal:  Improve the quality of assisted housing
  Objectives:
  ☒ Improve public housing management: (PHAS score) Improve PHAS score
  ☒ Improve voucher management: (SEMAP score) Improve SEMAP score
  ☒ Increase customer satisfaction: *On-going*
  ☒ Concentrate on efforts to improve specific management functions:
    (list; e.g., public housing finance; voucher unit inspections)
    ▪ *Train staff concerning SEMAP and Section8 procedures.*
    ▪ *Review existing policies and procedures to incorporate all necessary
      requirements and if warranted, develop written recommendations for
      policy revisions to the Board of Commissioners.  This will be done on
      an on-going basis.*
  ☒ Renovate or modernize public housing units:
    ▪ *Implement schedule in the Capital Fund Program.*
    ▪ *The PHA will perform routine maintenance to assure that units are
      within UPCS compliance.*
    ▪ *Substantial rehabilitation for 40 units.*
    ▪ *Leverage modernization funds to renovate Project PA-6*
  ☒ Demolish or dispose of obsolete public housing:
    ▪ *Begin demolition/disposition of 59 units at Howard Day Homes*
  ☐ Provide replacement public housing:
  ☐ Provide replacement vouchers:
  ☒ Other: (list below)
    ▪ *HHA will fill vacancies at MW Smith Homes after completion of
      modernization.*

**Progress Statement:**  *The PHA has begun occupying vacancies at MW Smith Homes as
construction is completed.  There are 16 families currently housed there as construction
continues on schedule with a projected overall completion date of September 30, 2003.
The PHA has updated the following policies:  Public Housing Admissions and Continued
Occupancy Policy, Natural and National Disaster Policy, and the Income Mixing and
Deconcentration Policy.  The PHA will continue to update each additional policy as
necessary for the remainder of 2003 and 2004.*

☒ PHA Goal: Increase assisted housing choices
  Objectives:

---

PHA Name: Harrisburg Housing Authority    5-Year Plan for Fiscal Years: 2005 - 2009    Annual Plan for FY 2005
HA Code: PA008

# Streamlined Five-Year PHA Plan
## PHA FISCAL YEARS 2005 - 2009
### [24 CFR Part 903.12]

## A. Mission

State the PHA's mission for serving the needs of low-income, very low income, and extremely low-income families in the PHA's jurisdiction. (select one of the choices below)

☐ The mission of the PHA is the same as that of the Department of Housing and Urban Development: To promote adequate and affordable housing, economic opportunity and a suitable living environment free from discrimination.

☒ The PHA's mission is: (state mission here)
*The Harrisburg Housing Authority's mission is to serve the needs of low-income, very low-income and extremely low-income families in the City of Harrisburg and to 1) maintain the availability of decent, safe, and affordable housing in its communities; 2) ensure equal opportunity in housing; 3) promote self-sufficiency and asset development of families and individuals; and 4) improve community quality of life and economic viability*

*Progress Statement (FYB 2005): The Harrisburg Housing Authority continues to meet the housing needs of the low-income, very-low income and extremely low-income families in the City of Harrisburg while assisting in families' quality of life and economic viability.*

## B. Goals

The goals and objectives listed below are derived from HUD's strategic Goals and Objectives and those emphasized in recent legislation. PHAs may select any of these goals and objectives as their own, or identify other goals and/or objectives. Whether selecting the HUD-suggested objectives or their own, **PHAs ARE STRONGLY ENCOURAGED TO IDENTIFY QUANTIFIABLE MEASURES OF SUCCESS IN REACHING THEIR OBJECTIVES OVER THE COURSE OF THE 5 YEARS.** (Quantifiable measures would include targets such as numbers of families served or PHAS scores achieved.) PHAs should identify these measures in the spaces to the right of or below the stated objectives.

**HUD Strategic Goal: Increase the availability of decent, safe, and affordable housing.**

☒ PHA Goal: Expand the supply of assisted housing
Objectives:
  ☒ Apply for additional rental vouchers: *If appropriate when NOFA is published.*
  ☒ Reduce public housing vacancies: *Strategies will be developed and implemented to meet special occupancy challenges such as lease-up at the William Howard Day Community. An application will be submitted to complete major rehab on 240 units at PA 8-6, changing them from mostly efficiency units to all 1-bedroom units.*
  ☒ Leverage private or other public funds to create additional housing opportunities:
  ☐ Acquire or build units or developments

---

form HUD-50075-SF (04/

GOVERNMENT
EXHIBIT
24

☒    Other (list below)
- *The PHA will continue to establish partnership agreements, and cooperative agreements with various government, federal, state, private, profit and non-profit entities for the production of affordable housing and the provision of supportive services ongoing.*

***Progress Statement FYB2005:*** *Harrisburg Housing Authority continues to establish partnerships, and cooperative agreements with agencies to promote affordable housing and supportive services.*

☒    PHA Goal:  Improve the quality of assisted housing
    Objectives:
    ☒    Improve public housing management: (PHAS score) *Continue to Improve PHAS*
    ☒    Improve voucher management: (SEMAP score)
            *Continue to Improve SEMAP Score*
    ☒    Increase customer satisfaction: *Ongoing*
    ☒    Concentrate on efforts to improve specific management functions:
        (list; e.g., public housing finance; voucher unit inspections)
        - *Train staff concerning SEMAP and Section 8 procedures*
        - *Review existing policies and procedures to incorporate all necessary requirements and if warranted, develop written recommendations for policy revisions to the Board of Commissioners.  This will be done on an on-going basis.*
    ☒    Renovate or modernize public housing units:
        - *Implement the Capital Fund Program schedule.*
        - *The PHA will perform routine maintenance to assure that units are within UPCS compliance.*
        - *Substantial rehabilitation of 40 units at PA 008-004.*
        - *Leverage modernization funds to renovate and convert 240 0 and 1 bedroom units to 168 1 bedroom units at Project PA 008-006.*
        - *Substantial rehabilitation of 224 units at PA 008-001.*
    ☐    Demolish or dispose of obsolete public housing:
    ☐    Provide replacement public housing:
    ☐    Provide replacement vouchers:
    ☐    Other: (list below)

***Progress Statement FYB 2005:*** *HHA has completed 90% of the modernization at M.W. Smith Homes.  98% of the vacancies have been occupied.  HHA has during FYB 2004 updated the following policies:  Public Housing Admissions and Occupancy Policy; Criminal/Drug Screening Policy; and Evacuation Policy; and the Natural and National Disaster Policy.*

☒    PHA Goal: Increase assisted housing choices
    Objectives:
    ☒    Provide voucher mobility counseling: *For new participants at briefing, to annual recertification and for persons who have submitted the necessary paperwork to transfer units.*

MINUTES
REGULAR MEETING
HARRISBURG HOUSING AUTHORITY
SEPTEMBER 9, 2004

The Members of the Board of the Harrisburg Housing Authority met in regular session at 1:00 p.m., Thursday, September 9, 2004, in the boardroom of Morrison Towers, 351 Chestnut Street, Harrisburg, Pennsylvania.

Chairman Feinerman presided.

ROLL CALL

Members present:

Mr. Leon J. Feinerman
Mr. Robert Jones
Ms. Constance Buxton

Members absent:

Rev. Earl Harris

Also present were: Carl Payne, Executive Director; Jerry Shenck, Administrative Officer/Modernization Coordinator; James Zivanovich, Maintenance Superintendent; Dena Dupert, Director of Public Housing Management; LeRoy Robinson, Assistant to Executive Director; Cheryl Hawk, Section 8 Coordinator; Richard Mountsier, Comptroller; Jason Casterline of Casterline Associates; Irwin W. Aronson, Esquire of the law firm of Willig, Williams and Davidson; and Pamela Perrelli, Executive Secretary.

APPROVAL OF MINUTES

Mr. Feinerman stated the minutes of the regular meeting held August 12, 2004 have been distributed. If there are no corrections or additions to be made to those minutes, the chair will entertain a motion to approve the minutes as distributed.

Mr. Jones moved, seconded by Ms. Buxton, that the minutes be approved as distributed. The motion was unanimously approved.

-1-


GOVERNMENT EXHIBIT 25

## BILLS AND COMMUNICATIONS

### BILLS

Mr. Feinerman stated the bills for the period ending August 31, 2004 have been distributed. Are there any questions on any of those disbursements? Hearing none, the chair will entertain a motion to approve the bills as presented, subject to audit.

Mr. Jones moved, seconded by Ms. Buxton, that the bills be approved as presented, subject to audit. The motion was unanimously approved.

### COMMUNICATIONS

1. HUD, William O. Russell, III, Deputy Assistant Secretary, Office of Public Housing and Voucher Programs – Approval of Increase in Annual Adjustment Factor (AAF)

Mr. Feinerman: It is now increased to 97 percent. Tell me how that differs?

Mr. Payne: This is Section 8.

Mr. Casterline: What happened was they were funding the Section 8 program based on last year's costs with the appropriation bill for this year, but they were funding us on a cost that was over a year old. Because of that, HUD offered us the opportunity to appeal the inflation rate they gave to the Authority. Cheryl then put together a huge packet of information and it was successful. It is very good news.


## TREASURER'S REPORT

Mr. Feinerman: The treasurer's report for the period ending July 31, 2004 is presented for approval. We are making money for the first time. We will make more money now with that additional $200,000.

Mr. Casterline: I can't imagine that they are not going to fund that because HUD has been really encouraging housing authority's to pursue energy savings. The forthcoming operating subsidy regulations that are going to be published this fall are based on the Harvard study they did. Under the Harvard study they are promoting energy savings. They are actually encouraging HUD to expand energy programs. I believe that we are going to get the

money. I think this has to do with the way they are doing advancing the subsidy until they come up with a final percentage.

Mr. Feinerman: I thought we were not going to do well as a result of that Harvard study. Didn't we talk about that several months ago that as a result of that new formula we were going to get the short end.

Mr. Casterline: I don't think it was a huge difference.

Mr. Payne: We could minimize our loss by going to project based accounting. We did take a hit. It wasn't significant, but we can minimize the hit we have to take.

Mr. Casterline: You can actually stop the losses by implementing property based accounting in the first year.

Mr. Jones: What kind of hit are you talking about? Is it substantial?

Mr. Casterline: I don't recall what the exact numbers were. I would have to revisit those.

Mr. Payne: The Harvard study that they implemented gave all of the housing authorities across the country either more money or less money than what they had received previously. We were one of the housing authorities that got a decrease in operating subsidy. It wasn't substantial, but it was still less than what we received previously. However, at the same time, what HUD indicated regarding the negotiating committee is that we can eliminate any kind of reduction in our subsidy by continuing to do what we have been doing and going to project based accounting. You have to remember that is with this current administration and what they are pushing. If there is a change in administration, then you might have different rules. Currently that is where we are and the impact on us, I think, ought to be zero.

Mr. Jones: But we don't know.

Mr. Payne: We do have something under our control. We intend to go ahead and proceed with the project based accounting.

Mr. Casterline: We do know the impact will be zero if we implement property based accounting in the first year because that is how the regulations read.

Mr. Jones: But if not?

Mr. Casterline: If not, then it can be a significant loss.

Mr. Jones: You keep saying significant.

Mr. Casterline: Let me expand on that. What they published is not enough to tell us what the loss will be because, first of all, the only numbers they published are from 2000, which is not the current number. They haven't done the calculations for the current year. There is a place where you can go on the website and see based on 2000 what was your per unit subsidy that they funded versus the amount the formula will provide.

Mr. Jones: Why four years?

Mr. Casterline: Because when they were doing the Harvard study that was the most current reliable information that they had. It was the base year they were working from. It is also more complicated than that because there are these add-ons that we have talked about in the past. New add-ons have been created. Old add-ons have been taken away. We can do an analysis and try to estimate what the impact would be, but whatever the impact is going to be, we are going to make sure that property based accounting is implemented in a satisfactory way so that we stop any losses.

Mr. Jones: I think we all should be concerned when we hear significant. Because significant could mean $100,000, $200,000, $300,000 or more and I think we need to be prudent about that.

Mr. Casterline: The loss will be zero. That is the way the regulation is written. Unless when they publish the regulation, it comes out in a different way, which is possible. It could be a proposed regulation. They went through a negotiated rule making process and through that they are pretty much obligated to go forward with what they already agreed to, so we should be fine.

Mr. Aronson: What is the underlying, but not expressed, rationale for their desire on project based accounting versus system wide accounting?

Mr. Casterline: The real reason or the stated reason?

Mr. Aronson: The real reason.

Mr. Casterline: The real reason is that they want to identify which properties are not performing so that they can compel housing authorities to either demolish or dispose of them, after which they can set the funding at a lower level because they won't need as much operating subsidy to run the remaining properties.

-4-

Mr. Payne: Particularly the big urban areas where they are not particularly interested in furthering their particular nest egg and ability to take care of poor people.

Mr. Feinerman: It is not their constituency.

Mr. Payne: That's it.

Mr. Jones: Could it be considered that they just want to cut their losses?

Mr. Payne: That is what they are saying. I think they are making a case that they are saving the taxpayers money.

Mr. Aronson: Public housing was not created to save taxpayers money. The whole idea is that this is a loss.

Mr. Casterline: The big problem with all this is even HUD and the Harvard group who did this have admitted that forty percent of the time, the formula produces the wrong result when it is taken down to the property level. They are going to making these decisions using information that is not really necessarily accurate.

Mr. Feinerman: If there is no further discussion, the chair will entertain a motion to approve the treasurer's report subject to audit.

Mr. Jones moved, seconded by Ms. Buxton, to accept the treasurer's report subject to audit. The motion was unanimously approved.

## REPORT OF EXECUTIVE DIRECTOR

Mr. Payne: Mr. Chairman, there is very little to add this month other than the fact that the activities in the projects that we have undertaken are being monitored. This particular project seems to be getting back on schedule. We had run into a problem with respect to having to go down twenty feet, which the contractor did pursuant to what the engineers wanted to happen just to do a little one floor addition. That part has been completed. The contractor indicates he should back on schedule and he will complete within the contract completion date. That is good news. The contract completion date for the project here is sometime after the first of the year. We are pleased with the progress of that. We

also continue to be pleased with the work that Honeywell is doing for us. That is going along fine. We are on schedule there.

Mr. Jones: What is the completion date for Honeywell?

Mr. Payne: It was 18 months which makes it July of 2005. We don't anticipate that we should have a problem. The other work that you have been approving will be getting underway with respect to the improvements to the offices in each on of our communities so that our workers have a decent place to work and for people who have to come there, they will have a decent place that they can conduct business in. That is about it.

## NEW BUSINESS

RESOLUTION NO. 15-04 – Authorization of Executive Director to Execute Contract with EMG, Inc. for Physical Needs Assessment not to exceed $73,700.00

Ms. Buxton moved the resolution be adopted as presented, which motion was seconded by Mr. Jones, and upon roll call the Ayes and Nays were as follows:

Ayes: 3    Nays: 0

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 15-04. (see attached)

RESOLUTION NO. 16-04 – Authorization of Executive Director to Execute Contract with The Quandel Group, Inc. for Construction Management Services not to exceed $549,180.00

Mr. Jones moved the resolution be adopted as presented, which motion was seconded by Ms. Buxton, and upon roll call the Ayes and Nays were as follows:

Ayes: 3    Nays: 0

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 16-04. (see attached)

RESOLUTION NO. 17-04 – Authorization of Chairman or Executive Director to Advise the NCUA of Continuing Financial Support of the Greater Harrisburg Community Credit Union (GHCCU)

Mr. Feinerman: This is a follow up from our conversation we had last month as well. That was part of their continuation

-6-

agreement. In your pile of material are copies of correspondence that the Mayor had sent to the Parking Authority on reducing the rent and more importantly, to Mr. Dupcak at the NCUA, showing the City's continued support for the GHCCU.

Mr. Jones: Let me ask a question. What is our plan here?

Mr. Feinerman: The plan is that we will be giving to the credit union, over a period of time, $130,000 for this year; $120,000 for next year; $115,000 the following year; and then $80,000 and $50,000. Part of the deal was that Carl becomes the Chairman of the Board of the credit union. Ms. Connie is going on the board as well. We will have representation that we didn't have before and we will have an input as to what is happening with the credit union.

Mr. Jones: How much have we expended so far to the credit union?

Mr. Feinerman: A half million dollars.

Mr. Jones: What is our total expenditure going to be?

Mr. Feinerman: Probably another $400-500,000.

Mr. Jones: So roughly we will be in the neighborhood of somewhere around a million dollars over a ten-year span?

Mr. Feinerman: Yes. That is correct.

Mr. Jones: What happens after that?

Mr. Feinerman: Based upon the formula's the federal government places on them, they will have enough ratio's to satisfy them. If they have too many deposits, which is the problem they had, it throws out the formula. They have to get more money loaned out and less money in deposits. They need more net assets and this is what gives them the net assets.

Mr. Payne: What you may not be aware of, Bob, is that we told the Mayor and the Board, but you weren't present, the credit union gave back $600,000 to depositors like Citizens Bank, $200,000 and so forth because of the problem the Chairman was talking about.

Mr. Jones: What is our take back in this?

Mr. Feinerman: We don't get anything back on that. What we have done is we provided an additional resource for our

-7-

constituents in public housing for checking accounts, automobile loans, debit cards, etc.

Mr. Jones: It is a hell of an investment.

Mr. Feinerman: That is why we wanted Carl on board. It is a lot of money.

Mr. Jones: It is a million dollars. I don't know what kind of numbers you are trying to realize.

Mr. Feinerman: We don't realize squat from this.

Mr. Jones: I don't mean us, but I mean percentage wise, the people who actually can take advantage of this, that is my concern. We will have invested a million dollars and then what is the percentage of people in public housing who would have benefited from this.

Mr. Payne: It is not only us. The state has invested over $225,000. The City has invested about a half million dollars. It is important for this to be successful so that the low income people have access to financial services that are comparable to what they would get from a bank, had the bank been providing for their needs. That was the entire idea. The banks now are closing their branches in the neighborhoods. They do not make loans as low as $50. The credit union is making loans as low as $50 to people which is on a level they can afford. That serves our constituents. Without the institution you wouldn't have anybody able to provide that kind of assistance, not to speak of the individual attention that is given to applicants who come in for loans. Rather than just looking at credit scores, other things are looked at. The credit union works with people to try to improve their situation and has done a good job with single heads of household who have been getting loans. We are making a big difference.

Ms. Buxton moved the resolution be adopted as presented, which motion was seconded by Mr. Jones, and upon roll call the Ayes and Nays were as follows:

Ayes: 3    Nays: 0

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 17-04. (see attached)

Mr. Feinerman: We had a great deal of discussion Bob and the same issues that you are raising, I raised. I thought it was a lot

-8-

of money that we were giving out and are we getting a return for our constituents.

Mr. Jones: That is what I meant.

Mr. Feinerman: The answer to that question, I am still not 100 percent sure that it is the right answer yet. I feel more comfortable with having two representatives from HHA on that board to make sure that things are going to happen they way they are. We just want to make sure we get this in the right direction.

Mr. Aronson: I think it might be appropriate that I speak on this because I have had some more than passing involvement in the relationship between the housing authority and the credit union. The first thing that needs to be said, Carl has said this in one way, Leon in another way, and you, Bob, in yet a third way, but at the risk of beating a horse to death completely, we need to recognize that this is a grand experiment. It can't be described as something other than that. From day one when this housing authority determined to participate in the decision making that ultimately resulted in a credit union being formed, it was for a host of purposes, none of them ever contemplated, the remotest of possibilities, much less probabilities, that we ever get an economic return in our investment.

There was a recognition that there was a communal need that needed to be met and that traditional sources were not meeting it. The Mayor and Dorsey Howard put together a coalition of people in this community to have this happen. The Mayor's office has committed a substantial amount of money in the past in a direct cash subsidy fashion, as well as the good offices of the Mayor to encourage the Parking Authority to provide space at dramatically below market rents. The Mayor has also used his good offices to support the efforts that Carl Payne made early in this process to get depositors from the banking community. It was Carl's work, but the Mayor was there in backup. In my most recent meeting with the Mayor on this subject, the Mayor was very clear to me asking me to communicate to our board that it is his wish that we continue this support for the credit union pursuant to this revitalized plan and his support is contingent on ours and ours is contingent on his effectively.

Mr. Jones: My concern is basically, and I think I share the same thoughts with the Chairman, is the one million dollars that will be invested. I am particularly not worried about how the money is going to be used, I am more concerned about the problem that may exist and the fact that people say I invested a million dollars but what is my return in that million dollars. I don't mean in monetary

-9-

terms, I mean in terms of effectiveness that we have provided for the community. I am more than happy to support this basically it is a tool there for them to use, whereas they didn't have a tool to use. That is my concern in that someone will eventually ask that question in the future.

Mr. Feinerman: That is a valid question. Hopefully, they will be told it was a good investment.

Mr. Jones: I think initially it is a great process, if people take advantage of it.

Mr. Payne: What you might want to know the regulators, as well as the DCED, who gives us money, get reports on the demographics of the people who are being served with respect to minorities, women and low and moderate income participation. We are clearly serving a constituency that nobody is clearly serving at this time. Those kinds of things, I think this board is interested in and so are some of the regulators and HUD. There might be some confidentiality problems, but I can see if we can get copies of some of the reports, since you are supporting it, so you can see who is benefiting from the activities that are taking place.

**NEXT BOARD MEETING – OCTOBER 14, 2004**

**ADJOURNMENT**

There being no further business to come before the board, on motion of Mr. Jones, seconded by Ms. Buxton, the meeting was adjourned.

_10-12-04_

Date

Secretary

-10-



HARRISBURG HOUSING AUTHORITY
351 Chestnut Street
Harrisburg, PA 17101-2685

GENERAL FUND

CHECK NO.
000015

DATE
06/30/07

CONTROL NO.

AMOUNT
$25,000.00

Twenty five thousand dollars and no cents

GHCDC
223 Walnut Street
Harrisburg, PA 17101

GOVERNMENT
EXHIBIT
26

0210520200
5005 B2 P4
04/19/2005

>COMMERCE<
BANK

#0310000114
WACHOVIA NA SWC752 13917
PHILA, PA 041002005 22PK

042234160S

ENDORSE HERE
X
FOR DEPOSIT ONLY
GREATER HARRISBURG COMMUNITY CU
ID# 031389224
MID-ATLANTIC CORPORATE FCU
DO NOT WRITE OR SIGN BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

**HARRISBURG HOUSING AUTHORITY**
351 CHESTNUT STREET
HARRISBURG, PA 17101-2349

GENERAL FUND

COMMERCE BANK

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 04/05/05 | 204448 | $55,000.00 |

PAY FIFTY-FIVE THOUSAND DOLLARS AND NO CENTS

VOID AFTER 90 DAYS

TO THE
ORDER
OF

⑆204448⑆ ⑆031308666⑈ 53 659720 0⑈

⑈00055000000⑈



GOVERNMENT
EXHIBIT
27

MINUTES
REGULAR MEETING
HARRISBURG HOUSING AUTHORITY
AUGUST 12, 2004

The Members of the Board of the Harrisburg Housing Authority met in regular session at 1:00 p.m., Thursday, August 12, 2004, in the board room of Morrison Towers, 351 Chestnut Street, Harrisburg, Pennsylvania.

Chairman Feinerman presided.

## ROLL CALL

Members present:

    Mr. Leon J. Feinerman
    Mr. Robert Jones
    Ms. Constance Buxton
    Rev. Earl Harris

Members absent:

    None

Also present were: Carl Payne, Executive Director; Jerry Shenck, Administrative Officer/Modernization Coordinator; LeRoy Robinson, Assistant to Executive Director; Dena Dupert, Director of Public Housing Management; James Zivanovich, Maintenance Superintendent; Cheryl Hawk, Section 8 Coordinator; Richard Mountsier, Comptroller; Karen Stipe, Project Manager; Angie Watts, Project Manager; Yolanda Awad-Hart, Consultant; Irwin W. Aronson, Esquire of the law firm of Willig, Williams and Davidson; and Pamela Perrelli, Executive Secretary.

## APPROVAL OF MINUTES

Mr. Feinerman stated the minutes of the regular meeting held July 8, 2004 have been distributed. If there are no corrections or additions to be made to those minutes, the chair will entertain a motion to approve the minutes as distributed.

Ms. Buxton moved, seconded by Rev. Harris, that the minutes be approved as distributed. The motion was unanimously approved.

-1-


GOVERNMENT
EXHIBIT
28

## BILLS AND COMMUNICATIONS

### BILLS

Mr. Feinerman stated the bills for the period ending July 31, 2004 have been distributed. Are there any questions on any of those disbursements?

Ms. Buxton: I would like to ask why Mr. Wadley is listed three times for that month. He only gets paid once a month. Was there an error?

Ms. Perrelli: Yes. I made an error on the July 1st check run and had to void all those checks and re-issue them. You will see two checks listed for all payments dated July 1st. The other payment dated July 29th is for August and was paid in July since August 1st fell on a Sunday.

Ms. Buxton: Okay.

Mr. Feinerman: If there are no further questions on those disbursements, the chair will entertain a motion to approve the bills as presented, subject to audit.

Rev. Harris moved, seconded by Ms. Buxton, that the bills be approved as presented, subject to audit. The motion was unanimously approved.

### COMMUNICATIONS

1. HUD, Malinda Roberts, Director of Office of Public Housing – Rental Integrity Monitoring (RIM) Review Results

Mr. Feinerman: This is reviewing the results of their visit. Carl, do you have any comments?

Mr. Payne: When we didn't do well the last year, you advised us of the consequences that would be met if improvements were not made. Staff wanted to tell the chairman that we did a little better this time.

Mr. Feinerman: You remembered my message.

Mr. Payne: Everyone did.

Mr. Feinerman: Congratulations!

2. HUD, Malinda Roberts, Director – Verification of EH&S Deficiencies

Mr. Feinerman: I guess this was a re-visit?

Mr. Zivanovich: This has to do with them coming to verify the action we took on the deficiencies that they found when they did the first REAC inspection.

Mr. Payne: This is the smoke detectors?

Mr. Zivanovich: That is correct.

3. HUD, Malinda Roberts, Director – Request Award of Single Bid, Storm Water Repairs at Hillside Village

Mr. Feinerman: Basically, we only got one bid from Lobar on this contract. The bid was a little bit higher than what Brinjac had anticipated it being by around $50,000. We need permission from HUD to get the approval to award that contract to Lobar. HUD says you can do it if you do all of the following.

Mr. Jones: Let me ask a question. Here it states that there was a letter dated April 26 and then a letter dated July 27, 2004. I am just trying to figure out why it would take the letters so long to get to Philadelphia.

Mr. Feinerman: Maybe it took them that long to respond to the letter. They received the letter. They didn't respond to it until now is what they are saying. It says we acknowledge receipt of your letters dated April 26 and July 27 requesting our office to review it.

Mr. Payne: They were asking for different things, Bob.

Mr. Jones: When did we receive the letter from them?

Mr. Payne: This is the letter of approval here.

Mr. Jones: When did the letter go out to HUD?

Mr. Payne: April 26th.

Mr. Shenck: Sometime after the April 26th letter left this office, I was checking with HUD on it and we were dealing with that previous letter, they checked their records and they never received it. Our records said we sent it. We re-sent it, the same letter,

the same package. That was in July. Mr. Chavez was on vacation. He got some follow-up stuff when he came back. He does a real good job of getting back to us.

Mr. Jones: Can you explain the second addendum here where it says since the authority opted not to require from the contractor a previous participation certificate, the Authority must determine and document, pursuant to 24 CFR 85.36, that the contractor was deemed responsible based on its own records, a review of the GSA Debarred and Suspended list and HUD's Limited Denial of Participation List, can you explain that to me?

Mr. Shenck: Some years ago they required this form, Previous Participation Certificate. They stopped requiring it. When they did require it, we got it and sent it out and if we ever received a response we were lucky. So when we had the chance of not using it anymore, we quit using it. Mr. Chavez is just pointing out that we are still responsible to make sure that they are responsible bidders and we do those things he listed there.

Mr. Payne: The purpose of the Previous Participation submission was so HUD could go through its database and determine whether or not there was some pending action against the people participating or proposing to participate.

Mr. Jones: Also, you stated in the next page, prior to the signing, the Authority must require from the contractor a new bid bond since the one submitted on January 13, 2004 has expired.

Mr. Shenck: And your question is?

Mr. Jones: Did we check to see if they were re-bonded or however you do that process?

Mr. Shenck: I spoke with Mr. Chavez yesterday and went over a few items from that letter, one of them being the bid bond. I pointed out to him that if we get a letter saying that he is going to hold his price and accept the wage rates, then we turn around and tell him he has to buy a new bond, why? Mr. Chavez agreed that we did not have to require him to give us a new bid bond. If they don't execute a contract and give us the assurance of completion, we aren't going to execute a contract with them.

Mr. Jones: Is it just a trade-off?

Mr. Feinerman: He is using the existing bid bond.

Mr. Jones: But that is expired.

-4-

Rev. Harris: It doesn't matter. The bid bond was only to accompany the bid. The bid is in and we are processing the bid. Now you are moving toward performance. It would be redundant.

Mr. Feinerman: Basically a bid bond is telling you that he can get a bond.

Mr. Jones: I understand.

4. Stephen R. Reed, Mayor – Congratulations on High Performer Designation under SEMAP

Mr. Feinerman: This is congratulating us and Carl for receiving high performer designation under the SEMAP score.

Rev. Harris: I think they put the words under the Section Eight Program, read all of it.

Mr. Feinerman: Under the Section Eight program, excuse me.

Rev. Harris: It says to you, the Board and all the staff, particularly those working in the Section Eight program for this additional distinction.

## TREASURER'S REPORT

Mr. Feinerman: The treasurer's report for the period ending June 30, 2004 is presented for approval. Unfortunately, year to date we are not bringing in as much revenue as we are in expenses, principally because of the reduced reimbursements from our parent company, HUD paying us as they see fit.

Mr. Casterline: Carl pointed out that he has been notified that subsidy has increased to 95 percent. That will be reflected in the next report.

Mr. Feinerman: Will that be retroactive?

Mr. Payne: Yes.

Mr. Casterline: Retroactive to the first of the year. It looks like an impact in the neighborhood of $60,000.

Mr. Feinerman: $60,000 per month?

Mr. Payne: No. Year to date.

-5-

Mr. Casterline: It would be two percent of the operating subsidy of $3.6 million year to date. It would be approximately $72,000.

Mr. Feinerman: Depending on how next month is, we probably won't break even for next month. We will have broken even for year to date.

Mr. Jones: How do you figure that?

Mr. Feinerman: Right now we are $60,000 in the hole. Two percent for the entire year would be $60,000.

Mr. Casterline: It would be a retroactive increase of two percent of about $3.6 million. The real key is the final number. The final number should be out within a month.

Mr. Feinerman: It may go to 97 percent you are saying.

Mr. Casterline: It could be 97. It could stay at 95. Maybe it will be 100, if we are very lucky. They are in the process of finalizing the processing of all the operating subsidies. They are supposed to be done by the end of August and then they will have a final number.

Mr. Feinerman: Otherwise we are doing well in our expense categories.

Mr. Casterline: There are a number of categories where we are under budget.

Mr. Feinerman: Are there any questions for Jason?

Mr. Jones: Yes. The letter here that you wrote can you explain that to me please.

Mr. Casterline: We started doing this actually several months ago. It is because we are a CPA firm and anytime we present financial statements we are required to have a letter on there. It is part of the accounting reporting standards for CPA's. There is language in there that says management has elected to omit substantially all of its disclosures. It sounds like a negative thing, but all that actually means is that it is not a full financial statement including all of the footnotes. That can actually be done, but the auditor does that at the end of the year. They do full disclosure financial statements. I personally don't think it is worth the investment of time and effort to have all

-6-

those footnotes prepared every month. This is what we call a limited disclosure financial statement where it is basically just showing the income statement not all the disclosures that are required. That is why the letter has to have that paragraph. It is also to clarify what the nature of our role is. We are not doing an audit. We are like agents of the housing authority compiling a financial statement.

Mr. Payne: It is also important to note that all of our bank statements and so forth are not opened by staff or manipulated in any way. They are opened by Casterline Associates. The board has that additional comfort also.

Mr. Casterline: That is one of the benefits of having an outside firm involved. It strengthens internal controls because you have an independent third party.

Mr. Feinerman: The chair will entertain a motion to accept the treasurer's report subject to audit. The motion was unanimously approved.

## REPORT OF EXECUTIVE DIRECTOR

Mr. Payne: We have some staff here who manage our properties. They have successfully passed the test given by NAHRO. Now they have a designation as a Public Housing Manager. They are Karen and Angie.

Mr. Feinerman: Congratulations!

Mr. Payne: We have continued the improvements that are going on here. We are at a point where the offices in the communities are about to be improved now. We just awarded the contracts. We have some resolutions asking to move on the improvements to those properties. The improvements on those properties should commence shortly also.

We had a National Night Out that we went to. The resident participation was very good. There was no participation in this building. Ms. Connie, do you want to comment on that? I thought it went pretty well.

Ms. Connie: I thought it went very well. All of the sites had a beautiful Night Out. I am just sorry Morrison couldn't, but with all of the construction going on, they didn't have the space. We have not announced the winner of the Night Out yet. I thought I would wait until our trip to Washington and make the announcement

on the bus. Someone from each site will be on the bus and that way everyone will know, instead of just telling the one site. I would like to do it with everybody present. The site that won was William Howard Day. It was a very very good night. I enjoyed so much the things that each site did with the children. Our children are the most important thing. They had something at every site for the children. I loved that.

Mr. Payne: Our sites continue to be maintained as far as the litter and so forth. We have some other things later on that we will talk about under new business. Am I missing anything?

Mr. Zivanovich: Honeywell's performance contract started.

Mr. Payne: Yes. That is going very well. We are very happy with what is going on there. That contract is also underway and on schedule.

## NEW BUSINESS

RESOLUTION NO. 11-04 - Authorization of Executive Director to Execute Contract with East Coast Contracting, Inc. for General Contracting for Renovations of Administrative Offices at William Howard Day Homes, Hoverter Homes and Hall Manor in the amount of $477,000.00

Rev. Harris moved the resolution be adopted as presented, which motion was seconded by Ms. Buxton, and upon roll call the Ayes and Nays were as follows:

Ayes: 4    Nays: 0

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 11-04. (see attached)

RESOLUTION NO. 12-04 - Authorization of Executive Director to Execute Contract with Shannon A. Smith for Mechanical for Renovations of Administrative Offices at William Howard Day Homes, Hoverter Homes and Hall Manor in the amount of $96,211.00

Rev. Harris moved the resolution be adopted as presented, which motion was seconded by Ms. Buxton.

Mr. Feinerman: Is Shannon a man or woman?

Mr. Shenck: A man.

-8-

Rev. Harris: Is this the firm that there were some issues relating to the school district and MBE?

Mr. Payne: Yes. Jerry where are we?

Mr. Shenck: What was the question?

Rev. Harris: There were issues at the school district relating to Shannon Smith in terms of whether they were skirting their requirements at the Harrisburg School District. I want to know whether or not we are having problems with them here.

Mr. Shenck: They only have two people working here. Neither one is a minority.

Rev. Harris: That was not my question. My question was in light of the fact that Shannon Smith reportedly had some issues relating to meeting the MBE requirements at the Harrisburg School District, do we have any problems with them on this particular job or have they indicated when they made their submission as to how they are going to meet the MBE requirements that we have?

Mr. Shenck: They did not indicate either way.

Rev. Harris: Okay. Let me follow up with another question then. Do any of the contractors that we deal with specify at the time of bid whether they are going meet the MBE requirements?

Mr. Shenck: No.

Rev. Harris: I withdraw my motion.

Mr. Feinerman: His answer to the question was do any of the contractors we have, have an MBE problem, is that your question?

Rev. Harris: No. My question was in terms of does the Harrisburg Housing Authority have MBE requirements that the contractors have to meet. I think I heard no.

Mr. Shenck: I misunderstood. Yes, we have goals that we ask the contractors to meet.

Rev. Harris: Okay. Whatever language you want to use. I want goals that are met.

Mr. Payne: We have legal language in there. Beyond that we sit down and talk to each contractor and encourage them very strongly

-9-

to not only meet those goals, but to exceed them. We report monthly on that activity. We don't just stop before the contract. We are on it all the time. Every month we talk to them and tell them we don't like segregated workforces nor do we want the participation to be on a segregated basis either. I think with every contractor, later on with the construction manager and so forth, that that has always been the case.

Rev. Harris: Bob is showing here Shannon A. Smith in terms of percentages, I guess that is the workforce as of this time. I don't know how many people that means.

Mr. Payne: So far we have two people. We are still talking to them.

Rev. Harris: I am not concerned with two or three. I am hearing the executive director saying that it is a concerted policy to address this matter. I am not sure I heard that from yourself or possibly it was the phrasing of my question.

Mr. Shenck: The way I understood the question was you were asking whether other contractors indicate how they are going to meet our goals, going on the question you had asked about Shannon Smith, and that is how I answered it. No, none of the other contractors have indicated exactly how they are going to meet the goal. In HUD's general conditions, it talks about equal opportunities. It talks about Section 3. It talks about minority and small businesses. We have in other parts where we discuss it. At the pre-bid we discuss it will all of the bidders that show up at the pre-bid conference. Again, we go over it very strongly at the pre-construction conference, and again, during other weekly meetings. If we see we are having problems with not enough minorities on the job site, we again bring it to their attention and emphasize it strongly.

Mr. Payne: There are monthly reports. We talk to them constantly about the unacceptability because the Board is getting a copy of these reports as well. We remind them that they have to do better. What we have done on electrical contracts, in the past where there has been "some problems", is we have kept on talking to him and he did bring minorities on the job. We plan on continuing to do this with Shannon Smith. The one thing I will say is the amounts we have to work with are not that great. We know, as a practical matter, that we are dealing with it, but we are not making any exceptions or excuses for anybody. Our position is that segregation is not acceptable and we should all want to do better than that. Certainly our board has clearly sent a message to us that that kind of situation is not one

that they are going to overlook or tolerate. I think the staff has the message. I take an interest in reading this stuff just as you do every month to make sure that we don't get zero's on anything throughout the contract.

Mr. Feinerman: Rev. Harris, are you satisfied with the answers to your questions?

Rev. Harris: Not quite, but I will go ahead and proceed with the motion.

Mr. Jones: I thought I heard Carl say that the dollar amounts were small or something to that extent or were not substantial.

Mr. Payne: Yes.

Mr. Jones: For all three contracts or just one?

Mr. Payne: I was just talking about Shannon Smith.

Mr. Jones: But if you total all three of them together.

Mr. Payne: I was talking about what he has done to date on another contract and that the amounts of money weren't that significant.

Mr. Feinerman: He has not started these jobs yet.

Mr. Payne: We are talking about approving these.

Upon roll call the Ayes and Nays were as follows:

Ayes: 3        Nays: 1 (Jones)

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 12-04. (see attached)

RESOLUTION NO. 13-04 – Authorization of Executive Director to Execute Contract with Shannon A. Smith for Plumbing for Renovations of Administrative Offices at William Howard Day Homes, Hoverter Homes and Hall Manor in the amount of $158,217.00

Rev. Harris moved the resolution be adopted as presented, which motion was seconded by Ms. Buxton, and upon roll call the Ayes and Nays were as follows:

Ayes: 3        Nays: 1 (Jones)

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 13-04. (see attached)

RESOLUTION NO. 14-04 - Authorization of Executive Director to Execute Contract with Shannon A. Smith for Electrical for Renovations of Administrative Offices at William Howard Day, Hoverter Homes and Hall Manor in the amount of $110,581.00

Rev. Harris moved the resolution be adopted as presented, which motion was seconded by Ms. Buxton, and upon roll call the Ayes and Nays were as follows:

Ayes: 3        Nays: 1 (Jones)

The chairman thereupon declared the motion carried and the resolution adopted as RESOLUTION NO. 14-04. (see attached)

Mr. Feinerman: These are not resolutions, but there are memos from Jerry Shenck to Carl regarding two different contracts, 419 and 420 regarding the rating on these. This is just for information purposes.

Mr. Payne: This is going to be my recommendation. It is a recommendation from Jerry to me and I want to recommend to the board that the board go ahead and act affirmatively with respect to the recommendations made with respect to construction management work and physical needs assessment.

Mr. Feinerman: Just clarify it for me, I know this first one you got from Remington, EMG and then you have Single Source Services. Just clarify for me what Single Source Services is.

Mr. Payne: That is the name of a firm.

Mr. Feinerman: I thought so, but I am looking at his bid. It is $725,000 versus $73,000. I thought it was a typographical error.

Mr. Payne: No.

Mr. Aronson: Single Source Services is a spin off piece of George Sponagle company. It is being run by Chris Haines. They are very competent. They do all kinds of wonderful things. I have no understanding of the bid variance. Somebody among those three bidders is missing something. It is hard to know if it is the one who is high or the ones who are low.

-12-

Mr. Feinerman: On the other one, he is way high on that also. He is twice as high as Remington and $240,000 higher than Quandel, who is also an exceptionally good contractor.

Mr. Payne: The other two firms are firms that PHFA has utilized in the past on the physical needs assessment. They come highly recommended by PHFA.

Mr. Aronson: I think what is critical for the board members to see on this is that this is a different approach. We are not merely going with low bid here. We are utilizing a committee, from among the staff, with experience in this area for the purpose of determining ultimately the best value to the housing authority, instead of merely looking at this from a low bid perspective. In each instance the lowest bid is not the one that is getting the highest recommendation because we are contemplating factors in addition to and beyond merely the low bid and seeking ultimately the best value for the housing authority.

Mr. Payne: Regarding the construction manager, Irwin, the lowest bid was thrown out because it was incomplete and non-responsive.

Mr. Feinerman: Any reason why Jerry is not on that committee?

Mr. Shenck: I write the RFP's and sometimes I get involved explaining things to the vendors.

Mr. Aronson: It assures a level playing field. It is a fail safe and a protection for the integrity of the process.

Mr. Feinerman: Any questions on these two memos?

Mr. Payne: I will say that with Quandel we have received subsequent to this, assurance that the minority participation is not going to be an issue at all with them.

Mr. Jones: Where is Remington out of?

Mr. Shenck: There headquarters are in New Jersey with an office in Mechanicsburg.

Mr. Jones: Quandel?

Mr. Shenck: Quandel is from Harrisburg.

Mr. Aronson: Harrisburg and Pottsville.

-13-

Mr. Feinerman: Remington is going to be very unhappy when they find out they were $200,000 low bid and didn't get the job by 3/10 of a percent.

Mr. Aronson: They didn't get it because they were nonresponsive.

Mr. Payne: They missed a whole section that is why they were that low. They specifically excluded a portion of the work that was required for them to bid on.

Mr. Feinerman: Then I feel comfortable with Quandel's bid obviously.

Mr. Jones: We still have to consider the bid even though they missed a portion of it?

Mr. Shenck: No. The committee looked at all of them. I reviewed them and saw this discrepancy in their pricing. I pointed out to Marilyn while she was writing her report, so the report is still reflective of it because everybody reviewed them.

Mr. Aronson: Jerry, do you have any sense of why the Single Source Services bids are so dramatically different from everybody else's. Are you questioning any of their documents? I ask that question because I always worry when we award a contract where there is a dramatic disparity like this, that somebody who is the successful bidder has missed something huge and we are going to find a change order on the other end that beats us silly.

Mr. Payne: I feel very comfortable with Quandel being right on the money.

Mr. Aronson: I always felt comfortable with Quandel. I know the company.

Mr. Feinerman: How about the other one though?

Mr. Payne: I feel comfortable with the other one, with EMG and Remington, Vernick & Beach being very qualified too and will give us what we want based upon their experience in doing these things. The City of Pittsburgh, I believe, was one of their clients.

Mr. Feinerman: Remington was chosen over EMG on the first contract. They didn't miss anything on this one did they that they missed on the other one?

Mr. Payne: No.

-14-

Mr. Jones: It looks like somebody didn't understand something.

Mr. Aronson: Has the board had described to it to the nature of these. The physical needs assessment is fairly straight forward, but the construction management service contract might need clarification.

Mr. Payne: We can go over the proposal.

Mr. Aronson: In general, what projects they would be managing.

Mr. Payne: We had, theoretically, given them the Jackson building to look at it.

Mr. Feinerman: Did we ever get any answers back from the school district and the Mayor perhaps using part of the new office we are going to build up at Jackson?

Mr. Payne: That was a negative. He said he is not interested.

Mr. Feinerman: Another item of new business that is not on our agenda, but there is a hand out available. We have delayed this from previous meetings. It is the creation of a non-profit corporation. We had talked about this at the last two meetings. Rev. Harris raised this issue. We had talked, off and on, for the last several years about creating a non-profit corporation to provide additional housing facilities for parts of the population that are not served by public housing. We have to create a non-profit corporation. Rev. Harris's suggestion was to partner with the IMC on this because they can probably pick up the funding that we couldn't pick up. The discussion of going out and having Irwin do some more research on creating a non-profit was put on the table until we all could get together and talk about this together. We have had some time to think about it. Carl gave us some information on by-laws of a non-profit. Rev. Harris do you want to clarify better than what I have said?

Rev. Harris: I cannot clarify better than what you said.

Mr. Feinerman: Connie, I know you and Bob had some questions on it.

Ms. Connie: I asked for something that I have not received and I will not do anything until I receive it. I would like to read it so I can ask questions. I am not a lawyer. You all can talk over my head. I want to see basically what he is talking about so if there

are questions I can come to you and say I don't understand this paragraph, explain it. I am not against it. I just want to know.

Mr. Feinerman: Is there a narrative, Rev. Harris, that you want to put together that Connie can review that would make her feel more comfortable.

Ms. Connie: He had promised me something.

Rev. Harris: No.

Mr. Payne: I thought you wanted something like exactly what it would be that you would be acting upon. I take responsibility. I thought this was responsive to what you were asking specifically in terms of the by-laws so that you would know exactly what it would be doing, how it would be set up and so forth. That was my interpretation of what you were asking.

Ms. Buxton: I received the by-laws. I did not read them. I did not know that was what was covered. It did not tell me that this was what you were supposed to read.

Mr. Casterline: This is in response to what Rev. Harris had asked me to put together a list of examples of what other housing authorities are doing with their non-profits. It is nothing fancy.

Rev. Harris: May I offer a suggestion? Could we ask our accountant to go through what other non-profits are doing and establish some dialogue and also provide a narrative of how this non-profit could possibly function.

Mr. Feinerman: Jason is going to go over this to see what other pha's have done with their non-profit outside their organization. As to what they do with it and how that works, I think that Earl can probably clarify as to what he is looking for from us as to how they may tie into these issues.

Rev. Harris: Then something will be presented in writing for all of us to see. This is part of a presentation.

Mr. Feinerman: Are you prepared to do that Jason?

Mr. Casterline: Yes. On the list that I put together, the first one talks about mixed finance development which is very common in the public housing industry right now. Most housing authorities are trying to branch out and look at other means of financing development that does not involve HUD for two reasons. First of all, HUD is not providing development funding and second

-16-

of all, housing authorities want to become less dependent upon HUD, which is why Commissioner Harris is bringing this to the table to begin with.

The first one is the probably the most common reason why you would see a housing authority set up a non-profit. The low income housing tax credit program requires a housing authority to have a non-profit. The non-profit would serve as the general partner in a limited partnership. The purpose of the limited partnership is to service an entity to provide tax benefits to investors. Typically it is companies like a bank that want to invest some money. They will invest money through a limited partnership in a particular development project. They get tax benefits from that in the form of low income housing tax credits. That serves as the equity investment. The debt is also very commonly used to finance the development. It is not what we are talking about doing here but that is the most common type of situation that you see.

The second item lists development of low income housing leased under state statutes. The sample of the by-laws that we sent to Carl is an example of this. That particular housing agency has a non-profit. They developed some properties under their non-profit. Sometimes you will see that financed with debt. Sometimes it is financed with equity. The difficult thing about setting up a non-profit and doing development is to come up with the seed money and coming up with the equity. You can't do 100 percent debt financing. Maybe that ties in with what you were saying with IMC. I am not sure how that fits in. You will see low income housing financed with debt and also equity contributions or some combination of the above.

In most states, there are state statutes that would prevail if you are not developing under a HUD program, then you go to the state low income housing statutes. For example, the state that is using the sample by-laws, that particular state the rent is a break even rent. Under the state statutes the non-profit develops a budget and based on the budget expenses, they determine the break even rent.

Mr. Aronson: Unfortunately, at this point in history, Pennsylvania doesn't have any. The only way we come close is PHFA's capacity to make some funds available on a subsidized basis, but there is not state low income housing law.

Mr. Casterline: Fund raising also seems to be a fairly common reason to set up a non-profit. This housing authority set up a non-profit to raise funds for scholarships for low income residents. In that case they are seeking to make a non-profit a publicly

-17-

supported organization so people who make donations can take a tax deduction.

I have one authority who runs their food program as a non-profit providing food to the poor under USDA or state programs. Another housing authority set up a non-profit and are providing services to the housing authority. They are doing all their trash pick-up through a non-profit. The non-profit owns the trash trucks. That gets really tricky. HUD kind of frowns on that when you set up non-profits to provide services to housing. You have to be very careful. First of all you have to make sure you are doing regular procurement and demonstrate it is the lowest cost. Also, any federal programs you are charging have to be break even charges. You can't be making profits off of federal programs.

Mr. Aronson: Often non-profits exist to do the exact opposite where the non-profit purchases services from the housing authority in the way of management services and administrative services.

Mr. Casterline: Sometimes the non-profit will own a property and enter into contracts with the housing authority maintenance department to maintain the property. That is pretty common. I think probably what you see most commonly is people using the non-profit for development purposes to develop more housing. The struggle that housing authorities have is to come up with the seed money or equity to be able to do that. You are now going to be able to borrow 100 percent.

Mr. Feinerman: The issue you talked to us about was that the IMC was able to go out and get grants for the seed money?

Rev. Harris: I believe the advantage is that we could assist in securing and at least making application for grants with the state and other entities for seed money because as Jason pointed out, that is going to be absolutely essential. I think that also as we have gone through this piece, this is basically what we are doing now as a pha, we can replicate, not only in the City, but even outside the City and do the same things. That gives us an advantage. We are not even landlocked. PHA work is landlocked within the City. This is beyond the borders of the City.

Mr. Feinerman: These would be taxable properties?

Rev. Harris: These are taxable properties. They would be on the tax rolls. Any municipality that you would be working with, you can negotiate something with them that there may be abatement.

Mr. Feinerman: The City has that ten year abatement. I don't know how much vacant land they have to sell.

Mr. Aronson: Depending upon how the total package would work, the tax credit potential to which we have access, that others do not have access, might overcome any taxability of property that would allow us to be, imagine this, in suburban areas. There is some real meaningful potential there. Partnering with the IMC gives our non-profit the potential, as well, of seeking and maybe successfully securing in that partnership, some of the faith-based initiative money that has been so roundly talked about by the Bush administration, but has not been available in this part of the world. We are, indeed, in a cycle where if it is to be disbursed, it is strike while the iron is hot time.

My own preference, if the board would be willing, would be to get the authority to begin the technical process of creating this and have it in place. What and how it would be utilized by the board could be saved for another day. There is some time involved. There are two broad-based steps that would need to be undertaken in order for this to be created. One is the actual creation of the non-profit corporation under Pennsylvania law, under the Pennsylvania Business Corporation statute that permits the creation of non-profits. That is fairly easy and straight forward. It is a form and a filing fee. The second, which is more difficult and more time consuming, is securing non-profit status under the Internal Revenue Code. That is federal. We would have to do a filing and seek out appropriate non-profit status under Section 501 of the Internal Revenue Code. If we can get that process started as the board contemplates whether and what it would choose to do with this, it might help to have this all congeal.

Mr. Feinerman: The focus really today is to give the authority to Irwin to create that non-profit corporation. We can then determine how it is going to be used as we formulate programs or process these in the future.

Mr. Aronson: In that fashion, it would be just in your quiver, something capable of being reached, if necessary or appropriate.

Mr. Feinerman: Connie, are you comfortable with that?

Ms. Buxton: I wasn't comfortable the last time he asked me that. I am no more comfortable today.

Mr. Feinerman: What are you uncomfortable with?

-19-

Ms. Buxton: I don't understand any of this. I keep asking someone to explain it to me. Even if one of you would get with me and explain it, I would be satisfied. He asked for that before and I said I wasn't uncomfortable. I just need it explained to me. I am not against it. That is all I ask.

Mr. Feinerman: Bob, do you have any problems?

Mr. Jones: I am not voting for it.

Mr. Feinerman: In general?

Mr. Jones: I am not voting on it. It would be no, now, today, tomorrow or whenever.

Rev. Harris: That is easy then. You don't have to explain it to him. Just explain it to Connie.

Mr. Feinerman: Between now and our next meeting, either Irwin or Rev. Harris or Carl should meet with Connie. I would like to find out from Bob specifically why he is against it because I think it is good for the housing authority. It gives us additional opportunities to make revenue.

Mr. Jones: I completely understand, trust me. I don't feel comfortable with it. I am not changing my position on something I don't feel comfortable about. I know this has been brought to our attention, to Carl's attention, months ago and we are just bringing it up now.

Mr. Feinerman: The fact that we didn't do it a year ago doesn't make it wrong for us to do it today.

Mr. Jones: That is exactly right.

Mr. Feinerman: We will put this back on the agenda for the next meeting. Someone will meet with Ms. Connie and answer her questions.

<u>EXECUTIVE SESSION</u> (Mr. Jones had to leave and is absent)

Rev. Harris moved, seconded by Ms. Buxton, that Carl Payne and Connie Buxton be named to the Board of Directors of the Greater Harrisburg Community Credit Union and further, that Carl Payne be named the Chairman of the Greater Harrisburg Community Credit Union. The motion was unanimously approved.

-20-

NEXT BOARD MEETING - SEPTEMBER 9, 2004

ADJOURNMENT

    There being no further business to come before the Board, on motion of Rev. Harris, seconded by Ms. Buxton, the meeting was adjourned.

_9- 7 -04_____       _Carl Payne_____
Date                          Secretary

-21-

MINUTES
RESCHEDULED MEETING
HARRISBURG HOUSING AUTHORITY
DECEMBER 16, 2004

The Members of the Board of the Harrisburg Housing Authority met in regular session at 1:00 p.m., Thursday, December 16, 2004, in the boardroom of Morrison Towers, 351 Chestnut Street, Harrisburg, Pennsylvania.

Chairman Feinerman presided.

## ROLL CALL

Members present:

Mr. Leon J. Feinerman
Ms. Constance Buxton
Rev. Earl Harris

Members absent:

Mr. Robert Jones

Also present were: Carl Payne, Executive Director; Jerry Shenck, Administrative Officer/Modernization Coordinator; Dena Dupert, Director of Public Housing Management; James Zivanovich, Maintenance Superintendent; Cheryl Hawk, Section 8 Coordinator; LeRoy Robinson, Assistant to Executive Director; Richard Mountsier, Comptroller; Christina Falcone of Casterline Associates; Irwin W. Aronson, Esquire of the law firm of Willig, Williams and Davidson; and Pamela Perrelli, Executive Secretary.

## APPROVAL OF MINUTES

Mr. Feinerman stated the minutes of the rescheduled meeting held November 10, 2004 have been distributed. If there are no corrections or additions to be made to those minutes, the chair will entertain a motion to approve the minutes as distributed.

Ms. Buxton moved, seconded by Rev. Harris, that the minutes be approved as distributed. The motion was unanimously approved.

-1-



GOVERNMENT
EXHIBIT
29

## BILLS AND COMMUNICATIONS

### BILLS

Mr. Feinerman stated the bills for the period ending November 30, 2004 have been distributed. Are there any questions on any of those disbursements? Hearing none, the chair will entertain a motion to approve the bills as presented, subject to audit.

Rev. Harris moved, seconded by Ms. Buxton, that the bills be approved as presented, subject to audit. The motion was unanimously approved.

### COMMUNICATIONS

1. HUD, Malinda Roberts, Director, Office of Public Housing – Audit Report for Fiscal Year Ended December 31, 2004

## TREASURER'S REPORT

Mr. Feinerman: The treasurer's report for the period ending October 31, 2004 is presented for approval. I am pleased to say that our financial picture is certainly improving substantially thanks to Mr. Payne's doggedness in the fiscal area of responsibility. Are there any questions on these disbursements? Hearing none, the chair will entertain a motion to approve the treasurer's report subject to audit.

Ms. Buxton moved, seconded by Rev. Harris, to accept the treasurer's report subject to audit. The motion was unanimously approved.

## REPORT OF EXECUTIVE DIRECTOR

Mr. Payne: All of our projects are moving along. We have granted some extensions here at Morrison Towers for completion due to some materials not being available. We are scheduled for completion of spring of next year. I will say that what we have here, once you see it completed, is going to be very nice. It will be first class. We are very pleased with the work that the architect has done and the work the contractors are doing. You can start seeing some of the shape downstairs on the exterior with the extension of the overhang. We are pleased with that.

Our office renovations are moving ahead. As reported previously, our staff has been working under very difficult circumstances. We are improving the offices so that they have a decent environment from which to work. Ms. Connie knows what the conditions of the offices were and so forth. At the same time, it will also include some community space that we are improving for meetings out in the neighborhoods that we serve.

We believe, Mr. Chairman, with all of these projects, that we are doing our job, both as a board and staff, with respect to trying to improve the quality of life for the residents that we work for. We think, without going through the litany of improvements that we have made, with the feedback that I am getting from residents, both in the families and here, is clearly that they are more appreciative of the kind of things that we are doing both in the low-rise and high-rise communities. I think we are doing what the board wants us to do. We are not perfect. Most importantly, the residents are expressing their satisfaction with what we are doing.

Mr. Feinerman: How are we doing with the architectural drawings regarding the Lick building and the new administration building?

Mr. Payne: The Lick building we have had to hold off on that because we found that the market for elderly has decreased substantially and it would not be wise to go ahead and complete the drawings there. We have help up on that. We are still looking at financing the office building. We are retooling and looking at shifting our dollars to improving William Howard Day, the last 224 units there. We are trying to do some mixed financing there. We will come back to the board as soon as we have more definitive information.

Mr. Feinerman: The Jackson building is empty now, right?

Mr. Payne: It is empty.

Mr. Feinerman: How is that going to affect us on our reimbursement from HUD with that building remaining empty?

Mr. Payne: Eventually it adversely affects you. We will be okay this year. We have to come up with some kind of solution.

-3-

Mr. Feinerman: When you say this year, do you mean calendar year 2005?

Mr. Payne: This calendar year 2004 we are okay from a subsidy point of view. Jason has been the one who has been looking at that very closely, but I think it is in 2005 and 2006 that we begin to have some problems.

Mr. Feinerman: How many units do we have there?

Mr. Payne: We had 240. We were going to consolidate units and go down to 144.

Mr. Feinerman: Here is our vacant unit report. At Lick we have one vacant unit. Morrison has ten. You are basically saying that there is no longer that great a need for subsidized housing for the elderly in Harrisburg?

Mr. Payne: Subsidized independent elderly. There is a saturation of the market right now for those units. There are more units and less people available for those. People are living longer and they need personal care, but not the independent units.

Mr. Feinerman: How many people did we move out of Lick Towers who we define as seniors.

Mr. Payne: You mean the Jackson building. Dena can answer that.

Ms. Dupert: I would probably say we were 50/50 there.

Mr. Feinerman: So we moved 100 seniors more or less?

Ms. Dupert: Yes.

Mr. Feinerman: And of those 100 seniors, some went to Lick and some went to Morrison.

Ms. Dupert: We had a few who took Section 8 vouchers. We had a few that moved out to other communities.

Mr. Feinerman: We have really no minimal demand or anybody on the waiting list for seniors?

Ms. Dupert: No.

Mr. Payne: The waiting list is very scarce.

-4-

Mr. Feinerman: Let me ask you this question. Should we not have known that before? Should we have known beforehand that we shouldn't have gone and emptied the Lick building for those reasons?

Mr. Payne: The Lick building problem was one where had non-elderly use and a bunch of other kinds of problems. We had people with mental problems. You had drug problems. It was a mixed bag. That was the problem. They were mixed up with the elderly. We needed to get rid of them anyway and get back control of the building. When we got the building emptied and then we started looking at our waiting list, it became apparent, maybe six months ago, that the waiting list for elderly was very minimal. We didn't know the reason. We then started to market the units and found that the response wasn't overwhelming.

Mr. Feinerman: Tell me what we are going to do about the office building? We are not going to do the office building or we are going to do the office building?

Mr. Payne: We are looking at a number of options in terms of the re-use of the Jackson building for mixed office, residential use. That could mean ourselves or some other public agencies might come in there, and then the balance of it being residential market rate.

Mr. Feinerman: Not Section 8 or senior citizens?

Mr. Payne: There are options that we will look at for the re-use of the property to see what we can do. We are still looking at the possibility of having a stand alone building for relocating our administrative offices.

Mr. Feinerman: Why would we want to do that if we don't need to convert this back to senior citizen apartments, we could even stay here and save that money.

Mr. Payne: We may end up right there.

Mr. Aronson: Does it make any sense to take another look, now that some time has passed, at converting that building into assisted or partial assisted living units, or is the marketplace telling us that is ridiculous as well?

Mr. Payne: It is low-income that is the problem. The problem there has to do with the Medicaid reimbursement. Project-based reimbursement is not possible. Unless you can get that problem

-5-

solved, that is a problem that we have there. There is clearly a market for personal care.

Mr. Feinerman: Worse case scenario is the Jackson building is going to sit there empty?

Mr. Payne: That would be the worse case.

Mr. Feinerman: That being the case, we really have to project how that is going to impact our income from an administrative standpoint. Number two, are we going to be subject to any kind of criticism from HUD for letting that building sit empty?

Mr. Payne: The criticism you get from HUD is they start decreasing the amount of subsidy. That analysis we will be doing and all of those scenarios we will be looking at carefully, along with Jason. We will be exploring all of those and watching very carefully.

Mr. Feinerman: With that in mind, is there any reason we should be keeping the same staffing strength we have in the maintenance, specifically, if we don't have to worry about taking care of that building?

Mr. Zivanovich: The staff up there has been reduced. They have been assigned to other developments. We did reduce the staff up there and send them out to places like Hall Manor where they were understaffed.

Mr. Feinerman: So you are looking at taking whatever money we were going to spend on that into William Howard Day?

Mr. Payne: That is the first community that was constructed. We are looking at how we can finance getting all of that improved. It has to be a design combination of some demolition, as well as some rehab.

Mr. Feinerman: Since we are not doing Jackson, does the federal government say we can take that money, which had been CIAP money, and take it right over to William Howard Day?

Mr. Payne: Yes. We can take it.

Mr. Feinerman: We can do that, or would they say you are also going to get money for William Howard Day, but you are not getting both? What if we did the Jackson building, they would still give us money for William Howard Day down the road anyway?

-6-

Mr. Payne: They would still do it, but they are not going to give us the subsidy money for vacant units. That is the challenge that we have and that we have to pay attention to. The economics of how that works and so forth, we have to lay out and see what the consequences are. That is what our concern is, plain and simple, at the Jackson building.

Mr. Feinerman: What is our timing issue then to apply to HUD for money to renovate William Howard Day?

Mr. Payne: Within the first six months of next year. We have some of the work done in terms of demolition and drawings. We are in pretty good shape as far as that is concerned. The problem is going to be the design and what is going to stay, the rehab vs. demolition that might be necessary, and so forth. That one we need to tie into the rest of the improvements that we have done to make it look physically similar to what we have done and marketable to the same extent. We are looking at all of those options and we will be talking to PHFA too.

Mr. Feinerman: I hate to see that Jackson building just sit there gathering dust.

Ms. Buxton: May I interject here about the Jackson and about what Mr. Payne said and also Dena about not having enough elderly. No, we don't because our Harrisburg seniors now are going to the outlying complexes for seniors because there is no place for them. There is no place here at Morrison. There are only one or two vacant units on the list every month or so. They are going other places. Not that they want to be there. I have a couple of friends who don't want to be on Linglestown Road. They don't have transportation. I think if we started, whatever you all decided to do, office buildings or more seniors, I think we that we would find that the seniors would start applying for it and come back. It is like bringing anything else back into the City, if there is nothing there for them. I happen to know that for a fact. They are going to the suburbs because there is no place here. I have three or four people in my church I am working with trying to get them into these apartments. Their families don't want them out there. I am trying to get them into the Lick building or Morrison. You do have people and I think more would come if we would start to work on Jackson. I just hate to see it go down. Each year more seniors are getting older and older. We are going to need places to put them.

Mr. Feinerman: I agree with that and I agree with not using the Jackson building for anything, but at the same token, what did we estimate the renovation cost of that to be?

Mr. Payne: It was approximately $17-18 million.

Mr. Feinerman: That is a lot of money to put on the line in the hopes that if we build it they are going to come or at least 144 are going to come.

Ms. Buxton: Jerry, you were talking about office buildings too down there. You are talking about two or three floors for offices.

Mr. Feinerman: I am not sure I like that. I am not sure if I like the building sitting empty either.

Ms. Buxton: I guarantee you those people will come back. If it was filled one time, why wouldn't it be again? We don't have anybody on the list here applying. We are only going by how many because I think I already know. We have about 48 seniors on the waiting list.

Ms. Dupert: No. We only have four or five people.

Mr. Payne: Our waiting list is way down.

Ms. Buxton: I want to know why can't get a place then. I was told it was higher than that.

Mr. Payne: Not for the elderly.

Ms. Buxton: It was for senior citizens. I work with them. I am working with the ones in my church.

Mr. Payne: We can share with you where the waiting list is and we have a concern there.

Ms. Buxton: I have no problem getting cooperation. I am not complaining about that.

Mr. Payne: We want the demand to be there. We would love to do the building and have people there, but if we spend $17-18 million and there aren't any takers, then that would not be too good.

Mr. Aronson: Can we, for the next meeting, I guess this is going to fall to you JZ, have the board get some general information about what it costs to maintain the vacant building and what we could anticipate the degradation of systems and so on in the building to be over time in order that that piece of information could be factored into the concepts and deliberations that go on among staff and among the board ultimately as well.

-8-

Mr. Payne: I can tell you that we have to continue to heat the building.

Mr. Aronson: Clearly we have to heat it.

Mr. Payne: The other expense that we have is we have some security during the day that we agreed to have up there who continue to serve us here. We can get those costs relatively easily.

Mr. Aronson: Do we have any reason to believe that anything with respect to the building is degrading or decaying because it is not occupied?

Mr. Feinerman: We want to make sure it doesn't adversely impact on the neighborhood either, with the Lick building adjacent to it and the school across the street.

Mr. Payne: There is the roofing system, the electrical and the plumbing. It is not deteriorating, is it Jim?

Mr. Zivanovich: No.

Mr. Payne: I think the major system aren't deteriorating. They need upgraded considerably, but they are not deteriorating. That concludes my report.


## NEW BUSINESS

RESOLUTION NO. 22-04 - Authorization for Executive Director to Establish and Create the Dorsey Howard, Jr. Housing and Economic Development Corporation

Mr. Feinerman: This resolution is not in your packet of materials. This is the resolution to create a nonprofit corporation to provide affordable housing in the area, not just the City of Harrisburg. I am not sure who picked the name out, but it was very very appropriate. Kudos to whoever decided to name it the Dorsey Howard, Jr. Housing and Economic Development Corporation. I think that is very appropriate and very fitting.

We had a great deal of discussion on this recently during our meeting with the Mayor to talk about this. This is something we want to because we feel there is a need to provide affordable housing, other than public housing, in Central Pennsylvania. It is an opportunity for HHA to help defray their administrative costs because we do create, whether it be by ourselves or in partnership

-9-

with other nonprofits or for-profits, HHA will be the administrator of that project for which we would receive a fee. More importantly, which may be helpful when we lose the subsidy for the Jackson building. More importantly, I think we are creating something good for the community. Interestingly enough, I had a meeting at the Hilton earlier today. It was a PHFA-sponsored meeting today on community development or community housing which I thought was very appropriate. Carl do you want to make any additional comments on this and how it ties in with PHFA as well?

Mr. Payne: Not only that, but the Mayor was very enthusiastic about helping to support anything that we might do because he can be very helpful with tax credit applications and so forth at PHFA. He was enthusiastic and I think that is very important to note to work with us. I guess the other idea is to also work with a faith-based corporation so that we can take advantage of other funds that we don't have access to. I think with all of those things together, we can begin to explore now.

Mr. Feinerman: I think we have learned, or Rev. Harris has learned especially, of other PHA's throughout the country who have done similar things very successfully. Do you care to comment on that at all Rev. Harris?

Rev. Harris: Only to say that we won't be doing anything new and that we can get the benefit of their past experience, as well as the documentation and materials they have used in order to implement these programs that have been quite successful to generate other streams of income.

Mr. Feinerman: If we pass this resolution then Mr. Aronson can go ahead and file the necessary paperwork with the Department of State and then we have to create a board of directors, etc.

Mr. Aronson: For the rapidity of time, in order to get this moving, I will prepare those documents for filing within the next day or two. I will just list myself as the incorporator so that for advertising purposes we don't draw any specific attention to this on the part of third parties. Once that is taken care of and the advertising is done and the articles of incorporation are returned to us from the Department of State, we can select an appropriate board of directors from among the people that the board deems appropriate and we will contemporaneously apply to the Internal Revenue Service for status under Section 501(c ) of the Internal Revenue Code to secure its nonprofit tax exempt designation.

Mr. Feinerman: Do you think that we should be contacting Bonnie to see if she has any objections?

-10-

Mr. Payne: I have called her. I will get her approval.

Rev. Harris moved the resolution be adopted as presented, which motion was seconded by Ms. Buxton, and upon roll call the Ayes and Nays were as follows:

Ayes: 3      Nays: 0

The chairman thereupon declared the motion carried and resolution adopted unanimously as RESOLUTION NO. 22-04. (see attached)

Approval of Payment of Council of Large Public Housing Authorities (CLPHA) Membership Renewal Dues for 2005 in the amount of $10,400

Rev. Harris moved, seconded by Ms. Buxton to approve the payment of 2005 Membership Dues to CLPHA in the amount of $10,400. The motion was unanimously approved.

Mr. Aronson: I have something that is really in the nature of a supplement to the Executive Director's report. Before each of the board members, in the documents that were distributed today, is a document captioned "Commonwealth of Pennsylvania State Civil Service Commission vs. Harrisburg Housing Authority Stipulations". While the document really does speak for itself, I want to provide some background explanation as to what it is and why it is in your possession.

As the Commissioners' are aware, last summer, in July, the housing authority received an item of correspondence from the Civil Service Commission questioning the positions that several outside consultants had with the housing authority and also, suggesting that some employees were improperly classified. Subsequent to our attempting to have some conversations with representatives of the Civil Service Commission to no avail, not because of unfruitful conversations, but because of their failure to respond to our entreaties for those conversations to take place, a complaint was filed before the Civil Service Commission against the housing authority by the Commission staff regarding three individuals who were consultants and functioning under consulting agreements. There was one day of a hearing, as the board is aware, and subsequent to that first day of hearings, we did indeed have a meeting with staff representatives of the Civil Service Commission, including its Executive Director, its Deputy Executive Director, its Director of Enforcement Services and others and Mr. Payne and Mr. Feinerman participated in that meeting, along with myself and special

-11-

counsel, Edgar Casper, who we brought in based on his expertise in the administration of the State Civil Service Act, as one of its authors, and of the experts in the state on the system.

Subsequent to that meeting, we were able to work out the stipulation which you have in front of you which has been executed by the Civil Service Commission lawyers and us in which we describe the specifics of what has happened or is happening with each of the three individuals. One of the individuals was Barb Hollowell, who is simply no longer with the housing authority and has not been with the housing authority during any time in which this complaint was pending. The second was Marilyn Bryant. Marilyn Bryant is going to be leaving from her consulting position. The third was Yolanda Awad-Hart, who had been serving as a consultant, but subsequently took a Civil Service test for the position of project manager, and since the adoption of this stipulation and its entry with the Civil Service Commission, Ms. Awad-Hart had indeed appeared on a Civil Service list and has been hired by the housing authority in that position.

A reading of this stipulation indicated with absolute clarity that there has been no finding of any wrongdoing on the part of the housing authority. Indeed, the housing authority vigorously objected to those characterizations. In addition to that, no individual who was initially claimed to have been improperly hired, was indeed hired at all, but was indeed a contract employee in each instance.

This has now been submitted to the Civil Service Commission and what, if anything, will be done with it, we don't know. Clearly the initial issue is resolved by stipulation of the Commission's staff, not really by our assertion, and we will be, as a result of a meeting I described in which Mr. Feinerman and Mr. Payne participated, meeting with the Civil Service Commission to help them to modify their job specifications and testing procedures, so that not only the Harrisburg Housing Authority, but all housing authorities operating in the state, can have a match between their present current staffing needs and requirements, on the one hand, and what the Civil Service Commission seeks out and tests for on the other.

Mr. Feinerman: To further clarify that, to redefine what a project manager is because it is too inclusive at this point.

Mr. Aronson: That is one of the specific things also to look toward establishing positions such as Modernization Coordinator, which HUD requires us to have and there is no corollary for it in the classified service. It has been a productive, if not always

-12-

amicable process, but we seem to think that we are on the right track.

Mr. Payne: Ms. Connie has been asked by the GHCCU board to join them as a board member. I just want to let the board know that that action was taken at the last GHCCU board meeting.

I also want the board to know that it is our policy not to have all 100 of our employees at the board meeting for good reason. They have a job to do and so forth. I invite certain staff members who I think might be able to respond to any concerns that you might have. We have a policy that says that any other staff member who wants to take a lunch hour, other than 11:30 to 1:30, had to get their supervisor's approval.

Mr. Payne: I am going to make sure that from now on that there is no one who shows up here unless they are being insubordinate and just sit there because they want to sit there. I think that is kind of outrageous. I wasn't aware that Mr. Washington was going to show up for the meeting and there is no reason for him to be here. There was no contribution made whatsoever.

**NEXT BOARD MEEETING - JANUARY 14, 2005**

**ADJOURNMENT**

There being no further business to come before the board, on motion of Ms. Buxton, seconded by Rev. Harris, the meeting was adjourned.

_____ 12-31-04 _____          _____ Carl Payne _____
Date                                   Secretary

-13-