UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEON J. FEINERMAN *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-759 (RBW) |
| | ) | ECF |
| ROY A. BERNARDI, in his official capacity as Acting Secretary and Head of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | ) ) ) ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ERRATA**

The Defendant submits the following errata to Defendant's opposition to Plaintiffs' Application for a Preliminary Injunction and Request for Expedited Ruling

(1) p. 3 - footnote 2 - the words "September 11, 2003" should be changed to "September 9, 2004.  See Exhibit 25."

(2) p. 13 – footnote 7- the words "Exhibit 10" should be changed to "Exhibit 5;" the words "Exhibit 11" should be changed to "Exhibit 5."

(3) p. 14 – second full paragraph – the words "Exhibit 10" should be changed to "Exhibit 5."

(4) p. 14 – footnote 9 – the words "Exhibit 33" should be changed to "Exhibit 12."

(5) p. 16 – footnote 11 – the words "Exhibits 33-38" should be changed to "Exhibits 20-24."

(6) p. 19 – second full paragraph – the words "Exhibit 3" should be changed to "Exhibit 25."

(7) p. 21 – first full paragraph – the words "Exhibits 26" should be changed to "Exhibits 3;" the number "27" should be changed to "4;" the number "28" should be changed to "25."

(8) p. 21 – beginning of second full paragraph – the words "Exhibits 26" should be changed to "Exhibits 3;" the number "28" should be changed to "25."

(9) p. 21 – end of second full paragraph – the words "Exhibits 29 and 30" should be changed to "Exhibits 26 and 27;" the words "Exhibit 31" should be changed to "Exhibit 28."

(10) p. 22 – first partial paragraph – the number "32" should be changed to "29."

(11) Footnotes 10 and 11 were intentionally omitted.

(12) Footnotes may appear out of order.

Respectfully submitted,

\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_/s/_____
MEGAN M. WEIS
Special Assistant U.S. Attorney
United States Attorney's Office
Civil Division
555 4th Street, NW
Washington, D.C. 20530
(202) 514-5134