UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEON J. FEINERMAN, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 08-759 (RBW) |
| ROY A. BERNARDI, Acting Secretary of Department of Housing and Urban Development, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

Based upon the errata filed by the defendant on May 20, 2008, and to assist the Court in its preparation for the hearing on the plaintiff's motion for a preliminary injunction scheduled for May 27, 2008, at 2:00 p.m., it is

**ORDERED** that on or before May 22, 2008, the defendant shall file an amended opposition to the plaintiff's motion incorporating the corrections set forth in the defendant's errata. It is further

**ORDERED** that contemporaneous with the filing of his amended opposition, the defendant shall provide one courtesy copy of his opposition along with any exhibits thereto.

**SO ORDERED** this 21st day of May, 2008.

REGGIE B. WALTON
United States District Judge