UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
LEON J. FEINERMAN, et al.,          )
    ,                               )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )   Civil Action No. 08-759 (RBW)
                                    )
ROY A. BERNARDI,                    )
Acting Secretary of Department of   )
Housing and Urban Development,      )
                                    )
        Defendant.                  )
                                    )
_____)

**ORDER**

In accordance with the Court's decision from the bench rendered at the conclusion of the hearing on the Plaintiffs' Amended Application for Preliminary Injunction and Request for Expedited Ruling held on May 27, 2008, as supplemented and, where applicable, amended by the separate memorandum opinion entered this same date, it is

**ORDERED** that the plaintiffs' motion is **GRANTED** in part and **DENIED** without prejudice in part.  It is further

**ORDERED** that the defendant is enjoined from enforcing the debarment of Leon J. Feinerman, unless and until ordered otherwise by this Court.  It is further

**ORDERED** that the parties shall file their dispositive motions in this case, if any, on or before June 27, 2008.  It is further

**ORDERED** that the parties shall file their oppositions to any dispositive motions, if any they intend to file, on or before July 14, 2008.  It is further

**ORDERED** that the parties shall file their reply memoranda in support of any dispositive motions, if any they intend to file, on or before July 25, 2008.

**SO ORDERED** this 12th day of June, 2008.

REGGIE B. WALTON<br>
United States District Judge