UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LEON J. FEINERMAN, et al.,          )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )   Civil Action No. 08-759  (RBW)
                                    )
ROY A. BERNARDI,                    )
Acting Secretary of Department of   )
Housing and Urban Development,      )
                                    )
            Defendant.              )
_____)

**ORDER**

It appearing to the Court that there is a typographical error on page twenty of the memorandum opinion issued by this Court on June 12, 2008, it is

**ORDERED** that the following sentence on page twenty of the aforementioned decision:

> Finally, the Debarring Official failed to provide any explanation, let alone a satisfactory one, as to why he did consider the mitigating evidence presented by the plaintiffs.

is **AMENDED** to state as follows:

> Finally, the Debarring Official failed to provide any explanation, let alone a satisfactory one, as to why he did not consider the mitigating evidence presented by the plaintiffs.

**SO ORDERED** this 16th day of June, 2008.

                                    REGGIE B. WALTON
                                    United States District Judge