UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEON J. FEINERMAN *et al.*, </br>        Plaintiffs, </br></br> v. </br></br> ROY A. BERNARDI, in his official capacity as Acting Secretary and Head of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, </br></br>        Defendant. | Civil Action No. 08-759(RBW) </br> ECF |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs Leon J. Feinerman *et al.* and Defendant Roy A. Bernardi, through undersigned counsel, respectfully move this Court pursuant to Fed. R. Civ. P. 16(b) to modify the existing schedule for the briefing of dispositive motions. The grounds for the parties' joint motion are as follows.

On May 27, 2008, the Court established an accelerated schedule for the briefing of dispositive motions after denying preliminary injunctive relief to Plaintiffs Earl L. Harris and Constance Buxton. The parties wish to decelerate that briefing schedule in order to allow time to engage in settlement discussions.

Plaintiff Harris filed a Renewed Motion for Preliminary Injunction on June 17, 2008, which the government does not intend to oppose. Accordingly, with the expectation that the Court will now provide preliminary injunctive relief to Plaintiff Harris, Plaintiffs have agreed to the proposed deceleration of the existing briefing schedule.

A proposed order incorporating the parties' proposed modifications to the schedule is attached.

Dated: June 23, 2008

                                           Respectfully submitted,

_/s/_____         _/s/_____
MONA LYONS                         JEFFREY A. TAYLOR, D.C. Bar #498610
LAW OFFICE OF MONA LYONS      United States Attorney
1666 Connectticut Avenue, NW
Suite 500
Washington, DC 20009
(202) 387-7000                     _/s/_____
Fax: (202) 387-7116               RUDOLPH CONTRERAS, D.C. BAR #434122
Email: mlyons@monalyons.com      Assistant United States Attorney

                                           _/s/_____
                                           MEGAN M. WEIS
                                           Special Assistant U.S. Attorney
                                           United States Attorney's Office
                                           Civil Division
                                           555 4th Street, NW
                                           Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEON J. FEINERMAN *et al.* | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08-759(RBW) |
| | ) ECF |
| ROY A. BERNARDI, in his official capacity as Acting Secretary and Head of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) |
| | ) |
| | ) |
|    Defendant. | ) |

## **PROPOSED ORDER**

Upon consideration of the parties' Joint Motion to Modify Scheduling Order, and for good cause shown, it is **ORDERED** that

1. Dispositive Motions shall be filed on or before August 29, 2008;

2. Oppositions, if any, to Dispositive Motions shall be filed on or before September 19, 2008;

3. Replies to Oppositions to Dispositive Motions shall be filed on or before by October 3, 2008;

4. A status and motions hearing is set for October 24, 2008 at 09:00 AM.

It is **SO ORDERED** this _____ day of June 2008.

                       _____
                       HON. REGGIE B. WALTON
                       United States District Judge