UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEON J. FEINERMAN *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-759(RBW) |
| ) | ECF |
| ROY A. BERNARDI, ) | |
| Acting Secretary of Department of Housing ) | |
| and Urban Development, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE AN ANSWER TO PLAINTIFFS' COMPLAINT**

Defendant, Roy A. Bernardi, Acting Secretary of Department of Housing and Urban Development, by and through undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of 30 days to, and including, August 6, 2008, to file an answer to Plaintiff's complaint in the instant case. Defendant's answer is currently due on July 7, 2008. Plaintiff, through counsel, consents to the requested enlargement. A proposed order is attached.

For cause, Defendant states as follows: On June 23, 3008, the Parties filed a Joint Motion to Amend the Scheduling Order to decelerate the briefing schedule in order to allow time to engage in settlement discussions. On June 25, 2008, the Court entered a Minute Order granting the Motion. Further, a hearing on Plaintiffs' Preliminary Injunction Motion was held before the Court on May 27, 2008. Lastly, agency counsel is on vacation until July 7, 2008 and

undersigned counsel requests the additional time to confer and consult with agency counsel regarding Defendant's answers to the allegations in Plaintiffs' complaint.

WHEREFORE, Defendant respectfully requests an enlargement of time of 30 days to file an answer to Plaintiffs' complaint.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


__ /s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
(202) 514-5134

July 2, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEON J. FEINERMAN *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08-759(RBW) |
| | ) ECF |
| ROY A. BERNARDI, | ) |
| Acting Secretary of Department of Housing and Urban Development, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Upon Consideration of the Defendant's Consent Motion for Enlargement of Time to File an Answer to Plaintiffs' Complaint, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendant's Answer shall be due on or before August 6, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
HON. REGGIE B. WALTON
United States District Judge